IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CLOVER NOLASCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-01631 (PTG/WBP) |
| | ) | |
| SOLARIS PAPER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Before the Court is Plaintiff's Motion to Compel Discovery Responses. ("Motion"; ECF No. 18.) Having reviewed the parties' briefings on the Motion, having considered counsels' arguments during the hearing on May 6, 2024, and it otherwise being proper so to do, it is hereby

ORDERED that Plaintiff's Motion is GRANTED for the reasons stated from the bench and preserved in the electronic record of the proceeding; and it is further

ORDERED that, apart from the objections to document request number 6, all objections to the discovery requests identified in the Motion and related briefing are stricken; and it is further

ORDERED that, on or before Friday, May 10, 2024, at 5:00 p.m., Defendant must provide Plaintiff with full and complete amended responses (along with all responsive documents) to Plaintiff's interrogatories and document requests with a certification that, to the best of Defendant's knowledge, information, and belief formed after a reasonable inquiry, it has provided all information and documents requested by Plaintiff; and it is further

2

ORDERED that, on or before Friday, May 17, 2024. At 5:00 p.m., Defendant must pay Plaintiff $5,000, which represents Plaintiff's reasonable attorneys' fees and expenses incurred in making her Motion.

Entered this 6th day of May 2024.

Alexandria, Virginia

_____
William B. Porter
United States Magistrate Judge

2