# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **Clover Nolasco,** | | |
|---|---|---|
| | Plaintiff, | |
| v. | | **TELEPHONIC** |
| | | **FINAL PRETRIAL CONFERENCE** |
| **Solaris Paper,** | | Case No. 1:23-cv-01631-PTG-WBP |
| | Defendant. | |

| **HONORABLE PATRICIA TOLLIVER GILES** presiding | Court Reporter: | S. Wallace |
|---|---|---|
| Deputy Clerk: Paulina Miller | Hearing Began: | 10:09 a.m. |
| Proceeding Held: 05/15/2024 | Hearing Ended: | 10:25 a.m. (00:16) |

**Appearances:**

| **Plaintiff:** | Joshua Erlich, Katherine Herrmann |
|---|---|
| | |
| **Defendant:** | Yvette Gatling, Tiffany din Fagel Tse |

Counsel for Plaintiff and Counsel for Defendant enter their appearance.

Parties advise the Court of case status.

Case set for a **BENCH** Trial on: **TUESDAY, JULY 30, 2024 at 10:00 a.m. (3 days)**.

Motion for Summary Judgment set for: **THURSDAY, JUNE 13, 2024 at 10:00 a.m.**
(The Summary Judgment Hearing will be on the one issue identified by the Court during the Final Pretrial Conference)

Findings of Fact and Conclusions of Law to be filed (7) days before trial.

The Court encourages the parties to contact the chambers of Magistrate Judge Porter re: Settlement.