# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Joshua Erlich

**Electronic Device(s):** 1 laptop w/power adapter

1 cell phone w/charger

**Purpose and Location Of Use:** Trial

**Case Name:** Nolasco v. Solaris Paper, Inc.

**Case No.:** 1:23-cv-1631 (PTG/JFA)

**Date(s) Authorized:** Nov. 12, 2024 - Nov. 14, 2024

**IT Clearance Waived:** __X__ (YES) ____ (NO)

It already completed

**APPROVED BY:** _____
Patricia Tolliver Giles
United States District Judge

**Date:** 10/8/24

United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

**IT Clearance:** _____   _____
IT Staff Member                Date(s)

**IT clearance must be completed, unless waived, before court appearance.**