# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Katherine L. Herrmann

**Electronic Device(s):** 1 laptop w/power adapter

1 cell phone w/charger

**Purpose and Location Of Use:** Trial

**Case Name:** Nolasco v. Solaris Paper, Inc.

**Case No.:** 1:23-cv-1631 (PTG/JFA)

**Date(s) Authorized:** Nov. 12, 2024 - Nov. 14, 2024

**IT Clearance Waived:** __X__ (YES) ____ (NO)

IF already complete

**APPROVED BY:** /s/
Patricia Tolliver Giles
United States District Judge
United States District/Magistrate/Bankruptcy Judge

**Date:** 10/8/24

**A copy of this signed authorization must be presented upon entering the courthouse.**

**IT Clearance:** _____    _____
IT Staff Member                                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**