1

<pre>
 1                    UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
 2                         Alexandria Division

 3

 4    CLOVER NOLASCO,              :    Civil Case
                                   :    No. 1:23-cv-01631-PTG-WBP
 5                Plaintiff        :
                                   :
 6          v.                     :
      SOLARIS PAPER,               :    July 30, 2024
 7                                 :
                  Defendant        :    10:30 a.m.
 8    ...........................   :    .......................

 9                   TRANSCRIPT OF TRIAL TESTIMONY
                BEFORE THE HONORABLE DAVID J. NOVAK
10                  UNITED STATES DISTRICT JUDGE

11    APPEARANCES:

12    FOR THE PLAINTIFF:          JOSHUA HARRY ERLICH
                                  KATHERINE LYNN HERRMANN
13                                THE ERLICH LAW OFFICE, PLLC
                                  1550 Wilson Blvd.
14                                Suite 700
                                  Arlington, VA  22209
15                                703-791-9087

16    FOR THE DEFENDANT:          YVETTE VANESSA GATLING
                                  TIFFANY DIN FAGEL TSE
17                                LITTLER MENDELSON
                                  1800 Tysons Blvd.
18                                Suite 500
                                  Tysons Corner, VA  22102
19                                703-286-3143

20
      OFFICIAL COURT REPORTER:    REBECCA STONESTREET, RPR, CRR
21                                U.S. District Court, 9th Floor
                                  401 Courthouse Square
22                                Alexandria, Virginia  22314
                                  (240) 426-7767
23
                        ( Pages 1 - 67 )
24
           COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
25
</pre>

C O N T E N T S

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| SHEILA YOUNG CHAN | | | | |
| By Mr. Erlich | 10 | -- | -- | -- |
| By Ms. Gatling | -- | 47 | -- | -- |

E X H I B I T S

| PLAINTIFF EXHIBITS | PAGE |
|---|---|
| Number C | 36 |
| Number I | 28 |
| Number L | 26 |
| Number M | 37 |
| Number N | 37 |
| Number PP | 42 |

| DEFENDANT EXHIBITS | PAGE |
|---|---|
| Number 22 | 50 |
| Number 23 | 48 |

P R O C E E D I N G S

1

2          COURTROOM CLERK:  Court calls Clover Nolasco versus

3   Solaris Paper, Case Number 1:23-CV-1631.

4          May I have appearances, please, first for the

5   plaintiff.

6          MR. ERLICH:  Good morning, Your Honor.  Joshua Erlich

7   and Katherine Herrmann for plaintiff Clover Nolasco.

8          THE COURT:  Good morning.

9          MS. GATLING:  Good morning, Your Honor.  Yvette Gatling

10  and Tiffany Tse for Solaris Paper, Inc.

11         THE COURT:  Very good.  All right.  So I'm filling in

12  for Judge Giles here on this deposition.

13         So what we're going to do, Mr. Erlich, I gather this is

14  your witness.  Is that right?

15         MR. ERLICH:  That's right, Your Honor.

16         THE COURT:  To be clear, what we're going to do is, I'm

17  going to make evidentiary rulings but I'm not making any

18  credibility decisions, which is why I asked for a videographer

19  to be here so that Judge Giles can not only review the

20  transcript, but also can review the witness' testimony.  Because

21  it goes to demeanor, affects credibility.  Does that make sense?

22         MR. ERLICH:  Absolutely, Your Honor.

23         THE COURT:  All right.  Is there anything you need to

24  address before you call the witness?

25         MR. ERLICH:  Yes, just one evidentiary issue,

1    Your Honor.  And this relates slightly to the witness, so I will

2    leave it to your discretion whether she can be in the room.  But

3    the --

4            THE COURT:  Well, does the defense object to her being

5    here when he addresses -- I don't know what he's addressing.  Do

6    you object, Ms. Gatling?

7            MS. GATLING:  I don't think she needs to be here for an

8    evidentiary ruling, Your Honor.

9            THE COURT:  So you want her outside?

10           MS. GATLING:  Yes, we want her outside.

11           THE COURT:  Ms. Chan, do you want to step outside just

12   a moment?  We'll be with you in a second, ma'am.

13           Just give her a second to get outside.

14           MR. ERLICH:  Absolutely, Your Honor.

15           THE COURT:  Okay.  Go ahead.

16           MR. ERLICH:  In communicating with Ms. Chan very

17   recently, she took it upon herself to do a search of her email

18   for any relevant documents.  And one of the documents that came

19   up, the only one that wasn't already produced, was a memorandum

20   to all employees on one of the relevant dates announcing the

21   promotion that is relevant to this case.

22           THE COURT:  Okay.

23           MR. ERLICH:  This is an all employees memo.  I don't

24   see how it could have been not produced, and our client is going

25   to authenticate it.  But, you know, this is unambiguously

1    responsive to any number of discovery requests, and I think we

2    should be able to use it today.

3            THE COURT:  All right.  Do you have an objection?

4            MS. GATLING:  Yes, Your Honor, we do have an objection.

5    For one, we're -- on the day that we were supposed to have

6    trial, any documents -- and she's a former employee, but any

7    documents that would have been used as exhibits other than for

8    impeachment or rebuttal would have needed to be produced at the

9    pretrial conference, Your Honor.  And certainly under the

10   Federal Rules, they would have had to be produced 30 days before

11   trial.

12           So we do object to this document being used today.

13           THE COURT:  Well, but let me ask this.  Look, I haven't

14   seen it.  You can pass it up if you want.

15           Isn't this your company -- you represent the company.

16           MS. GATLING:  Yes, Your Honor.

17           THE COURT:  Isn't this one of the company's documents?

18           MS. GATLING:  Your Honor, I don't know.  I've never

19   seen this document, Your Honor.  So I don't know where she got

20   this document from.  I've never seen this document, Your Honor.

21           THE COURT:  Well, did you give her a copy, Mr. Erlich?

22           MS. GATLING:  She did.  I've never seen this document,

23   Your Honor.

24           MR. ERLICH:  Our client is going to testify to its

25   authenticity.

1              THE COURT:  All right.  Just one second.

2              MR. ERLICH:  Of course.

3              THE COURT:  All right.  So Ms. Gatling, is there any

4    reason to believe this is not from your company?

5              MS. GATLING:  Your Honor, I don't.  But again, they've

6    already deposed Ms. Chan.  So to the extent that she had this

7    document, I mean, we deposed her back in April; I'm not sure why

8    this would not have been produced back this April.

9              THE COURT:  Yeah, I know.  But didn't you have

10   production responsibilities yourself to the defendants?

11             MS. GATLING:  We did, Your Honor.  And I haven't seen

12   this document.  And we've searched for this document.  But

13   again, I can't say that this is a valid document, Your Honor.

14             THE COURT:  Do you have any reason to believe it's not?

15             MS. GATLING:  I don't, Your Honor.  But again, I can't

16   testify that it is.  I mean, I just don't know.  He just sent it

17   to me this morning.  I don't know when he got this document.

18             THE COURT:  All right.  But the contents of it look to

19   me to be -- frankly, it looks to be favorable to you.  Isn't

20   your whole defense on this case that it was a restructuring, and

21   that's the reason why you picked Ms. Hung, I guess?

22             MS. GATLING:  Yes, Your Honor.

23             THE COURT:  So it seems to me to be from your company.

24             I'm going to overrule your objection.  I'm going to let

25   this go in.

```
1              Let's get started here.  Is there anything else I need
2       to deal with from either one of you?
3              MR. ERLICH:  No, Your Honor, not from the plaintiff.
4              THE COURT:  Let's get going.  Let's bring her in.
5              MR. ERLICH:  Do you have plaintiff's exhibit binder?
6              THE COURT:  Yes.
7              MR. ERLICH:  And does the witness have an exhibit
8       binder?
9              THE COURT:  Let's put the witness under oath first.
10             (Oath administered by courtroom deputy clerk.)
11             THE COURT:  Ma'am, good morning.
12             THE WITNESS:  Good morning.
13             THE COURT:  Ma'am, in a loud clear voice, can you tell
14      us your full name, spelling both your first and your last names.
15             THE WITNESS:  My name is Sheila Young Chan, my first
16      name is Sheila, spelled S-H-E-I-L-A, and last name is Chan,
17      C-H-A-N.
18             THE COURT:  Go ahead, Mr. Erlich.
19               (SHEILA YOUNG CHAN, having been duly sworn,
20                      testified as follows:)
21               EXAMINATION BY COUNSEL FOR PLAINTIFF
22      BY MR. ERLICH:
23      Q.  Good morning, Ms. Chan.
24      A.  Good morning.
25      Q.  Do you know who the defendant is in this matter?
```

```
 1    A.  Yes, I do.  It's my former employer, Solaris Paper.

 2    Q.  And when did you start working with Solaris Paper?

 3    A.  I started November 11 of 2013.

 4         THE COURT:  Okay.  Hold on.  I can't hear you, ma'am,

 5    so we're going to have to do something here.

 6         (OFF THE RECORD.)

 7         THE COURT:  What was that date?

 8    A.  I started working with Solaris November 11th of 2013.

 9    Q.  And at that time what position did you fill?

10    A.  I was hired as a buyer.

11    Q.  What were your job responsibilities as a buyer?

12    A.  I source spare parts, I process purchase order requests, I

13    also reconcile invoice and took care of supplier performance.

14    Q.  How long were you in the position of buyer?

15    A.  Until 2016, so three years.

16    Q.  Okay.  And what happened that you left the position of

17    buyer?

18    A.  I was promoted as purchasing manager.

19    Q.  And when was that promotion?

20    A.  2016.

21    Q.  Okay.  And what were the differences in the job

22    responsibilities between buyer and purchasing manager?

23    A.  So when I was promoted to purchasing manager, I handled raw

24    materials and materials for Solaris Paper, and I also handled

25    employees.  Like I had one buyer and purchasing assistant under
```

1    me.

2    Q.  Were you further promoted after that?

3    A.  Yeah, I was promoted to senior purchasing manager in 2019,

4    and eventually in 2020 I was promoted as head of procurement.

5    Q.  Okay.  Let's start with senior purchasing manager.  What was

6    the difference in your responsibilities as a purchasing manager

7    versus a senior purchasing manager?

8    A.  The difference is I was -- I handled -- or I was managing

9    three facilities, or three manufacturing locations, which are

10   Solaris Paper, Mercury Paper, and American Tissue, and also

11   managed the buyers in those locations.

12   Q.  Okay.  Let me break down what each of those entities were.

13   You mentioned three entities.  Are they all located in the same

14   place?

15   A.  Solaris Paper is located in California, American Tissue is

16   located in Oklahoma, and Mercury Paper is located in Virginia.

17   Q.  And in your role, you were managing the procurement staff at

18   each of those locations.  Is that right?

19   A.  That's correct.

20          THE COURT:  Where were you physically located?

21          THE WITNESS:  I was physically located in California.

22          THE COURT:  Okay.

23   Q.  Now, when did you say you had been promoted to head of

24   procurement?

25   A.  2020.

1  Q.  And how did it happen that you were promoted to head of

2  procurement?

3  A.  My former boss, which was the head of procurement,

4  Andre Soetjahja, took another position, the same mother company,

5  APP, which is Asia Pulp & Paper.  So when he took on another

6  position, he recommended me to be the head of procurement since

7  I was his successor.

8  Q.  Okay.  So were you surprised to learn that he had

9  recommended you?

10  A.  I was not surprised to learn it, because since 2016 he

11  was -- he already named me as his successor.

12  Q.  When you say "named me as his successor," at this particular

13  company, what does that mean?

14  A.  It means that I was trained to do what the head of

15  procurement was doing so that I'll be able to have -- so we will

16  be able to have a smooth transition in case something happens to

17  him or he moved to another job.  So that really means learning

18  and being trained for his job responsibilities.

19  Q.  And was this successorship that you've described, was it a

20  formalized program or was it just sort of ad hoc?

21  A.  It was a formalized program.  When I say USTB, the U.S.

22  tissue business units which comprised of the three manufacturing

23  plants, it's a program that we follow for those three companies.

24  Q.  And because you've said it was a formal program, was there

25  paperwork associated with it?

1    A.  Yes, there was.

2    Q.  Do you know if Mr. Soetjahja had done paperwork designating

3    you as his successor?

4    A.  Yes, he does.

5    Q.  Now, at the time when you were senior purchasing manager,

6    did you have a designated successor for your role?

7    A.  Yes, I did.  It was Jaimé Chavez at that time.

8    Q.  And when -- what was the period during which Jaimé was the

9    designated successor for your role?

10   A.  From 2016 to 2019.

11   Q.  '18?

12   A.  '19.

13   Q.  Okay.

14   A.  '18, sorry.  2016 to 2018.

15   Q.  2016 to 2018.  Okay.

16          Was someone designated your successor after Jaimé left

17   the company?

18   A.  Jaimé didn't leave the company.  When we hired Clover in

19   2018, she was named as my successor in 2019, which replaces

20   Jaimé, because she was the stronger buyer.

21   Q.  Why did you feel that Ms. Nolasco was a stronger buyer than

22   Jaimé?

23   A.  She was able to -- we have KPI, which are, you know, targets

24   that we have to meet, and she has the performance.  She was able

25   to perform, she completed projects, she collaborated with

12

1    departments.

2         And at that time she also was able to manage Mercury

3    procurement department, which gave me some -- like, a good time

4    to manage American Tissue and Solaris Paper.

5    Q.  And just for clarity, Mercury is the location in Virginia?

6    A.  In Virginia, yes, sir.

7    Q.  Okay.  And that's the location at which Ms. Nolasco worked?

8    A.  Worked out of, yes, sir.

9    Q.  Okay.  You mentioned KPIs.  Just for the record, what are

10   KPIs?

11   A.  KPIs are key performance indicators.  So every year before

12   the year starts we're given target of how many purchase order we

13   convert from a purchase request, how many cycle there is.  We

14   also have cost savings target.

15        Yeah, so basically those are the performance

16   indicators.

17   Q.  And in general, how did Ms. Nolasco perform on these KPIs?

18   A.  I evaluated her performance in 2020 and 2021, and from what

19   I recall, I have given her high performance numbers, which was

20   the 5s or the 6, 6 being the highest.  Because she has done very

21   well in her position.

22   Q.  We talked about locations earlier, but I'm not sure if we

23   talked about numbers.  As head of procurement, how many people

24   did you supervise?

25   A.  Five; one in Oklahoma at American Tissue, two in Mercury,

1    and two in Solaris Paper in California.

2    Q.  And compared to her colleagues, how did Ms. Nolasco perform

3    on those KPIs?

4    A.  Like I said, in my performance evaluation -- during my

5    performance evaluation for her, she has done a tremendous job in

6    meeting all her projects, bringing in cost savings,

7    collaborating with other department, being a team player.

8    Whenever I go on vacation, she's actually the one who is in

9    charge of meetings and follow-up on further projects that I was

10   working on.

11   Q.  Where would you rank Ms. Nolasco among her colleagues on

12   those metrics?

13   A.  I named her as a successor because she is the number one in

14   the department, in the team.

15   Q.  Understood.  As senior purchasing manager, who did you

16   report to?

17   A.  I was reporting to Andre Soetjahja, which is the head of

18   procurement.

19   Q.  And you mentioned in 2020 you became head of procurement?

20   A.  That's correct.

21   Q.  And at that point, who was your supervisor?

22   A.  I was reporting to Mr. David Chin, which is the CEO of the

23   company.

24   Q.  And did Mr. Chin -- sorry, Mr. Chin-Bing, did he rate your

25   performance?

14

1    A.  He did.

2    Q.  And how was your performance rating?

3    A.  If I recall it, he gave me 5s and 6, and I also was able to

4    receive performance bonus.  So I would believe that it was a

5    good rating.

6    Q.  Now, we have mentioned that David Chin-Bing was your

7    supervisor in the head of procurement position.  Who made the

8    decision, if you know, to promote you to head of procurement?

9    A.  It was David Chin.

10   Q.  Do you know if that was in consultation with anyone else?

11   A.  Yes, it was.  With Andre Soetjahja and Shelley Farnham.

12   Shelley Farnham was our vice president for HR.

13           THE COURT:  Anything else?

14           MR. ERLICH:  Oh, yes.  Sorry, Your Honor.

15           THE COURT:  Let's keep moving.

16           MR. ERLICH:  Yeah, I was just...understood.

17   Understood.

18   Q.  Ms. Chan, I want to discuss briefly the head of procurement

19   role itself.

20           So what were your job responsibilities as head of

21   procurement?

22   A.  I still oversaw the three manufacturing locations, and added

23   to my responsibility is sourcing the base paper or jumper rolls

24   that we buy from Indonesia and Canada.  And those are the big

25   rolls that we used for converting toilet paper and kitchen

15

1    towels.

2         Aside from that, I also negotiated building leases and

3    building expansion.  So those were the other two bigger

4    responsibilities that were added.

5    Q.  Did you have training responsibilities in the head of

6    procurement role?

7    A.  Yes, I did.  I trained all my buyers.

8    Q.  Okay.  Does that include Ms. Nolasco?

9    A.  Yes.

10   Q.  Now, of the head of procurement job responsibilities that

11   you just went through, what of those job responsibilities did

12   Ms. Nolasco assist you with?

13   A.  Since she was already taking care of Mercury Paper location,

14   the job responsibility that I've given to her is actually more

15   on the supervisory to managerial type, because she's the one

16   taking care of raw material, spare parts, machineries, vendor

17   management, and there's a buyer that also reports to her.

18        So that's the scope of the responsibility given to

19   Ms. Nolasco.

20   Q.  And I don't think I asked you this.  When did Ms. Nolasco

21   join the defendant?

22   A.  2018.

23   Q.  And do you recall what role she joined in?

24   A.  She joined as a buyer.  And I was the one who interviewed

25   her and trained her.

1   Q.   Did Ms. Nolasco remain in the position of buyer for her

2   entire tenure at defendant?

