IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLOVER NOLASCO,<br><br>   PLAINTIFF,<br><br> v.<br><br>SOLARIS PAPER, INC.,<br><br>   DEFENDANT. | CIVIL ACTION NO. 1:23-CV-1631 |

**DEFENDANT SOLARIS PAPER, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S POST-TRIAL STATEMENT OF PROPOSED <u>FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>**

Defendant Solaris Paper, Inc. (Defendant) moves the Court to strike Plaintiff Clover Nolasco's (Plaintiff) Post-Trial Statement of Proposed Findings of Fact and Conclusions of Law as Plaintiff's filing exceeded the Court's page limit for briefs by nine pages without seeking leave of Court and shows:

**I. <u>INTRODUCTION</u>**

On November 26, 2024, Plaintiff filed her Post-Trial Statement of Proposed Findings of Fact and Conclusions of Law, which totals thirty-nine pages, over the thirty page limit imposed by Rule 7 of this Court's Local Rules of Civil Procedure (the "Local Rules") without seeking leave of the Court. *See* Dkt. No. 85. Absent good cause or authorization, a brief of this length not only places an additional burden on the Court, but is also potentially prejudicial to Defendant.

**II. <u>ARGUMENT</u>**

The Court's Local Rules specifically state that briefs shall not exceed thirty pages without leave of the Court sought in advance of the filing:

> All briefs, including footnotes, shall be written in 12 point Roman style or 10 pitch Courier style with one inch margins. Except for

> good cause shown in advance of filing, opening and responsive briefs, exclusive of affidavits and supporting documentation, shall not exceed thirty (30) 8-1/2 inch x 11 inch pages double-spaced and rebuttal briefs shall not exceed twenty (20) such pages.

Local Civil Rule 7(F)(3). Here, Plaintiff's Post-Trial Statement of Proposed Findings of Fact and Conclusions of Law is nine pages over the limit and thus, is over Local Rule 7's page limitation for briefs filed in this Court absent leave and good reason. *Id.* Briefing limits serve a number of purposes that are beneficial to the parties and the Court, including an implicit requirement that the parties focus their arguments and as a matter of courtesy, are respectful of the Court's time and resources.

Not only did Plaintiff fail to seek leave of Court to file a brief substantially over the page limit allowed by Local Rules, but her counsel also did not seek to confer or otherwise reach out to Defendant to explain why such a lengthy brief is necessary and appropriate. Further, Plaintiff's failure to comply with the Local Rules by filing an oversize brief prejudices Defendant, who complied with the required thirty page limit. To avoid prejudice to Defendant, and to prevent Plaintiff from unjustly benefiting from her failure to follow this Court's Local Rules, the Court should strike Plaintiff's Post-Trial Statement of Proposed Findings of Fact and Conclusions of Law or, in the alternative, strike each and every page of Plaintiff's Post-Trial Statement of Proposed Findings of Fact and Conclusions of Law that is over the thirty page limit.

### III.   CONCLUSION

WHEREFORE, Defendant respectfully requests that this Court grant this Motion to Strike and strike Plaintiff's Post-Trial Statement of Proposed Findings of Fact and Conclusions of Law (Dkt. No. 85) in its entirety or, in the alternative, strike each and every page of Plaintiff's Post-Trial Statement of Proposed Findings of Fact and Conclusions of Law over the thirty page limit.

Dated: December 2, 2024                    Respectfully submitted,

*/s/ Yvette V. Gatling*
Yvette V. Gatling, Bar No. 92824
ygatling@littler.com
Ashley D. Jones, Bar No. 94347
adjones@littler.com
Tiffany din Fagel Tse, Bar No. 92958
ttse@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
Telephone:   703.286.3143
Facsimile:    703.842.8211

*Counsel for Defendant Solaris Paper, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2024, a true copy of the foregoing document was served via the Court's CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Joshua Erlich
Katherine Herrmann
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Suite 700
Arlington, VA 22209
jerlich@erlichlawoffice.com
kherrmann@erlichlawoffice.com

*Counsel for Plaintiff Clover Nolasco*

*/s/ Yvette V. Gatling*
Yvette V. Gatling

*Counsel for Defendant Solaris Paper, Inc.*

3