3   A.   No.   She was promoted as a senior buyer in 2020.

4   Q.   Okay.   We discussed training a moment ago.   Was there any

5   training that was required for Ms. Nolasco to move from buyer to

6   senior buyer?

7   A.   It was just more of knowing more of the raw materials and

8   packaging, learning -- because she was -- she also, you know,

9   vetted all the raw materials and packaging needs for other --

10  for ATI and Solaris Paper when she became a senior buyer.

11          THE COURT:   Let me ask you a question here.   You said

12  that Ms. Nolasco, you designated her as your successor.   Is that

13  right?

14          THE WITNESS:   Yes, Your Honor.

15          THE COURT:   And you did that because she was the top

16  performer in the department.   Is that right?

17          THE WITNESS:   Yes, Your Honor.

18          THE COURT:   Did you have the ability to do that on your

19  own or did somebody else have to approve whether or not she

20  would be your successor?

21          THE WITNESS:   It was an approval from the head of

22  procurement, which is my boss, and Shelley Farnham, which is our

23  VP for HR.

24          THE COURT:   So they -- so on behalf of the company, not

25  only did you do it, they approved it as well.   Is that right?

1              THE WITNESS:  Yes, Your Honor.

2              THE COURT:  Did the CEO, Mr. Chin-Bing, did he have the

3    ability to overrule that?

4              THE WITNESS:  He was not the CEO at that time.

5              THE COURT:  Okay.  When did he become the CEO?

6              THE WITNESS:  He became CEO in 2020.

7              THE COURT:  All right.  When he became the CEO, did you

8    review with him the successor plan that had been adopted by you

9    and those two other members of the company?

10             THE WITNESS:  No, Your Honor.  Because it was already

11   in place.

12             THE COURT:  Right.

13             THE WITNESS:  The form was already in place, and

14   usually we review it with the vice president of HR.

15             THE COURT:  Right.  But I think what I'm asking is

16   slightly different.  I appreciate your answer.  But I think what

17   I'm saying is, the new CEO comes in, right?  He's trying to

18   learn how to run the company, right?  I gather you sit down and

19   you brief him about how your department works, right?

20             When you briefed him, did you review the succession

21   plan with him?

22             THE WITNESS:  The time that I reviewed the succession

23   plan with him is when I already submitted my resignation,

24   Your Honor.

25             THE COURT:  All right.  But before that, nobody on

18

1   behalf of the company had voiced any objection to the succession

2   plan that you had established that had been approved by the two

3   other people that you mentioned?

4        THE WITNESS:  It would have been the responsibility of

5   the vice president of HR, but I didn't have the chance to review

6   it with Mr. Bing.

7        THE COURT:  Okay.  Go ahead.

8   BY MR. ERLICH:

9   Q.  In Ms. Nolasco moving from buyer to senior buyer, were there

10  any qualifications she needed that she did not already have?

11  A.  Yes, we requested her to have the certificate of --

12  certificate for professional procurement.  And this was also a

13  requirement for all of the buyers who would want to have, you

14  know, a promotion or career path in USTB.

15  Q.  And did Ms. Nolasco get that certification?

16  A.  Yes, she did.  She got it in 2020.

17  Q.  Okay.  We have discussed, and the judge just followed up

18  with you, about this idea of a successorship plan.  When do you

19  recall designating Ms. Nolasco as your successor?

20  A.  2019.

21  Q.  Now, at some point you left the company.  Is that correct?

22  A.  That's correct.

23  Q.  How was it that you came to leave defendant's employment?

24  A.  I was head of the procurement department, and it was -- one

25  of the responsibility was to report to headquarters in

1    Indonesia.  We have business reviews with them, I would say once

2    a month, but we reviewed the presentation and the report every

3    week.

4         And it just has became very taxing that I've lost my

5    work and life balance, because I go to work from 8:00 to 5:00,

6    and then when I get home I have to join a Zoom call from

7    Indonesia from 7 p.m. to 10 p.m.  So it has became, like, a

8    routine, even on Friday nights and Sunday nights because it's

9    Monday their time.

10        So that was really the main factor of me leaving the

11   company.  At the same time, it has been a toxic environment

12   because -- and I requested Mr. Chin to move me back to my former

13   position of senior purchasing manager, and then that request

14   went on performance and really nothing happened.  So it was time

15   for me to leave.

16   Q.  When did you first start thinking of leaving the company?

17   A.  December of 2021, I had a career advisor and had a résumé

18   writer, and then January of 2022 is when I started applying for

19   a job.

20   Q.  Ultimately when did you resign from defendant?

21   A.  February 26th of 2022 is when I sent my resignation to

22   Mr. Chin and Ms. Farnham.

23   Q.  Prior to that date, did you communicate with Ms. Nolasco

24   about your upcoming resignation?

25   A.  No, I did not.

1    Q.  When did you first communicate with Ms. Nolasco about your

2    resignation?

3    A.  February 26th, after I gave my -- I sent my resignation to

4    Mr. Chin and Ms. Farnham.

5    Q.  So that was the same day?

6    A.  The same day that I sent my resignation.

7    Q.  How did you communicate with Ms. Nolasco on that day?

8    A.  I told her that I found a job and I'm moving on.  And as far

9    as the transition, I let her -- I asked her if she still -- if

10   she still wants to consider the job of senior purchasing manager

11   or purchasing manager, because I would be the one recommending

12   her transition or promotion to Mr. Chin.

13   Q.  And what do you recall of that conversation?

14   A.  With Clover Nolasco?

15   Q.  Yeah.

16   A.  She was very excited and she -- I could tell that she has

17   the confidence and the knowledge of the entire procurement

18   department, that she was ready to take the next step.

19   Q.  After that conversation, did you take any steps to prepare

20   Ms. Nolasco for taking over your position?

21   A.  Yes, I did.  During that time I told her -- I gave her the

22   outline of the other -- because I was taking care of the jumper

23   rolls and building leases, so those are the two main

24   responsibilities that will be added to hers.  So those are the

25   ones that I had to train her.

1          THE COURT:  So at the time that you submitted your

2     resignation, was the succession plan still in place?

3          THE WITNESS:  Yes, Your Honor.

4          THE COURT:  When you submitted your resignation, did

5     you notify the CEO of the succession plan?

6          THE WITNESS:  Yes, Your Honor.  On February 26th, when

7     I submitted my resignation, he gave me a call, and I told him --

8     that's when I told him that, you know, don't worry, we have a

9     succession plan, I've been training Clover Nolasco to replace

10    me, or in case something happened to me or if I moved to a

11    different role, and that was -- he was aware of Ms. Nolasco

12    being my successor.

13         THE COURT:  Did he voice any problems with the

14    succession plan at that time?

15         THE WITNESS:  At that time he did not.  He actually was

16    trying to keep me.  He offered a $10,000 increase in my salary

17    and he also offered for me to move back to my former job title

18    as senior procurement manager.  And he said I don't have to

19    report to headquarters and I would be reporting to the

20    vice president of logistics, so that -- just to have that gap

21    between me and the headquarters.

22         So that was his offer.  And at that time I told him

23    that, please give me three days to think about it.  So I went

24    back to him on March 2nd.

25         THE COURT:  And what happened when you went back to

1    him?

2              THE WITNESS:  When I went back on March 2nd, it was an

3    in-person meeting.

4              THE COURT:  Where?

5              THE WITNESS:  In Orange.  It's the office in the

6    Orange County location.  That's where he -- that's his main

7    office.  And I thanked him and I said, you know, it's really

8    time for me to move on.  So I declined the offer.

9              But during that time, Your Honor, I had the

10   organizational chart with me and the categories of all of the

11   items that we purchased, and I presented that to him.  I said,

12   this is the organizational chart, I'm recommending Clover to be

13   purchasing manager, and she will be the one managing the three

14   locations and the buyers.

15             And at that time he said that they do not -- "they,"

16   meaning him and headquarters, doesn't think that it will be

17   Clover that they will be promoting.  And he said that Camil Hung

18   gave a very good impression with headquarters, and, more

19   importantly, that she was Asian, so they're thinking of giving

20   the promotion or the position to Ms. Camil Hung.

21             THE COURT:  So the CEO explicitly said that one of the

22   bases for the promotion for the other person was because they

23   were Asian?

24             THE WITNESS:  He said the word "Asian," Your Honor.

25             THE COURT:  All right.  And is he Asian?

23

```
1            THE WITNESS:  He is Asian.
2            THE COURT:  What about the other partners?  Are they
3    Asian?
4            THE WITNESS:  They're Indonesians.  They're Asians,
5    Your Honor.
6            THE COURT:  And I gather Ms. Nolasco is not.  Is that
7    right?
8            THE WITNESS:  That is correct, Your Honor.
9            THE COURT:  All right.  Go ahead.
10   BY MR. ERLICH:
11   Q.  To make sure that's clear, to your understanding, what is
12   Ms. Nolasco's race?
13   A.  She's Caucasian.
14   Q.  And to your understanding, what is Ms. Nolasco's national
15   origin?
16   A.  I would say white or Caucasian, or American Caucasian.
17   Q.  Who was the person who received this role that we're
18   discussing?
19   A.  Her name is Camil Hung, and she's a product development
20   manager.
21   Q.  And do you understanding, what is Ms. Hung's race?
22   A.  She is Taiwanese, which is also considered Asian.
23            THE COURT:  I'm sorry, I didn't hear what you said.
24   She's what?
25            THE WITNESS:  She's Taiwanese, which is also considered
```

1    as Asian.

2    Q.  And just for clarity for the record, you said that she's

3    Taiwanese.  And what do you consider her race to be, to your

4    knowledge?

5    A.  Asian.

6    Q.  Now, stepping back slightly to make sure I've covered

7    everything, the certification, the procurement certification you

8    mentioned, what's the importance of that document?

9    A.  The CPP, certification for procurement -- professional

10   procurement, if you see all of the job openings right now, they

11   all require CPP certification.  Which really, it covers global

12   sourcing, vendor management, cost savings initiatives, so

13   anything that's about procurement is covered in that

14   certification.  That's why it's very -- it's essential for us in

15   our career.

16   Q.  Why -- okay.  Do you have your procurement certification?

17   A.  Yes, sir, I do.

18   Q.  Okay.

19           THE COURT:  Ma'am, are you Asian?

20           THE WITNESS:  Yes.  Yes, I am.

21           THE COURT:  When you got promoted to this job, did

22   anybody say to you that the reason you're getting promoted is

23   because you're Asian?

24           THE WITNESS:  No, Your Honor.  After this -- during

25   this case, or after I heard that, you know, it makes me

1  question, is it my performance that gave me this promotion, this

2  high career path, or is it my ethnicity?  Because at that time I

3  thought it was my performance and it's not my ethnicity.  But it

4  makes me wonder now.

5         THE COURT:  Okay.

6  Q.  Ms. Chan, I apologize if I already asked you this.  Do you

7  have your procurement certificate?

8  A.  Yes, I do.

9  Q.  Okay.  And you consider that procurement certificate

10 essential to the role you were filling at that time?

11 A.  Yes.

12 Q.  Now, in your department, let's say at the time of your

13 resignation, how many of the people that reported to you had

14 that procurement certification?

15 A.  Two of them.  One is Ms. Nolasco, and the other one was the

16 buyer for American Tissue, Maureen Shackelford.

17 Q.  When you found out that -- or when you decided to resign,

18 did you speak to the rest of the procurement team about who

19 would be taking over?

20 A.  Yes, I did.  Because we have weekly meetings, and so that's

21 when I announced to my team that I was leaving and that

22 Ms. Nolasco was taking over for me.

23 Q.  Now, had anyone in management told you that Ms. Nolasco was

24 going to be taking over?

25 A.  No, they did not.

1   Q.  Why was it your belief that Ms. Nolasco would be taking

2   over?

3   A.  It's just based on my experience.  When Andre Soetjahja,

4   which is the head of procurement, resigned and I was the

5   successor, it was an automatic transition that I was the one

6   taking over.  Since Ms. Nolasco was my successor, it was -- for

7   me, it was an automatic designation that she's the one taking

8   over for my position.

9   Q.  And how would you describe Ms. -- strike that.  Sorry.

10          What was your impression of Ms. Nolasco's response to

11  finding out she would be filling this role?

12  A.  Yeah, I said she was very excited, she was enthusiastic, and

13  she's ready.  She has the confidence to take on the

14  responsibility.

15  Q.  Ms. Chan, if you could turn to Tab L.

16          THE COURT:  This is Tab L in your exhibits?

17          MR. ERLICH:  Yes.

18          THE COURT:  So it's Plaintiff's Exhibit L.  Any

19  objection from the defense to Exhibit L?

20          MS. GATLING:  No, Your Honor.

21          THE COURT:  All right.  Exhibit L is admitted.

22          (PLAINTIFF EXHIBIT Number L was admitted into

23  evidence.)

24          THE COURT:  Is Clover Ahalt the same as

25  Clover Nolasco?

1    MR. ERLICH:  Yes, Your Honor.  That's her former name

2  before she was married in the last few years.

3    THE COURT:  Okay.  So this is her résumé?

4    MR. ERLICH:  Yes, this is her résumé.

5  BY MR. ERLICH:

6  Q.  Ms. Chan, do you see the document at Tab L?

7  A.  Tab L?  I have the organizational chart.

8    THE COURT:  No, it's under Plaintiff's Exhibit L.  Do

9  you see Tab L?

10    THE WITNESS:  Okay.  Thank you.

11    THE COURT:  You've got it?

12    THE WITNESS:  Yes, Your Honor.

13    THE COURT:  Have you got a question?

14    MR. ERLICH:  Sorry, Your Honor.

15    THE COURT:  It strikes me the résumé speaks for itself.

16  Is there something you need to add to this?

17  Q.  I just wanted to ask you, Ms. Chan, this résumé, did you

18  send this résumé -- did you communicate this résumé to anyone at

19  defendant around the time of your resignation?

20  A.  After I had a meeting with Mr. -- with David Chin on

21  March 2nd, and when he told me that Camil Hung was being

22  considered as my replacement as purchasing manager, on March 3rd

23  I sent him and Shelley an email, again, with my recommendation

24  of Clover being my replacement.  And on that email I attached

25  her certificate of procurement professional, I attached her

1    résumé.  I also enumerated all the cost savings and projects

2    that she's completed, and future projects that she was taking

3    on.

4    Q.  If you could flip back to Tab I.

5         THE COURT:  All right.  Any objection to

6    Plaintiff's Exhibit I being admitted?

7         MS. GATLING:  No, Your Honor.

8         THE COURT:  I will be admitted as well.

9         (PLAINTIFF EXHIBIT Number I was admitted into

10   evidence.)

11   Q.  And Ms. Chan, I just wanted to ask you about this document.

12   Did you -- well, what is this document?

13   A.  This is document for the performance review of Ms. Nolasco

14   for 2020.

15   Q.  And were you the person that completed this review?

16   A.  Yes, sir, I did.

17   Q.  And these are your ratings and comments?

18   A.  Yes, sir.

19   Q.  And...

20        THE COURT:  Well, ma'am, the document speaks for

21   itself.  But you already told us you thought she was the top

22   producer in your department.  Is that right?

23        THE WITNESS:  Yes, Your Honor.

24        THE COURT:  And she was the one that you were -- she

25   was not only the designated successor; it sounds to me like you

1   were trying to tell Mr. Chin-Bing that he's got this wrong, that

2   Ms. Hung is not the answer, that the plaintiff should be the

3   answer.  Is that right?

4           THE WITNESS:  Yes, Your Honor.

5           THE COURT:  And the answer he gave back to you is

6   because she was not Asian.  Is that right?

7           THE WITNESS:  His answer was because headquarters and

8   himself have a strong liking of Ms. Camil Hung, and that she was

9   Asian.

10          THE COURT:  Who else is in headquarters?  Is

11  Ms. Farnham?

12          THE WITNESS:  Headquarters is mainly the Indonesian

13  stakeholder.  Ms. Farnham is part of the leadership team for the

14  U.S. business unit.

15          THE COURT:  Are the headquarters people, then, all

16  Asian themselves?

17          THE WITNESS:  Yes, Your Honor.

18          THE COURT:  And Ms. Farnham?

19          THE WITNESS:  Ms. Farnham is Caucasian.

20          THE COURT:  Okay.  And she's the HR person?

21          THE WITNESS:  Yes, Your Honor.

22          THE COURT:  All right.  Go ahead.

23  BY MS. ERLICH:

24  Q.  And just to clarify, you mentioned that headquarters was

25  Indonesian.  Physically where is it located?

```
 1   A.  It's in Indonesia.

 2   Q.  Okay.  So you have discussed your initial conversation with

 3   David Chin-Bing on I believe February 26th, 2022.  Is that

 4   correct?

 5   A.  Yes, sir.

 6   Q.  And we've been through what he said in that conversation.

 7         Did you at some point speak to human resources about

 8   the -- about Ms. Nolasco's promotion, or lack thereof?

 9   A.  Yes, sir.  On February 26th, after Mr. Chin called me,

10   Ms. Farnham called me, and, you know, she said she heard that I

11   put in my resignation.  And then I discussed with her the offer

12   of Mr. Chin, and her reaction was:  Don't stay.  You know, take

13   the job.  And also, that's when we talk about the transition of

14   my position to Clover Nolasco.

15   Q.  Okay.  And what did you learn in the conversation with

16   Ms. Farnham about the promotion?

17   A.  So after that, around March 6th - it was a Sunday -

18   Ms. Farnham called me and she said that unfortunately the

19   position will be given to Camil, but she's going to try her best

20   to give a promotion to Clover, whether it's a purchasing manager

21   for Mercury or something that would make her stay.

22         So I asked her, what are your reasons why they can't

23   make Clover the purchasing manager for the entire TBU unit?  And

24   her answer was:  She checked off all the boxes except she's not

25   Asian.
```

1    Q.  And again, she used the word "Asian"?

2    A.  That is correct.

3    Q.  Did you at some point communicate this to Ms. Nolasco?

4    A.  Yes, I did.  Because she was -- I had to tell her the truth,

5    that she was not -- she was not being considered for the

6    position.  And she asked me, she said:  What's the reason?  You

7    know, my performance speaks for itself.

8         And that's when I told her:  Well, you tick off all the

9    boxes, except you don't have the -- I think my word was, "You

10   don't have the chinky eye."  That was the word that I used.

11        THE COURT:  You don't have what kind of eyes?

12        THE WITNESS:  The chinky eye.

13        THE COURT:  You mean Asian eyes?

14        THE WITNESS:  Right.  The Asian eye, the slanted eye.

15        THE COURT:  Okay.  When you said that, were you a

16   member -- still working for the company?

17        THE WITNESS:  I'm sorry?

18        THE COURT:  When you said that to her, were you still

19   yourself a member of the company?

20        THE WITNESS:  Yes, I was.

21        THE COURT:  So you were speaking on behalf of the

22   company at that time?

23        THE WITNESS:  I already was in my two-week notice.

24        THE COURT:  Yeah, but you still worked there.  Is that

25   right?

1          THE WITNESS:  Yes, I do.

2          THE COURT:  All right.

3    BY MR. ERLICH:

4    Q.  Do you recall how Ms. Nolasco reacted to that?

5    A.  She was frustrated, you know, and definitely she was angry.

6    And, you know, I was feeling the same way, because it just -- I

7    just realized that she's not getting the job because of

8    discrimination.  So we shared the same sentiment, that it was

9    unfair, and, you know, she was really angry when she heard of

10   the reason.

11   Q.  Ms. Hung, who did receive the position, did you have any

12   experience working with her while you were working with

13   defendant?

14   A.  Yes, I did.  Because she was in the product development

15   team, and every time we have -- we launch new product, I

16   collaborated with her.  We are the one who picked which vendor

17   to work with.  Also, you know, if there's quality issue from the

18   suppliers, she's the one who I work with as well.

19   Q.  Okay.  Now, I'm not really sure organizationally, right,

20   what the head of procurement has to do with a product manager.

21   Can you explain that relationship to me?

22   A.  So when there are -- when there's a product that the sales

23   and marketing team wants to produce or create for the market,

24   they go to the part of the development team which is headed by

25   Camil Hung, and Camil would go to the procurement department and

1    say, "Hey, we want to make a scented tissue," and the

2    procurement department would find the supplier that could make

3    scented tissue.

4            So that's the whole collaboration between product

5    development and procurement.

6    Q.  And what was your impression of Ms. Hung as an employee of

7    defendant?

8    A.  She's been with the company for a long time, I believe

9    12 years, and I would say as a product development manager, she

10   did good with her -- in her job.

11   Q.  And how frequently did you interact with Ms. Hung?

12   A.  We have team meeting once a week.

13   Q.  Now, you've talked about the head of procurement and a

14   product manager.  Do you know, does the product manager -- does

15   the product manager have any exposure to procurement as part of

16   their job?

17   A.  No.  I think there's very different job responsibility.  As

18   I am not well versed with her job responsibility, I don't think

19   she has any knowledge or experience in purchasing.  And during

20   my conversation with her, I could sense that she was very

21   nervous and, you know, did not have the knowledge and confidence

22   to take on the job as purchasing manager when she found out

23   about it at that time.

24   Q.  Now, those conversations you just referenced, when were

25   those conversations?

1   A.  When -- there was a memo that came out on March 7th

2   announcing that Camil Hung was the one who is going to take over

3   my position, and that was when he had that conversation.  And

4   her exact words were, "I did not apply for the job, I was

5   volunteered to take on this job."

6   Q.  Are there any particular systems that the procurement team

7   uses that Ms. -- sorry, Ms. Hung would not have used in

8   production?

9   A.  I mean, we use a lot of SAP, so this is our ERP system that

10  have the procurement module, inventory warehouse, shipping and

11  receiving management.  And I think that -- I don't think that

12  the product development department uses SAP.  The only time they

13  use it is when they do a request.  So that is the only module

14  that her team uses, not really exactly her.

15          So it's an SAP system.  She has no experience in the

16  SAP system.

17  Q.  What is an SAP system?

18  A.  It's an ERP -- like I said, it's an ERP system where it's a

19  platform that the three manufacturing location use for purchase

20  ordering processes, inventory management, warehouse shipping and

21  receiving, for customer service as well.

22  Q.  How important is that system to the procurement department?

23  A.  It's the report that we generate every day, so we see what

24  are the purchase order requests that we need to process, how

25  many spare parts we have in inventory.  We also use that report

1    for on-time -- you know, gauging the performance of our vendor

2    for on-time deliveries.  So it's something that we really use

3    every day.

4    Q.  Is familiarity with that system critical to the role of head

5    of procurement?

6    A.  Absolutely.

7    Q.  Is it critical to the role of a senior purchasing

8    manager?

9    A.  Yes, it is.

10   Q.  Is it critical to the role of a senior procurement

11   manager?

12          MS. GATLING:  Objection.  Calls for speculation.

13          THE COURT:  Overruled.

14   A.  Yes, it is.

15          THE COURT:  By the way, when you object, stand up.  I'm

16   old school.

17   Q.  And to your understanding, what was Ms. Hung's -- what was

18   Ms. Hung's familiarity with this SAP system at the time she was

19   promoted?

20   A.  She only entered purchase requests, and I was actually the

21   one who trained her how to enter purchase requests.

22   Q.  Ms. Chan, could you turn to Tab C in the book in front of

23   you.

24          THE COURT:  Any objection to Exhibit C?

25          MS. GATLING:  No objection, Your Honor.

1          THE COURT:  So it will be admitted.

2          (PLAINTIFF EXHIBIT Number C was admitted into

3    evidence.)

4    Q.  Now, Ms. Chan, again, this document largely speaks for

5    itself.  But first of all, take a look through it and just tell

6    us what this document is.

7    A.  This is a document that I sent to Mr. David Chin and

8    Ms. Shelley Farnham that I mentioned that I sent on March 3rd,

9    after my meeting with David Chin on March 2nd.  This is the

10   document where I attach her certification, her résumé.  I also

11   enumerated the cost savings that she's done, all the projects

12   that she's completed, and future projects that she was taking

13   on.

14   Q.  Why did you write this email?

15   A.  I wrote it because I want to highlight that she -- that

16   David -- this is the right choice.  This is the right person.

17   If you want a seamless and smooth transition, this is the person

18   that I trained and have the knowledge that I know who is suited

19   for that position, for my position, because she was my successor

20   for three years.  I had her ready for three years to take on the

21   job.

22   Q.  Could you turn to Tab M, please.

23          THE COURT:  M as in Mary?

24          MR. ERLICH:  Yes.

25          THE COURT:  Any objection to Exhibit M?

```
 1              MS. GATLING:  No, Your Honor.

 2              THE COURT:  Admitted.

 3              (PLAINTIFF EXHIBIT Number M was admitted into

 4     evidence.)

 5     Q.  Ms. Chan, what is this document?

 6     A.  This is an organizational chart that I also attached on

 7     March 3rd in my email to Mr. Chin and Shelley.  This is my

 8     recommendation that Ronald Iswono, who is our vice president for

 9     supply chain and logistics, be the head, and Clover Nolasco

10     being the purchasing manager reporting to Ronald, and all the

11     buyers from the three locations reporting to Clover Nolasco.

12     Q.  Now, is this the kind of structure that you had requested

13     your position be changed to?

14     A.  When I requested it in December, my request for David is

15     that I report to Ronald Iswono, which is the same exact

16     org chart that I was requesting at that time.

17     Q.  Now, is this structure the same structure as Mr. Chin-Bing

18     offered you on February 26th?

19     A.  That is correct.

20     Q.  Okay.  And could you turn to Tab N, as in Nancy.

21              THE COURT:  Any objection to Exhibit N?

22              MS. GATLING:  No, Your Honor.

23              THE COURT:  Admitted.

24              (PLAINTIFF EXHIBIT Number N was admitted into

25     evidence.)
```

1    Q.   Ms. Chan, what is this document?

2    A.   These are all the categories that the procurement department

3    sources, so from raw materials, packaging, services, equipment,

4    spare parts.  This is also part of the document that I sent and

5    presented to Mr. Chin breaking down all the categories and who

6    would be the person in charge, which are the buyers, for these

7    categories.

8    Q.   Did you draft this document?

9    A.   It's already in a preexisting document during my -- during

10   Andre's supervision.  So I just tried to, you know, change the

11   person in charge to fit who are the buyers at that time.

12   Q.   Would it be fair to say you updated it?

13   A.   Yes, I did.

14   Q.   And what was the purpose of giving them this?

15   A.   It's really -- because when we vet out or do a proposal,

16   procurement proposal, for packaging, a buyer is -- we designate

17   a buyer to take care of all the three locations for volume

18   discount and cost savings.  And it's easier to manage one vendor

19   for the three locations so there's consistency in the quality.

20   So the reason for this is, so I -- the department, the different

21   managers in different departments, plant managers for the three

22   locations, know who to go to when they have questions on these

23   categories.

24   Q.   Okay.  When you learned -- strike that.

25            Prior to when you learned that Ms. Hung would be

1    promoted into this position, did David Chin-Bing,

2    Shelley Farnham, or anyone from defendant speak to you about

3    Ms. Nolasco's qualifications for this position?

4    A.  Yeah, I've been always -- I have been in meetings with

5    Shelley since she's the VP of HR.  We've talked about Clover's

6    performance...

7    Q.  Why don't you take a moment to fix your mic.

8    A.  Yeah, we've talked about Clover's performance.  And she also

9    gets performance bonuses, so whenever there's a performance

10   bonus that is given to Clover, it's a discussion between myself

11   and Shelley.

12   Q.  Okay.  Specifically with reference to your resignation and

13   what came after, did anyone from defendant speak to you about

14   Ms. Nolasco's qualifications for your position?

15   A.  I do not recall.

16   Q.  Did anyone from defendant speak to you about Ms. Nolasco's

17   willingness to relocate to California?

18   A.  No, they did not.

19   Q.  When you were talking to Mr. Chin-Bing, did he say that

20   Ms. -- when you were talking to Mr. Chin-Bing, did he

21   communicate to you that Ms. Nolasco's location was part of the

22   reason for her nonselection?

23   A.  No, he did not.

24   Q.  Did he say that her length of tenure at Solaris, or

25   defendant, was responsible -- was the reason for her

1    nonselection?

2    A.  No, he did not.

3    Q.  Did he refer to any deficiencies in Ms. Nolasco's work

4    performance as the reason for her nonselection?

5    A.  No, he did not.

6    Q.  Did Mr. Chin-Bing reference Ms. Nolasco's qualifications or

7    lack thereof as a reason for her nonselection for the position?

8    A.  No.  No, he did not.  And I think he even praises

9    Ms. Nolasco's performance.  Because he worked with her in the

10   expansion and extension of the Mercury building lease, so he was

11   very impressed.  So I do not recall any lack of performance that

12   he was referring to.

13   Q.  Okay.  Now, before I move on, I just want to clarify.  Did

14   Ms. Farnham or anyone else at defendant -- since we've already

15   accounted for David Chin-Bing, did Ms. Farnham or anyone else at

16   defendant tell you that Ms. Nolasco's location was a reason for

17   her nonselection?

18   A.  No, she did not.

19   Q.  Did anyone tell you that Ms. Hung's location was the reason

20   for her selection?

21   A.  No.

22   Q.  Did anyone tell you that Ms. Hung's -- sorry, Ms. Nolasco's

23   education was the reason for her nonselection?

24   A.  No.

25   Q.  Did Ms. Farnham or anyone else from defendant tell you that

1    Ms. Nolasco's qualifications, or lack thereof, were the reason

2    for her nonselection?

3    A.  No.

4    Q.  Okay.

5          MR. ERLICH:  Your Honor, I am just very close to the

6    end.  Could I have just a moment to go through my outline and

7    make sure that I've covered everything?

8          THE COURT:  Yeah, I'll give you a minute.  A minute.

9          Did you want to introduce this last document that you

10   referenced this morning or not?

11         MR. ERLICH:  Yes, that was one of the things I was

12   going to come back to.

13         THE COURT:  Do you want to mark that PP?  Seems like

14   that's the end of your exhibits.

15         MR. ERLICH:  Yes, please, Your Honor.

16         THE COURT:  So we'll mark this Exhibit PP.

17         I previously overruled your objection about the

18   production; you know, the fact that it came up today.  Did you

19   have a substantive objection, an evidentiary objection?

20         MS. GATLING:  Yes, Your Honor.  I object that it's not

21   relevant to the issues at hand.

22         THE COURT:  All right.  It's overruled.  I mean,

23   whatever weight can be given to it by Judge Giles.  I don't know

24   how much weight it is.

25         So do you want to show her PP?

42

```
1            MR. ERLICH:  Yes, please.
2            (PLAINTIFF EXHIBIT Number PP was admitted into
3    evidence.)
4            THE COURT:  Because we're going to wrap this up here
5    pretty soon.
6    BY MR. ERLICH:
7    Q.  Ms. Chan, what is this document?
8    A.  This is the document that announces that Camil Hung will be
9    taking over my position as senior purchasing manager.
10   Q.  Is this -- where did you get this document?
11   A.  It was an email from Shelley Farnham to all of the
12   employees.
13   Q.  And is this a true and accurate copy of this document?
14   A.  Yes, it is.
15   Q.  When you saw this document on March 7th, was there anything
16   in here that surprised you?
17   A.  No.  I was just surprised that they offered a position to
18   Clover, and Clover was supposed to give her response by the end
19   of that week - so I think that was the 11th that was the end of
20   that week - and I was surprised that before Clover could even
21   give her response to Shelley, Shelley already sent out this
22   announcement announcing Camil as the procurement manager.
23   Q.  Prior to your last day with defendant, did you have an exit
24   interview?
25   A.  Yes, I did.  I had an exit interview on March 11th with
```

1    David and Shelley.

2    Q.  What did you learn at that exit interview?

3    A.  So it was a separate interview.  The first interview was

4    with David Chin.  And, again, I also brought that organizational

5    chart, being my last ditch effort to convince him that Clover is

6    still the right person, and that, you know, he's making a

7    mistake choosing Camil over Clover.  And before we end that exit

8    interview, he even asked me, he said:  Do you think Shelley is

9    somebody I can trust?  Because I doubt her loyalty.

10            And my answer was:  Shelley is retiring in two years.

11   She won't do anything to jeopardize her position.

12            And before I said good-bye to David, I asked him one

13   last time, is your reason for Clover not being chosen for the

14   position is because she's not Asian?  And he nodded and he said

15   yes.

16   Q.  If I understand correctly, that is the second independent

17   time that Mr. Chin-Bing had told you that the reason for

18   Ms. Nolasco's nonselection was because of her race?

19   A.  Yes, that was the second time.

20   Q.  Ms. Chan, how is it that you came to be at the trial today?

21   A.  I received a phone call from Ms. Gatling, I believe that was

22   two weeks ago, and she informed me that she received a subpoena

23   under my name and that there's a court trial for July 30th.

24            So I asked her where the trial would be, and she said

25   it will be in Virginia.  So it was kind of surprising for me

44

1   because that means I had to take time off and fly over here.

2   And so I expressed my -- you know, I expressed that feeling to

3   Ms. Gatling, and she said that I don't have any obligation to

4   fly to Virginia for the court trial.

5   Q.  Why did you ultimately decide to come?

6   A.  My decision to testify is mainly because of my ethical

7   duties and moral obligation.  I paid for my flight, I took

8   three days off from my work, paid for my hotel, paid for my

9   meal.  I just want to tell the truth, and I think that Clover

10  deserves it.  And it's really hard to testify for a company and

11  the people that took care of me, giving me the highest career

12  that I could ever reach.

13          But I just hope that, you know, if this ever happens to

14  me, there will be brave people who would testify for me.  That's

15  why I'm doing this.

16  Q.  Did you pay your own way to be here?

17  A.  I did.  I paid for my flight, I paid for my hotel, I paid

18  for my meals, I paid for my Uber.

19  Q.  Has anyone promised to reimburse you for any of those

20  expenses?

21  A.  No.

22          MR. ERLICH:  I think that's it, Your Honor.

23          THE COURT:  Here's what we're going to do.  Why don't

24  we take a 10-minute recess and then we'll do the cross.

25          I want to ask a question of you.  I'm looking at the

1    docket sheet and it seems to me there's been no settlement

2    conference in this case.  Is that true?

3              MR. ERLICH:  That's correct, Your Honor.

4              THE COURT:  Why is that?

5              MR. ERLICH:  I couldn't tell you, Your Honor.

6              THE COURT:  Well, let me ask you this.  When you're

7    done with crossing, I'm not the trial judge, I'm just here for

8    this.  Do you want to do a settlement conference?  Because this

9    is a case that ought to be resolved.  Could you get your client

10   on the phone with some authority to figure out what we're doing

11   here?  Because this is a case that should have been settled

12   months ago.

13             MS. GATLING:  Your Honor, we have had settlement

14   discussions.  We haven't had a settlement conference.

15             THE COURT:  Well, maybe you need a settlement

16   conference.

17             So let's do this.  Your client is here, so you have the

18   authority.  So we'll take 10 minutes, and then maybe your

19   associate here can see if you can line somebody up to be on the

20   phone and I'll do a settlement conference myself this afternoon

21   and see if we can get the case resolved.

22             MS. GATLING:  I don't know that we I can get people on

23   the phone because of time zone differences, but I can certainly

24   try.

25             THE COURT:  Look, it's quarter to 12:00, so it's

1     quarter to 9:00 in California, right?

2          MS. GATLING:  And I also have people in Indonesia.

3          THE COURT:  All right.  But they have telephones.

4     Can't they wake up?

5          MS. GATLING:  Again, certainly I --

6          THE COURT:  It seems to me you have a superstar

7     associate over there.  She knows how to call people.

8          MS. GATLING:  She does.

9          THE COURT:  So let's take a 10-minute break, you'll get

10    to fully cross her, and then let's kind of see if we can do a

11    settlement conference in my chambers.  And then -- of course it

12    will all be confidential.  I won't share that with Judge Giles.

13         But it seems to me, after seeing this, it seems to me

14    this is a case that ought to be resolved.  I've only done about

15    a thousand employment conferences.  They always settle.  I was

16    stunned that we didn't have a settlement conference in this

17    case.

18         So let's just come back at noon, noon sharp.

19         Ma'am, remember, you're still under oath.  I don't want

20    you to talk about your testimony with anybody.  Because you're

21    going to get a break too.  You come back here at noon so they

22    can cross-examine you.  Okay?

23         THE WITNESS:  Yes, Your Honor.

24         THE COURT:  And then while we're doing that, you get

25    your associate to call people to have them ready.  As soon as

1    we're done with the cross and the redirect, then we would spin

2    to -- we'll do a hearing in my chambers back here.  Okay?

3            You know, I was a magistrate judge for seven years.

4    I'm kind of a master at settling cases.  I don't know if you

5    know that or not.  I'm a grand master, actually, at it.  I might

6    be able to get you to where you need to go.

7            MS. GATLING:  I believe you.

8            THE COURT:  You should believe me.  Let's get on the

9    phone here.  You know what to do.

10           All right.  We'll come back at noon.

11           (Recess taken at 11:47 a.m.)

12           THE COURT:  Recross?

13           **CROSS-EXAMINATION BY COUNSEL FOR DEFENDANT**

14   BY MS. GATLING:

15   Q.  Good afternoon, Ms. Chan.

16   A.  Good afternoon, Ms. Gatling.

17   Q.  Ms. Chan, you were not Ms. Nolasco's supervisor when she

18   first started working for Mercury Paper.  Is that correct?

19   A.  That's correct.

20   Q.  And I want to switch and talk to you about when you resigned

21   from Solaris Paper.  When you resigned from Solaris Paper, you

22   submitted a letter of resignation.  Is that correct?

23   A.  Correct.

24   Q.  And I would like you to turn to defendant's exhibits.  Do

25   you have a copy of those in front of you?

1           THE COURT:  Which number?

2           MS. GATLING:  Defendant's Exhibit 23.

3           THE COURT:  Any objection to Defendant's Exhibit 23?

4    It's the resignation letter.  No objection?

5           MR. ERLICH:  Your Honor, we will object to this on

6    relevance grounds.  We don't think Ms. Chan's specific reasons

7    for --

8           THE COURT:  Overruled.  It's admitted.

9           (DEFENDANT EXHIBIT Number 23 was admitted into

10   evidence.)

11   Q.  Ms. Chan, when you resigned, this is the resignation letter

12   that you submitted.  Is that correct?

13   A.  Correct.

14   Q.  And in looking at your resignation letter, you submitted

15   this to David Chin, the CEO.  Is that correct?

16   A.  Yes.

17   Q.  And when you wrote this resignation letter, you thanked him

18   for his support.  Is that right?

19   A.  Yes.

20   Q.  You said you truly enjoyed your tenure with Solaris Paper.

21   Is that correct?

22   A.  Yes.

23   Q.  You said you were grateful for his encouragement.  Is that

24   correct?

25   A.  Yes.

1    Q.  And, in fact, you specifically acknowledged Shelley Farnham

2    as one of the people who had encouraged you.  Is that right?

3    A.  Yes.

4    Q.  And you said that Mr. Chin had mentored you while you were

5    at Solaris Paper.  Is that correct?

6    A.  Correct.

7    Q.  And you said that you would do anything if you could be of

8    any assistance during your transition.  Is that right?

9    A.  Right.

10    Q.  And Shelley Farnham was the VP of HR when you resigned.  Is

11    that right?

12    A.  Correct.

13    Q.  And when you left, your position was the head of

14    procurement.  Is that what it says in this letter?

15    A.  Yes.

16    Q.  So you weren't the purchasing manager at that time.  Is that

17    right?

18    A.  Yes.

19    Q.  Okay.  And when you were the head of procurement, you worked

20    in California.  Is that correct?

21    A.  Yes, I did.

22    Q.  And Andre Soetjahja, when he was head of procurement, he

23    worked in California.  Is that correct?

24    A.  Correct.

25    Q.  And when you left, you said that you had an exit interview.

1    Is that correct?

2    A.  Yes.

3    Q.  And you met with Shelley Farnham for that exit interview.

4    Is that correct?

5    A.  Correct.

6    Q.  And when you had your exit interview, there was an exit

7    interview questionnaire.  Is that correct?

8    A.  Yes.

9    Q.  And so if you look with me at Defendant's Exhibit 22.

10           THE COURT:  Any objection to Defendant's Exhibit 22?

11           MR. ERLICH:  No, Your Honor.

12           THE COURT:  Admitted.

13           (DEFENDANT EXHIBIT Number 22 was admitted into

14    evidence.)

15    Q.  During your exit interview with Shelley Farnham, if you look

16    at number 6 on that -- I'm sorry, number 4 on that exit

17    interview, you said that you had been given great opportunities

18    during your career to advance.  Is that correct?

19    A.  Yes.

20    Q.  And then you also said that if you had a friend looking for

21    a job, under number 6, that Solaris was a good place to work.

22    Is that correct?

23    A.  Yes.

24    Q.  And at that point you knew Ms. Nolasco had not been selected

25    for the position.  Is that correct?

1    A.  Correct.  Yes.

2    Q.  And so you would recommend Solaris as a good place to work

3    for anyone.  Is that correct?

4    A.  For my family, because they're Asians.

5    Q.  I'm sorry?

6    A.  For my family, because they're all Asians.

7    Q.  But here you just said it was a good place to work for any

8    friend.  Is that correct?

9    A.  That's correct.

10   Q.  And when we talk about the position that Ms. Hung was

11   selected for, let's look back at Plaintiff's Exhibit PP.  Do you

12   have that in front of you?

13          THE COURT:  That was the last one that we added?

14          MS. GATLING:  I'm sorry, yeah, that was a separate one.

15          THE COURT:  I think the courtroom deputy has it here,

16   Paul.

17   Q.  Ms. Hung was selected for the senior management procurement

18   position.  Is that correct?

19   A.  Yes.

20   Q.  And that's a position that you've never held.  Is that

21   correct?

22   A.  I was a senior purchasing manager, yes.

23   Q.  I'm sorry, this says senior management of procurement.  Is

24   that correct?

25   A.  Yes.

1    Q.  And you've never held the position of senior management of

2    procurement.  Is that correct?

3    A.  I did not.

4    Q.  And so you weren't involved in the decision to select the

5    person for senior management of procurement.  Is that right?

6    A.  I was not involved.

7    Q.  Okay.  And when you left, you knew they were eliminating the

8    position of head of procurement.  Is that right?

9    A.  No, I did not.

10   Q.  You did not know that?

11   A.  No.

12   Q.  Okay.  You were aware that they were creating a new position

13   under Ron Iswono.  Is that correct?

14   A.  Yes.

15            THE COURT:  By the way, when you did your org chart

16   that you sent to them - I can't remember what exhibit it was -

17   but isn't that something you actually recommended, that he would

18   be the head of that?

19            THE WITNESS:  Yes, Your Honor.

20            THE COURT:  So this new job that counsel just

21   referenced, did essentially -- even though the name was the

22   same, did they just shift the duties over to that?  Is that what

23   happened?

24            THE WITNESS:  Your Honor, from all the experience and

25   from all the memos that I've seen sent out, when I was promoted

1    as a buyer, when I was promoted as senior purchasing manager, it

2    was referred to that I would be in charge of the procurement

3    department.  So for me, that procurement and purchasing is

4    interchangeable in the USTB unit.

5              THE COURT:  Okay.  But the recommendation that you made

6    on the org chart, they ultimately -- besides for the plaintiff

7    getting the job, they took your recommendation on the

8    reorganization.  Is that right?

9              THE WITNESS:  Yes, Your Honor.

10             THE COURT:  They just picked a different person.  Is

11   that right?

12             THE WITNESS:  Yes, Your Honor.

13             THE COURT:  Okay.  Go ahead.

14   BY MS. GATLING:

15   Q.  And I would like you to look at what's been marked as

16   Plaintiff's Exhibit C, what's been admitted as Plaintiff's

17   Exhibit C.

18             THE COURT:  Is that already admitted?

19             MS. GATLING:  Yes.

20             THE COURT:  This is the email?

21             MS. GATLING:  Yes.

22             THE COURT:  Go ahead.

23   Q.  So in looking at what you sent -- it looks like you sent

24   this email to Ms. Nolasco.  Is that correct?

25   A.  Yes, I did.

54

 1    Q.  Okay.  And you said you just wanted to share it with her,

 2    and you said you would let her know once you heard from David.

 3    Is that correct?

 4    A.  That's correct.

 5    Q.  So you knew this was just a recommendation.  Is that right?

 6    A.  Yes.

 7    Q.  Okay.  So you knew it wasn't something that David would

 8    necessarily follow.  Is that right?

 9    A.  Yes, of course.

10    Q.  Okay.  And then if you look at page 2 of your email that you

11    sent to David and copied Shelley Farnham on, it looks like you

12    were recommending that she be promoted to purchasing manager.

13    Is that correct?

14    A.  That's correct.

15    Q.  So this wasn't senior procurement manager.  Is that right?

16    A.  It's not senior procurement manager.

17            THE COURT:  I'm sorry, I didn't hear you, ma'am.

18    A.  It's not senior procurement manager.

19    Q.  Okay.  And at the time that you sent this, you knew they had

20    already selected Camil Hung for this position.  Is that right?

21    A.  No, they were considering Camil Hung.  That was my

22    conversation with David Chin on March 2nd.

23    Q.  Okay.  And if you look at the last page of what you said to

24    David, you said that you hoped that he would trust you this one

25    last time.  Is that right?

1    A.  That's correct.

2    Q.  So you knew that this was still just a recommendation for

3    David.  Is that right?

4    A.  Of course.  Yes.

5    Q.  So you knew that your recommendation may not be followed.

6    Is that right?

7    A.  Yeah, especially based on my conversation with him on

8    March 2nd.

9    Q.  Okay.  And then when you said that -- when you list

10   Ms. Nolasco's qualifications in here, you said that she had a

11   certificate of business operations.  Is that right?

12   A.  Yes.

13   Q.  You didn't state that she has a bachelor's degree.  Is that

14   right?

15   A.  Yes.

16   Q.  She does not hold a bachelor's degree.  Is that right?

17   A.  She does not.

18   Q.  And she had only been working at Mercury since 2018.  Is

19   that correct?

20   A.  Correct.

21   Q.  And as I heard you state earlier, you had another chosen

22   successor before Ms. Nolasco.  Is that right?

23   A.  Correct.

24   Q.  Okay.  And in your interactions with Ms. Hung, you found her

25   to be an effective employee.  Is that right?

56

```
 1    A.  Yes.
 2    Q.  And you've never supervised Ms. Hung's performance.  Is that
 3    right?
 4    A.  No, I did not.
 5    Q.  Okay.  So you have no way to judge her performance as an
 6    employee.  Is that right?
 7    A.  I did not.
 8    Q.  Okay.  And Ms. Nolasco had never held a manager position at
 9    Solaris.  Is that correct?
10    A.  Yes.
11    Q.  Okay.  And she had only supervised one employee at Solaris.
12    Is that right?
13    A.  At Mercury.
14    Q.  At Mercury.  Is that correct?
15    A.  Correct.
16    Q.  Okay.  And even when she was supervisor, she didn't have the
17    authority to hire and fire any employees.  Is that right?
18    A.  She has the authority to hire.
19    Q.  Okay.  She didn't have the authority to fire any employees?
20    A.  She does too.
21    Q.  Ms. Nolasco did?
22    A.  Yes.
23    Q.  Okay.  Did she have the authority to set salaries for any
24    employees?
25    A.  (No verbal response.)
```

1    Q.  She did not?

2    A.  No, she does not.

3    Q.  Okay.  And you never -- Mr. Chin never used the term, you

4    said "squinted eye."  Is that correct?

5    A.  No, he did not.

6    Q.  And Ms. Farnham never used the term "squinted eye."  Is that

7    correct?

8    A.  No, she did not.

9         MS. GATLING:  No further questions.

10        THE COURT:  Any redirect?  You don't have to do

11   something just to do it.  You know that.  Right?  So is that

12   answer no, you have no redirect?

13        MR. ERLICH:  That's right, Your Honor.

14        THE COURT:  All right.  Ma'am, thank you for coming

15   here and giving us your testimony.  You're going to be excused.

16   I'm going to ask you, though, not to talk about your testimony

17   now with anybody until the case is ultimately over in front of

18   my colleague, Judge Giles, who I think you know is ill so that's

19   why she couldn't be here today.  Okay?

20        THE WITNESS:  Yes, Your Honor.  Thank you so much.

21        THE COURT:  Thank you.  Okay.  All right.

22        We'll let her step out there.

23        Ms. Gatling, were you able to get ahold of some people

24   that we could do a quick settlement conference here?

25        MS. GATLING:  Not yet, Your Honor.  But I can certainly

1    go out in the hallway to try.

2         THE COURT:  Well, why don't we do this.  This is not my

3    turf, so I don't know what the set-up is here.

4         Are there two attorney rooms outside those doors?

5         MS. GATLING:  Yes, Your Honor.

6         THE COURT:  Let's do this.  I'm going to talk to the

7    plaintiff's counsel first.  You'll take one room, and you put

8    your client in the one room.  Ms. Gatling, you and your

9    associate will go in the other room.  While I'm talking to them

10   about what their demand is, you're going to try to get ahold of

11   somebody.  And then, when I'm done talking to them, we'll reach

12   out to you and then we'll bring...so we're going to do this all

13   in my chambers, right?  Of course, it's all off the record.  And

14   we'll see if we can get this case settled real quick.

15        Go ahead.  We're still on the record here.  What did

16   you want to say?

17        MS. GATLING:  Oh, no.

18        THE COURT:  So we're going to terminate the court

19   proceedings.

20        Mr. Erlich, why don't you get your client and your

21   colleague set up there in that room?

22        Now, I'm going to be using my law clerk, Rachel, who is

23   in the back, because Ms. Giles' law clerk has to be screened

24   off.  Because in case this case doesn't settle, I don't want

25   Judge Giles to be prejudiced in any way from settlement.

1          So we're going to let him go.  Rachel will be the

2    person that will work with you.  Once you get set up there,

3    she'll bring you back into my chambers.

4          I want to tell you something.  I want to tell you both

5    this.  The best way to settle cases is to think about the

6    Rolling Stones.  You don't always get what you want, but you get

7    what you need.  If you live by those words, we can resolve these

8    things.  Right?

9          And that goes for you too, Ms. Nolasco.  Okay?  Let's

10   just think about that.  Right?  Because there's inherent risks

11   to both sides on this, and I'll chat with both of you about

12   that.  Okay?

13         So you guys get set up, see if you can get somebody on

14   the phone with some level of authority while I'm chatting with

15   him, and I'll kind of see what their numbers are and we'll go

16   from there.  Okay?

17              MS. GATLING:  Okay.

18              (Off the record at 12:13 p.m.)

19              **CERTIFICATE OF OFFICIAL COURT REPORTER**

20

21         **I, Rebecca Stonestreet, certify that the foregoing is a**

22   **correct transcript from the record of proceedings in the**

23   **above-entitled matter.**

24   **___//Rebecca Stonestreet//___        __11/18/24____**

25   **SIGNATURE OF COURT REPORTER                    DATE**

**$**

**$10,000** [1] - 21:16

**'18** [2] - 11:11, 11:14
**'19** [1] - 11:12

**/**

**//Rebecca** [1] - 59:24

**1**

**1** [1] - 1:23
**10** [3] - 2:4, 19:7, 45:18
**10-minute** [2] - 44:24, 46:9
**10:30** [1] - 1:7
**11** [1] - 8:3
**11/18/24** [1] - 59:24
**11:47** [1] - 47:11
**11th** [3] - 8:8, 42:19, 42:25
**12** [1] - 33:9
**12:00** [1] - 45:25
**12:13** [1] - 59:18
**1550** [1] - 1:13
**1800** [1] - 1:17
**1:23-cv-01631-PTG-WBP** [1] - 1:4
**1:23-CV-1631** [1] - 3:3

**2**

**2** [1] - 54:10
**2013** [2] - 8:3, 8:8
**2016** [6] - 8:15, 8:20, 10:10, 11:10, 11:14, 11:15
**2018** [5] - 11:14, 11:15, 11:19, 15:22, 55:18
**2019** [4] - 9:3, 11:10, 11:19, 18:20
**2020** [8] - 9:4, 9:25, 12:18, 13:19, 16:3, 17:6, 18:16, 28:14
**2021** [2] - 12:18, 19:17
**2022** [3] - 19:18, 19:21, 30:3
**2024** [1] - 1:6
**22** [3] - 50:9, 50:10, 50:13
**22102** [1] - 1:18
**22209** [1] - 1:14
**22314** [1] - 1:22
**23** [3] - 48:2, 48:3, 48:9
**240** [1] - 1:22

**26** [1] - 2:11
**26th** [6] - 19:21, 20:3, 21:6, 30:3, 30:9, 37:18
**28** [1] - 2:10

**2nd** [6] - 21:24, 22:2, 27:21, 36:9, 54:22, 55:8

**3**

**30** [2] - 1:6, 5:10
**30th** [1] - 43:23
**36** [1] - 2:10
**37** [2] - 2:11, 2:12
**3rd** [3] - 27:22, 36:8, 37:7

**4**

**4** [1] - 50:16
**401** [1] - 1:21
**42** [1] - 2:12
**426-7767** [1] - 1:22
**47** [1] - 2:5

**5**

**500** [1] - 1:18
**5:00** [1] - 19:5
**5s** [2] - 12:20, 14:3

**6**

**6** [5] - 12:20, 14:3, 50:16, 50:21
**6th** [1] - 30:17

**7**

**7** [1] - 19:7
**700** [1] - 1:14
**703-286-3143** [1] - 1:19
**703-791-9087** [1] - 1:15
**7th** [2] - 34:1, 42:15

**8**

**8:00** [1] - 19:5

**9**

**9:00** [1] - 46:1
**9th** [1] - 1:21

**A**

**a.m** [2] - 1:7, 47:11
**ability** [2] - 16:18, 17:3
**able** [9] - 5:2, 10:15, 10:16, 11:23, 11:24, 12:2, 14:3, 47:6,

57:23
**above-entitled** - 59:23
**absolutely** [3] - 3:22, 4:14, 35:6
**accounted** [6] - 40:15
**accurate** [1] - 42:13
**acknowledged** - 49:1
**ad** [1] - 10:20
**add** [1] - 27:16
**added** [4] - 14:22, 15:4, 20:24, 51:13
**address** [1] - 3:24
**addresses** [1] - 4:5
**addressing** [1] - 4:5
**administered** - 7:10
**admitted** [18] - 26:21, 26:22, 28:6, 28:8, 28:9, 36:1, 36:2, 37:2, 37:3, 37:23, 37:24, 42:2, 48:8, 48:9, 50:12, 50:13, 53:16, 53:18
**adopted** [1] - 17:8
**advance** [1] - 50:18
**advisor** [1] - 19:17
**affects** [1] - 3:21
**afternoon** [3] - 45:20, 47:15, 47:16
**ago** [3] - 16:4, 43:22, 45:12
**Ahalt** [1] - 26:24
**ahead** [8] - 4:15, 7:18, 18:7, 23:9, 29:22, 53:13, 53:22, 58:15
**ahold** [2] - 57:23, 58:10
**Alexandria** [2] - 1:2, 1:22
**American** [6] - 9:10, 9:15, 12:4, 12:25, 23:16, 25:16
**and..** [1] - 28:19
**Andre** [5] - 10:4, 13:17, 14:11, 26:3, 49:22
**Andre's** [1] - 38:10
**angry** [2] - 32:5, 32:9
**announced** [1] - 25:21
**announcement** [1] - 42:22
**announces** [1] - 42:8
**announcing** [3] - 4:20, 34:2, 42:22
**answer** [8] - 17:16, 29:2, 29:3, 29:5, 29:7, 30:24, 43:10, 57:12

**apologize** [1] - 25:6
**APP** [1] - 10:5
**appearances** [1] - 3:4
**APPEARANCES**[1] - 1:11
**apply** [1] - 34:4
**applying** [1] - 19:18
**appreciate** [1] - 17:16
**approval** [1] - 16:21
**approve** [1] - 16:19
**approved** [2] - 16:25, 18:2
**April** [2] - 6:7, 6:8
**Arlington** [1] - 1:14
**Asia** [1] - 10:5
**Asian** [19] - 22:19, 22:23, 22:24, 22:25, 23:1, 23:3, 23:22, 24:1, 24:5, 24:19, 24:23, 29:6, 29:9, 29:16, 30:25, 31:1, 31:13, 31:14, 43:14
**Asians** [3] - 23:4, 51:4, 51:6
**aside** [1] - 15:2
**assist** [1] - 15:12
**assistance** [1] - 49:8
**assistant** [1] - 8:25
**associate** [4] - 45:19, 46:7, 46:25, 58:9
**associated** [1] - 10:25
**ATI** [1] - 16:10
**attach** [1] - 36:10
**attached** [3] - 27:24, 27:25, 37:6
**attorney** [1] - 58:4
**authenticate** [1] - 4:25
**authenticity** [1] - 5:25
**authority** [7] - 45:10, 45:18, 56:17, 56:18, 56:19, 56:23, 59:14
**automatic** [2] - 26:5, 26:7
**aware** [2] - 21:11, 52:12

**B**

**bachelor's** [2] - 55:13, 55:16
**balance** [1] - 19:5
**base** [1] - 14:23
**based** [2] - 26:3, 55:7
**bases** [1] - 22:22
**became** [6] - 13:19, 16:10, 17:6, 17:7, 19:4, 19:7
**become** [1] - 17:5
**BEFORE** [1] - 1:9
**behalf** [3] - 16:24,

18:1, 31:21
**belief** [1] - 26:1
**best** [2] - 30:19, 59:5
**between** [4] - 8:22, 21:21, 33:4, 39:10
**big** [1] - 14:24
**bigger** [1] - 15:3
**binder** [2] - 7:5, 7:8
**Bing** [12] - 13:24, 14:6, 17:2, 29:1, 30:3, 37:17, 39:1, 39:19, 39:20, 40:6, 40:15, 43:17
**bing** [1] - 18:6
**Blvd** [2] - 1:13, 1:17
**bonus** [2] - 14:4, 39:10
**bonuses** [1] - 39:9
**book** [1] - 35:22
**boss** [2] - 10:3, 16:22
**boxes** [2] - 30:24, 31:9
**brave** [1] - 44:14
**break** [3] - 9:12, 46:9, 46:21
**breaking** [1] - 38:5
**brief** [1] - 17:19
**briefed** [1] - 17:20
**briefly** [1] - 14:18
**bring** [2] - 7:4, 59:3
**bring...so** [1] - 58:12
**bringing** [1] - 13:6
**brought** [1] - 43:4
**building** [4] - 15:2, 15:3, 20:23, 40:10
**business** [4] - 10:22, 19:1, 29:14, 55:11
**buy** [1] - 14:24
**buyer** [21] - 8:10, 8:11, 8:14, 8:17, 8:22, 8:25, 11:20, 11:21, 15:17, 15:24, 16:1, 16:3, 16:5, 16:6, 16:10, 18:9, 25:16, 38:16, 38:17, 53:1
**buyers** [7] - 9:11, 15:7, 18:13, 22:14, 37:11, 38:6, 38:11
**BY** [11] - 7:21, 7:22, 18:8, 23:10, 27:5, 29:23, 32:3, 42:6, 47:13, 47:14, 53:14
**bye** [1] - 43:12

**C**

**C-H-A-N** [1] - 7:17
**California** [7] - 9:15, 9:21, 13:1, 39:17, 46:1, 49:20, 49:23
**Camil** [14] - 22:17,

22:20, 23:19, 27:21, 29:8, 30:19, 32:25, 34:2, 42:8, 42:22, 43:7, 54:20, 54:21
**Canada** [1] - 14:24
**care** [6] - 8:13, 15:13, 15:16, 20:22, 38:17, 44:11
**career** [6] - 18:14, 19:17, 24:15, 25:2, 44:11, 50:18
**Case** [2] - 1:4, 3:3
**case** [15] - 4:21, 6:20, 10:16, 21:10, 24:25, 45:2, 45:9, 45:11, 45:21, 46:14, 46:17, 57:17, 58:14, 58:24
**cases** [2] - 47:4, 59:5
**categories** [5] - 22:10, 38:2, 38:5, 38:7, 38:23
**Caucasian** [4] - 23:13, 23:16, 29:19
**CEO** [10] - 13:22, 17:2, 17:4, 17:5, 17:6, 17:7, 17:17, 21:5, 22:21, 48:15
**certainly** [4] - 5:9, 45:23, 46:5, 57:25
**CERTIFICATE** [1] - 59:19
**certificate** [6] - 18:11, 18:12, 25:7, 25:9, 27:25, 55:11
**certification** [9] - 18:15, 24:7, 24:9, 24:11, 24:14, 24:16, 25:14, 36:10
**certify** [1] - 59:21
**chain** [1] - 37:9
**chambers** [4] - 46:11, 47:2, 58:13, 59:3
**Chan** [21] - 4:11, 4:16, 6:6, 7:15, 7:16, 7:23, 14:18, 25:6, 26:15, 27:6, 27:17, 28:11, 35:22, 36:4, 37:5, 38:1, 42:7, 43:20, 47:15, 47:17, 48:11
**CHAN** [2] - 2:4, 7:19
**Chan's** [1] - 48:6
**chance** [1] - 18:5
**change** [1] - 38:10
**changed** [1] - 37:13
**charge** [4] - 13:9, 38:6, 38:11, 53:2
**chart** [8] - 22:10, 22:12, 27:7, 37:6, 37:16, 43:5, 52:15, 53:6

**chat** [1] - 59:11
**chatting** [1] - 59:14
**Chavez** [1] - 11:7
**checked** [1] - 30:24
**Chin** [21] - 13:22, 13:24, 14:6, 14:9, 17:2, 27:20, 29:1, 30:3, 36:7, 36:9, 37:17, 39:1, 39:19, 39:20, 40:6, 40:15, 43:4, 43:17, 48:15, 49:4, 54:22
**chin** [10] - 13:24, 19:12, 19:22, 20:4, 20:12, 30:9, 30:12, 37:7, 38:5, 57:3
**Chin-Bing** [12] - 13:24, 14:6, 17:2, 29:1, 30:3, 37:17, 39:1, 39:19, 39:20, 40:6, 40:15, 43:17
**chinky** [2] - 31:10, 31:12
**choice** [1] - 36:16
**choosing** [1] - 43:7
**chosen** [2] - 43:13, 55:21
**Civil** [1] - 1:4
**clarify** [2] - 29:24, 40:13
**clarity** [2] - 12:5, 24:2
**clear** [3] - 3:16, 7:13, 23:11
**CLERK** [1] - 3:2
**clerk** [3] - 7:10, 58:22, 58:23
**client** [6] - 4:24, 5:24, 45:9, 45:17, 58:8, 58:20
**close** [1] - 41:5
**CLOVER** [1] - 1:4
**Clover** [23] - 3:2, 3:7, 11:18, 20:14, 21:9, 22:12, 22:17, 26:24, 26:25, 27:24, 30:14, 30:20, 30:23, 37:9, 37:11, 39:10, 42:18, 42:20, 43:5, 43:7, 43:13, 44:9
**Clover's** [2] - 39:5, 39:8
**collaborated** [2] - 11:25, 32:16
**collaborating** [1] - 13:7
**collaboration** [1] - 33:4
**colleague** [2] - 57:18, 58:21
**colleagues** [2] - 13:2,

13:11
**coming** [1] - 57:14
**comments** [1] - 28:17
**communicate** [6] - 19:23, 20:1, 20:7, 27:18, 31:3, 39:21
**communicating** [1] - 4:16
**companies** [1] - 10:23
**company** [21] - 5:15, 6:4, 6:23, 10:4, 10:13, 11:17, 11:18, 13:23, 16:24, 17:9, 17:18, 18:1, 18:21, 19:11, 19:16, 31:16, 31:19, 31:22, 33:8, 44:10
**company's** [1] - 5:17
**compared** [1] - 13:2
**completed** [4] - 11:25, 28:2, 28:15, 36:12
**comprised** [1] - 10:22
**COMPUTERIZED** [1] - 1:24
**conference** [9] - 5:9, 45:2, 45:8, 45:14, 45:16, 45:20, 46:11, 46:16, 57:24
**conferences** [1] - 46:15
**confidence** [3] - 20:17, 26:13, 33:21
**confidential** [1] - 46:12
**consider** [3] - 20:10, 24:3, 25:9
**considered** [4] - 23:22, 23:25, 27:22, 31:5
**considering** [1] - 54:21
**consistency** [1] - 38:19
**consultation** [1] - 14:10
**contents** [1] - 6:18
**conversation** [9] - 20:13, 20:19, 30:2, 30:6, 30:15, 33:20, 34:3, 54:22, 55:7
**conversations** [2] - 33:24, 33:25
**convert** [1] - 12:13
**converting** [1] - 14:25
**convince** [1] - 43:5
**copied** [1] - 54:11
**copy** [3] - 5:21, 42:13, 47:25
**Corner** [1] - 1:18
**correct** [55] - 9:19,

13:20, 18:21, 18:22, 23:8, 30:4, 31:2, 37:19, 45:3, 47:18, 47:19, 47:22, 47:23, 48:12, 48:13, 48:15, 48:21, 48:24, 49:5, 49:6, 49:12, 49:20, 49:23, 49:24, 50:1, 50:4, 50:5, 50:7, 50:18, 50:22, 50:25, 51:1, 51:3, 51:8, 51:9, 51:18, 51:21, 51:24, 52:2, 52:13, 53:24, 54:3, 54:4, 54:13, 54:14, 55:1, 55:19, 55:20, 55:23, 56:9, 56:14, 56:15, 57:4, 57:7, 59:22
**correctly** [1] - 43:16
**cost** [6] - 12:14, 13:6, 24:12, 28:1, 36:11, 38:18
**counsel** [2] - 52:20, 58:7
**COUNSEL** [2] - 7:21, 47:13
**County** [1] - 22:6
**course** [5] - 6:2, 46:11, 54:9, 55:4, 58:13
**Court** [1] - 1:21
**COURT** [133] - 1:1, 1:20, 3:8, 3:11, 3:16, 3:23, 4:4, 4:9, 4:11, 4:15, 4:22, 5:3, 5:13, 5:17, 5:21, 6:1, 6:3, 6:9, 6:14, 6:18, 6:23, 7:4, 7:6, 7:9, 7:11, 7:13, 7:18, 8:4, 8:7, 9:20, 9:22, 14:13, 14:15, 16:11, 16:15, 16:18, 16:24, 17:2, 17:5, 17:7, 17:12, 17:15, 17:25, 18:7, 21:1, 21:4, 21:13, 21:25, 22:4, 22:21, 22:25, 23:2, 23:6, 23:9, 23:23, 24:19, 24:21, 25:5, 26:16, 26:18, 26:21, 26:24, 27:3, 27:8, 27:11, 27:13, 27:15, 28:5, 28:8, 28:20, 28:24, 29:5, 29:10, 29:15, 29:18, 29:20, 29:22, 31:11, 31:13, 31:15, 31:18, 31:21, 31:24, 32:2, 35:13, 35:15, 35:24, 36:1, 36:23, 36:25, 37:2, 37:21,

37:23, 41:8, 41:13, 41:16, 41:22, 42:4, 44:23, 45:4, 45:6, 45:15, 45:25, 46:3, 46:6, 46:9, 46:24, 47:8, 47:12, 48:1, 48:3, 48:8, 50:10, 50:12, 51:13, 51:15, 52:15, 52:20, 53:5, 53:10, 53:13, 53:18, 53:20, 53:22, 54:17, 57:10, 57:14, 57:21, 58:2, 58:6, 58:18, 59:19, 59:25
**court** [4] - 3:2, 43:23, 44:4, 58:18
**Courthouse** [1] - 1:21
**courtroom** [2] - 7:10, 51:15
**COURTROOM** [1] - 3:2
**covered** [3] - 24:6, 24:13, 41:7
**covers** [1] - 24:11
**CPP** [2] - 24:9, 24:11
**create** [1] - 32:23
**creating** [1] - 52:12
**credibility** [2] - 3:18, 3:21
**critical** [2] - 35:4, 35:7, 35:10
**cross** [4] - 44:24, 46:10, 46:22, 47:1
**CROSS** [2] - 2:3, 47:13
**CROSS-EXAMINATION** [1] - 47:13
**cross-examine** [1] - 46:22
**crossing** [1] - 45:7
**CRR** [1] - 1:20
**customer** [1] - 34:21
**cycle** [1] - 12:13

## D

**DATE** [1] - 59:25
**date** [2] - 8:7, 19:23
**dates** [1] - 4:20
**David** [21] - 13:22, 14:6, 14:9, 27:20, 30:3, 36:7, 36:9, 36:16, 37:14, 39:1, 40:15, 43:1, 43:4, 43:12, 48:15, 54:2, 54:7, 54:11, 54:22, 54:24, 55:3
**DAVID** [1] - 1:9
**days** [3] - 5:10, 21:23,

44:8
**deal** [1] - 7:2
**December** [2] - 19:17, 37:14
**decide** [1] - 44:5
**decided** [1] - 25:17
**decision** [3] - 14:8, 44:6, 52:4
**decisions** [1] - 3:18
**declined** [1] - 22:8
**Defendant** [1] - 1:7
**defendant** [15] - 7:25, 15:21, 16:2, 19:20, 27:19, 32:13, 33:7, 39:2, 39:13, 39:16, 39:25, 40:14, 40:16, 40:25, 42:23
**DEFENDANT** [4] - 1:16, 47:13, 48:9, 50:13
**defendant's** [2] - 18:23, 47:24
**Defendant's** [4] - 48:2, 48:3, 50:9, 50:10
**defendants** [1] - 6:10
**defense** [3] - 4:4, 6:20, 26:19
**deficiencies** [1] - 40:3
**definitely** [1] - 32:5
**degree** [2] - 55:13, 55:16
**deliveries** [1] - 35:2
**demand** [1] - 58:10
**demeanor** [1] - 3:21
**department** [16] - 12:3, 13:7, 13:14, 16:16, 17:19, 18:24, 20:18, 25:12, 28:22, 32:25, 33:2, 34:12, 34:22, 38:2, 38:20, 53:3
**departments** [2] - 12:1, 38:21
**deposed** [2] - 6:6, 6:7
**deposition** [1] - 3:12
**deputy** [2] - 7:10, 51:15
**describe** [1] - 26:9
**described** [1] - 10:19
**deserves** [1] - 44:10
**designate** [1] - 38:16
**designated** [5] - 11:6, 11:9, 11:16, 16:12, 28:25
**designating** [2] - 11:2, 18:19
**designation** [1] - 26:7
**development** [6] - 23:19, 32:14, 32:24, 33:5, 33:9, 34:12

**difference** [2] - 9:6, 9:8
**differences** [2] - 8:21, 45:23
**different** [6] - 17:16, 21:11, 33:17, 38:20, 38:21, 53:10
**DIN** [1] - 1:16
**DIRECT** [1] - 2:3
**discount** [1] - 38:18
**discovery** [1] - 5:1
**discretion** [1] - 4:2
**discrimination** [1] - 32:8
**discuss** [1] - 14:18
**discussed** [4] - 16:4, 18:17, 30:2, 30:11
**discussing** [1] - 23:18
**discussion** [1] - 39:10
**discussions** [1] - 45:14
**District** [1] - 1:21
**DISTRICT** [3] - 1:1, 1:1, 1:10
**ditch** [1] - 43:5
**Division** [1] - 1:2
**docket** [1] - 45:1
**document** [31] - 5:12, 5:19, 5:20, 5:22, 6:7, 6:12, 6:13, 6:17, 24:8, 27:6, 28:11, 28:12, 28:13, 28:20, 36:4, 36:6, 36:7, 36:10, 37:5, 38:1, 38:4, 38:8, 38:9, 41:9, 42:7, 42:8, 42:10, 42:13, 42:15
**documents** [5] - 4:18, 5:6, 5:7, 5:17
**done** [8] - 11:2, 12:20, 13:5, 36:11, 45:7, 46:14, 47:1, 58:11
**doors** [1] - 58:4
**doubt** [1] - 43:9
**down** [3] - 9:12, 17:18, 38:5
**draft** [1] - 38:8
**duly** [1] - 7:19
**during** [11] - 11:8, 13:4, 20:21, 22:9, 24:24, 33:19, 38:9, 49:8, 50:15, 50:18
**duties** [2] - 44:7, 52:22

**E**

**easier** [1] - 38:18
**EASTERN** [1] - 1:1
**education** [1] - 40:23

**effective** [1] - 55:25
**effort** [1] - 43:5
**either** [1] - 7:2
**eliminating** [1] - 52:7
**email** [9] - 4:17, 27:23, 27:24, 36:14, 37:7, 42:11, 53:20, 53:24, 54:10
**employee** [5] - 5:6, 33:6, 55:25, 56:6, 56:11
**employees** [7] - 4:20, 4:23, 8:25, 42:12, 56:17, 56:19, 56:24
**employer** [1] - 8:1
**employment** [2] - 18:23, 46:15
**encouraged** [1] - 49:2
**encouragement** [1] - 48:23
**end** [5] - 41:6, 41:14, 42:18, 42:19, 43:7
**enjoyed** [1] - 48:20
**enter** [1] - 35:21
**entered** [1] - 35:20
**enthusiastic** [1] - 26:12
**entire** [3] - 16:2, 20:17, 30:23
**entities** [2] - 9:12, 9:13
**entitled** [1] - 59:23
**enumerated** [2] - 28:1, 36:11
**environment** [1] - 19:11
**equipment** [1] - 38:3
**Erlich** [6] - 2:4, 3:6, 3:13, 5:21, 7:18, 58:20
**ERLICH** [38] - 1:12, 1:13, 3:6, 3:15, 3:22, 3:25, 4:14, 4:16, 4:23, 5:24, 6:2, 7:3, 7:5, 7:7, 7:22, 14:14, 14:16, 18:8, 23:10, 26:17, 27:1, 27:4, 27:5, 27:14, 29:23, 32:3, 36:24, 41:5, 41:11, 41:15, 42:1, 42:6, 44:22, 45:3, 45:5, 48:5, 50:11, 57:13
**ERP** [3] - 34:9, 34:18
**especially** [1] - 55:7
**essential** [2] - 24:14, 25:10
**essentially** [1] - 52:21
**established** [1] - 18:2
**ethical** [1] - 44:6

**ethnicity** [2] - 25:2, 25:3
**evaluated** [1] - 12:18
**evaluation** [2] - 13:4, 13:5
**eventually** [1] - 9:4
**evidence** [8] - 26:23, 28:10, 36:3, 37:4, 37:25, 42:3, 48:10, 50:14
**evidentiary** [4] - 3:17, 3:25, 4:8, 41:19
**exact** [2] - 34:4, 37:15
**exactly** [1] - 34:14
**EXAMINATION** [2] - 7:21, 47:13
**examine** [1] - 46:22
**except** [2] - 30:24, 31:9
**excited** [2] - 20:16, 26:12
**excused** [1] - 57:15
**Exhibit** [16] - 26:18, 26:19, 26:21, 27:8, 28:6, 35:24, 36:25, 37:21, 41:16, 48:2, 48:3, 50:9, 50:10, 51:11, 53:16, 53:17
**exhibit** [3] - 7:5, 7:7, 52:16
**EXHIBIT** [8] - 26:22, 28:9, 36:2, 37:3, 37:24, 42:2, 48:9, 50:13
**exhibits** [4] - 5:7, 26:16, 41:14, 47:24
**EXHIBITS** [1] - 2:9
**exit** [10] - 42:23, 42:25, 43:2, 43:7, 49:25, 50:3, 50:6, 50:15, 50:16
**expansion** [2] - 15:3, 40:10
**expenses** [1] - 44:20
**experience** [5] - 26:3, 32:12, 33:19, 34:15, 52:24
**explain** [1] - 32:21
**explicitly** [1] - 22:21
**exposure** [1] - 33:15
**expressed** [2] - 44:2
**extension** [1] - 40:10
**extent** [1] - 6:6
**eye** [6] - 31:10, 31:12, 31:14, 57:4, 57:6
**eyes** [2] - 31:11, 31:13

**F**

**facilities** [1] - 9:9

**fact** [2] - 41:18, 49:1
**factor** [1] - 19:10
**FAGEL** [1] - 1:16
**fair** [1] - 38:12
**familiarity** [2] - 35:4, 35:18
**family** [2] - 51:4, 51:6
**far** [1] - 20:8
**Farnham** [24] - 14:11, 14:12, 16:22, 19:22, 20:4, 29:11, 29:13, 29:18, 29:19, 30:10, 30:16, 30:18, 36:8, 39:2, 40:14, 40:15, 40:25, 42:11, 49:1, 49:10, 50:3, 50:15, 54:11, 57:6
**favorable** [1] - 6:19
**February** [6] - 19:21, 20:3, 21:6, 30:3, 30:9, 37:18
**Federal** [1] - 5:10
**few** [1] - 27:2
**figure** [1] - 45:10
**fill** [1] - 8:9
**filling** [3] - 3:11, 25:10, 26:11
**fire** [2] - 56:17, 56:19
**first** [10] - 3:4, 7:9, 7:14, 7:15, 19:16, 20:1, 36:5, 43:3, 47:18, 58:7
**fit** [1] - 38:11
**five** [1] - 12:25
**fix** [1] - 39:7
**flight** [2] - 44:7, 44:17
**flip** [1] - 28:4
**Floor** [1] - 1:21
**fly** [2] - 44:1, 44:4
**follow** [3] - 10:23, 13:9, 54:8
**follow-up** [1] - 13:9
**followed** [2] - 18:17, 55:5
**follows** [1] - 7:20
**FOR** [5] - 1:1, 1:12, 1:16, 7:21, 47:13
**foregoing** [1] - 59:21
**form** [1] - 17:13
**formal** [1] - 10:24
**formalized** [2] - 10:20, 10:21
**former** [6] - 5:6, 8:1, 10:3, 19:12, 21:17, 27:1
**frankly** [1] - 6:19
**frequently** [1] - 33:11
**Friday** [1] - 19:8
**friend** [2] - 50:20, 51:8
**front** [4] - 35:22,

47:25, 51:12, 57:17
**frustrated** [1] - 32:5
**full** [1] - 7:14
**fully** [1] - 46:10
**future** [2] - 28:2, 36:12

## G

**gap** [1] - 21:20
**gather** [3] - 3:13, 17:18, 23:6
**GATLING** [36] - 1:16, 3:9, 4:7, 4:10, 5:4, 5:16, 5:18, 5:22, 6:5, 6:11, 6:15, 6:22, 26:20, 28:7, 35:12, 35:25, 37:1, 37:22, 41:20, 45:13, 45:22, 46:2, 46:5, 46:8, 47:7, 47:14, 48:2, 51:14, 53:14, 53:19, 53:21, 57:9, 57:25, 58:5, 58:17, 59:17
**Gatling** [9] - 2:5, 3:9, 4:6, 6:3, 43:21, 44:3, 47:16, 57:23, 58:8
**gauging** [1] - 35:1
**general** [1] - 12:17
**generate** [1] - 34:23
**Giles** [6] - 3:12, 3:19, 41:23, 46:12, 57:18, 58:25
**Giles'** [1] - 58:23
**given** [8] - 12:12, 12:19, 15:14, 15:18, 30:19, 39:10, 41:23, 50:17
**global** [1] - 24:11
**good-bye** [1] - 43:12
**grand** [1] - 47:5
**grateful** [1] - 48:23
**great** [1] - 50:17
**grounds** [1] - 48:6
**guess** [1] - 6:21
**guys** [1] - 59:13

## H

**hallway** [1] - 58:1
**hand** [1] - 41:21
**handled** [3] - 8:23, 8:24, 9:8
**hard** [1] - 44:10
**HARRY** [1] - 1:12
**head** [27] - 9:4, 9:23, 10:1, 10:3, 10:6, 10:14, 12:23, 13:17, 13:19, 14:7, 14:8, 14:18, 14:20, 15:5, 15:10, 16:21, 18:24, 26:4, 32:20, 33:13,

35:4, 37:9, 49:13, 49:19, 49:22, 52:8, 52:18
**headed** [1] - 32:24
**headquarters** [10] - 18:25, 21:19, 21:21, 22:16, 22:18, 29:7, 29:10, 29:12, 29:15, 29:24
**hear** [3] - 8:4, 23:23, 54:17
**heard** [5] - 24:25, 30:10, 32:9, 54:2, 55:21
**hearing** [1] - 47:2
**held** [3] - 51:20, 52:1, 56:8
**HERRMANN** [1] - 1:12
**Herrmann** [1] - 3:7
**herself** [1] - 4:17
**high** [2] - 12:19, 25:2
**highest** [2] - 12:20, 44:11
**highlight** [1] - 36:15
**himself** [1] - 29:8
**hire** [2] - 56:17, 56:18
**hired** [2] - 8:10, 11:18
**hoc** [1] - 10:20
**hold** [2] - 8:4, 55:16
**home** [1] - 19:6
**Honor** [63] - 3:6, 3:9, 3:15, 3:22, 4:1, 4:8, 4:14, 5:4, 5:9, 5:16, 5:18, 5:19, 5:20, 5:23, 6:5, 6:11, 6:13, 6:15, 6:22, 7:3, 14:14, 16:14, 16:17, 17:1, 17:10, 17:24, 21:3, 21:6, 22:9, 22:24, 23:5, 23:8, 24:24, 26:20, 27:1, 27:12, 27:14, 28:7, 28:23, 29:4, 29:17, 29:21, 35:25, 37:1, 37:22, 41:5, 41:15, 41:20, 44:22, 45:3, 45:5, 45:13, 46:23, 48:5, 50:11, 52:19, 52:24, 53:9, 53:12, 57:13, 57:20, 57:25, 58:5
**HONORABLE** [1] - 1:9
**hope** [1] - 44:13
**hoped** [1] - 54:24
**hotel** [2] - 44:8, 44:17
**HR** [7] - 14:12, 16:23, 17:14, 18:5, 29:20, 39:5, 49:10
**human** [1] - 30:7
**Hung** [11] - 6:21,

22:17, 22:20, 23:19, 27:21, 29:8, 32:25, 34:2, 42:8, 54:20, 54:21
**hung** [9] - 29:2, 32:11, 33:6, 33:11, 34:7, 38:25, 51:10, 51:17, 55:24
**hung's** [6] - 23:21, 35:17, 35:18, 40:19, 40:22, 56:2

## I

**idea** [1] - 18:18
**ill** [1] - 57:18
**impeachment** [1] - 5:8
**importance** [1] - 24:8
**important** [1] - 34:22
**importantly** [1] - 22:19
**impressed** [1] - 40:11
**impression** [2] - 22:18, 26:10, 33:6
**in-person** [2] - 22:3
**Inc** [1] - 3:10
**include** [1] - 15:8
**increase** [1] - 21:16
**independent** [1] - 43:16
**indicators** [2] - 12:11, 12:16
**Indonesia** [5] - 14:24, 19:1, 19:7, 30:1, 46:2
**Indonesian** [2] - 29:12, 29:25
**Indonesians** [1] - 23:4
**informed** [1] - 43:22
**inherent** [1] - 59:10
**initial** [1] - 30:2
**initiatives** [1] - 24:12
**interact** [1] - 33:11
**interactions** [1] - 55:24
**interchangeable** [1] - 53:4
**interview** [12] - 42:24, 42:25, 43:2, 43:3, 43:8, 49:25, 50:3, 50:6, 50:7, 50:15, 50:17
**interviewed** [1] - 15:24
**introduce** [1] - 41:9
**inventory** [3] - 34:10, 34:20, 34:25
**invoice** [1] - 8:13
**involved** [2] - 52:4, 52:6
**issue** [2] - 3:25, 32:17

**issues** [1] - 41:21
**Iswono** [3] - 37:8, 37:15, 52:13
**items** [1] - 22:11
**itself** [5] - 14:19, 27:15, 28:21, 31:7, 36:5

## J

**Jaimé** [6] - 11:7, 11:8, 11:16, 11:18, 11:20, 11:22
**January** [1] - 19:18
**jeopardize** [1] - 43:11
**job** [28] - 8:11, 8:21, 10:17, 10:18, 13:5, 14:20, 15:10, 15:11, 15:14, 19:19, 20:8, 20:10, 21:17, 24:10, 24:21, 30:13, 32:7, 33:10, 33:16, 33:17, 33:18, 33:22, 34:4, 34:5, 36:21, 50:21, 52:20, 53:7
**join** [2] - 15:21, 19:6
**joined** [2] - 15:23, 15:24
**Joshua** [1] - 3:6
**JOSHUA** [1] - 1:12
**judge** [4] - 18:17, 45:7, 47:3, 56:5
**Judge** [5] - 3:12, 3:19, 41:23, 46:12, 57:18, 58:25
**JUDGE** [1] - 1:10
**July** [2] - 1:6, 43:23
**jumper** [2] - 14:23, 20:22
**just...understood** [1] - 14:16

## K

**KATHERINE** [1] - 1:12
**Katherine** [1] - 3:7
**keep** [2] - 14:15, 21:16
**key** [1] - 12:11
**kind** [6] - 31:11, 37:12, 43:25, 46:10, 47:4, 59:15
**kitchen** [1] - 14:25
**knowing** [1] - 16:7
**knowledge** [5] - 20:17, 24:4, 33:19, 33:21, 36:18
**knows** [1] - 46:7
**KPI** [1] - 11:23
**KPIs** [5] - 12:9, 12:10, 12:11, 12:17, 13:3

## L

**lack** [4] - 30:8, 40:7, 40:11, 41:1
**largely** [1] - 36:4
**last** [10] - 7:14, 7:16, 27:2, 41:9, 42:23, 43:5, 43:13, 51:13, 54:23, 54:25
**launch** [1] - 32:15
**law** [2] - 58:22, 58:23
**LAW** [1] - 1:13
**leadership** [1] - 29:13
**learn** [5] - 10:8, 10:10, 17:18, 30:15, 43:2
**learned** [2] - 38:24, 38:25
**learning** [2] - 10:17, 16:8
**lease** [1] - 40:10
**leases** [2] - 15:2, 20:23
**leave** [4] - 4:2, 11:18, 18:23, 19:15
**leaving** [3] - 19:10, 19:16, 25:21
**left** [8] - 8:16, 11:16, 18:21, 49:13, 49:25, 52:7
**length** [1] - 39:24
**letter** [6] - 47:22, 48:4, 48:11, 48:14, 48:17, 49:14
**level** [1] - 59:14
**life** [1] - 19:5
**line** [1] - 45:19
**list** [1] - 55:9
**LITTLER** [1] - 1:17
**live** [1] - 59:7
**located** [7] - 9:13, 9:15, 9:16, 9:20, 9:21, 29:25
**location** [8] - 12:5, 12:7, 15:13, 22:6, 34:19, 39:21, 40:16, 40:19
**locations** [10] - 9:9, 9:11, 9:18, 12:22, 14:22, 22:14, 37:11, 38:17, 38:19, 38:22
**logistics** [2] - 21:20, 37:9
**look** [10] - 5:13, 6:18, 36:5, 45:25, 50:9, 50:15, 51:11, 53:15, 54:10, 54:23
**looking** [4] - 44:25, 48:14, 50:20, 53:23
**looks** [3] - 6:19, 53:23, 54:11

**lost** [1] - 19:4
**loud** [1] - 7:13
**loyalty** [1] - 43:9
**LYNN** [1] - 1:12

**M**

**ma'am** [9] - 4:12, 7:11, 7:13, 8:4, 24:19, 28:20, 46:19, 54:17, 57:14
**machineries** [1] - 15:16
**magistrate** [1] - 47:3
**main** [3] - 19:10, 20:23, 22:6
**manage** [3] - 12:2, 12:4, 38:18
**managed** [1] - 9:11
**management** [9] - 15:17, 24:12, 25:23, 34:11, 34:20, 51:17, 51:23, 52:1, 52:5
**manager** [37] - 8:18, 8:22, 8:23, 9:3, 9:5, 9:6, 9:7, 11:5, 13:15, 19:13, 20:10, 20:11, 21:18, 22:13, 23:20, 27:22, 30:20, 30:23, 32:20, 33:9, 33:14, 33:15, 33:22, 35:8, 35:11, 37:10, 42:9, 42:22, 49:16, 51:22, 53:1, 54:12, 54:15, 54:16, 54:18, 56:8
**managerial** [1] - 15:15
**managers** [2] - 38:21
**managing** [3] - 9:8, 9:17, 22:13
**manufacturing** [4] - 9:9, 10:22, 14:22, 34:19
**March** [13] - 21:24, 22:2, 27:21, 27:22, 30:17, 34:1, 36:8, 36:9, 37:7, 42:15, 42:25, 54:22, 55:8
**mark** [2] - 41:13, 41:16
**marked** [1] - 53:15
**market** [1] - 32:23
**marketing** [1] - 32:23
**married** [1] - 27:2
**Mary** [1] - 36:23
**master** [2] - 47:4, 47:5
**material** [1] - 15:16
**materials** [5] - 8:24, 16:7, 16:9, 38:3
**matter** [2] - 7:25, 59:23

**Maureen** [1] - 25:16
**meal** [1] - 44:9
**meals** [1] - 44:18
**mean** [6] - 6:7, 6:16, 10:13, 31:13, 34:9, 41:22
**meaning** [1] - 22:16
**means** [3] - 10:14, 10:17, 44:1
**meet** [1] - 11:24
**meeting** [5] - 13:6, 22:3, 27:20, 33:12, 36:9
**meetings** [3] - 13:9, 25:20, 39:4
**member** [2] - 31:16, 31:19
**members** [1] - 17:9
**memo** [2] - 4:23, 34:1
**memorandum** [1] - 4:19
**memos** [1] - 52:25
**MENDELSON** [1] - 1:17
**mentioned** [8] - 9:13, 12:9, 13:19, 14:6, 18:3, 24:8, 29:24, 36:8
**mentored** [1] - 49:4
**Mercury** [12] - 9:10, 9:16, 12:2, 12:5, 12:25, 15:13, 30:21, 40:10, 47:18, 55:18, 56:13, 56:14
**met** [1] - 50:3
**metrics** [1] - 13:12
**mic** [1] - 39:7
**might** [1] - 47:5
**minute** [2] - 41:8
**minutes** [1] - 45:18
**mistake** [1] - 43:7
**module** [2] - 34:10, 34:13
**moment** [4] - 4:12, 16:4, 39:7, 41:6
**Monday** [1] - 19:2
**month** [1] - 19:2
**months** [1] - 45:12
**moral** [1] - 44:7
**morning** [9] - 3:6, 3:8, 3:9, 6:17, 7:11, 7:12, 7:23, 7:24, 41:10
**mother** [1] - 10:4
**move** [5] - 16:5, 19:12, 21:17, 22:8, 40:13
**moved** [2] - 10:17, 21:10
**moving** [3] - 14:15, 18:9, 20:8
**MR** [35] - 3:6, 3:15,

3:22, 3:25, 4:14, 4:16, 4:23, 5:24, 6:2, 7:3, 7:5, 7:7, 7:22, 14:14, 14:16, 18:8, 23:10, 26:17, 27:1, 27:4, 27:5, 27:14, 32:3, 36:24, 41:5, 41:11, 41:15, 42:1, 42:6, 44:22, 45:3, 45:5, 48:5, 50:11, 57:13
**MS** [36] - 3:9, 4:7, 4:10, 5:4, 5:16, 5:18, 5:22, 6:5, 6:11, 6:15, 6:22, 26:20, 28:7, 29:23, 35:12, 35:25, 37:1, 37:22, 41:20, 45:13, 45:22, 46:2, 46:5, 46:8, 47:7, 47:14, 48:2, 51:14, 53:14, 53:19, 53:21, 57:9, 57:25, 58:5, 58:17, 59:17

**N**

**name** [6] - 7:14, 7:15, 7:16, 23:19, 27:1, 43:23, 52:21
**named** [4] - 10:11, 10:12, 11:19, 13:13
**names** [1] - 7:14
**Nancy** [1] - 37:20
**national** [1] - 23:14
**necessarily** [1] - 54:8
**need** [7] - 3:23, 7:1, 27:16, 34:24, 45:15, 47:6, 59:7
**needed** [2] - 5:8, 18:10
**needs** [2] - 4:7, 16:9
**negotiated** [1] - 15:2
**nervous** [1] - 33:21
**never** [10] - 5:18, 5:20, 5:22, 51:20, 52:1, 56:2, 56:8, 57:3, 57:6
**new** [4] - 17:17, 32:15, 52:12, 52:20
**next** [1] - 20:18
**nights** [2] - 19:8
**nobody** [1] - 17:25
**NOLASCO** [1] - 1:4
**Nolasco** [43] - 3:2, 3:7, 11:21, 12:7, 12:17, 13:2, 13:11, 15:8, 15:12, 15:19, 15:20, 16:1, 16:5, 16:12, 18:9, 18:15, 18:19, 19:23, 20:1, 20:7, 20:14, 20:20, 21:9,

21:11, 23:6, 25:15, 25:22, 25:23, 26:1, 26:6, 26:25, 28:13, 30:14, 31:3, 32:4, 37:9, 37:11, 50:24, 53:24, 55:22, 56:8, 56:21, 59:9
**Nolasco's** [17] - 23:12, 23:14, 26:10, 30:8, 39:3, 39:14, 39:16, 39:21, 40:3, 40:6, 40:9, 40:16, 40:22, 41:1, 43:18, 47:17, 55:10
**nonselection** [8] - 39:22, 40:1, 40:4, 40:7, 40:17, 40:23, 41:2, 43:18
**noon** [4] - 46:18, 46:21, 47:10
**NOTES** [1] - 1:24
**nothing** [1] - 19:14
**notice** [1] - 31:23
**notify** [1] - 21:5
**NOVAK** [1] - 1:9
**November** [2] - 8:3, 8:8
**number** [6] - 5:1, 13:13, 48:1, 50:16, 50:21
**Number** [15] - 2:10, 2:10, 2:11, 2:11, 2:12, 2:12, 3:3, 26:22, 28:9, 36:2, 37:3, 37:24, 42:2, 48:9, 50:13
**numbers** [3] - 12:19, 12:23, 59:15

**O**

**oath** [2] - 7:9, 46:19
**Oath** [1] - 7:10
**object** [6] - 4:4, 4:6, 5:12, 35:15, 41:20, 48:5
**objection** [17] - 5:3, 5:4, 6:24, 18:1, 26:19, 28:5, 35:12, 35:24, 35:25, 36:25, 37:21, 41:17, 41:19, 48:3, 48:4, 50:10
**obligation** [2] - 44:3, 44:7
**OF** [5] - 1:1, 1:9, 1:24, 59:19, 59:25
**OFF** [1] - 8:6
**offer** [3] - 21:22, 22:8, 30:11
**offered** [4] - 21:16, 21:17, 37:18, 42:17

**OFFICE** [1] - 1:13
**office** [2] - 22:5, 22:7
**OFFICIAL** [2] - 1:20, 59:19
**Oklahoma** [2] - 9:16, 12:25
**old** [1] - 35:16
**on-time** [2] - 35:1, 35:2
**once** [4] - 19:1, 33:12, 54:2, 59:2
**one** [37] - 3:25, 4:18, 4:19, 4:20, 5:5, 5:17, 6:1, 7:2, 8:25, 12:25, 13:8, 13:13, 15:15, 15:24, 18:24, 20:11, 22:13, 22:21, 25:15, 26:5, 26:7, 28:24, 32:16, 32:18, 34:2, 35:21, 38:18, 41:11, 43:12, 49:2, 51:13, 51:14, 54:24, 56:11, 58:7, 58:8
**ones** [1] - 20:25
**openings** [1] - 24:10
**operations** [1] - 55:11
**opportunities** [1] - 50:17
**Orange** [2] - 22:5, 22:6
**order** [3] - 8:12, 12:12, 34:24
**ordering** [1] - 34:20
**org** [3] - 37:16, 52:15, 53:6
**organizational** [5] - 22:10, 22:12, 27:7, 37:6, 43:4
**organizationally** [1] - 32:19
**origin** [1] - 23:15
**ought** [2] - 45:9, 46:14
**outline** [2] - 20:22, 41:6
**outside** [5] - 4:9, 4:10, 4:11, 4:13, 58:4
**overrule** [2] - 6:24, 17:3
**overruled** [4] - 35:13, 41:17, 41:22, 48:8
**oversaw** [1] - 14:22
**own** [2] - 16:19, 44:16

**P**

**p.m** [3] - 19:7, 59:18
**packaging** [4] - 16:8, 16:9, 38:3, 38:16
**PAGE** [1] - 2:9
**page** [2] - 54:10, 54:23

**pages** [1] - 1:23
**paid** [7] - 44:7, 44:8, 44:17, 44:18
**paper** [2] - 14:23, 14:25
**PAPER** [1] - 1:6
**Paper** [19] - 3:3, 3:10, 8:1, 8:2, 8:24, 9:10, 9:15, 9:16, 10:5, 12:4, 13:1, 15:13, 16:10, 47:18, 47:21, 48:20, 49:5
**paperwork** [2] - 10:25, 11:2
**part** [5] - 29:13, 32:24, 33:15, 38:4, 39:21
**particular** [2] - 10:12, 34:6
**partners** [1] - 23:2
**parts** [4] - 8:12, 15:16, 34:25, 38:4
**pass** [1] - 5:14
**path** [2] - 18:14, 25:2
**Paul** [1] - 51:16
**pay** [1] - 44:16
**people** [12] - 12:23, 18:3, 25:13, 29:15, 44:11, 44:14, 45:22, 46:2, 46:7, 46:25, 49:2, 57:23
**perform** [3] - 11:25, 12:17, 13:2
**performance** [25] - 8:13, 11:24, 12:11, 12:15, 12:18, 12:19, 13:4, 13:5, 13:25, 14:2, 14:4, 19:14, 25:1, 25:3, 28:13, 31:7, 35:1, 39:8, 39:9, 40:4, 40:9, 40:11, 56:2, 56:5
**performance..** [1] - 39:6
**performer** [1] - 16:16
**period** [1] - 11:8
**person** [13] - 22:3, 22:22, 23:17, 28:15, 29:20, 36:16, 36:17, 38:6, 38:11, 43:6, 52:5, 53:10, 59:2
**phone** [6] - 43:21, 45:10, 45:20, 45:23, 47:9, 59:14
**physically** [3] - 9:20, 9:21, 29:25
**picked** [3] - 6:21, 32:16, 53:10
**place** [7] - 9:14, 17:11, 17:13, 21:2, 50:21, 51:2, 51:7

**plaintiff** [6] - 1:5, 3:5, 3:7, 7:3, 29:2, 53:6
**PLAINTIFF** [1] - 1:12, 2:9, 7:21, 26:22, 28:9, 36:2, 37:3, 37:24, 42:2
**Plaintiff's** [6] - 26:18, 27:8, 28:6, 51:11, 53:16
**plaintiff's** [2] - 7:5, 58:7
**plan** [9] - 17:8, 17:21, 17:23, 18:2, 18:18, 21:2, 21:5, 21:9, 21:14
**plant** [1] - 38:21
**plants** [1] - 10:23
**platform** [1] - 34:19
**player** [1] - 13:7
**PLLC** [1] - 1:13
**point** [5] - 13:21, 18:21, 30:7, 31:3, 50:24
**position** [38] - 8:9, 8:14, 8:16, 10:4, 10:6, 12:21, 14:7, 16:1, 19:13, 20:20, 22:20, 26:8, 30:14, 30:19, 31:6, 32:11, 34:3, 36:19, 37:13, 39:1, 39:3, 39:14, 40:7, 42:9, 42:17, 43:11, 43:14, 49:13, 50:25, 51:10, 51:18, 51:20, 52:1, 52:8, 52:12, 54:20, 56:8
**PP** [6] - 2:12, 41:13, 41:16, 41:25, 42:2, 51:11
**praises** [1] - 40:8
**preexisting** [1] - 38:9
**prejudiced** [1] - 58:25
**prepare** [1] - 20:19
**presentation** [1] - 19:2
**presented** [2] - 22:11, 38:5
**president** [5] - 14:12, 17:14, 18:5, 21:20, 37:8
**pretrial** [1] - 5:9
**pretty** [1] - 42:5
**previously** [1] - 41:17
**problems** [1] - 21:13
**proceedings** [2] - 58:19, 59:22
**process** [2] - 8:12, 34:24
**processes** [1] - 34:20
**procurement** [60] -

9:4, 9:17, 9:24, 10:2, 10:3, 10:6, 10:15, 12:3, 12:23, 13:18, 13:19, 14:7, 14:8, 14:18, 14:21, 15:6, 15:10, 16:22, 18:12, 18:24, 20:17, 21:18, 24:7, 24:9, 24:10, 24:13, 24:16, 25:7, 25:9, 25:14, 25:18, 26:4, 27:25, 32:20, 32:25, 33:2, 33:5, 33:13, 33:15, 34:6, 34:10, 34:22, 35:5, 35:10, 38:2, 38:16, 42:22, 49:14, 49:19, 49:22, 51:17, 51:23, 52:2, 52:5, 52:8, 53:2, 53:3, 54:15, 54:16, 54:18
**produce** [1] - 32:23
**produced** [5] - 4:19, 4:24, 5:8, 5:10, 6:8
**producer** [1] - 28:22
**product** [11] - 23:19, 32:14, 32:15, 32:20, 32:22, 33:4, 33:9, 33:14, 33:15, 34:12
**production** [3] - 6:10, 34:8, 41:18
**professional** [3] - 18:12, 24:9, 27:25
**program** [4] - 10:20, 10:21, 10:23, 10:24
**projects** [7] - 11:25, 13:6, 13:9, 28:1, 28:2, 36:11, 36:12
**promised** [1] - 44:19
**promote** [1] - 14:8
**promoted** [15] - 8:18, 8:23, 9:2, 9:3, 9:4, 9:23, 10:1, 16:3, 24:21, 24:22, 35:19, 39:1, 52:25, 53:1, 54:12
**promoting** [1] - 22:17
**promotion** [10] - 4:21, 8:19, 18:14, 20:12, 22:20, 22:22, 25:1, 30:8, 30:16, 30:20
**proposal** [2] - 38:15, 38:16
**Pulp** [1] - 10:5
**purchase** [7] - 8:12, 12:12, 12:13, 34:19, 34:24, 35:20, 35:21
**purchased** [1] - 22:11
**purchasing** [27] - 8:18, 8:22, 8:23, 8:25, 9:3, 9:5, 9:6,

9:7, 11:5, 13:15, 19:13, 20:10, 20:11, 22:13, 27:22, 30:20, 30:23, 33:19, 33:22, 35:7, 37:10, 42:9, 49:16, 51:22, 53:1, 53:3, 54:12
**purpose** [1] - 38:14
**put** [3] - 7:9, 30:11, 58:7

**Q**

**qualifications** [6] - 18:10, 39:3, 39:14, 40:6, 41:1, 55:10
**quality** [2] - 32:17, 38:19
**quarter** [2] - 45:25, 46:1
**questionnaire** [1] - 50:7
**questions** [2] - 38:22, 57:9
**quick** [2] - 57:24, 58:14

**R**

**race** [4] - 23:12, 23:21, 24:3, 43:18
**Rachel** [2] - 58:22, 59:1
**rank** [1] - 13:11
**rate** [1] - 13:24
**rating** [2] - 14:2, 14:5
**ratings** [1] - 28:17
**raw** [5] - 8:23, 15:16, 16:7, 16:9, 38:3
**reach** [2] - 44:12, 58:11
**reacted** [1] - 32:4
**reaction** [1] - 30:12
**ready** [4] - 20:18, 26:13, 36:20, 46:25
**real** [1] - 58:14
**realized** [1] - 32:7
**really** [11] - 10:17, 19:10, 19:14, 22:7, 24:11, 32:9, 32:19, 34:14, 35:2, 38:15, 44:10
**reason** [17] - 6:4, 6:14, 6:21, 24:22, 31:6, 32:10, 38:20, 39:22, 39:25, 40:4, 40:7, 40:16, 40:19, 40:23, 41:1, 43:13, 43:17
**reasons** [2] - 30:22, 48:6
**REBECCA** [1] - 1:20

**Rebecca** [1] - 59:21
**rebuttal** [1] - 5:8
**receive** [2] - 14:4, 32:11
**received** [3] - 23:17, 43:21, 43:22
**receiving** [2] - 34:11, 34:21
**recently** [1] - 4:17
**recess** [1] - 44:24
**Recess** [1] - 47:11
**recommend** [1] - 51:2
**recommendation** [7] - 27:23, 37:8, 53:6, 53:7, 54:5, 55:2, 55:5
**recommended** [3] - 10:6, 10:9, 52:17
**recommending** [3] - 20:11, 22:12, 54:12
**reconcile** [1] - 8:13
**record** [6] - 12:9, 24:2, 58:13, 58:15, 59:18, 59:22
**RECORD** [1] - 8:6
**RECROSS** [1] - 2:3
**recross** [1] - 47:12
**REDIRECT** [1] - 2:3
**redirect** [3] - 47:1, 57:10, 57:12
**refer** [1] - 40:3
**reference** [2] - 39:12, 40:6
**referenced** [3] - 33:24, 41:10, 52:21
**referred** [1] - 53:2
**referring** [1] - 40:12
**reimburse** [1] - 44:19
**relates** [1] - 4:1
**relationship** [1] - 32:21
**relevance** [1] - 48:6
**relevant** [4] - 4:18, 4:20, 4:21, 41:21
**relocate** [1] - 39:17
**remain** [1] - 16:1
**remember** [2] - 46:19, 52:16
**reorganization** [1] - 53:8
**replace** [1] - 21:9
**replacement** [2] - 27:22, 27:24
**replaces** [1] - 11:19
**report** [7] - 13:16, 18:25, 19:2, 21:19, 34:23, 34:25, 37:15
**reported** [1] - 25:13
**REPORTER** [3] - 1:20, 59:19, 59:25

**reporting** [5] - 13:17, 13:22, 21:19, 37:10, 37:11
**reports** [1] - 15:17
**represent** [1] - 5:15
**request** [4] - 12:13, 19:13, 34:13, 37:14
**requested** [4] - 18:11, 19:12, 37:12, 37:14
**requesting** [1] - 37:16
**requests** [5] - 5:1, 8:12, 34:24, 35:20, 35:21
**require** [1] - 24:11
**required** [1] - 16:5
**requirement** [1] - 18:13
**resign** [2] - 19:20, 25:17
**resignation** [18] - 17:23, 19:21, 19:24, 20:2, 20:3, 20:6, 21:2, 21:4, 21:7, 25:13, 27:19, 30:11, 39:12, 47:22, 48:4, 48:11, 48:14, 48:17
**resigned** [5] - 26:4, 47:20, 47:21, 48:11, 49:10
**resolve** [1] - 59:7
**resolved** [3] - 45:9, 45:21, 46:14
**resources** [1] - 30:7
**response** [4] - 26:10, 42:18, 42:21, 56:25
**responsibilities** [11] - 6:10, 8:11, 8:22, 9:6, 10:18, 14:20, 15:4, 15:5, 15:10, 15:11, 20:24
**responsibility** [8] - 14:23, 15:14, 15:18, 18:4, 18:25, 26:14, 33:17, 33:18
**responsible** [1] - 39:25
**responsive** [1] - 5:1
**rest** [1] - 25:18
**restructuring** [1] - 6:20
**retiring** [1] - 43:10
**review** [8] - 3:19, 3:20, 17:8, 17:14, 17:20, 18:5, 28:13, 28:15
**reviewed** [2] - 17:22, 19:2
**reviews** [1] - 19:1
**risks** [1] - 59:10
**role** [13] - 9:17, 11:6, 11:9, 14:19, 15:6,

15:23, 21:11, 23:17, 25:10, 26:11, 35:4, 35:7, 35:10
**Rolling** [1] - 59:6
**rolls** [3] - 14:23, 14:25, 20:23
**Ron** [1] - 52:13
**Ronald** [3] - 37:8, 37:10, 37:15
**room** [5] - 4:2, 58:7, 58:8, 58:9, 58:21
**rooms** [1] - 58:4
**routine** [1] - 19:8
**RPR** [1] - 1:20
**Rules** [1] - 5:10
**ruling** [1] - 4:8
**rulings** [1] - 3:17
**run** [1] - 17:18
**résumé** [9] - 19:17, 27:3, 27:4, 27:15, 27:17, 27:18, 28:1, 36:10

**S**

**salaries** [1] - 56:23
**salary** [1] - 21:16
**sales** [1] - 32:22
**SAP** [6] - 34:9, 34:12, 34:15, 34:16, 34:17, 35:18
**savings** [6] - 12:14, 13:6, 24:12, 28:1, 36:11, 38:18
**saw** [1] - 42:15
**scented** [2] - 33:1, 33:3
**school** [1] - 35:16
**scope** [1] - 15:18
**screened** [1] - 58:23
**seamless** [1] - 36:17
**search** [1] - 4:17
**searched** [1] - 6:12
**second** [5] - 4:12, 4:13, 6:1, 43:16, 43:19
**see** [11] - 4:24, 24:10, 27:6, 27:9, 34:23, 45:19, 45:21, 46:10, 58:14, 59:13, 59:15
**seeing** [1] - 46:13
**select** [1] - 52:4
**selected** [4] - 50:24, 51:11, 51:17, 54:20
**selection** [1] - 40:20
**send** [1] - 27:18
**senior** [24] - 9:3, 9:5, 9:7, 11:5, 13:15, 16:3, 16:6, 16:10, 18:9, 19:13, 20:10,

21:18, 35:7, 35:10, 42:9, 51:17, 51:22, 51:23, 52:1, 52:5, 53:1, 54:15, 54:16, 54:18
**sense** [2] - 3:21, 33:20
**sent** [15] - 6:16, 19:21, 20:3, 20:6, 27:23, 36:7, 36:8, 38:4, 42:21, 52:16, 52:25, 53:23, 54:11, 54:19
**sentiment** [1] - 32:8
**separate** [2] - 43:3, 51:14
**service** [1] - 34:21
**services** [1] - 38:3
**set** [5] - 56:23, 58:3, 58:21, 59:2, 59:13
**set-up** [1] - 58:3
**settle** [3] - 46:15, 58:24, 59:5
**settled** [2] - 45:11, 58:14
**settlement** [10] - 45:1, 45:8, 45:13, 45:14, 45:15, 45:20, 46:11, 46:16, 57:24, 58:25
**settling** [1] - 47:4
**seven** [1] - 47:3
**Shackelford** [1] - 25:16
**share** [2] - 46:12, 54:1
**shared** [1] - 32:8
**sharp** [1] - 46:18
**sheet** [1] - 45:1
**SHEILA** [3] - 2:4, 7:16, 7:19
**Sheila** [2] - 7:15, 7:16
**Shelley** [20] - 14:11, 14:12, 16:22, 27:23, 36:8, 37:7, 39:2, 39:5, 39:11, 42:11, 42:21, 43:1, 43:8, 43:10, 49:1, 49:10, 50:3, 50:15, 54:11
**shift** [1] - 52:22
**shipping** [2] - 34:10, 34:20
**show** [1] - 41:25
**sides** [1] - 59:11
**sIGNATURE** [1] - 59:25
**sit** [1] - 17:18
**slanted** [1] - 31:14
**slightly** [3] - 4:1, 17:16, 24:6
**smooth** [2] - 10:16, 36:17
**Soetjahja** [6] - 10:4, 11:2, 13:17, 14:11,

26:3, 49:22
**SOLARIS** [1] - 1:6
**Solaris** [20] - 3:3, 3:10, 8:1, 8:2, 8:8, 8:24, 9:10, 9:15, 12:4, 13:1, 16:10, 39:24, 47:21, 48:20, 49:5, 50:21, 51:2, 56:9, 56:11
**someone** [1] - 11:16
**soon** [2] - 42:5, 46:25
**sorry** [14] - 11:14, 13:24, 14:14, 23:23, 26:9, 27:14, 31:17, 34:7, 40:22, 50:16, 51:5, 51:14, 51:23, 54:17
**sort** [1] - 10:20
**sounds** [1] - 28:25
**source** [1] - 8:12
**sources** [1] - 38:3
**sourcing** [2] - 14:23, 24:12
**spare** [4] - 8:12, 15:16, 34:25, 38:4
**speaking** [1] - 31:21
**speaks** [4] - 27:15, 28:20, 31:7, 36:4
**specific** [1] - 48:6
**specifically** [2] - 39:12, 49:1
**speculation** [1] - 35:12
**spelled** [1] - 7:16
**spelling** [1] - 7:14
**spin** [1] - 47:1
**Square** [1] - 1:21
**squinted** [2] - 57:4, 57:6
**staff** [1] - 9:17
**stakeholder** [1] - 29:13
**stand** [1] - 35:15
**start** [3] - 8:2, 9:5, 19:16
**started** [5] - 7:1, 8:3, 8:8, 19:18, 47:18
**starts** [1] - 12:12
**state** [2] - 55:13, 55:21
**STATES** [2] - 1:1, 1:10
**stay** [2] - 30:12, 30:21
**STENOGRAPHIC** [1] - 1:24
**step** [3] - 4:11, 20:18, 57:22
**stepping** [1] - 24:6
**steps** [1] - 20:19
**still** [11] - 14:22, 20:9, 20:10, 21:2, 31:16, 31:18, 31:24, 43:6,

46:19, 55:2, 58:15
**Stones** [1] - 59:6
**STONESTREET** [1] - 1:20
**Stonestreet** [2] - 59:21, 59:24
**strike** [2] - 26:9, 38:24
**strikes** [1] - 27:15
**strong** [1] - 29:8
**stronger** [2] - 11:20, 11:21
**structure** [3] - 37:12, 37:17
**stunned** [1] - 46:16
**submitted** [7] - 17:23, 21:1, 21:4, 21:7, 47:22, 48:12, 48:14
**subpoena** [1] - 43:22
**substantive** [1] - 41:19
**succession** [7] - 17:20, 17:22, 18:1, 21:2, 21:5, 21:9, 21:14
**successor** [19] - 10:7, 10:11, 10:12, 11:3, 11:6, 11:9, 11:16, 11:19, 13:13, 16:12, 16:20, 17:8, 18:19, 21:12, 26:5, 26:6, 28:25, 36:19, 55:22
**successorship** [2] - 10:19, 18:18
**Suite** [2] - 1:14, 1:18
**suited** [1] - 36:18
**Sunday** [2] - 19:8, 30:17
**superstar** [1] - 46:6
**supervise** [1] - 12:24
**supervised** [2] - 56:2, 56:11
**supervision** [1] - 38:10
**supervisor** [4] - 13:21, 14:7, 47:17, 56:16
**supervisory** [1] - 15:15
**supplier** [2] - 8:13, 33:2
**suppliers** [1] - 32:18
**supply** [1] - 37:9
**support** [1] - 48:18
**supposed** [2] - 5:5, 42:18
**surprised** [5] - 10:8, 10:10, 42:16, 42:17, 42:20
**surprising** [1] - 43:25
**switch** [1] - 47:20
**sworn** [1] - 7:19

**system** [8] - 34:9, 34:15, 34:16, 34:17, 34:18, 34:22, 35:4, 35:18
**systems** [1] - 34:6

# T

**Tab** [9] - 26:15, 26:16, 27:6, 27:7, 27:9, 28:4, 35:22, 36:22, 37:20
**Taiwanese** [3] - 23:22, 23:25, 24:3
**target** [2] - 12:12, 12:14
**targets** [1] - 11:23
**taxing** [1] - 19:4
**TBU** [1] - 30:23
**team** [11] - 13:7, 13:14, 25:18, 25:21, 29:13, 32:15, 32:23, 32:24, 33:12, 34:6, 34:14
**telephones** [1] - 46:3
**tenure** [3] - 16:2, 39:24, 48:20
**term** [2] - 57:3, 57:6
**terminate** [1] - 58:18
**testified** [1] - 7:20
**testify** [5] - 5:24, 6:16, 44:6, 44:10, 44:14
**TESTIMONY** [1] - 1:9
**testimony** [4] - 3:20, 46:20, 57:15, 57:16
**thanked** [2] - 22:7, 48:17
**THE** [181] - 1:1, 1:9, 1:12, 1:13, 1:16, 3:8, 3:11, 3:16, 3:23, 4:4, 4:9, 4:11, 4:15, 4:22, 5:3, 5:13, 5:17, 5:21, 6:1, 6:3, 6:9, 6:14, 6:18, 6:23, 7:4, 7:6, 7:9, 7:11, 7:12, 7:13, 7:15, 7:18, 8:4, 8:6, 8:7, 9:20, 9:21, 9:22, 14:13, 14:15, 16:11, 16:14, 16:15, 16:17, 16:18, 16:21, 16:24, 17:1, 17:2, 17:4, 17:5, 17:6, 17:7, 17:10, 17:12, 17:13, 17:15, 17:22, 17:25, 18:4, 18:7, 21:1, 21:3, 21:4, 21:6, 21:13, 21:15, 21:25, 22:2, 22:4, 22:5, 22:21, 22:24, 22:25, 23:1, 23:2, 23:4, 23:6, 23:8, 23:9,

23:23, 23:25, 24:19, 24:20, 24:21, 24:24, 25:5, 26:16, 26:18, 26:21, 26:24, 27:3, 27:8, 27:10, 27:11, 27:12, 27:13, 27:15, 28:5, 28:8, 28:20, 28:23, 28:24, 29:4, 29:5, 29:7, 29:10, 29:12, 29:15, 29:17, 29:18, 29:19, 29:20, 29:21, 29:22, 31:11, 31:12, 31:13, 31:14, 31:15, 31:17, 31:18, 31:20, 31:21, 31:23, 31:24, 32:1, 32:2, 35:13, 35:15, 35:24, 36:1, 36:23, 36:25, 37:2, 37:21, 37:23, 41:8, 41:13, 41:16, 41:22, 42:4, 44:23, 45:4, 45:6, 45:15, 45:25, 46:3, 46:6, 46:9, 46:23, 46:24, 47:8, 47:12, 48:1, 48:3, 48:8, 50:10, 50:12, 51:13, 51:15, 52:15, 52:19, 52:20, 52:24, 53:5, 53:9, 53:10, 53:12, 53:13, 53:18, 53:20, 53:22, 54:17, 57:10, 57:14, 57:20, 57:21, 58:2, 58:6, 58:18
**themselves** [1] - 29:16
**thereof** [3] - 30:8, 40:7, 41:1
**they've** [1] - 6:5
**thinking** [2] - 19:16, 22:19
**thousand** [1] - 46:15
**three** [17] - 8:15, 9:9, 9:13, 10:22, 10:23, 14:22, 21:23, 22:13, 34:19, 36:20, 37:11, 38:17, 38:19, 38:21, 44:8
**tick** [1] - 31:8
**Tiffany** [1] - 3:10
**TIFFANY** [1] - 1:16
**Tissue** [5] - 9:10, 9:15, 12:4, 12:25, 25:16
**tissue** [3] - 10:22, 33:1, 33:3
**title** [1] - 21:17
**today** [5] - 5:2, 5:12, 41:18, 43:20, 57:19
**toilet** [1] - 14:25
**took** [7] - 4:17, 8:13,

10:4, 10:5, 44:7, 44:11, 53:7
**top** [2] - 16:15, 28:21
**towels** [1] - 15:1
**toxic** [1] - 19:11
**train** [1] - 20:25
**trained** [6] - 10:14, 10:18, 15:7, 15:25, 35:21, 36:18
**training** [4] - 15:5, 16:4, 16:5, 21:9
**TRANSCRIPT** [1] - 1:9
**transcript** [2] - 3:20, 59:22
**TRANSCRIPTION** [1] - 1:24
**transition** [7] - 10:16, 20:9, 20:12, 26:5, 30:13, 36:17, 49:8
**tremendous** [1] - 13:5
**TRIAL** [1] - 1:9
**trial** [7] - 5:6, 5:11, 43:20, 43:23, 43:24, 44:4, 45:7
**tried** [1] - 38:10
**true** [2] - 42:13, 45:2
**truly** [1] - 48:20
**trust** [2] - 43:9, 54:24
**truth** [2] - 31:4, 44:9
**try** [4] - 30:19, 45:24, 58:1, 58:10
**trying** [3] - 17:17, 21:16, 29:1
**Tse** [1] - 3:10
**TSE** [1] - 1:16
**turf** [1] - 58:3
**turn** [5] - 26:15, 35:22, 36:22, 37:20, 47:24
**two** [11] - 12:25, 13:1, 15:3, 17:9, 18:2, 20:23, 25:15, 31:23, 43:10, 43:22, 58:4
**two-week** [1] - 31:23
**type** [1] - 15:15
**Tysons** [2] - 1:17, 1:18

# U

**U.S** [3] - 1:21, 10:21, 29:14
**Uber** [1] - 44:18
**ultimately** [4] - 19:20, 44:5, 53:6, 57:17
**unambiguously** [1] - 4:25
**under** [8] - 5:9, 7:9, 8:25, 27:8, 43:23, 46:19, 50:21, 52:13
**understood** [2] - 13:15, 14:17

**unfair** [1] - 32:9
**unfortunately** [1] - 30:18
**unit** [3] - 29:14, 30:23, 53:4
**UNITED** [2] - 1:1, 1:10
**units** [1] - 10:22
**up** [13] - 4:19, 5:14, 13:9, 18:17, 35:15, 41:18, 42:4, 45:19, 46:4, 58:3, 58:21, 59:2, 59:13
**upcoming** [1] - 19:24
**updated** [1] - 38:12
**uses** [3] - 34:7, 34:12, 34:14
**USTB** [3] - 10:21, 18:14, 53:4

# V

**VA** [2] - 1:14, 1:18
**vacation** [1] - 13:8
**valid** [1] - 6:13
**VANESSA** [1] - 1:16
**vendor** [5] - 15:16, 24:12, 32:16, 35:1, 38:18
**verbal** [1] - 56:25
**versed** [1] - 33:18
**versus** [2] - 3:2, 9:7
**vet** [1] - 38:15
**vetted** [1] - 16:9
**vice** [5] - 14:12, 17:14, 18:5, 21:20, 37:8
**videographer** [1] - 3:18
**VIRGINIA** [1] - 1:1
**Virginia** [6] - 1:22, 9:16, 12:5, 12:6, 43:25, 44:4
**voice** [2] - 7:13, 21:13
**voiced** [1] - 18:1
**volume** [1] - 38:17
**volunteered** [1] - 34:5
**VP** [3] - 16:23, 39:5, 49:10

# W

**wake** [1] - 46:4
**wants** [2] - 20:10, 32:23
**warehouse** [2] - 34:10, 34:20
**week** [5] - 19:3, 31:23, 33:12, 42:19, 42:20
**weekly** [1] - 25:20
**weeks** [1] - 43:22
**weight** [2] - 41:23, 41:24

**white** [1] - 23:16
**whole** [2] - 6:20, 33:4
**willingness** [1] - 39:17
**Wilson** [1] - 1:13
**witness** [5] - 3:14, 3:24, 4:1, 7:7, 7:9
**WITNESS** [47] - 2:3, 7:12, 7:15, 9:21, 16:14, 16:17, 16:21, 17:1, 17:4, 17:6, 17:10, 17:13, 17:22, 18:4, 21:3, 21:6, 21:15, 22:2, 22:5, 22:24, 23:1, 23:4, 23:8, 23:25, 24:20, 24:24, 27:10, 27:12, 28:23, 29:4, 29:7, 29:12, 29:17, 29:19, 29:21, 31:12, 31:14, 31:17, 31:20, 31:23, 32:1, 46:23, 52:19, 52:24, 53:9, 53:12, 57:20
**witness'** [1] - 3:20
**wonder** [1] - 25:4
**word** [4] - 22:24, 31:1, 31:9, 31:10
**words** [2] - 34:4, 59:7
**works** [1] - 17:19
**worry** [1] - 21:8
**wrap** [1] - 42:4
**write** [1] - 36:14
**writer** [1] - 19:18
**wrote** [2] - 36:15, 48:17

# Y

**year** [2] - 12:11, 12:12
**years** [7] - 8:15, 27:2, 33:9, 36:20, 43:10, 47:3
**YOUNG** [2] - 2:4, 7:19
**Young** [1] - 7:15
**yourself** [2] - 6:10, 31:19
**YVETTE** [1] - 1:16
**Yvette** [1] - 3:9

# Z

**zone** [1] - 45:23
**Zoom** [1] - 19:6