UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

CLOVER NOLASCO,                          :
                                         :
                        **Plaintiff,**   :    Civil Action
                                         :    No. 1:23-cv-01631-PTG-WBP
            **v.**                       :
                                         :
**SOLARIS PAPER**                        :    November 12, 2024
**(*MERCURY PAPER*),**                   :    10:00 a.m.
                                         :
                                         :
                        **Defendant.**   :
                                         :
.............................  :


**TRANSCRIPT OF BENCH TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE PATRICIA TOLLIVER GILES,**
**UNITED STATES DISTRICT COURT JUDGE**


APPEARANCES:

For the Plaintiff:              **Joshua Harry Erlich, Esq.**
                                The Erlich Law Office, PLLC
                                1550 Wilson Boulevard
                                Suite 700
                                Arlington, VA 22209
                                202-630-9546
                                Email: Jerlich@erlichlawoffice.com

                                **Katherine Lynn Herrmann, Esq.**
                                The Erlich Law Office, PLLC
                                1550 Wilson Boulevard
                                Suite 700
                                Arlington, VA 22209
                                703-791-9087
                                Email:
                                Kherrmann@erlichlawoffice.com

```
APPEARANCES: (Cont.)

For the Defendant:              Yvette Vanessa Gatling, Esq.
                                LITTLER MENDELSON
                                1800 Tysons Boulevard
                                Suite 500
                                Tysons Corner, VA 22102
                                703-286-3143
                                Fax: 703-842-8211
                                Email: Ygatling@littler.com

                                Tiffany Din Fagel Tse, Esq.
                                LITTLER MENDELSON
                                1800 Tysons Boulevard
                                Suite 500
                                McLean, VA 22102
                                703-286-3169
                                Email: Ttse@littler.com

                                Peter Angelini, Esq.
                                Corporate Risk and Integrity Head,
                                Americas Region
                                Asia Pulp & Paper - Exclusive North
                                American Channel Total Paper
                                Services

Court Reporter:                 Scott L. Wallace, RDR, RMR, CRR
                                Official Court Reporter
                                United States District Court
                                401 Courthouse Square
                                Alexandria, VA 22314-5798
                                Cell: 443-584-6558
                                Email: Scottwallace.edva@gmail.com


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.
```

# C O N T E N T S

**EXAMINATIONS**                                                          **Page**

DIRECT EXAMINATION OF CLOVER NOLASCO                   6
BY MR. ERLICH
CROSS-EXAMINATION OF CLOVER NOLASCO                    57
BY MS. GATLING

DIRECT EXAMINATION OF DAVID CHIN-BING                  87
BY MR. ERLICH

DIRECT EXAMINATION OF SHELLEY FARNHAM                  112
BY MR. ERLICH
CROSS-EXAMINATION OF SHELLEY FARNHAM                   143
BY MS. TSE
REDIRECT EXAMINATION OF SHELLEY FARNHAM                170
BY MR. ERLICH

CONTINUED DIRECT EXAMINATION OF DAVID CHIN             175
BY MR. ERLICH
                                                       185
CROSS-EXAMINATION OF DAVID CHIN-BING
BY MS. GATLING
REDIRECT EXAMINATION OF DAVID CHIN-BING                194
BY MR. ERLICH

## **EXHIBITS**

| **DESCRIPTION** | **Page** |
|---|---|
| Plaintiff's Exhibit L admitted | 22 |
| Plaintiff's Exhibit U admitted | 22 |
| Plaintiff's Exhibit V admitted | 24 |
| Plaintiff's Exhibit C admitted | 30 |
| Plaintiff's Exhibit F admitted | 39 |
| Plaintiff's Exhibit H admitted | 50 |
| Defendant's Exhibit 6 admitted | 59 |
| Defendant's Exhibit 20 admitted | 60 |
| Defendant's Exhibit 11 admitted | 63 |
| Defendant's Exhibit 13 admitted | 65 |
| Defendant's Exhibit 13 admitted | 66 |
| Plaintiff's Exhibit A admitted | 100 |
| Plaintiff's Exhibit D admitted | 133 |
| Plaintiff's Exhibit E admitted | 137 |
| Defendant's Exhibit 18 admitted | 147 |
| Plaintiff's Exhibit H admitted | 176 |

1          .     **TUESDAY MORNING SESSION, NOVEMBER 12, 2024**

2    (10:01 a.m.)

3          THE COURTROOM CLERK:  Court calls *Clover Nolasco versus*

4    *Solaris Paper*, Civil Action 1:23-cv-1631.  This case is on for a

5    bench trial.  May I have appearances first for the plaintiff.

6          MR. ERLICH:  Good morning, Your Honor.  Joshua Erlich for

7    the plaintiff, along with Katherine Herrmann, my partner.

8          THE COURT:  Good morning.  Who else is at the table?

9          MR. ERLICH:  This is the plaintiff, Clover Nolasco.

10          THE COURT:  Okay.  And -- okay, so that's everyone on that

11    side.  Good morning to all of you.

12          MS. GATLING:  Your Honor, Yvette Gatling, Tiffany Tse, and

13    we have Peter Angelini from Solaris Paper here, Your Honor.

14          THE COURT:  Good morning to you.  And there's someone at

15    your back table.

16          MS. GATLING:  Oh, I'm sorry.  Amber Christensen, also who

17    is with my firm, Your Honor, is with us.  Thank you.

18          THE COURT:  Good morning to all of you.  And so we're on

19    for our bench trial today.  Our lights are not cooperating, but I

20    didn't want to hold us up.  And they're going to come back at

21    lunchtime to get those up and running, but it does seem to be

22    light enough in here with the blinds open and some of our side

23    lights and overhead lights working.

24          I have read your Findings of Fact and Conclusions of Law,

25    so we're not going to do opening statements, and we're going to

6

1    go straight into the taking of evidence.

2          I will let you know that I have already reviewed the

3    videotape testimony of Ms. Chan.  Okay?

4          And so, Mr. Erlich, you can call your first witness.

5          MR. ERLICH:  Thank you, Your Honor.  Plaintiff -- or I

6    will call the plaintiff, Ms. Clover Nolasco.

7          THE COURT:  Okay.

8          (CLOVER NOLASCO, PLAINTIFF'S WITNESS, SWORN)

9          DIRECT EXAMINATION OF CLOVER NOLASCO

10   BY MR. ERLICH:

11   Q.    Good morning.  Could you state your name for the record,

12   please?

13   A.    Clover Nolasco.

14   Q.    And what's your role in this lawsuit?

15   A.    I am the plaintiff.

16   Q.    Okay.  And what was your relationship with the defendant?

17   A.    They were my employer.

18   Q.    Okay.  And I should have checked right up top.

19         Do you have a binder in front of you of exhibits?

20   A.    No, I do not.

21         THE COURT SECURITY OFFICER:  Plaintiffs?

22         MR. ERLICH:  Plaintiff's binder, please.

23         And, Your Honor, you have plaintiff's binder?

24         THE COURT:  I do.

25         MR. ERLICH:  Without a jury, I wasn't planning on using

1    the screens in general, but --

2          THE COURT:  Okay.

3          MR. ERLICH:  -- if it's easier for you, we can always do

4    it.

5          THE COURT:  I can flip through.  It's not a problem.

6          MR. ERLICH:  Okay.

7    BY MR. ERLICH:

8    **Q.**    When did you -- Ms. Nolasco, when did you apply to work

9    for the defendant?

10   **A.**    In September of 2018.

11   **Q.**    Okay.  And when you applied to work for the defendant,

12   did you supply them a résumé?

13   **A.**    I did, yes.

14   **Q.**    Okay.  Could you turn to tab L in your binder?

15   **A.**    (Witness complied.)  Okay.

16   **Q.**    Ms. Nolasco, could you identify this document?

17   **A.**    That is my résumé at that time, yes.

18   **Q.**    Okay.  And take a quick look at it.  Is that an accurate

19   copy of your résumé?

20   **A.**    At that time, yes.

21   **Q.**    When you say, "at that time," what time?

22   **A.**    So this was in 2018.

23   **Q.**    2018.  Okay.  Now, at the top, it says "Clover Ahalt."

24   Did you previously go by Clover Ahalt?

25   **A.**    I did, yes.

1    Q.    When did your name change?

2    A.    My name changed in August of 2020 when I got married.

3    Q.    Okay.  And at that point, your name changed.  Is Clover

4    Nolasco your current name?

5    A.    That's correct.

6    Q.    Okay.  When you were -- were you at some point hired by

7    defendant?

8    A.    Yes, I was.

9    Q.    And when you were hired, what position were you hired

10   into?

11   A.    I was originally hired as a production analyst.

12   Q.    Outside of the production analyst position, did you hold

13   any other positions with defendant?

14   A.    I did, yes.

15   Q.    Okay.  What positions?

16   A.    I was a buyer, and I was also a senior buyer.

17   Q.    Okay.  Other than buyer and senior buyer, were there any

18   positions you sought with defendant?

19   A.    Yes, there was.

20   Q.    Okay.  What position was that?

21   A.    That was that of Sheila Chan's position.

22   Q.    Okay.  And how did you come to -- well, strike that.

23         Who is Mrs. Chan or Ms. Chan?

24   A.    Ms. Chan was the head of procurement.

25   Q.    Okay.  Now let's look at the résumé.  Let's focus on the

1    résumé.  Is this your résumé from when you sought Ms. Chan's

2    position?

3    **A.**    No.

4    **Q.**    Okay.  Is this the only résumé you ever provided to

5    defendant?

6    **A.**    That would be correct, yes.

7    **Q.**    Did defendant at any point request a résumé from you that

8    you did not provide?

9    **A.**    No.

10    **Q.**    Now, Ms. Nolasco, where did you attend high school?

11    **A.**    North Hagerstown in Hagerstown, Maryland.

12    **Q.**    And approximately when did you attend high school?

13    **A.**    Oh, up through May of 1991.

14    **Q.**    Okay.  And did you graduate from high school at that

15    time?

16    **A.**    Not at that time; I did not.

17    **Q.**    Okay.  Why not?

18    **A.**    I did not finish high school at that time.  I had a child

19    in January of that year, and I was with my partner, and my

20    partner decided he didn't -- this is not what he wanted, so I

21    was on my own with a five-month old.  So I had to make some hard

22    decisions, and I had to work two jobs in order to pay the rent

23    and take care of a baby.  So I did not at that time, no.

24    **Q.**    And at that time, what sort of work were you doing?

25    **A.**    So I was in high school, I was doing -- I had two jobs.

10

1    I was a server, and I was also doing some telemarketing.

2    **Q.**    Okay.  So, looking at your résumé, let's go to the bottom

3    where it says, "skills and training," and I want to talk about

4    that for a moment, and then before we go back up.  So -- sorry,

5    additional training is what I was about to say.

6         I want to just run through these things because you said

7    you didn't complete high school in 1991, but you do have other

8    credentials including this additional training.  I'm going to

9    start there.

10        You say you have additional training in fundamentals of

11   importing certificates.  What is that?

12   **A.**    So, during this time, I worked at a company, and we

13   imported and exported.  We imported raw materials and exported

14   finished goods into other countries, so I had to become

15   certified for importing and exporting.  That's one of my

16   certifications.

17   **Q.**    And when you say at this time, what company are you

18   referring to?

19   **A.**    During that time, that was the time I spent with DSI

20   Underground.

21   **Q.**    Okay.  You mentioned DOT training.  What is DOT training?

22   **A.**    So that is Department of Transportation.  I ran a

23   warehouse.  I was responsible for truck drivers, vehicles, and I

24   had to know all of the laws.

25   **Q.**    Okay.  You mentioned HAZMAT training.  What's that?

1   **A.**    HAZMAT training, also associated with Department of

2   Transportation because we were bringing in raw materials that

3   are hazardous, so I received all those trainings and

4   certifications.

5   **Q.**    Next is Legal-Eagle Training?

6   **A.**    Legal-Eagle Training is a course that we took, and that

7   is everything to protect your company to avoid things such as

8   today.

9   **Q.**    And the last one here is Lean Manufacturing.  What is

10  that?

11  **A.**    Lean Manufacturing Six Sigma.  I was in procurement, and

12  I had to learn all of those skills to -- for Lean Manufacturing,

13  as far as the goods, running a Kanban inventory.  All those are

14  associated with Lean.

15  **Q.**    Okay.  Now, your résumé starts in the early 2000s with a

16  role at Dupont.

17  **A.**    Um-hmm.

18  **Q.**    What was that role?

19  **A.**    I'm sorry?

20  **Q.**    What was the role -- your original role at Dupont?

21  **A.**    I started at Dupont as a buyer.

22  **Q.**    And what did you do in that position?

23  **A.**    In that position, so I was in part of the procurement

24  department, and my job was to make sure all of the goods and

25  materials were at the plant.  We had a 24/7 manufacturing

1    operation, and I was responsible for the relationships with the

2    vendors; making sure the goods were there; making sure if

3    anything was held up at customs, I took care of that.  All

4    procurement activity.

5    **Q.**    Okay.  How long were you in that position?

6    **A.**    I was in that position for about -- I think it was about

7    three-and-a-half years or so.

8    **Q.**    And after that position, what did you do next?

9    **A.**    Um, I received a promotion at that time, and I was the

10   warehouse and customer service rep --

11   **Q.**    Okay.

12   **A.**    -- or customer service -- sorry.  I was the warehouse and

13   customer service manager.

14   **Q.**    Okay.  Now, looking at your résumé, it says when you were

15   a buyer from 2004 to 2007, you were with Dupont; and for the

16   warehouse and customer service manager position, it lists DSI

17   Underground.

18        What's the relationship between Dupont and DSI?

19   **A.**    So, it's all the same facility.  How I explain it, I

20   drove -- I drove to the same office every day for 12 years.

21   Dupont decided to divest their mining portfolio, that mining

22   sector, so they divested.  We were a stand-alone company --

23   stand-alone company, and then DSI acquired us.

24   **Q.**    Okay.

25   **A.**    So, during my 12 years, we changed names about four

1    times.

2    **Q.**    But you were always working for the same company from

3    your perspective?

4    **A.**    Oh, yes.

5    **Q.**    Just ownership changed?

6    **A.**    That's correct, yeah.

7    **Q.**    And what's that company called now?

8    **A.**    I believe today it's called DSI Mining and Tunnelling.

9    The company still exists as a whole, but the location where we

10   did the mining products, the competitor bought us out to shut us

11   down, and it has now been bulldozed over.  It's gone.

12   **Q.**    Okay.  Is that decision connected to why you left that

13   position?

14   **A.**    Yes.

15   **Q.**    Okay.  How did you come to leave that position?

16   **A.**    So, again, we were acquired by the competition, and they

17   slowly just started letting everyone go.  I was one of the last

18   people staying with the company, so we all got laid off.

19   **Q.**    Was your termination, to your understanding, related to

20   any disciplinary action?

21   **A.**    Oh, abs- -- quite the opposite.

22   **Q.**    Now, when you were in this role as warehouse manager and

23   customer service manager, tell me about your job

24   responsibilities.

25   **A.**    Well, I had a very large team.  I managed the -- I had

1    seven customer service reps across the United States, and then I

2    managed a remote warehouse, and it had -- we had five truck

3    drivers there, so I had employees.  I had two separate

4    departments to run.  I had to make sure that I achieved a

5    99 percent on-time delivery, which I did.  That was our

6    collaboration between customer service, the warehouse, the

7    goods.  And during that time I was responsible for the warehouse

8    in a whole.  We had to -- I had to -- it was my responsibility

9    to find us a new space, so I handled the lease negotiation with

10   the landlord.  I found us a new warehouse.  I moved a warehouse,

11   relocated our warehouse, got it up and running in three days,

12   and I was responsible for all the procurement activities at that

13   warehouse.  And that was anything, again, from the lease to the

14   trucks that the drivers used, to the forklifts, to the materials

15   that we needed to run the warehouse such as pallets, shrink

16   wrap, all those things.

17   **Q.**    You mentioned seven customer service reps across the

18   country.

19         Overall, how many people did you manage in that warehouse

20   manager position?

21   **A.**    So, I believe it was 14.

22   **Q.**    Okay.

23   **A.**    And I also had some indirect dotted lines from accounting

24   that worked for me.

25   **Q.**    Do you recall approximately how many people that was?

1   **A.**    I believe it was 14.

2   **Q.**    14, including the dotted lines?

3   **A.**    Yes.

4   **Q.**    Okay.

5   **A.**    Yes.

6   **Q.**    Now, for those individuals, those 14 individuals or at

7   least the ones that were your direct reports, were you

8   responsible for their performance evaluations?

9   **A.**    Absolutely.

10  **Q.**    Were you responsible for hiring and firing in that

11  position?

12  **A.**    I most certainly was, yes.

13  **Q.**    Okay.  And at that warehouse and with respect to those

14  customer service employees, were you -- well, strike that.  Let

15  me ask that differently.

16        At the -- at that warehouse, was there any -- was there

17  any higher authority than you on-site?

18  **A.**    No.  I managed the warehouse.

19  **Q.**    Okay.  So, you mentioned procurement a moment ago, and I

20  want to make sure that I understand what procurement is.

21        So, in the context of your work, what does procurement

22  mean?

23  **A.**    What procurement is, procurement is acquiring the goods

24  or services that are needed to run either a manufacturing

25  facility, an office, a business, everything from the building,

1   you know, to a laptop, to pallets.

2   **Q.**    Okay.  So, you mentioned being laid off in 2016.  After

3   you were laid off, did you immediately return back to work?

4   **A.**    No, I did not.

5   **Q.**    Okay.  Why not?

6   **A.**    So, at that time, I had been working for a long time, and

7   I actually looked at this as an opportunity to take a little

8   break.  So, I took a few months, and I traveled and did a couple

9   of, you know -- some personal enjoyment time for the first few

10  months, and then I decided that I wanted to go to college.

11  **Q.**    Now, you mentioned earlier that you hadn't finished high

12  school.  Did you get your GED?

13  **A.**    I did, yeah.

14  **Q.**    Okay.  And then, once you got your GED, what did you do

15  with respect to college?

16  **A.**    I attended, and I finished.

17  **Q.**    Where did you attend?

18  **A.**    I went to Blue Ridge Technical School in Martinsburg,

19  West Virginia.

20  **Q.**    And what degree did you seek there?

21  **A.**    Um, I have a certificate degree in business operations.

22  **Q.**    Okay.  What is a certificate degree?

23  **A.**    So, a certificate degree is a fast-track program.  It

24  is -- it is designed to follow a framework that all of the

25  courses are directly related to that subject, and for me it was

1    business operations.

2    **Q.**    About how long did that take you?

3    **A.**    It took me about a year and a half.

4    **Q.**    Okay.  And when did you complete that certificate degree?

5    **A.**    I finished in August of 2018.

6    **Q.**    Okay.  And when did you begin working for defendant?

7    **A.**    I began working for them in September 2018.

8    **Q.**    Okay.  And in what position?

9    **A.**    I started with the company as a production analyst.

10   **Q.**    Okay.  And did you subsequently move to a different

11   position?

12   **A.**    I did, yes.

13   **Q.**    What was that?

14   **A.**    I moved into a buyer role.

15   **Q.**    Okay.  And how -- and when was that?

16   **A.**    It was about a month later.

17   **Q.**    Okay.  So, only about a month after you joined the

18   company?

19   **A.**    That's correct.

20   **Q.**    How was it that you changed positions only a month after

21   you joined the company?

22   **A.**    So, when I first applied to work for the defendant, I

23   applied to be a buyer.  That was the ad, and that's what I

24   wanted to do, so I applied to be a buyer.  I went in.  I had

25   my -- I had a phone interview.  I had an in-person interview.

1    And the next day, I got a phone call from the plant manager at

2    that time, and -- and he was one of the people that I

3    interviewed with.  And he told me that the company was going to

4    pass on me for a buyer, and that he was impressed by me, and he

5    would like to bring me in, and he had a position he was going to

6    create.

7    **Q.**    To your understanding, how did a buyer position become

8    open -- or let me ask that differently.

9         To your understanding, how was it that you changed

10   positions after only one month?

11   **A.**    So, the person that was selected as the buyer over me,

12   they did not work out.  So, one day I was at work, I was sitting

13   at my desk, and the local HR came into my office and she said,

14   "Are you still interested in the buyer position?"

15        And I said, "Absolutely.  Absolutely I am."

16        And she said, "Okay.  Well, we're going to go ahead

17   and -- Sheila Chan's here" -- I had never met her -- "and we

18   have an opportunity, because the buyer is not working out."

19   **Q.**    And when you became a buyer, what department were you in?

20   **A.**    I worked in procurement.

21   **Q.**    Okay.  And when you became a buyer, who was your

22   supervisor?

23   **A.**    When I became a buyer, my supervisor was Andre Soetjahja.

24   **Q.**    Okay.  And do you recall at the time what Andre

25   Soetjahja's role was at that time?

1   **A.**     At that time, he was the head of procurement.

2   **Q.**     Okay.  Ms. Nolasco, if you could turn to tab U.

3   **A.**     U?

4   **Q.**     Yes.

5   **A.**     (Witness complied.)  Okay.

6   **Q.**     This is a job description for a buyer.  Could you take a

7   look at this briefly and tell me if it accurately describes your

8   position as a buyer?

9   **A.**     Sure.  It looks -- it looks reasonable to that time,

10  yeah.

11  **Q.**     Okay.  Now, how long were you in the position of buyer?

12  **A.**     Um, so I was a buyer for two years.

13  **Q.**     Okay.  And what happened -- what position did you take

14  after you were a buyer?

15  **A.**     Senior buyer.

16  **Q.**     And also with defendant?

17  **A.**     Yes.

18          THE COURT:  Is this in evidence?  Are you moving it in?

19          MR. ERLICH:  Um, yes.  Yes, Your Honor.  I -- my

20  understanding -- and I will obviously change practice, but since

21  all the -- all the evi- -- or all of the exhibits that are

22  unobjected to were deemed admitted --

23          THE COURT:  I don't -- when did that happen?

24          MS. GATLING:  No, it did not, Your Honor.  They have not

25  been admitted.

1          MR. ERLICH:  It's in your scheduling order, Your Honor.

2    Exhibits to which there is no objection are deemed admitted.

3    That's my understanding of the scheduling order.

4          THE COURT:  Which ones were objected to?

5          MS. GATLING:  Your Honor, we did not have an objection to

6    this exhibit, but we have not -- your order did not say

7    everything that was deemed not objected to was admitted.

8          THE COURT:  Okay.  Well, I'm reading the exact language

9    from the -- it does say objections to must -- "exhibits must be

10   filed within ten days after the conference.  Otherwise, the

11   exhibit shall stand admitted in evidence."

12         MS. GATLING:  Okay.

13         THE COURT:  Okay.

14         MR. ERLICH:  Yes.

15         THE COURT:  And so which one?  Because I don't have the

16   objections here.  Which exhibits?  And you all need to track on

17   and then let me know which ones are -- because I don't have

18   what's objected to or what's not in front of me.

19         MS. GATLING:  We don't have an objection to this exhibit.

20         THE COURT:  Okay.

21         MR. ERLICH:  And, Your Honor, we do -- we have a -- we

22   have a document that tracks what exhibits have objections and

23   what don't.

24         THE COURT:  Okay.  Is that for everybody or just for you?

25         MR. ERLICH:  I'm happy to share it with you, Your Honor.

1    THE COURT:  Okay.  We can make a copy of it at the break

2  so that everyone can have it, if you don't mind sharing it.  I

3  just wanted to be -- because I don't have the objections in front

4  of me.

5    MR. ERLICH:  Yes.  Yes, Your Honor.  And, you know, I can

6  certainly move to move the exhibits into evidence because I

7  was -- my thought was if it wasn't objected to, it was in

8  evidence, so I didn't need to take that step.

9    THE COURT:  Okay.  It may make sense for you to look at

10  the list at the break, and then -- because then we can move

11  quickly through everything, and we'll know which exhibits are

12  really at issue, and that's what we can focus on, but this one is

13  admitted.  Thank you.

14    MR. ERLICH:  Okay.  And, Your Honor, just as a purely

15  procedural matter, as I move through, if it's an unobjected to

16  exhibit, do you want me to say I'm moving this into evidence?

17    THE COURT:  Yes, or if it's unobjected to, just note that

18  for the record.  Say, "This exhibit was not objected to," and I

19  can say "It's admitted then."

20    MR. ERLICH:  Absolutely.  Well, let me note for the record

21  that Exhibit L was unobjected to --

22    THE COURT:  Okay.

23    MR. ERLICH:  -- the one we've already looked at.

24    THE COURT:  And that one, I believe, was shown in

25  Ms. Chan's, so I thought that one came in with her.

 1          MS. GATLING:  It was, Your Honor, it was admitted through

 2     Judge Novak, so that one had been admitted, Your Honor.  So we

 3     identified that and admitted that with Judge Novak, and I thought

 4     we were following the same procedures, Your Honor, but

 5     {indiscernible} --

 6          THE COURT REPORTER:  I'm sorry, Counsel.  I didn't hear

 7     you.

 8          MS. GATLING:  Oh, I'm sorry.  I thought we were following

 9     the same procedure, admitting them through witnesses as we did

10     with Judge Novak, so that was --

11          THE COURT:  It makes sense to do it in that way so that

12     the record is clear, because otherwise, when the record goes on,

13     it's trying to figure out, okay, going back and looking at this

14     document to figure out objections.  You can note it on the

15     record, "This wasn't -- this one was not objected to," and I can

16     say, "it's in."  Okay?

17          MR. ERLICH:  Absolutely, Your Honor.

18          (Plaintiff's Exhibit L admitted into the record.)

19          MR. ERLICH:  So, I don't remember if we actually covered

20     this in our -- in our back and forth, but Exhibit U is unobjected

21     to, so we can --

22          THE COURT:  Okay.  And it's in evidence.

23          MR. ERLICH:  Great.

24          (Plaintiff's Exhibit U admitted into the record.)

25     BY MR. ERLICH:

1  **Q.**    When -- Ms. Nolasco, when you moved from buyer to senior

2  buyer, did that require any special training?

3  **A.**    Yes, it did.

4  **Q.**    What training was that?

5  **A.**    I was -- I was asked to get my certification in

6  procurement in order for me to advance.

7  **Q.**    Okay.  And what is a certification in procurement?

8  **A.**    Certification of procurement is -- it is a course that

9  takes -- it typically takes about a year.  The certification is

10 through IIPMR, International Institute of Procurement and Market

11 Research, and it is covering all aspects of procurement.  So I

12 obtained that certification in very short order.

13 **Q.**    When did you obtain that certification?

14 **A.**    I completed it in June of 2020.

15 **Q.**    Okay.  And, Ms. Nolasco, did you at some point become a

16 senior buyer?

17 **A.**    I did.

18 **Q.**    When did you become a senior buyer?

19 **A.**    It was a few months after I got my certification.  It was

20 in the fall.  I can't remember the month, but I did a few months

21 later, yes.

22 **Q.**    Now, if you could turn to Exhibit V in your binder.

23 **A.**    B?

24 **Q.**    V.

25 **A.**    V?

24

1    **Q.**    V, as in Victor.

2    **A.**    Okay.

3    **Q.**    And, Ms. Nolasco, this is a job description for senior

4    buyer.  Could you review this and tell me if it accurately

5    describes the position that you held?

6    **A.**    Sure.

7          MR. ERLICH:  And, Your Honor, this was an unobjected to

8    exhibit, so I move that it's entered.

9          THE COURT:  Okay.  It's received.

10          (Plaintiff's Exhibit V admitted into the record.)

11          THE WITNESS:  This appears to be an accurate depiction of

12    the -- of the position, yeah.

13    BY MR. ERLICH:

14    **Q.**    Okay.  Thank you, Ms. Nolasco.

15          Ms. Nolasco, in your position as senior buyer with

16    defendant, who supervised you?

17    **A.**    As senior buyer Sheila Chan was my superior.

18    **Q.**    Okay.  And at the time what was Sheila Chan's -- what was

19    Sheila Chan's job title?

20    **A.**    She was head of procurement --

21    **Q.**    Okay.

22    **A.**    -- at that time.

23    **Q.**    In your role as senior buyer, did you supervise anyone?

24    **A.**    I did.

25    **Q.**    Okay.  How many people did you supervise?

1    **A.**      I supervised two.

2    **Q.**      Okay.  And was that two people at the same time or one

3    person and then another?

4    **A.**      One then -- one replaced another, yes.

5    **Q.**      And for those individuals, did you do performance

6    reviews?

7    **A.**      I did for one of them, yes.

8    **Q.**      Why didn't you do the performance review for the other

9    one?

10   **A.**      I was no longer with the defendant.

11   **Q.**      And where did those direct reports work?

12   **A.**      They worked at the same location as I did, which was

13   Strasburg, Virginia.

14   **Q.**      And in supervising those individuals, did it -- were you

15   required to train them?

16   **A.**      Oh, yes.

17   **Q.**      And in what ways did you train them?

18   **A.**      Well, I trained them on, of course, the defendant's SOP,

19   our procurement system at that time was SAP, and all the modules

20   within SAP about the goods.  I taught them about the vendors,

21   the job in general.

22   **Q.**      Um, so at any point during your employment, did you and

23   either Ms. Chan or you and Mr. Soetjahja discuss your career

24   trajectory with the defendant?

25   **A.**      Yes, we did.

1    **Q.**    Okay.  And to your understanding of those conversations,

2    what were you expecting your career trajectory to be?

3    **A.**    My career trajectory was to be the successor for Sheila

4    Chan.

5    **Q.**    Okay.  Why do you say that?

6    **A.**    So, during this conversation with Andre and Sheila,

7    during this conversation, they -- I learned that they were very

8    happy with my performance.  I was a very strong team member.  My

9    cost savings were the highest among all of the procurement.  I

10   knew the job.  I know procurement.  And during that

11   conversation, they told me that they definitely saw a future in

12   me with the company, they'd like to further develop me to be the

13   successor for Sheila.

14   **Q.**    Okay.  Did either Ms. Chan or Mr. Soetjahja promise you

15   Ms. Chan's -- promise you that you were the successor for

16   Ms. Chan's position?

17   **A.**    No.

18   **Q.**    But did you expect to take Ms. Chan's role when she left?

19   **A.**    I absolutely did, yeah.

20   **Q.**    Okay.  And what were your reasons for that expectation?

21   **A.**    The reasons for that expectation, first and foremost, I

22   had working -- been working towards this goal since that

23   conversation in 2019.  So for the last, you know, three years

24   that's what I had been working towards.  I -- the company asked

25   me to get my CPP.  I did it in a very quick amount of time to

1   get that complete.  I had learned the job.  I learned all of the

2   jobs, and I was absolutely ready.

3   **Q.**     Once you had this conversation with Ms. Chan and

4   Mr. Soetjahja, was there any training that you did to prepare

5   for your role -- the potential role as the head of procurement?

6   **A.**     There was, yes.

7   **Q.**     What training was that?

8   **A.**     So during that time -- and it was about three years -- I

9   worked very closely with my superior, who was Sheila.  I learned

10  all about the base paper.  I used the skills that I brought into

11  the company about the import and the export.  I was

12  collaborating with all the departmental heads, and I was -- I

13  did everything the company told me to do to prepare.

14  **Q.**     Okay.  Did you travel for your role as a senior buyer?

15  **A.**     I did, yeah.

16  **Q.**     Okay.  Where did you travel?

17  **A.**     So mostly -- because I was located in Strasburg, we had a

18  few different -- excuse me.  We had a few facilities in

19  Strasburg, so I traveled mostly locally, but I did travel to

20  California.

21  **Q.**     Okay.  When did you go to California?

22  **A.**     I went to California in February of 2022.

23  **Q.**     Okay.  What was the purpose for that trip?

24  **A.**     There were -- there were a few reasons for that trip.

25  First and foremost, we just hired a new buyer to the team, and

28

1    Sheila asked me if I would travel out and train him.

2            I also was working on a revenue project for the company

3    with regards to recycling, and I was meeting the vendors.  I was

4    meeting the potential customers, and also she said this would be

5    a good opportunity for me to meet a lot of the folks that I had

6    been working with over the phone in person.

7    **Q.**    Did you at some point learn -- or sorry.

8            Did Ms. Chan leave the company at some point?

9    **A.**    She did.

10   **Q.**    Do you know if she resigned?

11   **A.**    She did.

12   **Q.**    When did you find out that Ms. Chan planned to resign?

13   **A.**    I learned that she was going to resign during that week

14   that I spent in California.

15   **Q.**    Okay.  Did she tell you directly?

16   **A.**    She told me in her office, yeah.

17   **Q.**    Okay.  When Ms. Chan told you that she resigned, what was

18   your understanding of what would happen with her position?

19   **A.**    That I would fill it.

20   **Q.**    Okay.  Now, based on what?

21   **A.**    Based on the last three years of the conversations

22   between them, the career path that I was on, that was my

23   understanding.

24   **Q.**    Did Ms. Chan tell you anything about whether or not you

25   would be taking her position?

1   **A.**     She did, yes.

2   **Q.**     Okay.  What was that?

3   **A.**     She did tell me that she was going to be -- that I would

4   be taking her position.

5   **Q.**     Okay.  Now, do you know if at that time that was

6   something that she had discussed with the then-CEO, David

7   Chin-Bing, for example?

8   **A.**     I was aware of that, yes.

9   **Q.**     Well, no, I'm asking:  Were you aware if, when she told

10  you, you would be taking that position, if she had discussed

11  that with anyone at the company?

12  **A.**     I don't know.

13  **Q.**     Okay.  Now, following your conversation with Ms. Chan

14  about her resignation, did she at some point inform the rest of

15  the procurement team?

16  **A.**     That is correct.  Yes, she did.

17  **Q.**     And when she did that, did she say anything about what

18  would happen with her role?

19  **A.**     She did.

20  **Q.**     And what was that?

21  **A.**     That I was going to fill her role.

22  **Q.**     Okay.  Now, again, to your understanding, when she told

23  the team that, do you know if that was a decision that had

24  been -- had been vetted through management?

25  **A.**     At that time, I can't answer that.

1    **Q.**    Okay.  Now, at some point, did Ms. Chan formally

2    recommend you for the -- for to fill her position?

3    **A.**    She did, yes.

4    **Q.**    Okay.  Now, how do you know that she formally recommended

5    you for the position?

6    **A.**    The same day that we had our procurement team meeting,

7    and she announced it to the team, that same day she forwarded me

8    an e-mail that she sent to David.

9    **Q.**    Okay.  Let's see.  Ms. Nolasco, could you turn to tab C

10   in your binder?

11   **A.**    C?

12   **Q.**    Yes.

13   **A.**    C.  (Witness complied.)  Okay.

14   **Q.**    And, Ms. Nolasco, you mentioned an e-mail that was

15   forwarded to you a second ago.  Is this that e-mail?

16   **A.**    This is the one, yes.

17   **Q.**    Okay.

18         MR. ERLICH:  And, Your Honor, this is unobjected to, so I

19   move it into evidence.

20         THE COURT:  It's received.

21         (Plaintiff's Exhibit C admitted into the record.)

22   BY MR. ERLICH:

23   **Q.**    Now, if we look to page 2 of this document, to your

24   understanding, is this the recommendation e-mail?

25   **A.**    It is, yes.

1    **Q.**    Okay.  Now, take a moment to read over this e-mail.

2    **A.**    Okay.

3    **Q.**    And it does go into a second page.

4    **A.**    (Perusing document.)  Yes.

5    **Q.**    Now, did you have any role in drafting this e-mail?

6    **A.**    I did not.  Sheila sent the e-mail.

7    **Q.**    Did you provide any information for this e-mail?

8    **A.**    We provided information from our cost -- we have a shared

9    cost savings document tracker that she asked for, so I sent her

10   the cost savings document tracker where we -- where we all

11   record our cost savings and our cost avoidance.  That's the only

12   thing that she asked me for.

13   **Q.**    Okay.  And when she asked you for that, did you know why

14   she was asking?

15   **A.**    I don't think so at the time.

16   **Q.**    Okay.

17   **A.**    I don't know if I remember, but I remember her asking for

18   it.

19   **Q.**    Now, Ms. Chan throughout this letter -- and the document

20   speaks for itself, so I'm not going to go through everything

21   line-by-line, but she speaks well of your performance, your

22   potential.

23         Is everything in this letter -- everything in this e-mail

24   accurate?

25   **A.**    It absolutely is, yes.

1    **Q.**    Okay.  Now, what is the impor- -- sorry, importance of

2    cost savings and avoidance?

3    **A.**    Well, in procurement, in addition to obtaining the goods

4    and services to run a -- run a facility, it's very important

5    that we're responsible for the defendant's money, and we need to

6    spend that money in the right way.  So, I was able to save an

7    incredible amount of money for the defendant.  And that is

8    something that is an expectation of, you know, a procurement

9    professional, and I worked very hard to achieve these numbers

10   for them.

11   **Q.**    Okay.  Now, ultimately, did you get Ms. Chan's position?

12   **A.**    I did not.

13   **Q.**    Okay.  When did you learn that you did not get it?

14   **A.**    I learned that I did not get that position on Monday,

15   March 7th of 2022.

16   **Q.**    Okay.  How did you find out?

17   **A.**    Sheila called me early in the morning.

18   **Q.**    What did you learn in that conversation?

19   **A.**    I learned in that conversation that I was not going to be

20   receiving the role that I was working for, and that the position

21   was going to be appointed to Camil Hung, some -- a person in

22   product development.  Of course I was very upset, and I asked

23   why, the reasons why, and I learned the reasons why during that

24   conversation.

25   **Q.**    Okay.  What did you learn the reason why was?

1  **A.**      What I learned, the reason I did not get the job is

2  because I -- I checked all of the boxes, except for one, and it

3  was that I was not Asian.

4  **Q.**      Okay.  And how did you come to learn that?

5  **A.**      I learned that through a conversation from my superior.

6  **Q.**      Okay.  Did Ms. Chan provide you with any information on

7  how she came to learn that?

8  **A.**      She did not.

9  **Q.**      Okay.  Were you surprised that Ms. Hung was selected for

10  this position?

11  **A.**      Yes.

12  **Q.**      Okay.  Why were you surprised?

13  **A.**      First and foremost, I was surprised that it wasn't me

14  because I brought all the skills.  I brought the cost savings.

15  I did everything the company asked me to do.  Um, Camil worked

16  in product development, and I did not know of her to have any

17  procurement experience when I learned this information, so I was

18  very, very shocked, yes.

19  **Q.**      Describe your relationship with Ms. Hung.

20  **A.**      With Camil Hung?

21  **Q.**      Camil Hung, yes.

22  **A.**      I had a great relationship with -- I feel as though I had

23  a great relationship, a strong relationship with Camil.  We had

24  worked together prior to all this.  I had a good relationship

25  with her.  She was funny.  I enjoyed talking to her.  It wasn't

1    very often, but I had a good relationship with Camil.

2    Q.    Okay.  Did you like her personally?

3    A.    I'm sorry?

4    Q.    Did you like Ms. Hung personally?

5    A.    I -- I did.  She was a funny lady.

6    Q.    To your understanding, was she a good employee?

7    A.    Oh, yes.

8    Q.    Okay.  Is -- is the exception you've taken to her

9    receiving Ms. Chan's position, does that have anything to do

10   with Ms. Hung personally?

11   A.    Absolutely not.  It wasn't her fault, and I felt bad for

12   her.

13   Q.    Now, I believe you said that Ms. Hung was a product

14   development manager.  Does that have anything to do with

15   procurement?

16   A.    No.

17   Q.    Okay.  Under what situations did you interact with

18   Ms. Hung while you were in the position of senior buyer?

19   A.    So, Camil Hung was responsible for creating the packaging

20   and artwork and graphic design, so part of that are print

21   plates.  So she would send through a purchase requisition for us

22   to purchase the print plates from the -- from the suppliers,

23   typically the tissue suppliers.  So she would send through the

24   requisitions.  I would always handle anything that came my way

25   from Camil.  It was once every couple months, not very often.

1    Q.    Okay.  Now, where was Ms. Hung based out of?

2    A.    She lived in California.

3    Q.    Was it your understanding that being in California was a

4    requirement of Ms. Chan's position?

5    A.    Absolutely not.

6    Q.    Okay.  Why do you say that?

7    A.    Well, I had been the successor for three years, and no

8    one had said to me that I need to -- that there was a position

9    in California.  I didn't know anything about it.  And prior to

10   me joining the Strasburg facility, there was a procurement

11   manager at the -- at the Strasburg facility.  So I didn't know

12   anything about this.

13   Q.    Did anyone at defendant speak to you about the

14   possibility of moving to California?

15   A.    No.

16   Q.    Okay.  Did anyone at defendant, outside of Ms. Chan,

17   speak to you about your qualifications for this position?

18   A.    No.

19   Q.    Okay.  Um, did anyone, other than Ms. Chan, speak to you

20   about this position at all from -- did anyone at defendant,

21   other than Ms. Chan, speak to you about this position at all

22   before you learned that Ms. Hung had been selected?

23   A.    No.

24   Q.    Okay.  Would you have been willing to relocate to

25   California?

1  **A.**     Sure.

2  **Q.**     Have you ever lived in California?

3  **A.**     No, I haven't.

4  **Q.**     Why are you so confident that you would have relocated?

5  **A.**     So, I had been to California before.  I've made a

6  vacation trip there.  I spent the week out at the defendant's.

7  I enjoyed the area.  My husband and I, we travel.  I don't have

8  any small kids.  My children are grown.  There's really nothing

9  holding me back, and for a company that I loved, I would have

10 moved, yeah.

11 **Q.**     And did you love this company?

12 **A.**     Absolutely.

13 **Q.**     Okay.  Why do you say that?

14 **A.**     Well, I worked very, very hard.  I took it upon myself to

15 learn other things about the position, about the company, you

16 know.  They told me to get my certification that took my

17 superior a year.  I knocked it out in three months.  I did

18 everything that they told me to do, and I had built a lot of

19 great, great relationships, both internal and external.

20          I worked hard at -- I worked just as hard on the external

21 relationships as I did the internal ones, and the external

22 relationships are the ones that brought the cost savings to

23 them, that saved them all this money.

24 **Q.**     At some point did you speak to anyone from human

25 resources about your nonselection?

1    **A.**    I did, yes.

2    **Q.**    Who did you speak to?

3    **A.**    The first day, the first time I spoke to Shelley Farnham

4    and Christy Lingham.

5    **Q.**    Okay.  And how did you come to speak to Shelley Farnham?

6    **A.**    They called me.

7    **Q.**    Okay.  And to your understanding, what was the intent of

8    their call?

9    **A.**    The intent --

10         MS. GATLING:  Objection, calls for speculation.  Objection

11   calls for speculation.

12         THE COURT:  I heard the objection.  What's your response?

13         MR. ERLICH:  I simply asked for her understanding of it.

14   If she doesn't have one, that's fine.

15         THE COURT:  Sustained.  You can ask that a different way.

16         MR. ERLICH:  Okay.

17   BY MR. ERLICH:

18   **Q.**    When you spoke to Ms. Farnham, did she provide you with

19   an explanation for why you weren't selected for this position?

20   **A.**    She did.  She -- she threw out a couple reasons, yes.

21   **Q.**    Okay.  What were those reasons?

22   **A.**    As I recall, she said that I don't have a bachelor's

23   degree.  And I fired right back with her -- right back to her,

24   and I said, "Well, no one told me in all these years I needed

25   one."  I believe she made reference to California.  It was a --

1    it was a very hard conversation for me.

2    **Q.**    Why was it your -- was it your belief that you did not

3    need a bachelor's degree for this role?

4    **A.**    Yeah.

5    **Q.**    And why was that your belief?

6    **A.**    I had been the successor for three years.  I worked very

7    close with my managers.  We talked about my career trajectory.

8    They knew my education.  They knew my experience.  No one told

9    me that, or I probably would have ran out and got that, too.  I

10   mean, I got the procurement -- they -- I did the other thing in

11   three months for them.  I probably would have went out and got

12   the bachelor's.

13   **Q.**    I am going to ask you to turn to Exhibit F in your

14   binder.

15   **A.**    F.

16   **Q.**    And take a moment to look over this document, and then

17   please tell me what it is.

18        MR. ERLICH:  And, Your Honor, this was not objected to, so

19   I'll move it into evidence.

20        THE COURT:  Let her -- you know, even though there's no

21   objection, you still need to lay the foundation and all of that.

22   Okay?

23        MR. ERLICH:  Okay.

24        THE COURT:  She's going to -- you said first you're going

25   to have her identify it and see if she recognizes it, right?

1      MR. ERLICH:  Yes.  Yes, Your Honor.  Yes.

2  BY MR. ERLICH:

3  **Q.**    Go ahead, Ms. Nolasco.  Do you recognize this document?

4  **A.**    I do.

5  **Q.**    What is this document?

6  **A.**    This is the -- this is my resignation e-mail I sent to

7  HR.

8      MR. ERLICH:  And, Your Honor, with her having identified

9  the document and no objection, I'll move this into evidence.

10      THE COURT:  It's received.

11      (Plaintiff's Exhibit F admitted into the record.)

12  BY MR. ERLICH:

13  **Q.**    Now, in this document, in your e-mail, so the first

14  chronologically but the second of the two e-mails, you say, "I

15  feel that I've been passed over for promotion due to my

16  ethnicity."

17      Why did you feel that you had been passed over due to

18  your ethnicity?

19  **A.**    Well, I had already learned what I had learned.

20  **Q.**    And what was that that you had learned?

21  **A.**    I had learned that the reason I did not get the job is

22  because I checked off all the check boxes except for one, and I

23  did not have slanted eyes.

24  **Q.**    And I just want to clarify.  The term "slanted eyes," is

25  that your term?

1    **A.**    It is not my term.

2    **Q.**    Okay.  Who did you hear that term from?

3    **A.**    That term was Sheila Chan's term.

4    **Q.**    Okay.  Um, now, once you mentioned that you felt that

5    there was discrimination, did anyone approach you about doing an

6    investigation into your claims?

7    **A.**    No.

8    **Q.**    Okay.  Do you know whether you were approached or not,

9    whether there was any investigation into these claims?

10    **A.**    I don't know.

11    **Q.**    Did anyone refer you to an EEO policy?

12    **A.**    (Shook head negatively.)

13    **Q.**    Did anyone refer you to a complaint process?

14    **A.**    No.

15    **Q.**    Now, in this -- in this e-mail, Ms. Farnham references

16    the location of the position and Ms. Chan's managerial

17    experience.

18    **A.**    Yes.

19    **Q.**    We've already talked about the location of the position.

20          Do you, in your personal knowledge, know anything about

21    what management experience Ms. Hung had?

22    **A.**    I did, yes.

23    **Q.**    Okay.  And how do you know that?

24    **A.**    Well, I worked with Camil since -- I knew her since 2018.

25    **Q.**    Did Ms. Farnham raise the possibility of a promotion with

1    you?

2    **A.**    She did.

3    **Q.**    Okay.  What was your understanding of that promotion?

4    **A.**    She -- what she offered me was a supervisor position, is

5    what she offered me.  And, again, my response, you know, was

6    probably not the best, but I responded to her, and I said,

7    "That's what I'm already doing."  I was supervising someone, so

8    I didn't feel like it was any offer of good faith.

9    **Q.**    Did Ms. Farnham mention anything to you about paying you

10   more money?

11   **A.**    She did not.  We never discussed salary.

12   **Q.**    Other than the change in title, to your understanding,

13   would this new position have -- have had any substantive change

14   on your employment?

15   **A.**    Not that I -- not that I was aware.  I didn't even know

16   what it was.  It's the same job I had.

17   **Q.**    Other than this conversation we're currently discussing

18   on March 7th, did you have any discussions with anyone else in

19   defendant's management about your nonselection for this

20   position?

21   **A.**    I did.

22   **Q.**    Okay.  And who was that with?

23   **A.**    I had a conversation with David Chin.

24   **Q.**    And when was that conversation?

25   **A.**    That was on Wednesday, March 9th of 2022.

1    **Q.**    And how did you come to have that conversation?

2    **A.**    I -- earlier in that day, I received either a text or

3    call from Sheila, telling me that David wanted to talk to me.

4    And I -- she was asking my permission to give him my number.

5    **Q.**    Okay.

6    **A.**    And I said, "Okay," and I gave him -- I gave Sheila my

7    number, and the phone rang pretty quick.

8    **Q.**    Okay.  And what did you learn from Mr. Chin-Bing in that

9    conversation?

10    **A.**    Well, I learned -- I learned from him that he was -- he

11    was very upset.  He confronted me about what I had said.  He

12    mocked my claim.  He told me -- he said, "I don't know how --

13    this is not discrimination.  You can't -- you can't be saying

14    this is discrimination.  We like the White people.  That's not

15    what this is."  And he started rambling, rambling on and on.

16    And, you know, during that time, I was very upset, and this --

17    **Q.**    Take your time.

18    **A.**    This -- this call further -- to me, further solidified

19    that they discriminated against me.

20        He asked me how much money I was making, and I told him.

21    And I think at the time it was $64,000.  And he said, "Well,

22    I'll try to get you into the $70,000 range."  And I just -- I

23    didn't -- I wasn't following the conversation.  He was very mad.

24    He was talking very fast.

25        And I said, "I don't understand, David.  What do you want

1    me to do?"

2         And he said, "I want you to teach and train Camil."

3         And that was what he told me to do.  And during this

4    conversation, again, I was -- you know, I was very upset.  I

5    probably didn't say the most professional words, but I believe

6    what I said to him, I said, "David, you guys did me dirty."  The

7    same thing I told HR.

8         THE COURT:  Question:  You testified that he mocked your

9    claim?

10        THE WITNESS:  Yeah.

11        THE COURT:  What do you mean by that?

12        THE WITNESS:  He was angry, but he was laughing, and he

13   said, "I don't know how you could -- that's not what this is.

14   This is not discrimination.  Ha ha."  And he would throw chuckles

15   out.  And he said, "We like the White people.  I don't know why

16   you're saying this, these things."  And he was angry, but he was

17   chuckling.  And I didn't understand why he was even calling me,

18   other than to confront- -- he confronted me.

19        THE COURT:  Next question.

20   BY MR. ERLICH:

21   Q.   Ms. Nolasco, did you at some point decide to resign your

22   position?

23   A.   I did.

24   Q.   And why did you decide to resign?

25   A.   They discriminated against me.

1    Q.    Okay.  And do you recall approximately when you submitted

2    your resignation?

3    A.    Well, it's here in the e-mail, so Monday, March 7th.

4    Q.    March 7th?  Okay.

5          And when were you planning to leave employment?

6    A.    I gave them, I believe, two weeks' notice.  I was giving

7    them until March 18th, which is about two weeks, I think.

8    Q.    Okay.  You said Monday, March 7th, so that would be --

9    A.    Monday, March 77th.

10   Q.    -- the following week then?

11   A.    Yeah.

12   Q.    Did you end up leaving on that date?

13   A.    No.

14   Q.    When did you leave approximately?

15   A.    I believe I left on April 8th of 2022.  I ended up

16   staying.  It was about five weeks, is how long I stayed, ended

17   up staying.

18   Q.    Why did you stay for longer than your notice period?

19   A.    Well, looking back on it now, it was probably a lot --

20   big mistake, but there were several reasons that I stayed.

21         First off, I was leading the project for the expansion

22   project at Mercury, and it was a very large project.  It was an

23   8 1/2 million dollar construction.  I was leading that effort,

24   and we were in the thick of it.  And it was very important.  I

25   wanted to see that through.

1      I had -- I had built great relationships with the

2    management, the local management in Strasburg, very great

3    relationships.  I didn't want them to suffer because I left.  I

4    wrote job instructions.  I wrote processes.  I tried to train

5    Camil the best I could in five weeks.  I had a brand-new buyer

6    working for me.  He was fresh.  I still had to train him.  I

7    worked with HR, and I interviewed and helped select my

8    replacement.

9      I did a lot for them in those five weeks because,

10   although they didn't -- looking back at it, they weren't fair to

11   me, but I'm a professional, and I was going to go out in the

12   right manner.

13   Q.    During those five weeks, I believe you mentioned that you

14   were training Ms. Hung?

15   A.    The best I could, yes.

16   Q.    Okay.  As the -- as the person who trained Ms. Hung, do

17   you feel that you can speak knowledgeably regarding her level of

18   readiness for the position?

19   A.    I feel like I can, yes.

20   Q.    Okay.  In training Ms. Hung, what did you learn about her

21   level of readiness for the position?

22   A.    Camil didn't have a level of readiness.  Camil didn't

23   have any experience with procurement.  We had several

24   conversations.  She -- she didn't even know the fundamentals.  I

25   had to go and start with the fundamentals, you know, and try to

1    teach her procurement, you know, how to be a buyer.  You know,

2    and here's the person that ended up getting my job, and she --

3    she didn't know anything.  She didn't have her certification.

4         I asked her, you know, "Have you ever done this before."

5         "No."

6         But I did my best to help Camil, and I felt very bad for

7    her, very bad because she didn't want that job.

8    Q.    By the time you left five weeks after your notice of

9    resignation, what -- how -- what do you feel Ms. Hung's level of

10   readiness was by the end?

11   A.    She wasn't really even at a buyer level.  I was trying --

12   you know, there's so much going on in those five weeks, and I

13   still did my best to teach and train her.  She was -- she was

14   pretty lost on the SOP.  I went over it again and again and

15   again and again and again; so many times, she nicknamed me "the

16   professor" during this because I could recite the SOP.  She was

17   struggling.  I did my best to teach this lady.  It was hard.

18   She was receptive, but again, this is a job she was thrown into,

19   and she didn't want it.  So it was -- it was -- it was very

20   difficult.

21   Q.    Why do you say she didn't want the position?

22   A.    Well, Ms. Hung told me she didn't want the position.  She

23   was told to take it.

24   Q.    Okay.  Now, I want to step back for a moment and talk

25   about a couple of things.  We've been saying, "This position."

1          To your understanding, what position did Ms. Hung fill?

2    **A.**    Did Ms. Hung fill?

3    **Q.**    Fill, yes.  What position was Ms. Hung hired into?

4    **A.**    I can't answer what position she was hired into, but I

5    knew when I worked with Camil, she was a product controller --

6    she was a production -- product development manager.  Sorry.

7    **Q.**    And when Ms. Hung moved to procurement, to your

8    understanding, what position in the procurement department was

9    she filling?

10   **A.**    She was filling the role of the procurement manager.

11   **Q.**    Okay.  Is that the same position that Ms. Chan had

12   filled?

13   **A.**    Yes.  The head of the department, yes.

14   **Q.**    Do you know if the title had changed?

15   **A.**    I don't know if the title changed or not.

16   **Q.**    Do you know if structurally there was any change between

17   Ms. Chan's tenure and Ms. Hung's tenure with respect to who --

18   how that position worked?

19          MS. GATLING:  Objection, calls for speculation, lack of

20   foundation.

21          THE COURT:  He asked if she knew.  Do you know?

22          THE WITNESS:  I do not.

23          THE COURT:  Next question.

24   BY MR. ERLICH:

25   **Q.**    Do you know when she accepted the position in procurement

1    who Ms. Hung was managed by?

2    **A.**    When she accepted the position?

3    **Q.**    Yes.

4    **A.**    I believe that person was Ronald Iswono.

5    **Q.**    And who is Ronald Iswono?

6    **A.**    At that time, Ronald was head of supply chain.

7    **Q.**    Okay.  How was your relationship with Ronald?

8    **A.**    Fantastic.

9    **Q.**    Did you have any -- actually, I'm sorry.

10        Now, we've also largely been saying "defendant."  Who was

11   the company that you worked for?

12   **A.**    So I worked for -- my check -- my paycheck said Mercury

13   Paper.  I drove to the facility of Mercury Paper in Strasburg,

14   Virginia.

15   **Q.**    Okay.  Who did David Chin-Bing work for?

16   **A.**    I believe Solaris Paper.

17   **Q.**    Okay.  And Shelley Farnham?

18   **A.**    Solaris.

19   **Q.**    And Sheila Chan?

20   **A.**    Solaris.

21   **Q.**    To your understanding, what was the relationship between

22   Solaris Paper and Mercury Paper?

23   **A.**    So how I knew it to be APP -- there's Asia Pulp & Paper,

24   and then there's the TBU, which is the Tissue Business Unit.

25   Under the Tissue Business Unit there were three locations.

1    There was the Strasburg location that I was at, which was known

2    as Mercury Paper.  There is a location in Oklahoma called

3    American Tissue.  And then, in California, there were two

4    locations.  There's a corporate office in Orange and then there

5    was a manufacturing facility, and that is Solaris Paper.  We

6    viewed Solaris as headquarters, so that's where everyone got

7    their direction from.

8    Q.    Going back to when you started as a buyer at -- in 2018,

9    did you always report to someone at Solaris Paper?

10   A.    Yes, um-hmm.

11   Q.    Ms. Nolasco, if you could turn to Exhibit G.

12   A.    Oh, Josh, can I go back one second?  I don't know if I

13   answered your question right.  Can you repeat that?  Because I

14   did have -- for that one month, I did report to someone not at

15   Solaris.

16   Q.    Was that the one month when you were a production

17   analyst?

18   A.    That's correct.

19   Q.    But in your entire time as a buyer --

20   A.    Yes.

21   Q.    -- did you report to someone at Solaris?

22   A.    Oh, absolutely, yes.

23   Q.    If you could turn to Exhibit G.

24   A.    Which one?

25   Q.    G, as in Go.

1    **A.**    (Witness complied.)

2    **Q.**    Ms. Nolasco, what is this document?

3    **A.**    This is my exit interview.

4    **Q.**    Okay.  Who conducted your exit interview?

5    **A.**    Christy Lingham in HR.

6    **Q.**    Now, towards the end of this exit interview, in the

7    additional comments, you raised concerns about Ms. Hung's

8    promotion and --

9        THE COURT:  Is this already in evidence?  No.

10       MR. ERLICH:  No.  Thank you, Your Honor.  This document

11   was not objected to.  I'll move it into evidence.

12       THE COURT:  All right.  It's admitted.

13       (Plaintiff's Exhibit H admitted into the record.)

14   BY MR. ERLICH:

15   **Q.**    In your exhibit interview, did you raise the issue of

16   discrimination?

17   **A.**    I did.

18   **Q.**    Okay.  Did you receive any response to that concern?

19   **A.**    I did not.

20   **Q.**    To your knowledge, after raising this in the exit

21   interview, was there any investigation into that issue?

22   **A.**    Not that I knew of.

23   **Q.**    After the exit interview did anyone reach out to you to

24   talk about your claim of discrimination?

25   **A.**    No.

```
1          THE COURT:  This exit interview, did you type this up?

2          THE WITNESS:  No, ma'am.  HR did.

3          THE COURT:  But did you then later review it?

4          THE WITNESS:  No, ma'am.  They would not let me have it

5     that day.

6          THE COURT:  Okay.  Then how can this come in through this

7     witness?  I don't understand.

8          MR. ERLICH:  I take your point, Your Honor.  I hadn't even

9     thought about it because unobjected to is deemed admitted, but

10    no, you are correct.  She did not draft this document.

11         THE COURT:  Okay.

12         MR. ERLICH:  It is --

13         THE COURT:  Now, if she had certain discussions with them

14    during the course of the exit interview, she can testify as to

15    those.

16         MR. ERLICH:  Yes, absolutely.  But just for clarity, Your

17    Honor, is that -- is this not admitted?

18         THE COURT:  Well, who prepared this?

19         MR. ERLICH:  This was prepared by human resources.

20         THE COURT:  Pardon me?

21         MR. ERLICH:  Human -- human resources.

22         THE COURT:  Isn't that witness coming later, miss --

23         MR. ERLICH:  Yes, there is a --

24         MS. GATLING:  No.  No, Your Honor.  This -- she just

25    testified this was prepared by another person who's not coming
```

1    later that I'm aware of, Christy Lingham.

2        MR. ERLICH:  The director of human resources is

3    testifying, Your Honor.

4        MS. GATLING:  But that's not the person who prepared this

5    document.  Christy Lingham --

6        THE COURT:  Okay.  But is it a business record?  Is it

7    part of?

8        MS. GATLING:  It is a business record, Your Honor.

9        MR. ERLICH:  Yes, Your Honor.

10        THE COURT:  Okay.  I don't know how you're going to get it

11    in, but it's not coming in through this witness because she

12    didn't prepare it, and she didn't review it.  Okay?

13        MR. ERLICH:  Okay.

14        THE COURT:  You can ask her -- because even if there's not

15    an objection to an exhibit, you still have to have a foundation,

16    right?

17        MR. ERLICH:  Yes.

18        THE COURT:  Okay.  And so she can testify as to her

19    conversations that she had and the statements that she -- as well

20    as those that were made to her during the course of this exit

21    interview.

22        MR. ERLICH:  Yes, absolutely, Your Honor.

23        THE COURT:  Okay.

24        MR. ERLICH:  And it's okay if this exhibit is not in.

25    It's not -- it's not critical that it comes in.  It might come in

1    later through Ms. Farnham.

2    BY MR. ERLICH:

3    **Q.**    Ms. Nolasco, you mentioned a moment ago that you were

4    making $64,000 with defendant?

5    **A.**    That's correct.

6    **Q.**    Okay.  After -- prior to learning about your

7    nonselection, did you have any plans to leave defendant's

8    employ?

9    **A.**    Absolutely not.  I loved it there.

10   **Q.**    How long were you planning to stay?

11   **A.**    I'm later in my career, and I was looking to retire.  I

12   wanted to retire from there.

13   **Q.**    Okay.  So any time -- when you say "retire," did you mean

14   anytime soon at that point or that you wanted to stay there

15   through the end of your career?

16   **A.**    No.  At that -- yeah, I wanted to stay there and retire

17   from the defendant.

18   **Q.**    Okay.  After you left defendant in April 2022, how long

19   were you unemployed?

20   **A.**    I believe it was about a month.

21   **Q.**    Okay.  And what did you do -- what was your next job?

22   **A.**    I worked for Robotic Research as a senior buyer.

23   **Q.**    Okay.  And what did you earn in that job?

24   **A.**    Um, they hired me on at 75.

25   **Q.**    Okay.  So a month after you left, you were making $11,000

1    more than you made with defendant?

2    **A.**      That's correct.

3    **Q.**      Okay.  And how long were you in that senior buyer role

4    with Robotic Research?

5    **A.**      I believe it was about a year.

6    **Q.**      Okay.  And what happened after that?

7    **A.**      I got a promotion.

8    **Q.**      Okay.  Within Robotic Research?

9    **A.**      Same company.

10   **Q.**      And what was that promotion to?

11   **A.**      I was a supply chain manager.

12   **Q.**      Okay.  And what did you earn in that position?

13   **A.**      They bumped me from 75- to 90,000.

14   **Q.**      Okay.  And did you get any other raises while you were at

15   Robotic Research?

16   **A.**      I did.

17   **Q.**      Okay.  And what was that?

18   **A.**      And they turned around and gave me a $10,000 raise

19   because of my performance, and I saved them a lot of money, too.

20   **Q.**      Are you still at Robotic Research?

21   **A.**      I am not.

22   **Q.**      Okay.  Why did you leave?

23   **A.**      I left because I was recruited.

24   **Q.**      Okay.  Where were you recruited?

25   **A.**      I work for Noblis now out of -- based out of Reston,

1    Virginia.

2    Q.    And what position do you hold with that?

3    A.    I'm a procurement manager.

4    Q.    Okay.  And what's your salary there?

5    A.    I make 136.

6    Q.    So that is more than twice what you made with defendant?

7    A.    It is.

8    Q.    Okay.  Given that you are making, you know, more than

9    twice what you were making with defendant, why have you decided

10   to pursue this litigation?

11   A.    Well, it's the principle.  The defendants discriminated

12   against me, and I had to start over.  I mean, this is what I

13   believe in.  This is what I was trained to not do.  These are

14   the things that I've been trained not to do in -- in a business

15   setting.  And they did it, and I think -- I feel as though it

16   was very intentional.  So, absolutely I wanted to pursue this,

17   yes.

18   Q.    Did -- did your nonselection for this role cause you any

19   emotional distress?

20   A.    It did, yeah.

21   Q.    Okay.  How so?

22   A.    So, from -- you know, from -- from Monday, March 7th of

23   2022, once I got that -- you know, once I got that phone call,

24   four days prior to that, I had a different phone call, and, you

25   know, that was congratulations, a celebration dinner.  The team

1    that, you know, I was going to manage was happy.  The word was

2    getting out.  And so, you know, all of a sudden my world crashed

3    really quick because of the decisions that they made.

4         Telling the story today takes me right back to those

5    emotions.  I felt humiliated by them.  I didn't feel valued.  I

6    felt as though they treated me like a workhorse to save them

7    millions, over a million dollars, is what I did for that

8    company.  And for them to treat me this way and not even

9    consider me and discriminate against me, it really took its

10   toll.

11        I was very upset.  I had built relationships.  I had

12   great relationships with these folks.  So I -- you know, because

13   of the stress, I just -- I didn't feel myself.  I didn't -- I

14   kind of just closed myself off.  I cried.  You know, I tried to

15   work with my support systems.  I had terrible headaches.  I

16   couldn't sleep.  I started losing my hair.  My hair came out in

17   clumps because of it.  And I just -- they humiliated me, and

18   nobody deserves that, and I didn't deserve that.  I worked my

19   ass off for them to save them a bunch of money, and they treated

20   me like trash.  So, it did take its toll.  It was very

21   embarrassing.

22   **Q.**    Did this have any other impacts on your day-to-day life?

23   **A.**    Eventually -- at that time, yeah.  It did.  It was just

24   hard to function.  I didn't want to spend time with my family.

25   I have grandkids.  I didn't -- I didn't want to -- I didn't -- I

1    didn't even have the emotional availability to spend time with

2    them because I was blown away by what these people did to me.

3            MR. ERLICH:  That's all that I have.

4            THE COURT:  Why don't we take the morning recess now for

5    15 minutes, and then we'll resume with cross.

6            (Thereupon, a recess in the proceedings occurred from

7    11:20 a.m. until 11:40 a.m.)

8            THE COURT:  Okay.  Ms. Gatling.

9            MS. GATLING:  Thank you, Your Honor.

10                   CROSS-EXAMINATION OF CLOVER NOLASCO

11   BY MS. GATLING:

12   **Q.**    Ms. Nolasco, I represent Solaris Paper, as you know.  I'd

13   like to ask you a few questions.

14           As you stated earlier, you began working with Solaris

15   Paper on September 19, 2018; is that right?

16   **A.**    That sounds right, yes.

17   **Q.**    And do you have a copy of defendant's exhibit binder?

18   **A.**    I do.

19   **Q.**    You began working with them in Strasburg, Virginia; is

20   that correct?

21   **A.**    Yes, ma'am.

22   **Q.**    And I'd like to direct to you defendant's exhibit --

23   what's been marked as Defendant's Exhibit 3 --

24   **A.**    3?

25   **Q.**    -- in the binder.

1    **A.**    Okay.  Okay.

2    **Q.**    Can you identify this document?

3    **A.**    Um, no.

4    **Q.**    Okay.  And so, when you started working, you said you

5    worked as a production analyst; is that correct?

6    **A.**    Yes.

7    **Q.**    And Colby Dyche was your supervisor; is that correct?

8    **A.**    She was.

9    **Q.**    Okay.  And Colby Dyche was black; is that correct?

10   **A.**    She -- yes.

11   **Q.**    Okay.  And I want to direct you to Defendant's

12   Exhibit 6 --

13   **A.**    Okay.

14   **Q.**    -- in your binder.

15   **A.**    Okay.

16   **Q.**    Can you identify this document?

17   **A.**    Yes.

18   **Q.**    Okay.  What is this document?

19   **A.**    It looks like my offer letter.

20   **Q.**    Okay.  And if you look at the last page of this document,

21   did you, in fact, sign this document?

22   **A.**    Yes.

23   **Q.**    Okay.

24        MS. GATLING:  Your Honor, I'd like to have this admitted

25   at Defendant's Exhibit 6.

1          THE COURT:  Received.

2          (Defendant's Exhibit 6 admitted into the record.)

3   BY MS. GATLING:

4   Q.    Okay.  And in looking at your offer letter, it states

5   that your employment with Solaris was at-will; is that correct?

6   A.    Yes, ma'am.

7   Q.    And you didn't have any employment for any definite

8   period of time; is that correct?

9   A.    No, ma'am.

10  Q.    And you could be terminated by Solaris at any period of

11  time; is that right?

12  A.    Yes.

13  Q.    Okay.  I'd like to also direct you to what's been marked

14  as Defendant's Exhibit 20.

15  A.    20?  Okay.

16  Q.    Can you identify that document?

17  A.    Yes, ma'am.

18  Q.    What is this document?

19  A.    This looks like my résumé when I was working for the

20  defendant.

21  Q.    Is this your résumé or is this your employment

22  application?

23  A.    I'm sorry.  Did you say --

24  Q.    20.

25  A.    I'm sorry.  I'm not --

1    **Q.**    Oh, no.  No problem --

2    **A.**    -- on the right page.  Excuse me.

3    **Q.**    No problem at all.  I just wanted to make sure we were on

4    the same page.

5    **A.**    Yes, I am now.

6    **Q.**    Okay.  And can you identify this document?

7    **A.**    Yes.

8    **Q.**    Okay.  And what is this document?

9    **A.**    This is my application for Mercury Paper.

10   **Q.**    Okay.  And in looking at this, and you prepared this

11   document; is that right?

12   **A.**    I did, yes.

13   **Q.**    Okay.  And when did you prepare this document?

14   **A.**    Um, let me see if there's a date.  It looks like

15   September 12th.

16   **Q.**    Okay.

17         MS. GATLING:  Your Honor, I'd like to have this admitted

18   as Defendant's Exhibit 20.

19         THE COURT:  It's received.

20         (Defendant's Exhibit 20 admitted into the record.)

21   BY MS. GATLING:

22   **Q.**    Okay.  And in looking at our employment application, on

23   your application you stated that you did not have a bachelor's

24   degree; is that right?

25   **A.**    Yes.

```
 1   Q.    You stated you had, you know, some college; is that
 2   correct?
 3   A.    Yes.
 4   Q.    You had had some technical school; is that correct?
 5   A.    Yes.
 6   Q.    And that you had attended the Blue Ridge CTC -- you've
 7   gotten a business operations, I guess, certificate; is that
 8   right?
 9   A.    Yes, ma'am.
10   Q.    And it had taken you 1.5 years to get that?
11   A.    Approximately, yeah.
12   Q.    Okay.  And is that the business certificate that you were
13   talking about earlier when you were being examined by your
14   attorney --
15   A.    Yes.
16   Q.    -- is that correct?
17         Okay.  And you also, you know, signed this Defendant's
18   Exhibit 20; is that correct?
19   A.    Yes.
20   Q.    And if you look above it, it also stated that your
21   employment was at-will; is that correct?
22   A.    Yes, that's correct.
23   Q.    And it could only be modified by the CEO or managing
24   director of the company; was that right?
25   A.    Yes, ma'am.
```

1    Q.    And you didn't have a bachelor's degree at that time; is
2    that right?
3    A.    That's right.
4    Q.    And you don't have a bachelor's degree; is that correct?
5    A.    I do not.
6    Q.    Okay.  And when you applied at Mercury Paper, you lived
7    in Martinsburg -- Martinsburg, West Virginia; is that correct?
8    A.    Yes.
9    Q.    You still live in Martinsburg, West Virginia; is that
10   right?
11   A.    No, ma'am.
12   Q.    And where do you live now?
13   A.    I live in Inwood.
14   Q.    West Virginia; is that correct?
15   A.    Yes, ma'am.
16   Q.    Okay.  And you lived in West Virginia since 2018; is that
17   correct?
18   A.    Prior to 2018, yes.
19   Q.    Okay.
20   A.    Did I live in West Virginia in 2018?
21   Q.    You lived there since 2018; is that correct?
22   A.    Oh, yes.
23   Q.    Okay.  You never lived in California since 2018; is that
24   correct?
25   A.    No, I didn't.

1    Q.    Okay.  All right.  So, when you began working at Mercury

2    Paper, you received a copy of its handbook; is that right?

3    A.    Yes.

4    Q.    Okay.  So I'd like you to turn with me to Defendant's

5    Exhibit 11.

6    A.    Okay.

7    Q.    Can you identify this document?

8    A.    Yes.

9    Q.    What is this document?

10    A.    It looks like a page of the handbook.

11    Q.    And is this an acknowledgment, in fact, that you signed

12    saying that you received a copy of its handbook?

13    A.    Yes, ma'am.

14    Q.    Okay.  And in signing this, you said that you had read

15    the handbook; is that right?

16    A.    Yes.

17    Q.    Okay.

18          MS. GATLING:  Your Honor, I'd like to have Defendant's

19    Exhibit 11 admitted into evidence.

20          THE COURT:  It's received.

21          (Defendant's Exhibit 11 admitted into the record.)

22          THE COURT:  So I take it, you -- have you objected to

23    any of -- well, actually, I do have your list of objections, but

24    just stand up quickly to indicate whether or not there is.

25          MR. ERLICH:  Understood.

1          THE COURT:  Okay.

2     BY MS. GATLING:

3     Q.     All right.  And I'd like to direct you to what's been

4     marked as Defendant's Exhibit 13.

5     A.     Okay.

6          THE COURT:  And just to be clear, that one was received,

7     Exhibit 11.

8     BY MS. GATLING:

9     Q.     Can you identify this document?

10    A.     Yes.

11    Q.     What is this document?

12    A.     Looks like it's a copy of the handbook.

13    Q.     Okay.  And if you look at page -- the second page --

14    let's go to -- let me get you there.  It's actually marked

15    Solaris 209, which is the second page of the actual handbook.

16    A.     Okay.

17    Q.     Were you aware that Solaris had an EEO policy when you

18    were there?

19    A.     Yes.

20    Q.     Okay.  And in looking at the second page of what's been

21    marked as Defendant's Exhibit 13, is this the EEO policy that

22    was at Mercury Paper and Solaris Paper when you were there?

23    A.     Yes.  This is what's in the handbook.

24    Q.     And this EEO policy prohibited any discrimination based

25    on race or national origin or any other protected categories

1    when you were there?

2    **A.**    That's what their policy says, yes.

3          MS. GATLING:  Your Honor, I'd like to have this admitted

4    as Defendant's Exhibit 13.

5          THE COURT:  It's received.

6          (Defendant's Exhibit 13 admitted into the record.)

7          MS. GATLING:  Okay.

8    BY MS. GATLING:

9    **Q.**    I want to show you what's been marked as -- if you would

10   go to Defendant's Exhibit 14, can you identify this document?

11   **A.**    It looks like an electronic signature page.

12   **Q.**    And is it an electronic signature page that you signed

13   electronically?

14   **A.**    I would think so, yes.

15   **Q.**    Okay.  And it -- and does it show that you received the

16   handbook, acknowledged it again in November of 2020?

17   **A.**    Yes, ma'am.

18   **Q.**    Okay.

19         MS. GATLING:  Your Honor, I'd like to have Defendant's

20   Exhibit 14 admitted into evidence.

21         MR. ERLICH:  Your Honor, I want to briefly object to this

22   just because it is unclear to me what this acknowledgment is in

23   reference to.  We first had the acknowledgment of a handbook from

24   2018.  Then the handbook.  Now, this is an acknowledgment of the

25   2020 -- of a 2020 document.  I don't know if this is the

1    acknowledgment for the handbook that was in Exhibit 13 and the

2    previous acknowledgment was for something else or if this was for

3    a different -- it's unclear.

4          THE COURT:  Your objection's overruled.

5          MS. GATLING:  Your Honor, we'd like to have this admitted.

6          THE COURT:  It's received.

7          (Defendant's Exhibit 13 admitted into the record.

8          MS. GATLING:  Okay.

9    BY MS. GATLING:

10   **Q.**    Ms. Nolasco, I'd like to have you look at what's been

11   marked as deposition -- I mean, I'm sorry, as our Defendant's

12   Exhibit 18.

13   **A.**    Okay.

14   **Q.**    Can you identify this document?

15   **A.**    Looks like another handbook.

16   **Q.**    Is this a handbook that you received when you worked at

17   Mercury Paper?

18   **A.**    So, I don't have any recollection of receiving this in

19   June of 2020.  I can't answer that, Ms. Gatling.

20   **Q.**    Okay.  So, if we look back at Exhibit 14, do you recall

21   receiving the employee handbook now that you've looked back at

22   Exhibit 14?

23   **A.**    So Exhibit 14 says that I electronically signed it in

24   November of 2020, but the handbook is from June, so I don't

25   know, ma'am.

1    Q.    Okay.  So, I want to talk to you about your job as a

2    production analyst.

3    A.    Okay.

4    Q.    As a production analyst, you verify production numbers;

5    is that right?

6    A.    That's what I did, yeah.

7    Q.    And as a production analyst, you verified -- you, you

8    know, developed and supplied multiple reports to managers; is

9    that right?

10   A.    Yes, it was.

11   Q.    You didn't supervise any employees when you worked as a

12   production analyst at Mercury Paper; is that right?

13   A.    That is correct.

14   Q.    Okay.  And you -- you know, your next position was as a

15   buyer; is that right?

16   A.    Yes.

17   Q.    And as a buyer, you were reporting to Andre Soetjahja; is

18   that right?

19   A.    Yes, ma'am.

20   Q.    Andre Soetjahja was in California; is that correct?

21   A.    Yes.

22   Q.    His position was head of procurement; is that correct?

23   A.    Yes, ma'am.

24   Q.    And when you got the transfer to a buyer, that was a

25   lateral transfer; is that right?

1    **A.**    I believe so, yes, ma'am.

2    **Q.**    Okay.  And Mr. Soetjahja was the person who made the

3    decision to give you that lateral transfer; is that correct?

4    **A.**    From production analyst to buyer?

5    **Q.**    Yes.

6    **A.**    I don't recall, Ms. Gatling.

7    **Q.**    Okay.

8    **A.**    Um, Sheila Chan is the one who came and talked to me, but

9    Andre was the procurement department head, so I would think so,

10   but I don't recall that.

11   **Q.**    So I'd like to show you what's been marked as exhibit --

12   Defendant's Exhibit Number 4.

13   **A.**    Okay.

14   **Q.**    Can you identify this document?

15   **A.**    No.

16   **Q.**    Okay.  In looking at this document, do you recall whether

17   Andre Soetjahja made the decision to make you a buyer, made that

18   lateral transfer?

19   **A.**    It appears that way, yes, ma'am, from the document.

20   **Q.**    Okay.

21   **A.**    I've never seen this before.

22        THE COURT:  Hold on.  That, that -- I don't understand

23   what you're doing here, because -- can you explain?

24        MS. GATLING:  Sure, Your Honor.  I was trying to refresh

25   her recollection with the document.

69

1    THE COURT:  But is this a document that has been

2  introduced through -- I thought -- was this the one that you

3  showed her earlier?  Is this the same document that you --

4    MS. GATLING:  It was, Your Honor.

5    THE COURT:  Hold on.  But this didn't come in through her,

6  correct?

7    MS. GATLING:  It did not, Your Honor.

8    THE COURT:  And she -- I thought she testified that she

9  did not recall this document?

10    MS. GATLING:  She did say she did not.

11    THE COURT:  Okay.  Then how are we going to use a document

12  that she didn't recall to refresh her recollection?

13    MS. GATLING:  You -- absolutely, Your Honor, and so if

14  she's saying that she can't -- this doesn't jog her memory that

15  Andre Soetjahja --

16    THE COURT:  I --

17    MS. GATLING:  -- made that decision.

18    THE COURT:  Ms. Nolasco.

19    THE WITNESS:  Yes, ma'am.

20    THE COURT:  So, does this create an independent

21  recollection, or are you simply going on based on what this

22  document says?

23    THE WITNESS:  I'm going by what this document says.  I've

24  never seen that.

25    THE COURT:  Strike that.  Next question.

```
 1   BY MS. GATLING:
 2   Q.    Did you -- you didn't --
 3         THE COURT:  Strike her answer to acknowledge -- saying
 4   that she recalled that, because she was just reading from this
 5   document.  Okay?
 6         MS. GATLING:  Okay.
 7         THE COURT:  And so, if you're shown something, and it
 8   sparks an independent recollection, that's one thing, but you
 9   just -- if you don't -- if you're not familiar with this
10   document, and you don't have your own independent recollection,
11   that's not proper.  Okay?
12         THE WITNESS:  Okay.
13         THE COURT:  Next question.
14         THE WITNESS:  I've never seen it before.
15   BY MS. GATLING:
16   Q.    You didn't manage anyone as a buyer; is that correct?
17   A.    No, ma'am -- that is correct.
18   Q.    Okay.
19   A.    No, I did not.
20   Q.    And Mr. Soetjahja was Asian, is that correct, to your
21   knowledge?
22   A.    Um-hmm.
23   Q.    Okay.  All right.  And, to your knowledge, you were
24   promoted to senior buyer in September of 2020; is that correct?
25   A.    That sounds right, yes.
```

1    **Q.**    Okay.  And Ms. Sheila Chan was your supervisor when you

2    got that promotion; is that correct?

3    **A.**    Yes, ma'am.

4    **Q.**    Okay.  And do you recall that you received a raise when

5    you were promoted to senior buyer; is that correct?

6    **A.**    I did receive a raise, yes.

7    **Q.**    Okay.  And David Chan -- Chin was the CEO when you were

8    promoted to senior buyer?

9    **A.**    I don't believe so, ma'am.  I don't think he was at the

10   company then.

11   **Q.**    Okay.  Do you -- do you recall when David Chin came to

12   Solaris?

13   **A.**    I don't recall the year, but I --

14   **Q.**    Okay.

15   **A.**    -- believe my recollection is telling me the CEO was

16   James Rice.

17   **Q.**    Okay.  So let's talk about when you learned that Sheila

18   was resigning, and you said you learned about that in February

19   of 2022; is that right?

20   **A.**    Yes, ma'am.

21   **Q.**    Okay.  And when she resigned, she had four employees

22   reporting to her; is that correct?

23   **A.**    Um, I'm going to say yes.  To the best of my

24   recollection, she had four employees, yeah.

25   **Q.**    Okay.  And when she resigned, two of those employees were

72

```
 1    in California; is that correct?

 2    A.    She did.  There were two -- yes, ma'am, there were two in

 3    California, um-hmm.

 4    Q.    Okay.  And Sheila Chan worked in California, correct?

 5    A.    She did.

 6    Q.    And so, to your knowledge, the head of procurement, Andre

 7    Soetjahja, worked in California, correct?

 8    A.    Yes.

 9    Q.    Sheila Chan worked in California, correct?

10    A.    They did.

11    Q.    Okay.  And you've never held a position of technical

12    manager; is that right?

13    A.    I have not.

14    Q.    Okay.  And so I want to direct your attention to

15    Plaintiff's Exhibit C, which has already been admitted that you

16    looked at.

17    A.    Okay.

18    Q.    I think you mentioned that it's -- that when Sheila

19    talked to you, she had announced to you and the team that you'd

20    already gotten this position; is that correct?

21    A.    Yes, ma'am.

22    Q.    So, in looking at Plaintiff's Exhibit C, it looks like

23    this e-mail was forwarded to you from Sheila is -- on March 3rd,

24    2022; is that correct?

25    A.    Yes, ma'am.
```

1    Q.    Now, when she forwarded it to you, it looks like she

2    said, "Just to share with you, but keep this confidential."

3          Is that correct?

4    A.    She did, yes.

5    Q.    And she said, "I'll let you know as soon as I hear from

6    David."

7          Is that correct?

8    A.    Yes, that's what she says.  Yes.

9    Q.    So it seems like this was not a done deal if she said,

10   "I'll let you know as soon as I hear from David."

11         Is that correct?

12   A.    That's her interpretation.

13   Q.    Okay.  In the e-mail that she sent to David on March 3rd,

14   she says, "With me leaving the company, I'd like to provide a

15   transition plan."

16         Is that correct?

17   A.    Yes, ma'am.

18   Q.    And she said, "I'd like to recommend Clover Nolasco."

19         Is that correct?

20   A.    Yes, ma'am.

21   Q.    So it sounds like you had not been chosen for this

22   position at the point; is that correct?

23   A.    I disagree with you, Ms. Gatling.

24   Q.    Okay.  And then it looks like she also provided in this

25   e-mail -- she said that she was providing your résumé; is that

1    correct?

2    **A.**    Yes.  That's what she says here.

3    **Q.**    And so if she was providing your résumé, it also looks

4    like you had not been chosen; is that correct?

5    **A.**    Again, that's not my -- that's not my interpretation of

6    this --

7    **Q.**    Okay.

8    **A.**    -- at all.

9    **Q.**    And she also says in here -- because you said that she

10   was -- you were thinking that you were going to get her

11   position; is that correct?

12   **A.**    Absolutely, yes, ma'am.

13   **Q.**    And in this e-mail, she says she was recommending you to

14   be purchasing manager; is that correct?

15   **A.**    That's correct.

16   **Q.**    But Sheila was the head of procurement; is that correct?

17   **A.**    At that time I believe she was, yes.

18   **Q.**    Okay.  So that's not Sheila's position; is that correct?

19   **A.**    I don't know.  I -- I don't understand all of the changes

20   in talking about the positions.  Um, purchasing manager,

21   procurement manager, and head of procurement, I mean, it's --

22   it's all the same.  I don't know how you want to view this.

23   It's all the same.  It's the head of the procurement department

24   is what the job is.

25   **Q.**    Okay.  So, looking further down at Sheila's e-mail, if

1    you look at the very last paragraph, she says -- if you look at

2    the last sentence, "I hope you can trust me one last time and

3    give Clover a chance to lead the team."

4         That suggests that you had not already been chosen; is

5    that correct?

6    **A.**    I don't view it that way, Ms. Gatling.

7    **Q.**    Okay.  But that's what Sheila says in her e-mail that

8    she's forwarding to you; is that correct?

9    **A.**    That is what she -- her words are, yes.

10   **Q.**    And she -- again, she said, "keep it confidential," but

11   it's your contention somehow that it had been announced to the

12   procurement team; is that correct?

13   **A.**    Same day, yes, ma'am.

14   **Q.**    Okay.  And this e-mail was sent four days before you

15   resigned; is that correct?

16   **A.**    So from the -- yes.

17   **Q.**    And you knew this was just a recommendation.  This was no

18   guarantee; is that correct?

19   **A.**    That is correct.

20   **Q.**    Okay.  Because you knew Sheila was not making the

21   decision about who would get the job; is that correct?

22   **A.**    That wasn't my -- that's wasn't my understanding either,

23   because in the past the procurement manager did make that

24   decision.  Andre made the decision who went in his shoes, and

25   that was Sheila.  Sheila made the decision who was going to fill

```
 1   her shoes, and that was me.
 2   Q.    So, Ms. Nolasco, do you recall that we took your
 3   deposition in this case?
 4   A.    Yes.
 5   Q.    Okay.  And you recall when we took your deposition, do
 6   you recall that you were sworn to tell the truth in that
 7   deposition?
 8   A.    Yes.
 9   Q.    Do you ever recall testifying differently about that
10   question in your deposition?
11   A.    No.
12   Q.    Okay.  So I want to show you --
13         MS. GATLING:  Your Honor, may I approach?
14         THE COURT:  Mr. Jones will hand it to her.
15         MS. GATLING:  Okay.
16   BY MS. GATLING:
17   Q.    So, I'd like to direct you to page 83 of your deposition.
18   A.    Okay.  Okay.
19   Q.    And the question starts on page -- on line 20.
20   A.    Okay.
21   Q.    "So it was just a recommendation?
22         "It was a recommendation, yes, and a transition plan."
23   A.    That's right.
24   Q.    Do you recall saying that in your deposition?
25   A.    Well, that -- that is technically what the e-mail was,
```

```
 1   yes.

 2   Q.    Okay.  So, you knew it was a recommendation and not a

 3   guarantee; is that right?

 4   A.    That's correct.  I never said it was a guarantee.

 5   Q.    Okay.  All right.  And so it was just a transition plan,

 6   correct?

 7   A.    I'm sorry?

 8   Q.    As she says in her e-mail, it was just -- it was a

 9   transition plan that she was providing; is that right?

10   A.    Back to Sheila's e-mail?

11   Q.    Yes.  I'm sorry.

12   A.    It's okay.

13   Q.    I'll give you a chance --

14   A.    That's fine.

15   Q.    -- to get back to it.

16   A.    Where were we at, 4?

17   Q.    We're on Plaintiff's Exhibit C.

18   A.    Oh, back to C.

19         MR. ERLICH:  Your Honor, the document speaks for itself.

20         THE COURT:  It does.

21         MS. GATLING:  Okay.

22   BY MS. GATLING:

23   Q.    Your Honor -- so I'm -- so I'd like to direct you to

24   Plaintiff's Exhibit 4 -- I mean, F.  I'm sorry.

25   A.    4?
```

1    **Q.**    F.

2    **A.**    Oh, F.  Okay.

3    **Q.**    So, at some point you were eventually told that Ms. Hung

4    had been selected for the senior procurement position; is that

5    right?

6    **A.**    Yes.

7    **Q.**    And Ms. Farnham told you that she was the person that was

8    going -- that was selected; is that right?

9    **A.**    First Sheila told me, and then Ms. Farnham and Christy

10    told me, yes.

11    **Q.**    Okay.  And when Ms. Farnham told you that Ms. Hung was

12    selected, she gave you the reasons why; is that correct?

13    **A.**    She did.

14    **Q.**    Okay.  And so, in looking at deposition -- I'm sorry.

15          Looking at what's been admitted as Exhibit 4 [sic], she

16    gave -- she gave you specific reasons why she was selected in

17    Exhibit 4; is that correct?

18    **A.**    She did.

19    **Q.**    F.  I'm sorry.  I don't know why --

20    **A.**    F, yeah.

21    **Q.**    -- I keep saying 4.

22    **A.**    It's okay.  I'm here.

23    **Q.**    And in looking at those reasons, she said it had nothing

24    to do with her ethnicity; is that right -- with your ethnicity;

25    is that right?

1    **A.**    She never said it didn't have anything to do with my

2    ethnicity.

3    **Q.**    Okay.

4    **A.**    She didn't say that here.

5    **Q.**    All right.  Why did she tell you that Ms. Hung was being

6    selected for the position?

7    **A.**    So, her excuse -- do you want me to read the excuses

8    or -- I mean, do you want me to read it or --

9    **Q.**    Why did she tell you that Ms. Hung was being selected for

10   the position?

11   **A.**    So, she told me here that the position was in California.

12   She said that they are looking for someone outside of the

13   function to lead the procurement with a fresh set of eyes, I

14   think.

15   **Q.**    Did Ms. Farnham tell you that it was a senior management

16   position?

17   **A.**    Did she tell me that it's a senior management position?

18        MR. ERLICH:  Your Honor, again, to the extent that she's

19   reading from the document, it's all --

20        MS. GATLING:  I'm not reading from the document.

21        MR. ERLICH:  No, Ms. Nolasco --

22        MS. GATLING:  I'm asking her what Ms. Farnham --

23        THE COURT REPORTER:  I'm sorry.  One at a time, please.

24        MS. GATLING:  Yeah.

25        MR. ERLICH:  Ms. Nolasco is reading from the document.  To

1    that extent, it speaks for itself.

2         THE COURT:  Well, but she can ask the question.  If she

3    chooses to read something, that's not Ms. Gatling.  She --

4    Ms. Gatling's just asking a question.

5         MR. ERLICH:  Fair enough.

6         THE COURT:  Overruled.

7    BY MS. GATLING:

8    **Q.**    Did Ms. Farnham tell you that it was not -- that it was a

9    senior manager position and not a manager position?

10   **A.**    Uh, she -- yes, that was her -- that's what she said here

11   in her last sentence, yes.

12   **Q.**    Did she, in fact, tell you that the position had to be

13   based in California?

14   **A.**    That's what she says in this e-mail.

15   **Q.**    And did she explain to you that the department needed a

16   fresh set of eyes?

17   **A.**    That's what she says in this e-mail, yes.

18   **Q.**    And did Ms. Farnham, in fact, say that she -- it was

19   important that they provide someone outside of the department an

20   opportunity to lead the procurement team?

21   **A.**    That's what she said here.

22   **Q.**    Did Ms. Farnham, in fact, say that she wanted to keep you

23   at the company?  Did she, in fact, tell you that?

24   **A.**    Uh, I don't see where she said she wanted to keep me at

25   the company, no.

1    Q.    Did she, in fact, tell you that she -- that you were

2    valuable to the company?

3    A.    It doesn't say that she wanted me to stay at the

4    company --

5    Q.    Did she --

6    A.    -- unless --

7    Q.    Oh, I'm sorry.

8    A.    -- unless I'm not reading it here.  She didn't say that,

9    no.

10    Q.    Did she -- did Ms. Farnham, in fact, tell you that your

11    contributions to the company were valued?

12    A.    She did, yes.

13    Q.    Okay.  And you never applied for a position in

14    California; is that correct?

15    A.    Applied for a position?

16    Q.    Yes.

17    A.    No.

18    Q.    Okay.

19    A.    What position?  Any position?  I never applied for a

20    position in California, no.

21    Q.    All right.  I would like to direct you to Plaintiff's

22    Exhibit I.

23          THE COURT:  Defendant's -- Plaintiff's I?

24          MS. GATLING:  Um-hmm.

25          THE WITNESS:  Okay.

1    BY MS. GATLING:

2    **Q.**     And can you identify this document?

3    **A.**     Yes.

4    **Q.**     What is this document?

5    **A.**     It's one of my performance reviews.

6    **Q.**     Okay.

7          MS. GATLING:  And, Your Honor, this was admitted through

8    Judge Novak.

9          THE COURT:  Um-hmm.

10   BY MS. GATLING:

11   **Q.**     And in looking at this document, your performance review,

12   on the last page there is -- I guess -- who prepared this

13   document, to your knowledge?

14   **A.**     This document, the performance review, this was a

15   collaboration, a step process.  I did part of my review, and

16   then Sheila did part of my review.

17   **Q.**     Okay.  On the very last page there is a statement that --

18   is my understanding -- was written by Sheila Chan; is that

19   correct?

20   **A.**     Yes, ma'am.

21   **Q.**     And that statement says that you would be -- for 2009,

22   this was a year of learning for you to be her successor; is that

23   correct?

24   **A.**     That's correct.

25   **Q.**     And is this the only thing that you're relying on to say

1    that you were going to be Sheila's successor?

2    **A.**    Absolutely not.

3    **Q.**    Is there any other document that you're relying on to say

4    that you would be her successor?

5    **A.**    Well, in the document that Sheila sent to David Chin,

6    Sheila Chan said she -- that I was her successor.  It's in the

7    e-mail.

8    **Q.**    And other than this document and Plaintiff's Exhibit C,

9    is there any other document that you're relying on to say that

10   you were going to be Ms. Chan's successor?

11   **A.**    Other than that and C?  Okay.  C.  Oh, so in -- yes.  So

12   here and there, I don't know if it's written anywhere else,

13   Ms. Gatling.

14   **Q.**    Okay.  You never had any individual development plan at

15   Solaris; is that correct?

16   **A.**    I did have a development plan, yes.

17   **Q.**    And when did you get an individual development plan at

18   Solaris?

19   **A.**    So my development plan was told to me in 2019 during my

20   conversation with Andre Soetjahja and Sheila Chan.

21   **Q.**    You never had a written individual development plan; is

22   that correct?

23   **A.**    I did not have a written plan, no.

24   **Q.**    Okay.  All right.  And going back to Plaintiff's Exhibit

25   F, when Ms. Farnham offered you a supervisor position, you

1    declined that position; is that correct?

2    **A.**    I absolutely did, yes, ma'am.

3    **Q.**    Okay.  You've never held a -- the title of supervisor at

4    Mercury Paper; is that correct?

5    **A.**    I never held the title, but I did the job.  That's why

6    they apologized, yes.

7    **Q.**    Ms. Farnham was offering you the title of supervisor; is

8    that correct?

9    **A.**    She was offering me a title.

10    **Q.**    Okay.  When Mr. Chin called you -- you mentioned that he

11    called you after you did not receive the position -- in that

12    call, Mr. Chin encouraged you to stay with Mercury Paper; is

13    that correct?

14    **A.**    No, he did not.

15    **Q.**    You said he offered you $70,000, which would have been an

16    increase; is that correct?

17    **A.**    He did -- he said that he would try to raise my salary to

18    the $70,000 range, is what he said.

19    **Q.**    Okay.  You mentioned that you started working a month

20    after you worked -- after you left Solaris, you worked at

21    Robotics Research; is that correct?

22    **A.**    It was about a month, yes.

23    **Q.**    Have you also worked at a company called RRAI?

24    **A.**    Yes.  That is Robotic Research.

25    **Q.**    Okay.

1    **A.**    It's Robotic Research Artificial Intelligence.

2    **Q.**    Okay.  So, I just want to make sure that I'm clear.

3          So, you -- you never held a manager position at Solaris;

4    is that correct?

5    **A.**    I did not, no, ma'am.

6    **Q.**    Okay.  And you only worked at Solaris for four years; is

7    that correct?

8    **A.**    That's correct.

9    **Q.**    And you've never worked in a position in California; is

10   that correct?

11   **A.**    I never worked in California.  No, I did not.

12   **Q.**    You've never lived in California; is that correct?

13   **A.**    I've never lived in California.

14   **Q.**    Okay.  You never heard David Chin say that you weren't

15   selected because you were Asian; is that correct?

16   **A.**    No, ma'am, he did not.

17   **Q.**    You never heard Shelley Farnham say you weren't selected

18   because you weren't Asian; is that correct?

19   **A.**    I did not hear that from them, no, ma'am.

20         MS. GATLING:  No more questions.

21         THE WITNESS:  They didn't talk to me.

22         MS. GATLING:  No further questions.

23         THE COURT:  Thank you.  Any redirect?

24         MR. ERLICH:  No, Your Honor.

25         THE COURT:  Okay.  Ms. Nolasco, you may step down.

1    THE WITNESS:  Okay.

2    THE COURT:  Now, is she subject to recall or --

3    MR. ERLICH:  I suppose we might call her in rebuttal.

4    THE COURT:  Okay.  So, Ms. Nolasco, don't discuss your

5  testimony with anyone.

6    THE WITNESS:  All right.

7    THE COURT:  Call your next witness.

8    MR. ERLICH:  Your Honor, purely from a practical

9  perspective, I just want to -- Ms. Farnham is supposed to be

10  available I believe at 2.

11    MS. GATLING:  Yeah.  What time is it now?

12    MR. ERLICH:  It's about 12:30, so --

13    THE COURT:  Who's your witness after that, as the next

14  witness?

15    MR. ERLICH:  Well, my -- I was going to call David

16  Chin-Bing, but that will likely run into that 2:00, and I -- I

17  didn't know --

18    THE COURT:  We'll break his.  We're not going to waste

19  time because they're coming to redo these lights at 1 --

20    MR. ERLICH:  Okay.

21    THE COURT:  -- and if we are -- take our break now and

22  then we're back in court, they won't have the opportunity to fix

23  this.  They got to go up in the ceiling.

24    MR. ERLICH:  That's fine, Your Honor.  I just -- I just

25  wanted to lay out the logistics.

```
 1          THE COURT:  That's fine.  We can take a brief -- when it's

 2   time for Ms. Farnham, we'll take her out of order --

 3          MR. ERLICH:  Okay.

 4          THE COURT:  -- and call Mr. Bing.

 5          MR. ERLICH:  Fair enough.  Plaintiff calls David

 6   Chin-Bing.

 7          MS. GATLING:  I need to go get him, Your Honor.

 8          THE COURT:  Okay.  Thank you.

 9          (DAVID CHIN-BING, PLAINTIFF'S WITNESS, SWORN)

10             DIRECT EXAMINATION OF DAVID CHIN-BING

11   BY MR. ERLICH:

12   Q.    Good afternoon, sir.

13   A.    Good afternoon.

14   Q.    Could you please state your name for the record?

15   A.    My name -- my name is David Chin-Bing.

16   Q.    And did you at some point work for the defendant in this

17   case, Solaris Paper?

18   A.    Yes, I have.

19   Q.    And in what position did you work for Solaris Paper?

20   A.    I was a CEO of Solaris Paper.

21   Q.    And when did you take that job?

22   A.    I believe it's around March or April of 2020.

23   Q.    Are you still employed by Solaris?

24   A.    No.

25   Q.    Okay.  When did you leave?
```

1   **A.**    I believe it was May 31st, 2023.

2   **Q.**    Okay.  Why did you leave?

3   **A.**    For personal reason, and I was reassigned.

4   **Q.**    What is -- what's your employment now?

5   **A.**    I work for Charter Global.

6   **Q.**    Okay.  And does Charter Global have a relationship with

7   Solaris Paper?

8   **A.**    They all report to the parent company.

9   **Q.**    Okay.  So, is -- Charter Global, is that an affiliated

10  entity with Solaris?

11  **A.**    I believe so, yes.

12  **Q.**    Okay.  Could you explain that structure to us so that we

13  understand?  What is -- where does -- what is Charter and how

14  does it relate to Solaris?

15  **A.**    I could not justify because I'm not a legal director of

16  Charter Global.

17  **Q.**    What is your understanding of it?

18  **A.**    I -- I -- I manage the sales for Charter Global.

19  **Q.**    And who do you report to?

20  **A.**    I report to -- currently, I have many positions for

21  Charter Global.

22          THE COURT REPORTER:  I'm sorry.  I couldn't hear you.

23          THE WITNESS:  Many positions, yeah, sorry.

24  BY MR. ERLICH:

25  **Q.**    What positions do you hold for Charter Global?

```
 1   A.      I am the senior sales director for their culture paper

 2   divisions, which is for North and South and Central America,

 3   which includes U.S., Canada, and all the south and central

 4   countries.  That's for the paper side.

 5          For the stationery, I'm the vice president, same thing,

 6   for North and South America, including all the countries.

 7          And, in addition, I'm also the -- currently the president

 8   for APP Canada.

 9   Q.      And APP stands for what?

10   A.      Asia Pulp & Paper.

11   Q.      Is there a company that owns Charter Global?

12   A.      I --

13          MS. GATLING:  Objection, Your Honor.  This is irrelevant

14   to this case.

15          MR. ERLICH:  Your Honor, I'm just trying to establish --

16   I'm just trying to get a straight answer on the relationship

17   between this affiliated entity and Solaris Paper.

18          THE COURT:  Sustained.

19   BY MR. ERLICH:

20   Q.      Do you know someone named Sheila Chan?

21   A.      Yes.

22   Q.      Who is Sheila Chan?

23   A.      During my tenure with Solaris Paper, she was a head of

24   the procurement department.

25   Q.      Okay.  How did Ms. Chan -- if you know, how did Ms. Chan
```

1    come to leave employment with Solaris?

2    **A.**    I received the news from the HR department.  She resigned

3    her position.

4    **Q.**    Okay.  When you found out that Ms. Chan was resigning her

5    position, did you reach out and talk to her?

6    **A.**    Um, I don't recall, but we had a meeting before she left

7    the company.  Yeah, it was a farewell meeting.

8    **Q.**    Approximately when was that meeting?

9    **A.**    I can't recall, but that was prior to her departure --

10   leaving the company.

11   **Q.**    And in that meeting, did you and Ms. Chan discuss who

12   would take her role?

13   **A.**    No, no.

14   **Q.**    Okay.  Did you and Ms. Chan at any point discuss who

15   would take her role?

16   **A.**    We -- she sent me an e-mail for her recommendations, so I

17   think she repeat -- she state her input.  You know, we have open

18   communications, so I did hear her input during that meeting.

19   **Q.**    Okay.  What do you recall of her input?

20   **A.**    I think she was lobbying and recommending Ms. Clover

21   for -- to succeed her position.

22   **Q.**    Okay.  Did you ask -- did you ask Ms. Chan to follow up

23   on her recommendation in any way?

24   **A.**    I'm not following.

25   **Q.**    I'm just -- I'm just asking.

1    **A.**    No, that was -- the whole meeting is about wishing her

2    good luck in leaving, and so we did not have any in-depth

3    business discussions.

4    **Q.**    Did you ask her to put her recommendation in writing or

5    anything like that?

6    **A.**    I think that's -- yes, I did prior to her -- prior to

7    that meeting.

8    **Q.**    Okay.  And what was Ms. Chan's position about who should

9    be her successor?

10   **A.**    I think she -- she sent me her extensive input why

11   Ms. Nolasco should come to that position.  So I believe that she

12   send me one extensive e-mails [sic], yeah.

13   **Q.**    And with the exception of that extensive e-mail, was

14   there -- was there another -- were there any other

15   conversations, written or oral, with --

16   **A.**    I don't --

17   **Q.**    -- Ms. Chan about --

18   **A.**    I don't --

19   **Q.**    -- the position --

20   **A.**    -- recall, yeah.

21   **Q.**    Please be sure, because the court reporter's trying to

22   get --

23          THE COURT:  You have to answer "yes" or "no."  You can't

24   do head shakes or nods.

25          THE WITNESS:  Oh, sorry about that.  Yeah.

1      No.  Sorry about that.

2    BY MR. ERLICH:

3    **Q.**    Okay.  If you could turn in your binder to Plaintiff's

4    Exhibit C.

5    **A.**    Okay.

6    **Q.**    Mr. Chin-Bing, I under- -- I understand that you have

7    likely not seen the top portion of this where the e-mail was

8    forwarded around, but starting at the bottom of page 1, do you

9    recognize this document?

10   **A.**    Yes.

11   **Q.**    Okay.  What is this document?

12   **A.**    I believe this is Sheila's recommendations and tried to

13   introduce Ms. Nolasco to me.

14   **Q.**    Okay.  Did you review this information?

15   **A.**    Yes, I have.

16   **Q.**    Okay.  Did it play any role in your decision whether or

17   not to promote Ms. Nolasco?

18   **A.**    It was input.  To be honest, at that time, this e-mail

19   was not credible and with a little bit bias, because during that

20   time Ms. Chan was under investigations by our other internal

21   affairs department.

22   **Q.**    Okay.  Did anything come of that investigation?

23   **A.**    I -- I'm not personally involved because those are the

24   independent investigation committee, report directly to the

25   shareholder, so I don't know all the details.

1    **Q.**    Why -- is there any other reason you considered this to

2    be not credible?

3    **A.**    It was a fact, prior to her leaving the company, one of

4    her employees was terminated due to bribery.  I think the

5    gentleman took a bribe.

6    **Q.**    Do you have any information to indicate that Ms. Chan was

7    involved in that?

8    **A.**    No.

9    **Q.**    Was Ms. Chan terminated because of that investigation?

10   **A.**    No.

11   **Q.**    Did anything come of that investigation?

12   **A.**    No, not as I'm aware.

13   **Q.**    Do you have any reason, sitting here today, to believe

14   that Ms. Chan was involved in any illicit activity?

15   **A.**    No.

16   **Q.**    Okay.  When did you come to that understanding that

17   Ms. Chan was not involved?

18   **A.**    It's not my position to make any judgments on her.

19   **Q.**    Sitting here today, you said you know that she wasn't

20   involved.

21   **A.**    I didn't say she wasn't involved; I said her employee was

22   involved.

23   **Q.**    I understand, but what I'm asking you is:  When did you

24   come to the understanding that Ms. Chan was not implicated in

25   this investigation?

1    A.    Well, I -- I believe people are innocent until presumed

2    guilty, so it has to be proven.  So at any given point I don't

3    think she's guilty.

4    Q.    Okay.  Do you know now whether she is or is not guilty?

5    A.    No, I do not know.

6    Q.    Okay.  Considering what you said about the innocent until

7    you're proven guilty, how -- why did that affect the credibility

8    of this e-mail?

9    A.    You know, she was under investigations.  I don't know the

10   outcome on that, and obviously there's a doubt, yeah, within the

11   e-mail, but that doesn't put any verdict in any way.  So, and,

12   again, in the very positive perspective, it gave me the overview

13   of Ms. Clover, because I don't know her that well.  So this give

14   me the brief introduction about Ms. Nolasco.

15   Q.    You said you don't know Ms. Nolasco that well.

16         Did you work directly with Ms. Nolasco in any way?

17   A.    No.  I -- can I answer that?  This is a big company, so

18   mostly I deal with the vice president and director on a daily

19   basis.  We do it -- we call that Plus-One, the Plus-One level.

20   So, in that level, normally I deal with the department head or

21   any vice presidents, so I do not -- in the past, I do not deal

22   with Ms. Nolasco directly.

23   Q.    Okay.  There weren't any projects that you worked with

24   her on, though?

25   A.    Not directly, yeah.

95

1    **Q.**    What was your closest working relationship with

2    Ms. Nolasco?

3    **A.**    Um, sometime we have an operation meeting with Mercury

4    Paper, which is located in Virginia.  She will be in the call

5    with several other people, which could be 10 to 20 people on the

6    call.  That was the closest interaction I had with her.

7    **Q.**    Okay.  This -- on the last page of this exhibit there's

8    several attachments that we can see:  A résumé, a procurement

9    department proposal, various things.

10        Did you review those attachments?

11   **A.**    I look at some, but I didn't open all the files.

12   **Q.**    Is there a reason for that?

13   **A.**    No.  I think this e-mail speak highly of her.  I think --

14   I look at the résumé, which is very important, but there are

15   some I just don't think is that important.

16   **Q.**    Okay.  Who ultimately received this promotion?

17   **A.**    Promotion of --

18   **Q.**    Who ultimately filled Ms. Chan's role?

19   **A.**    Are you saying I -- ultimately, I wouldn't make that

20   decision.

21   **Q.**    Yeah.  Who did?  Who eventually took that position?

22        THE COURT:  Who did you select?

23        THE WITNESS:  Again, make it very clear, Ms. Chan's

24   position no longer exists.  We had a restructure with the

25   company.

1    BY MR. ERLICH:

2    **Q.**    Okay.  And when -- after the restructuring, what was the

3    new position that existed?

4    **A.**    I believe it's called senior procurement manager position

5    was opened.

6    **Q.**    Okay.  And did -- was anyone selected for Ms. Chan's head

7    of procurement position?

8    **A.**    No, I don't believe so.

9    **Q.**    Okay.  And I understand that there was a restructuring,

10    but at this time were you looking to fill more than one position

11    in the procurement department?

12    **A.**    No, absolutely not.

13    **Q.**    Okay.  So, the -- Ms. Chan's position, or whatever it was

14    restructured into, was the only opening available?

15    **A.**    For procurement department.

16    **Q.**    For the procurement department, yes.

17    **A.**    Yes.

18    **Q.**    Okay.  Did anyone contact you with a recommendation for

19    Ms. Hung for this role?

20    **A.**    I believe I received some reference from the HR

21    department, as well as, I think, from her previous managers.

22    **Q.**    Okay.  Let's look at Exhibit A in the binder.

23    **A.**    Okay.

24    **Q.**    Mr. Chin-Bing, can you identify this document?

25    **A.**    This is a Manpower request form.  So, for any openings,

1   HR are required to fill that out and get all the approval before

2   we proceed.

3   **Q.**    Okay.  Did you create this document?

4   **A.**    No.

5   **Q.**    Did you sign this document?

6   **A.**    Yes, I did sign it.

7   **Q.**    So have you seen this document before?

8   **A.**    Yes.

9   **Q.**    Okay.  Does this appear to be a true and accurate copy of

10  this document?  Take your time.

11  **A.**    Yes, I believe so.

12  **Q.**    Okay.  And in -- all of the inputs here are numbered.  On

13  24 and 25 down with the signatures, are -- is that your

14  signature down there?

15  **A.**    Yes.

16  **Q.**    Okay.  What was your role in -- why did you sign this

17  document?

18  **A.**    Well, I mean, the position has -- or any applicants, I

19  have to sign off to be official, for it to be a legitimate

20  opening.

21  **Q.**    And underneath your signature, it says 04/03/2022.  I

22  believe that's April 3rd, 2022.  Is that the day on which you

23  signed this document?

24  **A.**    I believe that was filled out by the HR department,

25  because they bring the form for me to sign.  So, you can see

1    that was computer writing.  I didn't handwrite that date.

2    **Q.**    Okay.  Understood.  And I'm just noticing this is day --

3    day/month/year, not month/day/year.

4         So when you see that, that date under your signature,

5    what do you take that date to be?

6    **A.**    You know, I believe at that time I also signed many other

7    papers together, yeah.

8    **Q.**    I understand, but do you take this to be -- to be March

9    4th, 2022?

10   **A.**    It could be April the 3rd or March the 4th, either way,

11   yeah.

12   **Q.**    Thank you.  Prior to signing this form, did you review

13   it?

14   **A.**    No.  It was filled by the HR department.

15   **Q.**    I understand, but did you review --

16        THE COURT:  You're the CEO of the company.  You don't read

17   documents before you sign them?

18        THE WITNESS:  I do.  Those positions is created.  I will

19   make sure it's the right information before I sign off on it.

20        THE COURT:  So you do review it before you sign it?

21        THE WITNESS:  Yes, I do.

22        THE COURT:  Thank you.  Next question.

23        MR. ERLICH:  Thank you, Your Honor.

24   BY MR. ERLICH:

25   **Q.**    So I believe you testified touched on earlier, but I want

1    to clarify.

2         What are the circumstances where a Manpower request form

3    is necessary?

4    **A.**    When we try to fill up the vacant -- vacancies.

5    **Q.**    So, is it true that there's a Manpower request form any

6    time there's a vacancy?

7    **A.**    Yes.

8    **Q.**    Okay.  Now, looking at this form, Box 2-A says David Chin

9    as the hiring manager; is that accurate?

10   **A.**    Yes.

11   **Q.**    Okay.  Now, is this the Manpower request form that was

12   used to fill the role that Camil Hung eventually took?

13   **A.**    Uh, you know, I have to apologize.  There are many forms

14   required by the HR department, so human -- the HR VP was always

15   aware of all the forms, so I could not give you that detail.

16   **Q.**    Okay.  Was there a different Manpower request form that

17   you saw around this time related to the procurement department?

18   **A.**    I don't believe so.

19   **Q.**    Do you have any reason to think that this document is not

20   the Manpower request form related to Ms. Hung's promotion to

21   senior manager?

22   **A.**    No.

23   **Q.**    Okay.  Now, the position title and position ID is Senior

24   Manager Procurement; is that accurate?

25   **A.**    Yes.

1    Q.    Okay.  And the location here says, "United States, either

2    East or West Coast."

3         Is that accurate?

4    A.    Yes, because I -- prior my -- to my discussion with the

5    HR department, I emphasize -- I actually prefer, actually I

6    require someone local which is in California, but that's where

7    our California mill is located.

8         THE COURT REPORTER:  I'm sorry.  You California what?

9         THE WITNESS:  Mill, the paper mill location.

10        THE COURT:  Is this in evidence yet?  Did you move it in?

11        MR. ERLICH:  Your Honor, no, I didn't.

12        THE COURT:  Before you start going through documents, you

13   need to move it in.

14        MR. ERLICH:  Yeah.  I -- I apologize.  It slipped my mind,

15   Your Honor.  There was no objection to this.  I'd like to move it

16   into evidence.

17        THE COURT:  Received.

18        (Plaintiff's Exhibit A admitted into the record.)

19   BY MR. ERLICH:

20   Q.    Now, Mr. Chin-Bing, here where it says location, East or

21   West Coast, did it say that when you signed this document?

22   A.    Yes.  I believe so, yes.

23   Q.    Okay.  Is there a reason, if that's inaccurate, you

24   didn't have the document changed?

25   A.    I didn't go through that detail, to be honest.  I -- this

1    is a vacancy.  I mean, my primary objective is to make sure this

2    position was created.

3    **Q.**    You said that you had reviewed this document.  How

4    carefully did you review it?

5    **A.**    As best as I can.

6    **Q.**    Okay.  And after reviewing it as best as you can, you

7    chose to sign the document?

8    **A.**    Yes.

9    **Q.**    Okay.  How did you -- so this Manpower request form

10   identifies you as the hiring manager.

11        What was your role in selecting Ms. Hung for the senior

12   procurement position?

13   **A.**    Ultimately, I made the final decisions.

14   **Q.**    Okay.  How did Ms. Hung come to be in consideration for

15   that position?

16   **A.**    Uh, she has many good qualities.  If I can go into it in

17   more details?

18   **Q.**    Well --

19   **A.**    Yeah.

20   **Q.**    Before you do that, I just want to -- I want to get --

21   get to the question I was first asking you.

22   **A.**    Okay.

23   **Q.**    Whether or not she's qualified, how did you come to

24   consider her for the position?

25   **A.**    Because her current job at that time, the function is

1    closest to the senior procurement manager's functions.

2    **Q.**    Okay.

3         THE COURT:  What are those functions?

4         THE WITNESS:  Project development.  So, anytime you deal

5    with a product, there are many details going into that.  For

6    example, if there's a box of tissue paper, there are packaging

7    involved, there are pallet costs involved, there are chemical

8    strength.  There are many small costs.  Even the small chain

9    trucking cost is involved.  So she has very fundamental

10   conscience on the cost and also the product knowledge.

11   BY MR. ERLICH:

12   **Q.**    Is there a reason you considered Ms. Hung a better fit

13   for the position than one of the other people that were already

14   in the procurement department?

15   **A.**    Yes.  You know, she has substantial advantages compared

16   with others.  Do you want me to go into details?

17   **Q.**    Yes, please.

18   **A.**    Okay.  I'll be more than glad to share with you.  First

19   of all, her project knowledge.  I believe she joined the company

20   since 2008, so she has many tenure in the company and always in

21   the product development department.  So, she know the product,

22   she learn the products.  She stationed at the mill, which is in

23   Riverside, California.  So day in and day out she saw how the

24   mill functions.  She deal with the products, deal with the

25   salespeople.  Okay.  That's in terms of the product knowledge.

```
 1              She also very educated.  I believe she has a bachelor

 2    degree.  And also, in terms of her personal characters, she's

 3    very detailed, and she's very organized.  I give her several

 4    projects.  She never miss a deadline.  And I've been managing

 5    people all my life.  She is the only employee that call me at

 6    8:00 in the morning on time.  Whenever I assign her some

 7    project, she call me at 8:00.  There's no one do that.  So,

 8    she's punctual.  I think she has very good work ethics.

 9              And what set her apart is she's local.  You know, at that

10    time, I need someone local because all the senior managers,

11    aside from sales, are in California.  So, for example, the head

12    of HR, the head of supply chain, the head of -- which is

13    financial department with the comptroller, also the head of

14    MDOS, data processing.  They are all located in California.  So

15    she had several advantages over others.

16    Q.    Okay.  Did she have a bachelor's degree in business?

17    A.    I don't believe so, no.

18    Q.    Okay.  Did she have five-plus years of experience in

19    procurement?

20    A.    Uh, yes and no.  I mean, she was in product development,

21    so she -- you know, she is --

22              THE COURT:  Product development is not procurement, is it,

23    Mr. Chin-Bing?

24              THE WITNESS:  They have the source --

25              THE COURT:  I know what you described it --
```

1           THE WITNESS:  Yeah.

2           THE COURT:  -- to be in terms of looking at the products

3      and all of that, but it is a difference between that and --

4           THE WITNESS:  Sorry, my Honor.

5           THE COURT:  Okay.

6           THE WITNESS:  The answer's no.  I apologize.  Sorry.

7      BY MR. ERLICH:

8      **Q.**     Did she have a professional procurement certification?

9      **A.**     No.

10     **Q.**     Okay.  Now, on this Manpower request form that you

11     signed, you -- I believe you still have that in front of you,

12     you say a bachelor's degree in business is preferred; is that

13     right?

14     **A.**     Correct.

15     **Q.**     Okay.  You say five-plus years of experience in

16     procurement strongly preferred; is that right?

17     **A.**     Yes.

18     **Q.**     Okay.  You also say that a procurement professional

19     certification is preferred.  That is Box 21 on the "nice to

20     have"?

21          MS. GATLING:  Yeah, I guess I'm going to object because

22     you misrepresented the document because it doesn't say

23     "preferred" for the procurement professional.

24          MR. ERLICH:  Well, fair enough.  It says, "nice to have."

25          THE COURT:  Sustained.

1        MR. ERLICH:  "Nice to have."

2   BY MR. ERLICH:

3   **Q.**    Mr. Chin-Bing, did Clover Nolasco have five years of

4   experience in procurement?

5   **A.**    I was not aware of that.

6   **Q.**    Okay.  Did you look into that?

7   **A.**    She has a very limited tenure in the company.

8   **Q.**    Did you look into her procurement experience?

9   **A.**    I did look at her -- the e-mails, the résumé she sent me,

10  yes, I did.

11  **Q.**    Okay.  And did Ms. Nolasco have five years of procurement

12  experience?

13  **A.**    I could not tell you that.

14  **Q.**    Okay.  Did Ms. Nolasco have a professional procurement

15  certification?

16  **A.**    I do not know that.

17  **Q.**    Okay.  Did anyone assist you with the determination that

18  Ms. Hung was qualified for the -- for the senior procurement

19  position?

20  **A.**    Before any hiring, I always get together with our senior

21  vice president for HR, which her name is Shelley, so we always

22  have -- because I would like to hear the second opinions, so we

23  had a discussions [sic].

24  **Q.**    Okay.  Do you recall if you were the person that put

25  Ms. Hung forward for the senior procurement position?

1   **A.**    I was the one who put Ms. Hung forward for this position?

2   Is that what you are saying?

3   **Q.**    Are you the one who -- are you the one who put Ms. Hung

4   into contention for this position?

5   **A.**    No.  We do explain to her there's a -- there was a

6   position open.  I think that HR follow up on that, so I did not

7   talk to her personally.

8          MR. ERLICH:  Mr. Deputy, could I ask you to bring this

9   deposition transcript to the witness?

10         THE COURTROOM DEPUTY:  (Complies.)

11         MR. ERLICH:  Thank you, sir.

12         I'm sorry, Your Honor.  In that transition, I lost my

13   page.  Just one second.

14   BY MR. ERLICH:

15   **Q.**    Mr. Chin-Bing, could you turn to page 26 of the

16   deposition transcript?

17   **A.**    (Witness complied.)

18   **Q.**    Do you recall -- do you see a question that says -- this

19   is on -- starting on line 22:

20         "Do you recall if you were the person who said, 'Ms. Hung

21   is a high-performing technical manager.  We should consider her

22   for the senior procurement position'"?

23   **A.**    I apologize.  Can I read it over?

24         THE COURT:  Take your time.

25         THE WITNESS:  Yeah.  We had a discussion with the HR on

1   internal, just for private meetings.

2   BY MR. ERLICH:

3   **Q.**    Well, were you the person who put -- who said, "We should

4   consider Ms. Hung for this position"?

5   **A.**    Definitely, yeah.

6   **Q.**    Did you reach out to Ms. Hung about the position?

7   **A.**    I don't recall who reach out to her, whether HR or I did,

8   yeah.  It was a while ago.

9   **Q.**    Okay.  Do you recall speaking to Ms. Hung about the

10  senior procurement position?

11  **A.**    I think we had -- we might have had a talk -- a call.  I

12  can't remember.

13  **Q.**    Okay.  If you could turn to page 41 in the deposition.

14  **A.**    (Witness complied.)

15  **Q.**    Starting at line 16, the question:

16      "Do you recall if you spoke to Ms. Hung about the senior

17  procurement position before the selection was made?

18      "Yes, yes.

19      "What do you recall of that conversation?"

20      Do you see that?

21  **A.**    Yes, I do.

22  **Q.**    Okay.  So did you speak to Ms. Hung about this position?

23  **A.**    As I stated earlier, I might have a call with her during

24  those times, yeah.

25  **Q.**    Okay.  Does this deposition testimony refresh your

1    recollection as to whether you spoke to her?

2    **A.**    Yes.

3    **Q.**    Okay.  And did you speak to her?

4    **A.**    Yes.

5    **Q.**    Okay.  And the last thing in that portion that I

6    mentioned was, "First of all, I need to know her interest."

7         What did Ms. Hung tell you about her interest in the

8    position?

9    **A.**    That she would consider it.

10   **Q.**    Okay.  Did she tell you that she was interested in the

11   position?

12   **A.**    No.  I think it was followed up by the HR department.

13   **Q.**    Had Ms. Hung sought this position?  Had she applied for

14   it?

15   **A.**    I -- I don't know that.  If she applied, it would go to

16   HR.  It doesn't go to me.

17   **Q.**    Okay.  Do you have any information to indicate that

18   Ms. Hung affirmatively reached out and said, "I want this

19   position" to anyone?

20   **A.**    Not to me directly.

21   **Q.**    Did you interview Ms. Hung for this position?

22   **A.**    Um, I'm trying to remember.  I don't -- I don't recall.

23   I may.  I don't recall that.  I think the HR did, that Shelley

24   or Ronald might interview her before.

25   **Q.**    Okay.  Do you know affirmatively if HR did interview

1    Ms. Hung?

2    **A.**    No.

3    **Q.**    Did you interview Ms. Nolasco for this position?

4    **A.**    No.

5    **Q.**    Do you know if HR interviewed Ms. Nolasco?

6    **A.**    I don't know.

7    **Q.**    Okay.  After Ms. Hung told you that she needed to

8    consider the position, did you speak to her about the position

9    again after that?

10    **A.**    I don't believe so, no.

11    **Q.**    Okay.  Do you know how Ms. Hung came to learn that she

12    was being given this position?

13    **A.**    Uh, when you say "given," she wasn't being given to that

14    position.  She was -- I think that was -- it went through the HR

15    process.  I heard from HR she has well [sic] to apply for that

16    position, so it's not just given to her by any chance.

17    **Q.**    Tell me what you heard from HR again.

18    **A.**    HR say Ms. Hung will be interested in applying in that

19    position, yeah.

20    **Q.**    Now, did the first interest in this position -- did

21    the -- did you hear that from HR before you said, "I think

22    Ms. Hung would be a good fit for this position"?

23    **A.**    No.  When I say she'll be a good fit, it was during the

24    later stage when I had the one-on-one conversation with HR, when

25    we tried to make a decision who would be a better fit.

1   **Q.**    Okay.

2   **A.**    Yeah, so...

3   **Q.**    Now, again, and you can turn back to it if you want, but

4   again, in deposition transcript, page 26, right, the question

5   was:

6        "Do you recall if you were the person who said, 'Ms. Hung

7   is a high-performing technical manager.  We should consider her

8   for the senior procurement position.'"

9        And you said, "Yes."

10       MS. GATLING:  Objection.  Your Honor, this is proper.

11  He's already gone over this.  It's improper impeachment.

12       THE COURT:  Has it been asked and answered, Mr. Erlich?

13       MR. ERLICH:  I mean, I did go over this.  He did just

14  contradict himself again.

15       THE COURT:  And how so?

16       MR. ERLICH:  He -- he said that -- I don't want to

17  misquote his testimony, but, you know, he was effectively saying

18  that this came through HR and the deposition question says, "Were

19  you the person that this came from," and he said, "Yes."

20       THE COURT:  But if it's inconsistent, it's just

21  inconsistent.  There's no need to keep going over it.

22       MR. ERLICH:  Fair enough, Your Honor.

23       THE COURT:  Move on.  Sustained.

24       And we're going to break now because it's ten to 1,

25  because I want you all to get back a little bit before 2 so we

```
  1    can make sure that the system is set up and ready to go for 2:00.

  2          Mr. Chin, there's going to be a break in your testimony.

  3    Okay?  We're going to take another witness out of order.

  4          THE WITNESS:  Thank you, Your Honor.

  5          THE COURT:  But you are still in the midst of your

  6    testimony, so you should not discuss it with anyone.

  7          THE WITNESS:  I understand.

  8          THE COURT:  Do you understand?

  9          THE WITNESS:  I understand, yes.

 10          THE COURT:  And so we're going to take our recess.  If you

 11    all could be back here at 1:55 so we can make sure that

 12    everything is all set to go.  And we'll pick up with our other

 13    witness at that time.  We're in recess.

 14          (Thereupon, a luncheon recess was had beginning at

 15    12:50 p.m.)

 16

 17          AFTERNOON SESSION, NOVEMBER 12, 2024

 18    (1:59 p.m.)

 19          THE COURT:  Lighting-wise, this is much better.  Okay.

 20          And so, to accommodate our next witness, I think because

 21    there was some change in circumstances which made it so that she

 22    could not travel here, I allowed her testimony to come in through

 23    the remote testimony, and so we're going to call her out of order

 24    now.  You may call her.

 25          MR. ERLICH:  Your Honor, plaintiff calls Shelley Farnham.
```

*112*

```
 1              (SHELLEY FARNHAM, PLAINTIFF'S WITNESS, SWORN)

 2               DIRECT EXAMINATION OF SHELLEY FARNHAM

 3   BY MR. ERLICH:

 4   Q.     Good afternoon, Ms. Farnham.  Could you state your name

 5   for the record?

 6   A.     Shelley Anne Farnham.

 7   Q.     Okay.  And did you previously work for Solaris Paper?

 8   A.     Yes, I did.

 9   Q.     Okay.  Are you having any trouble hearing me?

10   A.     Say that again.

11   Q.     I said, are you having any trouble hearing?

12   A.     I just have to concentrate.

13   Q.     Okay.  Well, if there's a question you don't understand

14   or you don't hear, just let me know.  Okay?

15   A.     Sure.  I think I'm -- just so everyone's aware, the

16   volume to start was low, so I moved it up.  I think I moved it

17   up too much, so I just reduced it.  You're much better now.

18   Q.     Okay.  Thank you, Ms. Farnham.

19          When you were with Solaris, what position did you hold?

20   A.     I held the position of vice president human resources.

21   Q.     And as the vice president of human resources for Solaris,

22   what was your role in the hiring process?

23   A.     My role in the hiring process varied slightly based on

24   the level of the position.  The company has hourly paid

25   employees.  Most of the hiring for that level of employee I
```

1    would not be involved in, other than aware of the head count and

2    the fact that the different HR teams were recruiting.

3         For positions that are managerial, I would often be

4    involved as a recruiter or as an interviewer, sometimes

5    recruiter, but mostly as an interviewer, and sometimes as a

6    decision-maker.

7    **Q.**    Are you still employed with Solaris?

8    **A.**    No, I'm not.

9    **Q.**    When did you leave?

10   **A.**    I retired the end of March 2023.

11   **Q.**    Okay.  And why did you leave?

12   **A.**    Pardon me?

13   **Q.**    Why did you leave Solaris?

14   **A.**    I retired.

15   **Q.**    Okay.  Understood.  Do you know someone named Sheila

16   Chan?

17   **A.**    Repeat that again.

18   **Q.**    Do you know someone named Sheila Chan?

19   **A.**    Sheila Chan?  Yes, I do.

20   **Q.**    Okay.  And who is Sheila Chan?

21   **A.**    Sheila was the head of procurement at Solaris.

22   **Q.**    Okay.  Do you recall approximately when Ms. Chan left

23   employment with Solaris?

24   **A.**    It was the -- I believe the actual resignation, the time

25   she left was early March.  I think she notified us sometime in

1    February of 2022.

2    Q.    Okay.  When Ms. Chan left, did she recommend anyone to

3    take her position?

4    A.    Yes, she did.

5    Q.    Who did she recommend?

6    A.    Clover Nolasco.

7    Q.    Okay.  Now, ultimately, was Ms. Chan's position -- did

8    you -- did Solaris rehire for Ms. Chan's position?

9    A.    I'm sorry.  I heard -- I couldn't understand the

10   question.

11   Q.    Sure.  I'll ask again.

12         Ultimately, was someone hired to replace Ms. Chan?

13   A.    Yes.  Someone was hired to replace Ms. Chan.

14   Q.    And who was that?

15   A.    Camil Hung.

16   Q.    Specifically, with respect to Ms. Chan's position, what

17   was your role in the hiring process after Ms. Chan left?

18   A.    The -- my -- my role started before Ms. Chan left.  It

19   actually started once we received her resignation letter.

20   Q.    So --

21   A.    So --

22   Q.    Oh, go ahead.  Go ahead.

23   A.    So the process that we usually follow and was followed

24   here is, once a position at this level -- so it's a department

25   head position -- we, meaning the head of HR -- there may be an

```
 1    HR manager included or there may not be, but I'm almost always

 2    included in this -- and the CEO, look at the organization and

 3    say, okay, we have a vacancy.  It's fairly critical.  It's a

 4    department head.  These are important businesses for us.  How do

 5    we want to proceed?

 6         And so we actually take the opportunity when a department

 7    head leaves to look at the whole organization.  So, are we going

 8    to change the structure of the organization?  Are we going to

 9    change the position in any way?  Again, keeping in mind the

10    organization.

11         So we actually did make some changes to the organization

12    as a result of Sheila Chan giving her notice and subsequently

13    leaving the company.

14    Q.    So what were those changes to the organization?

15    A.    Pardon me?

16    Q.    What were those changes to the organization that you just

17    referenced.

18    A.    Oh.  The organizational changes were to no longer have

19    the procurement team report directly into the CEO.  It -- we

20    wanted procurement -- we thought it was more efficient and

21    logical to have it part of our logistics in the supply chain

22    function, and we actually -- the company talked about this

23    several times prior to Ms. Chan giving her notice.  And when I

24    say we talked about it, every year we go through a review of the

25    organization:  Is it operating well?  Is it not operating well?
```

*116*

```
 1    Typically, again, department by department.

 2         And we had talked about in no other company procurement

 3    is part of this.  We don't think we're ready yet to do that, but

 4    we had it in the back of our minds that that might be a

 5    possibility somewhere down the road in the future.

 6         And so with her leaving, we felt this was a great

 7    opportunity to go ahead and make the change.  So --

 8    Q.    And --

 9    A.    -- the position no longer -- just to be clear, no longer

10    would report to -- directly to the CEO.  It would report to the

11    vice president of logistics, supply chain, and procurement.  We

12    actually retitled the organizational name so that it's clear

13    procurement is now under that umbrella.  That individual is a

14    person by the name of Ronald, and Iswono is his last name.

15         THE COURT REPORTER:  I'm sorry?

16         MR. ERLICH:  Iswono.

17    BY MR. ERLICH:

18    Q.    So, for this new position that you're describing, who was

19    it -- oh, sorry.  I thought you were about to say something.

20         In this -- in this new position you were describing, who

21    was in the running to get that position?

22    A.    So, the new position -- Sheila left a position titled

23    procurement head.  The new position was called -- or head of

24    procurement was her title.  The new position was called senior

25    procurement manager and would be reporting to Mr. Iswono.
```

1          Does that answer your question?

2    **Q.**    What --

3    **A.**    You want to know the differences?

4    **Q.**    Well, no.  What I had asked was:  Who was in the running

5    to fill that prescription?

6    **A.**    Oh, who was in the running?  Sorry.  Thank you for the

7    reminder.

8          When the position -- once we were clear what we wanted

9    and how it was going to be structured, we then looked at what

10   were the critical requirements for the position, and then we

11   looked at the current procurement team, members of the

12   procurement team, and determined we did not have anyone

13   currently on the team who could be -- to go into the role.

14         So we then looked at -- and "we" is the CEO and myself.

15   We then took a look at what current managers did we have in

16   place who might possess the skills we thought were necessary to

17   be successful in the role.

18   **Q.**    And in that review, what did -- what did you ultimately

19   find?

20   **A.**    Well, first -- here were the critical skills necessary

21   for the role.  One, we were looking for in-company managerial

22   experience.  This was important to us because the role required

23   a lot of interaction with other managers in the company, and in

24   particular, lots of interactions with Indonesia and at times

25   China, but predominantly Indonesia, so overseas.  So that's why

1   that was very critical in terms of our consideration.  That was

2   actually the number one thing that we were looking at.

3          Sort of second and third -- and I'm just saying it that

4   way because they're close together -- is, we wanted -- to be

5   successful, a person needs to have a really good eye for detail

6   and process and procedure and be able to follow up and make

7   certain that the organization is following the policies and

8   procedures.

9          So -- sorry.  I'm fighting a bit of a cold, so I have

10  water here.  Excuse me a second.

11  **Q.**    Take your time.

12  **A.**    And so in looking at the team -- and in specific, we had

13  no other managers on the team.  Sheila was the manager.  Clover

14  was a senior buyer.  She was well-regarded but did not have the

15  managerial experience in the company.

16         In addition, I should mention that the position is sited

17  in California, and, you know, she was in Virginia; not to say

18  that a person couldn't move from one location to another, but

19  the position was specific to California.

20         Again, for the very reasons that we looked for managerial

21  experience, the position required working with the management

22  staff, most of whom are located in California.

23         So, in terms of consideration early on, it was determined

24  that no one in our current procurement department could

25  successfully fill the position.

1          So, in our review of managers who might possess the

2     skills -- obviously managers would already have the in-company

3     experience -- we identified Camil Hung as a possible candidate.

4     So she is in a department that had done new product development,

5     so she worked very closely with procurement, obviously, in her

6     role in new product development, but also with other managers

7     throughout the organization.  So she ticked off the top box in

8     terms of, hey, that looks pretty good.

9          Any other questions that I need to answer?

10    **Q.**     So who in -- you mentioned that Ms. Hung would have

11    regularly worked in procurement.

12         Who in procurement would she have worked with?

13    **A.**     She would have dealt with -- or worked with Sheila if

14    there were any items that needed to be procured vis-à-vis new

15    product development.  Often there's packaging changes that are

16    made.  There could be other buyers that Sheila may delegate

17    things to, but just like anyone else who has to procure

18    something big or major that has to be manufactured, you have to

19    go through the procurement process.

20    **Q.**     The position that Ms. Hung -- the position that Ms. Hung

21    eventually received, the senior procurement position, did you

22    interview her for that position?

23    **A.**     Yes, I did.

24    **Q.**     Okay.  Did anyone else interview her?

25    **A.**     I believe -- my recollection is David Chin may have

1    spoken to her.

2    Q.    Okay.  How was it that Ms. Hung came to be in the running

3    for this position?

4    A.    Um, I initiated contact with Ms. Hung about the role and

5    asked her -- I explained to her the change in organizational

6    structure, gave her an overview of the position, and we had an

7    open discussion about was she open to considering taking the

8    role or considering the role.

9    Q.    Okay.  You mentioned earlier consultation with the CEO?

10   A.    Correct.

11   Q.    Did you and the CEO jointly decide to reach out to

12   Ms. Hung?

13   A.    Yes.  It was a joint decision.  David was aware I was

14   going to meet with her and review the key components of the

15   position and give her input to see if she was interested.

16   Q.    My understanding is that -- sorry.  I wandered away from

17   the microphone.

18          My understanding is that you have plaintiff's exhibit

19   binder in front of you; is that right?

20   A.    Yes, I do have exhibit binders.

21   Q.    Great.  If you --

22   A.    So if you let me know what exhibit, I can look at them.

23   Q.    If you could go to plaintiff's exhibit binder Exhibit A.

24   A.    I have Exhibit A.

25   Q.    Great.  Can you identify this document?

1  **A.**     Yes.  This is a Manpower request form.

2  **Q.**     Okay.  For what position?

3  **A.**     For the vacancy created by Sheila Chan's resignation, and

4  so it states -- since we changed the name, I'm going to look to

5  where we've got -- we actually did put in item 3, senior manager

6  procurement.

7  **Q.**     Okay.  Did you draft this document?

8  **A.**     I usually put the information on the form, and it is

9  correspondingly signed, and then we would take it as -- it's

10  essentially what many people would call a rec.  It's a record

11  of -- we have a position that we have to fill.

12  **Q.**     And I just want to clarify.  You said that you usually

13  put this in -- put the information into the form.

14         Did you draft this form?

15  **A.**     Yes, I did.

16  **Q.**     Okay.  Now, so in looking at this form that you

17  drafted -- and take a moment to look over it if necessary --

18  does it say anything on here about in-company management

19  experience?

20  **A.**     So actually there are several -- I'll make a comment now

21  and then respond to the question.  There are a number of errors

22  on this form, but now I will respond, and I will go through

23  them --

24  **Q.**     Well, Ms. Farnham, I --

25  **A.**     -- if you would like me to go through them separately or

*122*

1    one question, but it does state down at the bottom, I think --

2    let me see.  Regs {indiscernible}.  I'm looking here.

3    **Q.**    Okay.

4    **A.**    So it says, "must add" is typically where we would put it

5    in, and I see here it says -- sort of the two and the three that

6    I talked about earlier -- "attention to detail and process,

7    follow-up with documentation."  And "prefer experience in

8    procurement, other related experience considered.  Management

9    experience required."

10          So, where it says years of experience, that's where we're

11    looking for management experience.

12    **Q.**    So, does the form reference in-company management

13    experience?

14    **A.**    It does not.

15    **Q.**    Okay.  Does this form say that the job needs to be in

16    California?

17    **A.**    Um, USTB Solaris Paper typically is a --

18    **Q.**    Ms. Farnham, I --

19    **A.**    -- a company --

20    **Q.**    I'm going to ask you --

21          MS. GATLING:  And, Your Honor --

22          THE COURT:  Hold on, Miss -- if you get -- hold on a

23    second.  We have a -- I believe an objection.

24          MS. GATLING:  And I'm sorry.  Ms. Tse is going to

25    question --

1          MR. ERLICH:  Yes.

2          MS. GATLING:  -- so I apologize for interrupting.

3          MS. TSE:  They were just talking over each other, and I

4   think, Ms. Farnham, if you don't mind, for counsel to finishes

5   his question and --

6          MS. GATLING:  And she does, but --

7          MS. TSE:  -- vice versa.

8          MS. GATLING:  -- you've got to let her testify.

9          THE COURT:  Hold on.  First of all, whoever's witness this

10  is, that's the only person I want to hear from.  Okay?

11         MS. GATLING:  All right.  Go ahead.

12         MS. TSE:  Thank you, Your Honor.  We were just -- I

13  apologize.  But to the extent that Ms. Farnham isn't finished

14  testifying, we just ask that counsel wait until she finishes and

15  then --

16         THE COURT:  Right.

17         MS. TSE:  -- answer the question.

18         THE COURT:  Understood, but if the answer is unresponsive

19  to the question, I think counsel can interrupt.  Okay?

20         And, ma'am, it's just very important that you listen to

21  the attorney's question and then answer that question.  And I

22  also want you to listen for objections, because if there is an

23  objection, we need to have an opportunity for that to be stated

24  on the record, and then I have to rule on the objection before

25  you continue with your testimony, because there may be a reason

 1    why a question should not be answered.  Okay?

 2          THE WITNESS:  I have it.

 3          THE COURT:  Thank you.  Okay.  Now if you could restate

 4    your question.

 5    BY MR. ERLICH:

 6    **Q.**    Ms. Farnham, does this form say that this position,

 7    senior procurement manager, is located in California?

 8    **A.**    No, it does not.

 9    **Q.**    Okay.  Ms. Farnham, when Ms. Chan -- when Ms. Chan

10    resigned, did she recommend anyone for this position?

11    **A.**    Yes.

12    **Q.**    Who did she recommend?

13    **A.**    Clover Nolasco.

14    **Q.**    Okay.  To your understanding, why did she recommend

15    Clover Nolasco?

16          MS. TSE:  Objection, Your Honor, speculation.

17          THE COURT:  Sustained.

18    BY MR. ERLICH:

19    **Q.**    Did Ms. Chan explain to you why she was -- why she was

20    recommending Ms. Nolasco?

21    **A.**    She sent an e-mail detailing why she thought Clover

22    should be considered for the position.

23    **Q.**    Did you review that e-mail?

24    **A.**    Yes.

25    **Q.**    In light of that e-mail, did you consider Ms. Nolasco for

1    this position?

2    **A.**    No, I did not consider her as a result of the e-mail.  We

3    had already considered her in the review of the department.

4    **Q.**    Okay.  Now, that review of the department you mentioned,

5    is there any written documentation of that review?

6    **A.**    No, there is not.

7    **Q.**    Okay.  How was the review conducted?

8    **A.**    Um, looking at the org chart, the title of the

9    individuals, we were -- at the time this occurred in the process

10   of performance reviews, so we did know that Clover was

11   high-performing.  We also know who the high-performing and

12   low-performing employees are, so we had a good read on the

13   performance in the department.  So it was, quite frankly, by

14   going through the org chart name by name of the procurement

15   individuals and saying, Does anyone here meeting the criteria?

16   And the answer is no.

17   **Q.**    But there's no documentation of this; is that correct?

18   **A.**    No.  That is correct, there is none.

19   **Q.**    And in the previous years I believe you said that you all

20   conducted a review yearly.  Is there documentation of previous

21   reviews of this sort?

22        MS. TSE:  Your Honor, I'm objecting because I don't

23   believe Ms. Farnham testified that organizational reviews were

24   completed every year.  I believe she testified that they

25   completed it because of Ms. Chan's departure.

*126*

```
1          THE COURT:  But I think he can ask if it was done during
2    similar considerations when there were replacements, and she can
3    answer if she knows.
4          MS. TSE:  Thank you, Your Honor.
5    BY MR. ERLICH:
6    Q.    Ms. Farnham, you can go ahead.
7    A.    Yeah, I can't hear.  Your question when you were asking
8    about reviews again?
9    Q.    I was asking about these departmental reviews that you
10   referenced.  In past when -- in the past when you have reviewed
11   departments, is there documentation associated with the review?
12   A.    No, there is not.
13   Q.    And is there -- is there anyone that writes up the
14   results of the review?
15   A.    No.
16   Q.    Okay.  Now, with respect to the senior procurement
17   manager position, did you review Ms. Nolasco's résumé?
18   A.    No, I did not.
19   Q.    Okay.  Why not?
20   A.    Again, the review is done before with the team review of
21   the department, so, no, not necessary to pull up her résumé.
22   Q.    Do you know if Ms. Nolasco has management experience?
23   A.    I recall that -- I believe around the time she was hired,
24   she had had some management experience outside the company.
25   Q.    Did you consider that management experience when you were
```

*127*

1   considering -- when you were deciding who would fill the senior

2   procurement role?

3   **A.**    No, I did not.

4   **Q.**    Okay.  Why not?

5   **A.**    The management experience specific to in-company is

6   critical because of knowledge of the -- our internal management

7   team and the workings in Indonesia and China in particular to

8   being successful.  So, in-company experience is really

9   important, probably -- it is.  We viewed it as the number one

10  success factor for anyone in this position.  So that's why we

11  didn't, you know -- it's nice to have the outside, but the

12  company -- every company's a bit different, and we're quite a

13  bit different in some areas and in other areas very similar to

14  other companies, but dealing with the management team and

15  dealing with Indonesia are critical to the success.

16  **Q.**    Okay.  Did -- is -- to your understanding or to your

17  knowledge, is there a document anywhere that says that this --

18  that for this position, Solaris was looking for in-company

19  management experience?

20  **A.**    I don't recall management experience here on this form.

21  I don't think we specified in-company.  Any other -- any other

22  form, to my recollection, I can't recall.

23  **Q.**    Okay.  Now, Ms. Chan -- or sorry, Ms. Farnham, did you

24  review Ms. Hung's résumé?

25  **A.**    Not -- not straightaway, not early on.  I spoke to her.

1    **Q.**    Okay.  Did you receive her résumé?

2    **A.**    We don't -- in the human resources files, there should be

3    a upon-hire résumé.  We don't ask employees to update résumés on

4    a daily basis.  So that would go for both Clover and/or for

5    Sheila and myself.  So the résumé on hand in the electronic

6    records would be the upon-hire résumé.  So, I may have looked at

7    it, if there was one.

8    **Q.**    Do you recall looking at Ms. Hung's résumé?

9    **A.**    Um, I was -- I don't -- I don't recall the specifics of

10   looking at her résumé.  I knew she came to the company shortly

11   after coming out of college, so she's been with the company for

12   a number of years.

13   **Q.**    Okay.  But in order to determine whether Ms. Hung had the

14   qualifications for this position, you did not review her

15   qualifications?

16   **A.**    No.  I would not -- qualifications are more than just

17   what's on the résumé.  As I shared with you earlier, I met with

18   her, but I didn't know if she would be interested in considering

19   the role.  I met with her earlier, and then we talked about her

20   career at the company, which is I believe about 13 years in the

21   company.  So, I don't want to say the résumé was not relevant,

22   but more relevant was the company experience.

23   **Q.**    Okay.  On Exhibit A it says on Box 18 that a bachelor's

24   degree in business is preferred.

25   **A.**    Um-hmm.

1    **Q.**    Did Ms. Hung have a bachelor's degree in business?

2    **A.**    Ms. Hung had a bachelor's degree in graphic design.

3    **Q.**    It also says that five-plus years of experience in

4    procurement is strongly preferred.  Did Ms. Hung have five-plus

5    years of procurement?

6    **A.**    No, she did not.

7    **Q.**    Okay.

8    **A.**    She had ten-plus years in product development.

9    **Q.**    Okay.  Now, you mentioned Ms. Hung joining the company

10   after college, but just to be clear, to your understanding, did

11   Ms. Hung have procurement experience prior to joining Solaris?

12   **A.**    Did she have procurement experience prior to joining

13   Solaris?

14   **Q.**    Yes, ma'am.

15   **A.**    Oh, to my knowledge, she did not.

16   **Q.**    Okay.  Did Ms. Hung have a certificate of procurement or

17   a certificate in procurement?

18   **A.**    No.

19   **Q.**    Okay.

20   **A.**    No, she did not.

21   **Q.**    Did Ms. Hung manage employees in her role as a -- in

22   the -- did Ms. Hung manage employees prior to --

23   **A.**    Yes --

24   **Q.**    -- yeah, getting the senior procurement position?

25   **A.**    Yes, she did.

```
 1   Q.    Do you recall how many?

 2   A.    Pardon me?

 3   Q.    Do you recall how many employees she managed?

 4   A.    How many?  Three.

 5   Q.    Now, as to Ms. Nolasco, did Ms. Nolasco have five years

 6   of procurement experience?

 7   A.    Uh, I believe she did.

 8   Q.    Did Ms. Nolasco have a certificate in procurement?

 9   A.    Yes, she did.

10   Q.    Okay.  Did Ms. Nolasco supervise anyone at Solaris?

11   A.    Did she -- you dropped off.  Did she supervise?

12   Q.    Did Ms. Nolasco supervise anyone when she worked at

13   Solaris?

14   A.    To my understanding, no.  I did not have her down as a

15   supervisor.  I believe she was a go-to person for the buyers

16   that were located in Virginia.

17   Q.    Okay.  Ms. Farnham, could you turn to Exhibit V in

18   plaintiff's binder?

19   A.    B as in boy?

20   Q.    V as in Victor.

21   A.    V?

22   Q.    V.

23   A.    Job description?

24   Q.    Yes.  Job description for senior buyer.

25   A.    I have it.
```

1    **Q.**    Okay.  Are you familiar with this job description?

2    **A.**    I'm familiar with the form of the job description, yes.

3    **Q.**    Are you familiar with this particular job description?

4    **A.**    Um, these are kept at the site at Mercury, but I could

5    access them if I wanted to secure the job description.

6    **Q.**    Okay.  Who would draft a job description like this?

7    **A.**    Pardon me?  Who would draft it?

8    **Q.**    Who would draft the description?  Who would write it?

9    **A.**    Oh, who would write it?  Um, usually we would start with

10   the "reports to," so generally it's the manager to start, who's

11   over the function.  In this case you can see it says chief of

12   procurement.  Once it's written, it typically will go into HR

13   for review, and then once HR says it looks good or there might

14   be questions, they push back on it a little bit in some areas

15   maybe, then it is assumed to be fine and completed.

16   **Q.**    Okay.  In your role, did you review job descriptions?

17   **A.**    Um, I reviewed some, but not all job descriptions.

18   **Q.**    Do you know if you reviewed this job description?

19   **A.**    (No response.)

20   **Q.**    Do you know if you reviewed this job description?

21   **A.**    Um, I couldn't tell you.  I don't know that I saw this

22   job description for review.  Most of the Mercury job

23   descriptions again would go to the Mercury HR staff.  Sometimes

24   they would come to me, but I can't tell you for certain if I

25   reviewed this one or not.

```
 1    Q.    Do you have any reason to believe that anything in this
 2    job description is inaccurate?
 3          MS. TSE:  Objection, Your Honor, speculation.
 4          THE COURT:  Sustained.
 5          Who in HR would have reviewed the job description?
 6          THE WITNESS:  The person in HR who would review it is
 7    typically the on-site head of HR.  So at Mercury -- I would have
 8    to go back to 2020 to see who that was.  We had turnover there,
 9    so I don't know in 2020 when this was revised.  I can't remember
10    off the top of my head who was in HR.
11          THE COURT:  Thank you.
12          THE WITNESS:  But that's who would do it.
13    BY MR. ERLICH:
14    Q.    Um -- oh, sorry.
15          Ms. Farnham, could you turn to Exhibit D, D as in dog.
16    A.    D?
17    Q.    D as in dog.
18    A.    D as in dog.  Thank you.  I have it.
19    Q.    Thank you.  Can you identify this document?
20    A.    Pardon me?
21    Q.    Can you identify this document?
22    A.    Oh, yes, I can.  Employee status change request.
23    Q.    Okay.  Did you have a role in drafting this document?
24    A.    Yes, I did.
25    Q.    Okay.
```

1          MR. ERLICH:  Your Honor, we move this into evidence.

2          THE COURT:  Any objection?

3          (No response.)

4          THE COURT:  It's received.

5          (Plaintiff's Exhibit D admitted into the record.)

6     BY MR. ERLICH:

7     **Q.**    Ms. Farnham, what is this specific employee status change

8     request form for?

9     **A.**    This one is transferring or moving Camil into -- from

10    technical manager to senior procurement manager.

11    **Q.**    Okay.  Now, what is a technical manager?

12    **A.**    She was given this title when the product development

13    team reported to the plant manager, so the plant manager titled

14    it technical manager, but she was manager of product

15    development.

16    **Q.**    Okay.

17    **A.**    The reasoning is -- I can -- I can tell you the reason

18    for using technical is because it is very technical.  They have

19    to understand production, the requirements, and machines and how

20    it runs and how to get in different runs, but hence, he used a

21    pretty broad term, technical manager, when he -- on -- in our

22    org chart we did change it to product development manager, but

23    in our system it was still down as technical manager.  So that's

24    why we used what would be technical manager.

25    **Q.**    Okay.  On the top-right quadrant of this form, there's a

*134*

1    section that says "tenure," and a section that says "performance

2    rating."

3    **A.**    Um-hmm.

4    **Q.**    Did you fill this section out?

5    **A.**    Yes, I fill it out based on records in HR.

6    **Q.**    Okay.  Did you review Ms. Hung's performance reviews from

7    2018, 2019, and 2020?

8    **A.**    Not to complete this form.  The reviews were taken from a

9    tracking spreadsheet rating and just put onto the form.

10   **Q.**    Okay.  But had you reviewed those reviews?

11   **A.**    Um, not --

12   **Q.**    This would be 2018, '19, and '20.

13   **A.**    Can I speak?

14   **Q.**    Yes.

15   **A.**    Yeah, okay.  Um, not -- not for purposes of completing

16   this form.  I looked at -- I will often look at one or two of

17   them to confirm, but the form itself may or may not have a

18   rating on it.

19   **Q.**    Do you recall if you looked at one or two of them to

20   confirm for this form?

21   **A.**    No, I didn't have to.  It was all on a spreadsheet, so I

22   didn't look at the performance appraisal form.  I don't recall

23   it being at the performance appraisal form for this section.

24   **Q.**    Did you review Ms. Hung's performance appraisals for 2018

25   through 2020 at any point?

1    **A.**    No.  I'm going to say no.

2    **Q.**    Okay.  Do you know if those appraisals exist?

3    **A.**    Um, the company went -- I've been gone for, you know, a

4    year and a half, so I can't speak to what the company currently

5    has.  I do know we went through digitizing the performance

6    appraisal and all the records, and we did find gaps.  And so it

7    would not be unexpected -- though I wouldn't like it -- to not

8    have an actual performance appraisal for a given year.

9    **Q.**    Okay.  So I want to make sure that I understand.

10          The ratings on this document came from a spreadsheet, not

11    the actual reviews; is that correct?

12    **A.**    That is correct.  A tracking spreadsheet.

13    **Q.**    Okay.  And in filling this form out, you did not look

14    back at the actual reviews?

15    **A.**    No.  I did not need to.  I looked at the spreadsheet.

16    **Q.**    And there was, in fact, no point when you actually looked

17    at Ms. Hung's reviews; is that correct?

18    **A.**    Not for filling this form out.

19    **Q.**    For any purpose.

20    **A.**    No.  I didn't need to look at one.  Maybe the most -- no,

21    I don't recall looking at a performance review first.

22    **Q.**    Okay.  And you cannot speak to whether -- I asked you

23    about these documents existing, but let me ask you a different

24    question:  Can you speak affirmatively to whether these

25    performance reviews ever happened?

1        MS. TSE:  Objection, Your Honor, speculation.

2        THE COURT:  Overruled.

3        THE WITNESS:  Over my tenure -- up until COVID, I can say

4   we -- in 2017, 2018, 2019 were all in pretty good shape.  COVID

5   and following, a mixed bag.

6   BY MR. ERLICH:

7   Q.    Okay.  But prior to COVID, this includes 2018 and 2019 --

8   A.    Um-hmm, yeah.

9   Q.    -- can you speak affirmatively as to whether those

10  reviews ever happened?

11  A.    I cannot recall.  I can't -- I don't recall.  I don't

12  feel comfortable saying yes.  I've been gone too long.

13  Q.    Okay.  Other than the digitization that you mentioned, do

14  you know of any reason why these forms might not be available to

15  defendant now?

16       MS. TSE:  Objection, Your Honor, speculation.

17       THE COURT:  Sustained.

18       MR. ERLICH:  Yeah, that's fine.

19  BY MR. ERLICH:

20  Q.    Do you recall how Ms. Hung reacted when she found out

21  that she was going to be senior procurement manager?

22  A.    No.

23  Q.    Okay.

24  A.    No.

25  Q.    Do you know if in accepting the senior procurement

1    manager position if Ms. Hung received a raise?

2    **A.**    She did.

3    **Q.**    Okay.  Could you turn to Exhibit E?

4    **A.**    E?

5    **Q.**    Yes.

6    **A.**    Okay.  I have it.

7    **Q.**    What is this document?

8    **A.**    This is a comp and benefits page that would support any

9    changes to comp and benefits associated with the transfer or

10   promotion or a demotion for that matter.  It goes both ways.

11   **Q.**    Okay.  And did you prepare this document?

12   **A.**    Yes, I did.

13   **Q.**    Okay.  And is this with respect to Ms. Hung's promotion

14   to senior -- senior procurement manager?

15   **A.**    Yes, it is.

16   **Q.**    Okay.  And after Ms. Hung's promotion to senior

17   procurement manager, what was her salary?

18         THE COURT:  Is this in evidence?

19         MR. ERLICH:  I apologize, Your Honor.  I move this into

20   evidence.

21         THE COURT:  It's received.

22         (Plaintiff's Exhibit E admitted into the record.)

23   BY MR. ERLICH:

24   **Q.**    After Ms. Hung's promotion, what was her -- what was her

25   salary?

*138*

```
1    A.     After the promotion, her annual salary was 110,000.

2    Q.     Okay.  And did she receive a raise?

3    A.     Yes, she did.

4    Q.     And how much was that raise?

5    A.     {Indiscernible.}

6    Q.     I'm sorry, Ms. Farnham.  Say that again.

7    A.     Yes.  She did receive a raise for the promotion.

8    Q.     How much was that raise?

9    A.     Um, 25,000.

10   Q.     Okay.  Did Ms. Hung receive any -- does this form

11   indicate that Ms. Hung received any bonuses?

12   A.     At -- in section 3, you'll see it says "flexible

13   incentives/bonuses."  That is what we refer to as a PPO, which

14   is personal performance objective at the B level, one month.  So

15   it's one month's salary.  You can see it shows what that

16   one-month amount would have been in her current position and

17   what that one month would be in the new position.  So that

18   doesn't mean she's going to get it, but that just shows it for

19   comparison purposes so they know what the potential increase is.

20   Q.     Okay.

21   A.     In the box below, you will note -- we say, "In addition

22   to the base rate adjustment, we'd request an additional 15,000

23   to use as performance bonuses over the course of the first 12

24   months of the position.  Anticipated use of the money at three

25   months, six months, and three months, $5,000 each timeframe when
```

1    identified API's performance indicators or key projects are met

2    or exceed."

3        So, that's the only other bonus that was associated with

4    this promotion.

5    **Q.**    Okay.  Do you recall discussing Ms. Hung's promotion with

6    Ms. Sheila Chan?

7    **A.**    I informed Sheila that Camil was the candidate chosen for

8    the position.

9    **Q.**    What do you recall of that conversation?

10   **A.**    I can't give you a precise date.  You know, it was

11   before -- before Sheila left, so it was -- it would be late

12   March -- I'm sorry, late February or early March.

13   **Q.**    Do you recall if race or ethnicity came up in that

14   conversation?

15   **A.**    Pardon me?

16   **Q.**    Do you recall if race or ethnicity came up in that

17   conversation?

18   **A.**    I'm sorry.  I'm still not -- I'm not understanding you.

19   I can hear you.  I'm just trying to understand the word.

20   **Q.**    Okay.  So do you recall if race or ethnicity came up in

21   that conversation?

22   **A.**    Oh, race, race.

23        No, it did not.

24   **Q.**    Okay.  Do you recall saying anything to Ms. Chan about

25   Clover's qualifications in that conversation?

1   **A.**     Um, yes.  I do recall -- Sheila was very supportive of

2   Clover.  She clearly wanted -- it appeared, clearly wanted

3   Clover in the role.  I shared with her the managerial experience

4   that Camil had and how well she conducted herself in the current

5   role.  All were, you know, essentially detailed, following up on

6   procedures.  All of those things were very, very strong, and we

7   felt she'd be a better candidate for succeeding in the role than

8   Clover.  And we know Clover had determinate experience, but the

9   question mark for us was on the managerial side because it's not

10  here.  It's not the same relationship in terms of senior

11  management.  I know there was some senior management

12  involvement, but not the same level that we had with Camil.  So

13  she did -- you know, she was disappointed that Clover was not

14  selected.

15  **Q.**    Now, around that same time, do you recall speaking to

16  Ms. Nolasco?

17  **A.**     Ms. Nolasco?

18  **Q.**     Yes.

19  **A.**     Okay.  Um, yes.  I -- again, the timing and sequencing

20  without reference in front of me.  Once we made the selection,

21  Clover was informed, and I'm not certain if Sheila spoke to her

22  first or notified her, but I do recall a lengthy conversation

23  with Clover, and I believe she was in the office.  Christy, who

24  was the assistant HR manager, so Christy was there.  This was a

25  conversation on the phone, and she did express her

1    disappointment.  She -- I recall she felt she had been

2    discriminated against based on the fact that she wasn't Asian.

3    That was not at all a consideration.  And I explained to her

4    why, what were the key factors, and I know she was very

5    disappointed.

6    **Q.**    Okay.  When you learned that Ms. Nolasco was concerned

7    about discrimination, did you do anything in your role as VP of

8    HR to investigate that concern?

9    **A.**    Um, no, I did not, because I knew it was not one of the

10   criteria that was considered for this selection.

11   **Q.**    Okay.  Did you direct Ms. Nolasco to any complaint

12   process?

13   **A.**    I don't -- I don't recall if I did or not.

14   **Q.**    Okay.  Did you refer Ms. Nolasco to EEO policies?

15   **A.**    Pardon me?  To the EEO?

16   **Q.**    Did you refer Ms. Nolasco to any EEO policies?

17   **A.**    I don't -- I don't recall.

18   **Q.**    Okay.  Did you offer Ms. Nolasco a position?

19   **A.**    Um, yes.

20   **Q.**    Okay.  In that conversation, what do you recall telling

21   Ms. Nolasco about the position?

22   **A.**    We wanted to formally offer her a supervisor role in

23   Virginia with --

24        THE COURT REPORTER:  I'm sorry.  I can't hear her.

25   BY MR. ERLICH:

1    **Q.**    Could you repeat that, please?

2    **A.**    Sure.  We offered her a supervisor role in Virginia with

3    buyers on staff -- I think it was two -- reporting to her, with

4    a salary increase.  And we did this because we wanted to keep

5    her, and she was a good employee and we wanted her to continue

6    her career with the company.

7         MR. ERLICH:  Okay.  Just one second, Your Honor.

8         THE COURT:  Um-hmm.

9    BY MR. ERLICH:

10   **Q.**    Prior to Ms. Hung's promotion to senior procurement

11   manager, do you know who she reported to?

12   **A.**    Uh, yes.  Camil reported to a gentleman by the name of

13   Mike Wills, and Mike -- so Mike was in marketing/sales.  It was

14   a hybrid role.  But any, what we call private label, which is

15   making products without our name on it for other companies to

16   sell, involved a lot of new product development.

17        I'm sorry I'm giving you the detail, but I think it's

18   important to understand why it was in the product development

19   under a marketing sales kind of guy.  It's because of his

20   involvement with the private label business, which is what would

21   trigger a lot of new product development.

22        So she reported to Mike, who in turn reported to the VP

23   of sales across the company, a gentleman by the name of -- oh,

24   it just flew out the window.  George Levison.

25   **Q.**    Okay.

*143*

1    **A.**     So Mike reported to George.

2    **Q.**     And where was Mike based?

3    **A.**     Mike was located in Virginia, and George was located in

4    California.

5    **Q.**     And if -- was Mike located in Strasburg, Virginia at the

6    same location as Ms. Nolasco?

7    **A.**     He had an office there, but he did not always work there.

8           MR. ERLICH:   That's all that I have.

9           THE COURT:   Cross.

10                  <u>CROSS-EXAMINATION OF SHELLEY FARNHAM</u>

11   <u>BY MS. TSE</u>:

12   **Q.**     Good afternoon, Ms. Farnham.

13   **A.**     Good afternoon.

14   **Q.**     I understand that you had testified that you retired in

15   March 2023, but if you don't mind telling us when you were

16   actually employed at Solaris.

17   **A.**     Um, August of -- August 1st of 2016.

18   **Q.**     And before retiring, what was your last position at

19   Solaris?

20   **A.**     Vice president of human resources.

21   **Q.**     Did you have any other positions while you were employed

22   at Solaris?

23   **A.**     No.

24   **Q.**     And where was your office located when you were employed

25   at Solaris?

 1    **A.**    Um, my office was located in Southern California.

 2    **Q.**    And tell us a little bit about what a vice president of

 3    HR does.  What did you do?

 4    **A.**    Sure.  Most common responsibility is called the life

 5    cycle of the employee, so I oversee the hiring and promotion,

 6    transfer, disciplinary process for employees while they're

 7    employed and then the exiting process, whether it's termination,

 8    retirement, downsizing.

 9        In addition to that, which is fairly typical of most

10    organizations, the job here also was responsible for payroll.

11    And some company's payroll is under finance, here it is under

12    human resources.

13        We also had responsibility for the benefits.  Sometimes

14    that's carved out and put with compensation and benefits.  Our

15    benefits, even though we would make selections and such, there

16    was a review process and that was one of the most expensive

17    items for the company to put the bill on.  Obviously it had to

18    be reviewed by our ownership overseas Indonesia, but that pretty

19    well covers it.  Payroll benefits, which also means insurance,

20    and the regular or standard employee relations items associated

21    with having employees.

22    **Q.**    How long have you worked in human resources?

23    **A.**    43 years.

24    **Q.**    And have you worked in human resources for companies

25    other than Solaris?

1   **A.**      Yes, I have.

2   **Q.**      Are you aware of the law that prevent discrimination?

3   **A.**      Yes, I am.

4   **Q.**      And as vice president of HR, were you responsible for

5   maintaining an employee handbook?

6   **A.**      Yes.

7   **Q.**      Does Solaris have a policy prohibiting discrimination?

8   **A.**      Yes.

9   **Q.**      If you don't mind turning to Defendant's Exhibit 13,

10  please?

11  **A.**      I have it.

12          MS. TSE:  And I believe it's already been admitted into

13  evidence.

14  BY MS. TSE:

15  **Q.**      Ms. Farnham, do you recognize this document?

16  **A.**      Yes, I do.

17  **Q.**      What is it?

18  **A.**      It is -- we refer to it as the National Handbook from USA

19  Tissue Business Unit Employee Handbook.

20  **Q.**      And what entities are covered under this employee

21  handbook?

22  **A.**      Three entities that are all in the U.S., which

23  collectively we refer to them as the U.S. Tissue Business, so

24  Solaris Paper is covered by it, Mercury Paper is covered by it,

25  and American Tissue Industries is covered by it.

1    **Q.**    And what entity did Ms. Nolasco work for?

2    **A.**    Ms. Nolasco worked for Mercury Paper.

3    **Q.**    Were these policies in effect during Ms. Nolasco's

4    employment?

5    **A.**    Yes, they were.

6    **Q.**    And does Solaris have a policy on equal employment

7    opportunity?

8    **A.**    Yes, we do.

9    **Q.**    If you don't mind turning to page 2, and let me know when

10   you're there.

11   **A.**    I'm there.

12   **Q.**    What is Solaris' policy in relation to equal employment

13   opportunity?

14   **A.**    Sure.  The paragraph lists all the items, but I'll go

15   through it.  "USA TBU is an equal opportunity employer.  In

16   accordance with applicable law, we prohibit discrimination

17   against any applicant or employee based on any

18   legally-recognized basis, including, but not limited to:  Race,

19   color, religion, sex (including pregnancy, lactation,

20   childbirth, or related medical conditions), sexual orientation,

21   gender identity, age (40 and over), national origin or ancestry,

22   citizenship status, physical or mental disability, genetic

23   information (including testing and characteristics), veteran

24   status, uniformed service member status or any other status

25   protected by federal, state, or local law, collectively referred

*147*

```
 1   to as "protected characteristics.  Our commitment to equal
 2   opportunity employment applies to all persons involved in our
 3   operations and prohibits against unlawful discrimination by any
 4   employee, including supervisors and co-workers."
 5   Q.    And, Ms. Farnham, if you don't mind turning to
 6   Defendant's Exhibit 18.
 7   A.    Sure.  I am there.
 8   Q.    Do you recognize this document?
 9   A.    Yes.  This is the supplement to the National Handbook for
10   employees who work out of Virginia.
11   Q.    And were these policies in effect during Ms. Nolasco's
12   employment?
13   A.    Yes, it was.
14         MS. TSE:  Your Honor, I move to introduce Defendant's
15   Exhibit 18 into evidence.
16         MR. ERLICH:  No objection.
17         THE COURT:  It's received.
18         (Defendant's Exhibit 18 admitted into the record.)
19   BY MS. TSE:
20   Q.    Ms. Farnham, why is there a Virginia supplement?
21   A.    Why's there a Virginia supplement?  There's a Virginia
22   supplement because there are some laws that may be different
23   than what are covered in the National Handbook, and we wanted to
24   make sure that they are covered appropriately, so we have a
25   supplement for Virginia.  We also have one in California.  We
```

1    also have one in Oklahoma.

2    **Q.**    And does Solaris have a policy on Equal Employment

3    Opportunity for its Virginia office?

4    **A.**    Um, yes.

5    **Q.**    If you don't mind turning to page 1 of this document.

6    **A.**    Um-hmm.  Sure.  Here it's, "As set forth in the National

7    Handbook" -- which is the one I just read -- "the company is

8    committed to equal employment opportunity and to be compliant

9    with federal anti-discrimination laws.  We also comply with

10   Virginia law, which prohibits discrimination and harassment

11   against employees or applicants for employment based on race,

12   color, religion, national origin, sex (including pregnancy,

13   childbirth or related medical conditions and lactation), age (40

14   and over), marital status, disability, genetic information and

15   military status (including membership in the National Guard,

16   Virginia Defense Force, and Naval militia).  The company will

17   not tolerate discrimination or harassment based on these

18   characteristics or any other characteristic protected by

19   applicable federal, state, or local law."

20   **Q.**    How are employees informed of these policies?

21   **A.**    Employees are informed of the policies upon hire, and if

22   there's a change to the policy, when the change is communicated,

23   that's done now electronically.

24   **Q.**    I understand that you had testified earlier that Ms. Chan

25   was in the head of procurement position at Solaris.

149

1          Is the head of procurement a managerial level position?

2     **A.**     Yes, it is a managerial position.

3     **Q.**     And were you employed at Solaris before Ms. Chan became

4     head of procurement?

5     **A.**     Yes.  I was -- yes, I was employed before she was moved

6     into that role.

7     **Q.**     I believe you also testified that Solaris conducts exit

8     interviews when an employee resigned.

9          Who conducted Ms. Chan's exit interview?

10    **A.**     I did.

11    **Q.**     And when you conducted Ms. Chan's exit interview, did you

12    record her responses during her interview?

13    **A.**     Um, the -- the way we do the exit interview is an exit

14    interview form that's provided to the exiting employee.  They --

15    we instruct them, please fill it out and bring it with you to

16    the exit interview.  So, as a matter of practice, the HR person

17    informed, in this case me, read through it, ask questions if I

18    want clarity, ask if the employee wants to add anything.

19         In Ms. Chan's case she had typed it out, and I made -- I

20    believe one notation on her form, and that's the handwriting on

21    the form itself.

22    **Q.**     Do you mind turning to Defendant's Exhibit 22.

23         MS. TSE:  And I believe this is already -- Defendant's

24    Exhibit 22 has already been admitted into evidence.

25    BY MS. TSE:

*150*

1    **Q.**    Let us know when you're there, Ms. Farnham.

2    **A.**    I have it.

3    **Q.**    Do you recognize this document?

4    **A.**    Yes.  It's the exit interview for Sheila.

5    **Q.**    During Ms. Chan's interview when she resigned, did she

6    say why she was leaving?

7    **A.**    Um, yes, she did.  Work-life balance, and, you know, in

8    particular, better opportunities, more pay, and a matching

9    401(k), so a number of items, but I think the primary one was a

10   better work-life balance.

11   **Q.**    Did Ms. Chan mention any areas for improvement during her

12   exit interview?

13   **A.**    Let me reference this.  We do ask what improvements you

14   have for us.  Including the approval process there are a lot of

15   approvals required in the organization, so that was one of the

16   items.  "Better training for staff, as it relates to the

17   leadership team.  Better incentive and bonus program.  Better

18   work-like balance.  Try to avoid nighttime meetings and

19   trainings."

20        So she covered a pretty good list.

21   **Q.**    And did Ms. Chan state that the company was a good place

22   to work?

23   **A.**    Yes.  "A good place to work, especially for those who are

24   in middle management.  A lot of career growth and learning."

25   **Q.**    Did Ms. Chan state that she would recommend the company

151

1    to -- as a place to work for a friend?

2    **A.**    Yes.  What I just read is from the question.  "If you

3    have a friend looking for a job, would you recommend us?  Why or

4    why not?"  And she said, "Yes," she would recommend a friend to

5    work for the company.

6    **Q.**    During her exit interview, did Ms. Chan mention anything

7    about Ms. Nolasco?

8    **A.**    Um, yes, she did.  She was actually quite upset at the

9    end of the exit interview.  She was crying and apologizing to

10   me.  And I said, you know, "What for?"  And she said this --

11   "The situation with Clover, it sort of made a mess for me, for

12   you, Shelley."

13        And so I just let her vent or cry, and I said, "You know,

14   we'll work through it."  But I think she -- she didn't say she

15   would do it differently, but I think she may have done something

16   differently, but that's just me speculating.  But she was very

17   upset that -- somehow she invoked the recommendation for Clover.

18   **Q.**    When you were vice president HR, did Solaris have a

19   formal succession plan?

20   **A.**    Yes.

21   **Q.**    And was it memorialized in any way?

22   **A.**    Yes.

23   **Q.**    How was it memorialized?

24   **A.**    The succession plan involved development of what we refer

25   to as the Individual Development Plan, an IDP, for successors.

1      In addition to the IDP for successors, there was an org

2   chart at the higher level, so department head levels, that

3   actually would visually show all the successors and how ready

4   they were and how many years we thought it would take for them

5   to be ready to, you know, be a successor to X, Y, Z department

6   head.  So those -- those two components made up the succession

7   plan and the formal documentation for succession plan.

8   **Q.**    And can you please describe the process for creating an

9   Individual Development Plan or an IDP?

10  **A.**    Sure.  I'm going to give a little history for the

11  process, and that's usually a request from headquarters.  When I

12  first started our headquarters in China -- now they're in

13  {indiscernible}, but I would get notification, "Hey, we're going

14  to go through the capabilities review."  That's capabilities of

15  the business.  There's a people piece, an organizational piece.

16  And looking at capabilities, and that's the bigger context for,

17  okay, the organization we're concerned about senior managers.

18  Do we have anyone or when we're recruiting, do we need to keep

19  in mind we have some gaps here that we need to look for certain

20  skills?

21      So, typically that would trigger, okay, we need to sit

22  down, and the we is usually -- I started, the HR person starts

23  it.  It usually is me, because we didn't have enough senior

24  management positions to warrant delegating it downward.  You

25  know, most of the questions would come to me anyway.  So, there

1    would be a discussion with the department managers about who

2    they saw as their possible successors, and we wanted more than

3    one, if we could, and why.

4        And then, after going through this a couple of

5    iterations, we changed the process at our end where I invited

6    the managers to meet with both me and the CEO so that way it was

7    just more efficient.

8        But the purpose of the meeting is to get information on

9    why they saw the individual as a successor, what the strengths

10    and weaknesses were, so I could memorialize it in this

11    Individual Development Plan.

12        Then the manager, the department manager, would then have

13    to take the plan for those successors and develop actions, you

14    know, what are you going to do to help this person be better

15    prepared or be a true possible candidate for your position in

16    the future.

17        These forms didn't just reside with me.  They typically

18    were shared with China, HR, and then more recently it would have

19    been HR and leadership.

20        So that's the process.  It's not -- I'm going to say not

21    super paper intensive but a lot of discussion of who and why and

22    when, and when they might be ready, but it's all memorialized on

23    this IDP, and then, of course, the org chart, which is sent

24    along with the IDPs to headquarters.

25    Q.    Does anyone have to approve an Individual Development

1    Plan?

2    **A.**    Yes.

3    **Q.**    Who would approve it?

4    **A.**    It has to be approved obviously by the manager who was

5    proposing it.  And usually it's obviously if they're proposing

6    it, they're going to say yes, but also by the CEO.

7         And then my involvement from an HR standpoint is to

8    really keep the book on it or the record on it, "Hey, you said

9    you were going to do something the first quarter, did it even

10   get done?"  So I would mark things for follow-up so I could do

11   the follow-up just to trigger the manager.

12        So, department manager, as well as CEO, and then of

13   course it has to go to Indonesia, otherwise it's not -- sort of

14   not considered -- it's not considered a formal plan until they

15   sort of bless it.

16   **Q.**    If an individual's named as a successor in IDP, does that

17   mean that they will be placed into that role?

18   **A.**    No.  No, it does not.  No, it does not.  What it means is

19   they might be discussed when we go through that process, but it

20   does not put you on -- it doesn't mean you're the successor.

21   **Q.**    And other than the Individual Development Plan, did

22   Solaris have any other succession plans?

23   **A.**    No.

24   **Q.**    Did Ms. Chan ever prepare an Individual Development Plan

25   for Ms. Nolasco?

*155*

1    **A.**    Not one that was in HR.

2    **Q.**    Are you aware of Ms. Chan preparing an Individual

3    Development Plan for Ms. Nolasco outside of HR?

4    **A.**    She may have as far as her performance appraisal, which

5    we do encourage managers, if there's something the employee

6    needs to work on or you want them to develop, you put it in the

7    appraisal.  So there may have been something like that done,

8    but, no, not aware of it.

9    **Q.**    Did you ever work on an Individual Development Plan with

10   Ms. Chan when she was head of procurement?

11   **A.**    No.

12   **Q.**    And did you ever recommend Ms. Nolasco to be Ms. Chan's

13   successor?

14   **A.**    Pardon me?  Did I?

15   **Q.**    Yes.  Did you ever recommend Ms. Nolasco to be Ms. Chan's

16   successor?

17   **A.**    No, I did not.

18   **Q.**    If you don't mind pulling Plaintiff's Exhibit I.

19   **A.**    I have it.

20        MS. TSE:  And I believe this is already admitted into

21   evidence.

22   BY MS. TSE:

23   **Q.**    Ms. Farnham, do you recognize this exhibit?

24   **A.**    Yeah.  This is a -- it says nonexempt supervisor's

25   appraisal form --

*156*

1    **Q.**    And --

2    **A.**    -- and -- go ahead.

3    **Q.**    I'm sorry.  Who is this performance review for?

4    **A.**    This was for Clover when she was a senior buyer, and

5    Sheila conducted it as head of procurement.

6    **Q.**    And is this document an Individual Development Plan?

7    **A.**    No, it is not.

8    **Q.**    Who prepared this document?

9    **A.**    Sheila did.

10    **Q.**    If you don't mind turning to page 3.

11    **A.**    Yes.

12    **Q.**    Did Ms. Chan identify Ms. Nolasco as her successor for

13    2021?

14    **A.**    Yes.  She stated, "For 2021, this is the year

15    {indiscernible}" --

16        THE COURT REPORTER:  I'm sorry.  I can't hear what she's

17    saying.

18    BY MS. TSE:

19    **Q.**    Ms. Farnham, the court reporter wasn't able to transcribe

20    what you said.  I think you spoke a little bit too fast.  Can

21    you repeat what you just said?

22    **A.**    Sure.  "For 2021, this is the year of learning direct

23    material, base paper, and finished goods to be my successor."

24    **Q.**    And what does it mean for Ms. Chan to have noted this in

25    Ms. Nolasco's performance review?

1          MR. ERLICH:  Objection, speculation.

2          THE COURT:  Sustained.

3    BY MS. TSE:

4    Q.    When deciding who --

5          MS. TSE:  Excuse me?

6          THE COURT:  There's nothing, because I sustained the

7    objection.

8    BY MS. TSE:

9    Q.    When deciding who to select for the senior procurement

10   manager role, did you rely on Ms. Nolasco's 2020 performance

11   review?

12   A.    Please restate it.  There were two -- a little bit of two

13   conversations, so I want to make sure I've got the question

14   straight.

15   Q.    Sure.  When deciding who to select for the senior

16   procurement manager role, did you rely on Ms. Nolasco's 2020

17   performance review?

18   A.    Uh, no.

19   Q.    And if you could please turn to Plaintiff's Exhibit C,

20   let us know when you're there.

21   A.    I have it.

22   Q.    Do you recognize this document?

23   A.    (No response.)

24   Q.    Ms. Farnham, do you recognize this document?

25   A.    Yes, I do.

```
1    Q.    And what is it?

2    A.    It looks like it's an e-mail trail as a transition plan,

3    Sheila's recommendation of transition.

4    Q.    And what is the date of Ms. Chan's e-mail?

5          THE COURT:  We've already covered all this.

6          MS. TSE:  Okay.

7    BY MS. TSE:

8    Q.    Do you mind turning to page 2, please?

9    A.    Yes.

10   Q.    Is purchasing manager the same as senior procurement

11   manager?

12   A.    Uh, no, it's not.

13   Q.    And did you consider Ms. Nolasco's performance when

14   deciding who to place into the senior procurement manager role?

15   A.    The -- no, not -- what was primary was the managerial

16   experience in-company; along with, you know, dealing with

17   management and the process and dealing with Indonesia.  Those

18   were viewed as very critical to success in the role, and it's

19   a very important role.  So, as I said earlier, we looked at the

20   department, and Clover didn't have the in-company management

21   experience, so we did not select her.

22         THE COURT:  What is the difference between the purchasing

23   manager and the senior procurement manager?

24         THE WITNESS:  So, the purchasing, we -- in our context in

25   this company, procurement review is broader and incorporating
```

1  base paper, as you heard earlier, which was very significant and

2  makes up 80 percent of the expense of manufacturing what we

3  manufacture, so it's critical, it's critical.

4      The other 20 percent, the day-to-day purchasing of

5  corrugated glue and stuff for manufacturing, as well as the

6  office supplies tended to be viewed or highly segmented, viewed

7  more as purchasing, as opposed to this procurement process -- a

8  bigger project.

9  BY MS. TSE:

10 **Q.**    And to confirm, is the senior procurement manager

11 position a managerial level position?

12 **A.**    Yes.  It is a manager level.

13 **Q.**    Okay.  You can put Plaintiff's Exhibit C to the side,

14 Ms. Farnham.

15 **A.**    (Witness complied.)

16 **Q.**    You had testified earlier that you interviewed Ms. Hung.

17     Did you share your conversation with Ms. Hung to -- with

18 Mr. Chin-Bing?

19 **A.**    Yes, I did.

20 **Q.**    And what did you share with him?

21 **A.**    Um, I shared with him that she was positively inclined to

22 accept the position.  She was interested in the position, had --

23 she had not necessarily seen herself going the track of

24 procurement in her career, but she -- she was clearly open to

25 broadening her career aspirations.

1          Her strength in communicating in procedures and follow-up

2    are well-known by the management team at Solaris, and that was

3    also very -- a very significant additional reason why we felt

4    she was the best candidate to go into the role.

5          So she was positively inclined.  We didn't know if she

6    would be interested or not in the role, and we were happy that

7    she was.

8    Q.    And you had just mentioned that she was well-known by the

9    management team.  What do you mean by that?

10         MR. ERLICH:  Objection to the extent that --

11         THE COURT:  Hold on.  Hold on just a second.  There was an

12   objection.

13         MR. ERLICH:  Objection to the extent it calls for

14   speculation.  She's speaking about anybody else.

15         THE COURT:  Well, if she's just asking her what do you

16   means by that, then she can explain.

17         MR. ERLICH:  Sure.

18   BY MS. TSE:

19   Q.    Go ahead, Ms. Farnham.  Let me know if you need me to

20   repeat the question, though.

21   A.    Yeah, please repeat the question.

22   Q.    Yes.  You had mentioned that Ms. Hung was well-known by

23   the management team.  What did you mean by that?

24   A.    Sure.  The head of sales, the head of logistics, when we

25   announce those two in particular -- and, actually, I'm trying

1  to think, a few of the folks in marketing as well, they

2  complimented that Camil Hung was a good fit.  We knew she had a

3  good reputation in the company, but it's especially -- you know,

4  you feel like you made the right decision when you have third

5  parties who don't know all the details saying that was really a

6  good move after the fact kind of.  I knew she had a good

7  reputation, but a lot of people said, "Yeah, that's a good move"

8  as well.

9  Q.    And did you interview Ms. Nolasco --

10       THE COURT:  We're going to take our afternoon break now

11  for 15 minutes.

12       MS. TSE:  Yes, Your Honor.

13       (Thereupon, a break was had from 3:34 p.m. until 3:55

14  p.m.

15       THE COURT:  So how much longer with this witness?

16       MS. TSE:  I don't expect it to take no longer than 30

17  minutes, Your Honor.

18       THE COURT:  For just you?

19       MS. TSE:  For me examining Ms. Farnham, yes.

20       THE COURT:  You have 20.

21       MS. TSE:  Okay.

22       THE COURT:  20 minutes.

23       MS. TSE:  Thank you, Your Honor.

24  BY MS. TSE:

25  Q.    Ms. Farnham, why was Ms. Hung the best person for the

1    senior procurement manager position?

2    **A.**    Her experience while at the company in the manager role

3    and the skills that she had in the -- in her detailed

4    orientation, following procedures, clear communications, were

5    the reasons she was selected.

6    **Q.**    If you can please turn to Plaintiff's Exhibit A.

7    **A.**    I have it.

8    **Q.**    Why does this document say United States, either East

9    Coast or West Coast?

10   **A.**    Why does it say either East or West?

11   **Q.**    Yes.  Why does the document say under box for location,

12   "United States, either East or West Coast," in parenthesis?

13   **A.**    That is an error in the form.

14   **Q.**    And what location is the position for senior procurement

15   management -- manager?

16   **A.**    It is West Coast.

17   **Q.**    And why the West Coast?

18   **A.**    Um, the majority of the --

19        THE COURT:  We've already covered this.  You've already

20   covered this.  I don't want there to be any repetition.

21   BY MS. TSE:

22   **Q.**    Um, moving to Box 21 under the "must have" section, how

23   did Ms. Hung meet this criteria?

24   **A.**    Um, she met all three of the items, which is the

25   attention to detail, process, follow-up, and documentation very

163

1    well.

2    **Q.**    And why does it say it would be nice to have a

3    procurement professional certification?

4    **A.**    Um, because we felt that would be nice to have.  I was

5    aware Sheila and, I believe, Clover, and maybe one other person

6    on the staff -- I can't recall -- were all going through the

7    certification.  So, we wanted to try to continue that with

8    anyone else.  It obviously could be done while working, which is

9    how Sheila and I believe -- I know Clover as well, I think it

10   was one other person got the certification, so we thought it

11   would be nice to have but not necessary.

12        Does that answer your question?

13   **Q.**    Yes.  Thank you, Ms. Farnham.

14        And Box 29, "Recruiter," why does it say "Anne Diep" or

15   "Deip"?

16   **A.**    Sure.  The structure of the company is Solaris, Mercury,

17   and UTI.  The whole -- the three entities are all part of the

18   Asia Pulp & Paper company, which is referred to as APP.  APP, as

19   for every business unit, has an identified recruiter.  So the

20   recruiter identified for the U.S. Tissue Business here, and Anne

21   was an employee -- she was employed by Solaris, and she was

22   located in Southern California.

23        So, whether it's internally or externally, we wanted the

24   recruiter to be aware that we had this position open, and she --

25   in this case, she knew we'd likely fill it with an internal

*164*

1    candidate.  So this is the identifying who, if we were going

2    external, would be the go-to person on the status.

3    **Q.**    Box 20 -- I'm sorry, Box 31, there's a individual that's

4    discussed here by the name of Jackie Allen.  Why is Jackie Allen

5    discussed in this box?

6    **A.**    That is an error.  I obviously copied this over from a

7    prior one and did not delete what was in that box, so it's not

8    at all relevant.  It's an error.

9    **Q.**    And why are there errors on this form?

10   **A.**    For the reason I just shared.  My process often was to

11   take one, copy over it, and make the changes.  And there were a

12   number of items here where I didn't make the changes.

13   **Q.**    And what are the effects of a manager naming someone as

14   their successor in their performance review?

15   **A.**    Sorry.  You trailed off at the end.  Could you repeat

16   that, please?

17   **Q.**    Yes, of course.  What are the effects of a manager naming

18   someone as their successor in their performance review?

19   **A.**    They're -- it's just a piece of information prior to

20   actually having an IPP with a formal successor.  So the effect

21   of that is, I'm aware, that Clover is being identified by Sheila

22   as someone who's got potential as her successor, but she's not

23   in the formal process.

24   **Q.**    Can you please turn to Plaintiff's Exhibit D, D as in

25   dog, please?

1    **A.**     I have it.

2    **Q.**     And who prepared this document?

3    **A.**     I completed it.

4    **Q.**     And what did you write as the reasons for selecting

5    Ms. Hung for the senior procurement manager position?

6    **A.**     Sure.

7          THE COURT:  I don't need her to just read that.  I can

8    read it, but if you have a question about it, that's fine.

9    BY MS. TSE:

10   **Q.**     And, Ms. Farnham, does this document reflect the reasons

11   why Ms. Hung was selected for the senior procurement manager

12   position?

13   **A.**     Yes, it does.

14   **Q.**     Can you please turn to Plaintiff's Exhibit E?

15   **A.**     I have it.

16   **Q.**     I believe you had testified earlier that there was a

17   performance bonus associated with Ms. Hung's being selected for

18   the senior procurement manager position.

19         Did Solaris actually pay Ms. Hung this $15,000

20   performance bonus?

21   **A.**     Not to my knowledge, no.

22   **Q.**     And if you don't mind turning to exhibit -- Plaintiff's

23   Exhibit PP, which should be the last exhibit, PP.

24   **A.**     Peter Paul?

25   **Q.**     Yes.

1    **A.**    PP?

2    **Q.**    Exactly.

3    **A.**    Okay.  I have it.

4    **Q.**    Do you recognize this document?

5    **A.**    Yes, I do.

6    **Q.**    And what is it?

7    **A.**    It's a UTBU-wide announcement.  As you can see, it comes

8    from human resources.  It came from me, and it communicates --

9    excuse me.  It's communicating about organizational changes and

10   logistics for procurement and product development.

11   **Q.**    I know you said you just mentioned it came from you, but

12   did you draft this document?

13   **A.**    Yes.

14          MS. GATLING:  And, Your Honor, I believe this has already

15   been admitted into evidence.

16   BY MS. TSE:

17   **Q.**    What organizational changes were announced in this

18   document?

19          THE COURT:  I've read this.

20   BY MS. TSE:

21   **Q.**    This document mentions someone by the name of John

22   Kinsey.  Who is John Kinsey?

23   **A.**    John Kinsey is -- AFH stands for away from home marketing

24   team, so he's the head of that marketing team.

25   **Q.**    And was John Kinsey -- Mr. Kinsey's employment affected

1    by organizational changes announced in this document?

2    **A.**    The -- restate it again.  I'm not certain I'm tracking.

3    **Q.**    Yes.  I was asking if Mr. Kinsey's employment was

4    affected by the organizational changes announced in this

5    document?

6    **A.**    No.  He just had an expanded scope of work.

7    **Q.**    And what is Mr. Kinsey's race?

8    **A.**    There was no race provided.

9    **Q.**    I'm sorry?

10   **A.**    There was no race provided.

11   **Q.**    Oh, Ms. Farnham, I'm asking you --

12   **A.**    Race?  Race?  He's white.

13   **Q.**    Okay.

14   **A.**    Sorry.

15   **Q.**    And what is Mr. Kinsey's national origin?

16   **A.**    U.S., American.

17   **Q.**    Did you inform Ms. Nolasco that she was not selected for

18   the senior procurement manager position?

19   **A.**    Yes.

20   **Q.**    What did you tell her?

21          MR. ERLICH:  Your Honor, we've -- I went through this on

22   direct.

23          THE COURT:  Yes.

24   BY MS. TSE:

25   **Q.**    If you don't mind turning to Plaintiff's Exhibit F.

1    **A.**    That's F as in Frank?

2    **Q.**    F as in Frank.

3    **A.**    Okay.  I have it.

4    **Q.**    Do you recognize this document?

5    **A.**    Yes.

6    **Q.**    And what is it?

7    **A.**    Um, it's an e-mail I wrote to -- responded to Clover in

8    reference to her submission for resignation.

9    **Q.**    And at the top portion in your e-mail, why did you note

10    that the position that you were filling is a senior manager and

11    not a manager position?

12    **A.**    Um, I stated that because there seemed to be some

13    confusion, so I wanted to clarify.  It was a senior manager

14    role, not a manager role.  An expectation with a senior manager

15    role is more managerial experience, so I thought it was

16    important to specify that because it -- people kept talking

17    about it being a manager.

18    **Q.**    And I understand that you offered Ms. Nolasco a

19    supervisory position.

20         Was there a salary -- any sort of salary change, in terms

21    of this supervisory position offer?

22    **A.**    Yes, there was.

23    **Q.**    And how much?

24    **A.**    I want to say a 10 percent increase.

25    **Q.**    Was Mr. Chin-Bing aware that you were offering this

1    supervisory position to Ms. Nolasco?

2    **A.**    Mr. Chin-Bing?

3    **Q.**    Yes.

4    **A.**    He was.

5    **Q.**    And did he support the offer?

6    **A.**    Yes, he did.

7    **Q.**    Ms. Farnham, did you tell Ms. Chan that Ms. Nolasco was

8    not selected because of her race?

9    **A.**    No, I did not.

10   **Q.**    Did you tell Ms. Chan that Ms. Nolasco was not selected

11   because of her national origin?

12   **A.**    No, I did not.

13   **Q.**    Did you ever hear Mr. Chin-Bing say that Ms. Nolasco did

14   not get the position because she is not Asian?

15   **A.**    No, I did not.

16   **Q.**    Did you select Ms. Hung for the senior manage --

17   procurement manager position because she is Asian?

18   **A.**    No.

19   **Q.**    Did you consider Ms. Nolasco's race when deciding who to

20   select for the role?

21   **A.**    No.

22   **Q.**    Did you consider Ms. Nolasco's national origin when you

23   decided not to select her for the role?

24   **A.**    No.

25   **Q.**    And was Ms. Nolasco not selected for the senior

1    procurement manager position because she is not Asian?

2  **A.**    No.

3         MS. TSE:  No further questions, Your Honor.

4         MR. ERLICH:  Briefly.  Brief redirect.

5         THE COURT:  Very brief.

6              REDIRECT EXAMINATION OF SHELLEY FARNHAM

7  BY MR. ERLICH:

8  **Q.**    Ms. Nolasco -- sorry, I apologize.

9         Ms. Farnham, how regularly was the IDP process reviewed?

10 **A.**    How regular was it?

11 **Q.**    Yes.

12 **A.**    While reporting to China, which is 2016 to 2019, between

13 the years, 18 months we would go through the process reporting

14 to Indonesia, which occurred in 2019, early part of 2020, we had

15 not yet done an IDP process.

16 **Q.**    Okay.  Between 2019 and the end of your employment, were

17 there any -- were there any IDP processes that were done?

18 **A.**    No.

19 **Q.**    Okay.  From the time when Ms. Nolasco became a senior

20 buyer in 2020 --

21 **A.**    Um-hmm.

22 **Q.**    -- were there any IDP processes done for anyone between

23 that time and when you left employment?

24 **A.**    No.

25 **Q.**    Okay.  We -- we discussed briefly the employee status

1    change request form, and -- and I had asked you if you had

2    reviewed Ms. Nolasco -- or, sorry, Ms. Hung's performance

3    reviews, and I believe you said you had not; is that correct?

4    **A.**    I had not reviewed the -- specifically, I can't remember

5    the years for those listed on that form.

6    **Q.**    Okay.

7         THE WITNESS:  May I -- I just got a notice my battery's

8    low.  May I just take a moment to see if we can --

9         MR. ERLICH:  Okay.  I'm -- I have --

10        THE COURT:  Let her -- give her a second.

11        MR. ERLICH:  Okay.

12        THE COURT:  Yes, go ahead.

13        MR. ERLICH:  Go ahead.

14        THE COURT:  Go ahead.

15        THE WITNESS:  Thank you.  Thank you.

16        (Brief pause in proceedings.)

17   BY MR. ERLICH:

18   **Q.**    I want to know if this refreshes your recollection.  I am

19   reading from the -- from your deposition transcript.  I was

20   asking about your having reviewed the 2019 through 2021

21   performance reviews.  And I asked you:

22        "And do you recall reading those?"

23        And you said, "I recall reading the -- yes.  Yes.  I

24   can't tell you which one for which year, what data in which

25   year, but yes."

*172*

1          Does that refresh your recollection as to whether you

2     reviewed those performance reviews for Ms. Hung?

3     **A.**     Um, I'm --

4          MS. TSE:  Objection, Your Honor.  This is improper

5     impeachment.

6          THE COURT:  Hold on.

7          MS. TSE:  Sorry.  Excuse me.  Objection, your Honor.  It's

8     improper impeachment questioning for Ms. Farnham.

9          THE COURT:  I don't think he's trying to impeach.  I think

10    he asked her if it refreshed her memory.

11         MS. TSE:  Ms. Farnham already --

12         THE COURT:  Does this refresh your recollection?

13         MS. TSE:  She already responded to this line of

14    questioning when she was examined by counsel earlier.

15         MR. ERLICH:  I'm trying to refresh her recollection.  I'm

16    just asking.

17         THE COURT:  I think you can ask her, using her deposition

18    testimony, if it refreshes her recollection.  If it doesn't, it

19    doesn't and he's stuck with her answer.  This -- overruled.

20    BY MR. ERLICH:

21    **Q.**     You can go ahead, Ms. Farnham.

22    **A.**     Okay.  So, I -- I don't recall when filling out that form

23    that I looked at the appraisals.  However -- however, the

24    process for the appraisals during these timeframes, all the

25    exempt managerial appraisals did come through my office.

1    **Q.**    Do you recall at any point -- whether you read them or

2    not, do you recall at any point seeing appraisals for Ms. Hung

3    for years 2018, 2019, and 2020?

4    **A.**    I can't honestly say I recall or not.

5    **Q.**    Thank you.  Last -- the last thing:  How much managerial

6    experience did Ms. Hung have when she was selected for the

7    senior procurement manager position?

8    **A.**    I believe it was about 18 of her -- 18 -- 10 of the 13

9    years she'd been in charge of a team.

10    **Q.**    And how did that compare to Ms. Nolasco's management

11    experience?

12    **A.**    I don't know --

13    **Q.**    Thank you.

14    **A.**    -- because her experience was outside of the company.

15    MR. ERLICH:  Thank you.  That's all.

16    THE COURT:  All right.  And so this witness may be

17    excused, correct?

18    MR. ERLICH:  From plaintiff's perspective, yes.

19    MS. GATLING:  Yes, Your Honor.  We've asked our questions

20    for our case, yes.

21    THE COURT:  Pardon me?

22    MS. GATLING:  Yes, Your Honor.  We've asked our questions.

23    THE COURT:  Okay.  Thank you.  Ma'am, you are hereby

24    excused.  Thank you for your testimony and for appearing remotely

25    today.  Thank you.

```
1            THE WITNESS:  Thank you.

2            THE COURT:  You're released.

3            THE WITNESS:  And thank you for accommodating me --

4            THE COURT:  Of course.

5            THE WITNESS:  -- remotely.

6            THE COURT:  Of course.

7            THE WITNESS:  Thank you very much.

8            THE COURT:  Um-hmm.  All right.  So we can log out of the

9      room.  You're standing.  Do you have something?  Okay.  A break?

10           I think we're going to have Mr. Chin get back on the

11     stand.  And just to forecast for you, I plan on us stopping at 5

12     today.  Okay?

13           MR. ERLICH:  I was probably about halfway through my

14     outline with Mr. Chin-Bing, so at least on our side we might get

15     done before 5.

16           THE COURT:  Okay.  Very well.  Can you ask him to please

17     step back in?  Thank you.

18           And just -- is this your last witness, Mr. Erlich?

19           MR. ERLICH:  Yes, ma'am.

20           THE COURT:  Okay.  And then you all just had the two,

21     correct?

22           MS. GATLING:  We have the same witnesses, Your Honor, so

23     we've kind of taken our testimony at the same time.  I guess we

24     should have cleared that with you.

25           THE COURT:  No, that's fine.  That makes sense.  That's
```

1    the way I think it's normally done.  And so then we'll just be

2    carrying over into tomorrow with Mr. Chin.

3         MS. GATLING:  Yes.  And he is from out of state, so I

4    don't know if we -- I know you want him to finish.  He's from

5    California, but --

6         THE COURT:  We'll see how far we get.

7         MS. GATLING:  Okay.  Thank you, Your Honor.

8         THE COURT:  Mr. Chin, you're back on the stand.  And so

9    you're in the middle of your testimony.  We're just going to pick

10   up where we left off with you.

11        THE WITNESS:  Sure.

12        THE COURT:  Okay?

13        THE WITNESS:  Okay.  Thank you.

14        THE COURT:  I think we can move quickly because you all

15   are going to make every question count.  I don't need any more

16   reading from documents that I am reading myself.  So just ask the

17   question about the document.

18        MR. ERLICH:  We're good to go?

19        THE COURT:  We're good.

20        MR. ERLICH:  Okay.

21             CONTINUED DIRECT EXAMINATION OF DAVID CHIN

22   BY MR. ERLICH:

23   Q.   Mr. Chin-Bing, welcome back.  Could you turn to Exhibit H

24   in plaintiff's exhibits, and if you could briefly look at page 1

25   and page 2 of this exhibit, I would appreciate it.

*176*

1    **A.**      (Witness complied.)

2    **Q.**      Could you identify these documents?

3    **A.**      Those are the announcements for the annual bonus for

4    employees.

5         MR. ERLICH:  Okay.  And I'd like to move these into

6    evidence.  There was no stated objection.

7         THE COURT:  Received.

8         (Plaintiff's Exhibit H admitted into the record.)

9    BY MR. ERLICH:

10   **Q.**      Mr. Chin-Bing, what are these documents?

11   **A.**      So, annually they have a employee's evaluation.  So,

12   they're monitoring the amounts subject with the grading, and the

13   grading is given by their immediate manager or supervisors.

14   **Q.**      Okay.  Is it accurate to characterize these two documents

15   as two bonuses which Ms. Nolasco received?

16   **A.**      Correct.

17   **Q.**      Okay.  Why did she receive these bonuses?

18   **A.**      I believe she has met some kind of expectation, because I

19   don't know her grading, but...

20   **Q.**      Okay.  So, turning back to Ms. Hung's qualifications, at

21   the time -- do you know in Ms. Hung's prior position -- which I

22   think was technically called technical manager -- how many

23   people did she supervise?

24   **A.**      I -- that was before my time.  I believe at least two

25   people.

1    **Q.**    Okay.

2    **A.**    Yeah.

3    **Q.**    Do you know how long Ms. Hung held that position?

4    **A.**    No, I don't.

5    **Q.**    Okay.

6    **A.**    Can I add in?  I think she was a technical manager maybe

7    around 2017, around that area.

8    **Q.**    Okay.

9    **A.**    Yeah.

10   **Q.**    Thank you.  Now, to the -- and miss -- did Ms. Hung work

11   out of the California office?

12   **A.**    Yes.

13   **Q.**    And do you recall prior to her receiving the senior

14   procurement manager position who Ms. Hung applied -- who

15   Ms. Hung's supervisor was?

16   **A.**    At that time she was reporting to two managers:  One is

17   called John -- Mr. John Kinsey; the other one is Mr. Mike Wills.

18   **Q.**    And what was Mr. Mike Wills' position?

19   **A.**    Mr. Mike Wills, and I'm sure he held two position.  I

20   think technically he was a -- he was managing the technical

21   area, okay, even though I questioned her technical knowledge;

22   and in addition, he's also the sales director for the retail

23   sections.  So in our business there are two parts:  Retail and

24   away from home, so he is a sales -- he was a sales director for

25   the retail sector.

1    **Q.**    Now, from a sort of organizational chart perspective --

2    **A.**    Sure.

3    **Q.**    -- was his position on the same level as, for example,

4    head of procurement?

5    **A.**    I couldn't tell you.  I have to review the whole chart.

6    **Q.**    Okay.  Was his a senior management position?

7    **A.**    Uh, he was a manager position.  I don't know how you

8    classify it as senior management.

9    **Q.**    Okay.  Where did miss -- where did Mr. Wills work out of?

10    **A.**    He actually live in Virginia, Strasburg, somewhere close

11    to our paper mill.

12    **Q.**    Okay.  Is there a reason that his work in Virginia was

13    acceptable to Solaris, but for this senior procurement manager

14    position, you were only looking at someone in California?

15    **A.**    Good question.  He was appointed prior to my arrival.

16    And personally I think with my restructure world it does not

17    make any sense.  First of all, he live very far away; and

18    secondly, he has a very limited technical knowledges (phonetic).

19    **Q.**    Did you at any point speak to Ms. Nolasco about whether

20    she'd be willing to relocate to California?

21    **A.**    No.

22    **Q.**    Okay.  Why not?

23    **A.**    I think that's more -- that offer should be initiated by

24    the human resource department, not by me directly.

25    **Q.**    After Ms. Hung was selected, did you at some point hear

*179*

1    that Ms. Nolasco was unhappy with the situation?

2    **A.**    Yes.  I was notified and shared information by the HR

3    department, who was Shelley.  Shelley told me that.

4    **Q.**    What did Ms. Farnham tell you about that?

5    **A.**    She told me Ms. Nolasco was depressed.  She was

6    disappointed she didn't get a position.  That's more of it.

7    **Q.**    Did she discuss the possibility of a discrimination claim

8    with you?

9    **A.**    Oh, no, absolutely not.

10   **Q.**    Okay.  Subsequent to that, did you decide to reach out to

11   Ms. Nolasco?

12   **A.**    Absolutely.  I was trying to be proactive, be positive.

13   I called her, just validate her value.  I call her, spoke with

14   her on the phone.  I remember vividly I told her she was a asset

15   to the company.

16        You know, unfortunately I have to pick the best of the

17   candidates, so she need to work on -- she needs more managerial

18   experiences.  I actually offer her the supervisor role.

19   **Q.**    Okay.  And how would that supervisory role been different

20   from the position she was already filling?

21   **A.**    She would have the last responsibility, and depending on

22   who she's going to report to.  So her direct report would be

23   determined by the new head, who will be the supply chain head by

24   Ronald.  I think department head will make that decision.

25   **Q.**    Did you tell Ms. Nolasco any of this?

1    **A.**      Absolutely, yes.

2    **Q.**      Did you discuss money with her?

3    **A.**      No, no.  That -- that's more a human resource job.  I'm

4    not at liberty to discuss any salary with employees.

5    **Q.**      Okay.  When you reached out to Ms. Nolasco, did you know

6    that Ms. Nolasco was concerned about discrimination?

7    **A.**      No.  I have no idea.

8    **Q.**      Did you discuss discrimination with Ms. Nolasco?

9    **A.**      No.

10   **Q.**      Did you discuss race with Ms. Nolasco?

11   **A.**      No.

12   **Q.**      We've heard testimony that you said "We like the White

13   people."

14           Is that something you said?

15   **A.**      Uh, no.  Absolutely not.

16   **Q.**      Okay.

17           THE COURT:  When did you first learn that Ms. Nolasco

18   thought that there was some type of discrimination?

19           THE WITNESS:  It is more become the core case.  I was

20   unaware of any of this even all occurred before -- you know,

21   after her resignations and also even with Sheila's departure.  I

22   do not have any --

23           THE COURT:  So, Ms. Farnham never mentioned it to you?

24           THE WITNESS:  She mentioned to me after -- after the

25   resignation of Ms. Nolasco, yeah.

```
 1          THE COURT:  Okay.  And so when was that?  That was my

 2   initial question.

 3          THE WITNESS:  I can't remember when she resigned.  I don't

 4   know the timeframe.

 5          THE COURT:  Okay.

 6          THE WITNESS:  Probably maybe two or three months after her

 7   resignation when I think someone initiated the case.

 8          THE COURT:  So two or three months after Ms. Nolasco

 9   resigned?

10          THE WITNESS:  I believe so.  That's my -- according to my

11   recollection.

12   BY MR. ERLICH:

13   Q.    Mr. Chin-Bing, did you say according to your record?

14   A.    Recollection.  I apologize.

15   Q.    Recollection.

16   A.    Recollection, sir.

17   Q.    I wanted to clarify if there was a written document.

18   A.    Thanks for asking.  Sorry about that.

19   Q.    I'll wrap up with this:  Mr. Chin-Bing, do you recall

20   providing a declaration for a filing with this court?

21   A.    Yes.

22   Q.    When you supplied that declaration, were you doing so out

23   of your own personal knowledge?

24   A.    Yes.

25   Q.    Okay.  Now, I'm just reading from paragraph 13 of that
```

1    affidavit which was attached to defendant's motion for summary

2    judgment.  It says "Chi Camil Hung" -- Ms. Hung -- "began her

3    employment with Solaris on August 1st, 2008 as a packaging

4    development specialist in the product development department,

5    and then was promoted to product supply supervisor in September

6    2009, and was promoted again to development manager in 2012, and

7    on August 26, 2017, her title changed to technical manager."

8    **A.**    That is correct.

9    **Q.**    Now, where did that information come from?

10   **A.**    Uh, I believe that's from the human resources department.

11   **Q.**    Okay.  Is this based on your own personal recollection?

12   **A.**    No, no.  I mean, that's -- I mean, she -- she was

13   employed at Solaris long -- much longer than me.  I just joined

14   Solaris Paper in 2020.

15   **Q.**    Okay.  Is this based on any documents that you personally

16   reviewed?

17   **A.**    No.  It was a -- the feedback from the human resources

18   department.

19   **Q.**    Okay.  So, when you executed this affidavit, did you know

20   this to be true?

21        MS. GATLING:  Objection, Your Honor.  This is improper.

22   This is not any impeachment.  I'm not sure what relevance this is

23   at this point.

24        THE COURT:  Why is it improper?

25        MS. GATLING:  I'm not sure what relevance this has at this

1    point.  I mean, is this -- I mean, he's not impeaching him.  He's

2    not saying that he's testified differently from his declaration.

3         THE COURT:  Why isn't it just a party statement?

4         MS. GATLING:  Again, but he's not saying he's testified

5    differently from it.  He's not asking him questions about it.

6    He's just saying -- he's asking about his declaration.  I'm not

7    sure how it's relevant at this point to ask him about a

8    declaration that was attached to a motion.  He can ask him -- I

9    mean, I think we're going to --

10        THE COURT:  Hold on.  Let me hear from Mr. Erlich.

11        MR. ERLICH:  Yes, Your Honor.  Two things:  One, I will

12   get to inconsistent statements; but, two, this goes to

13   Mr. Chin-Bing's credibility and the extent to which he actually

14   knows the things that were, one, in this affidavit, but, two,

15   what he actually recalls with respect to what he's testified to

16   today.

17        THE COURT:  Objection's overruled.

18        THE WITNESS:  The only way I can verify is to get

19   information from the human resources department.  I think those

20   are the very credible department.  I assume they have all the

21   documents, but I -- I mean, because a lot of things happened

22   prior to my arrival to Solaris, I have no way to validate

23   according to my own knowledge.

24   BY MR. ERLICH:

25   Q.    This affidavit says it was executed on April 16th, 2024

*184*

```
 1    in Orange, California.  Does that sound right to you?

 2    A.    Yes.

 3    Q.    At the time were you an employee of Solaris Paper?

 4    A.    Yes, but -- sorry.  Say that again.

 5    Q.    April 16th, 2024.

 6    A.    No.  I left May 31st, 2023.

 7    Q.    Okay.  So, at the time that you executed this affidavit,

 8    this information that's in the affidavit, did it come from your

 9    own personal knowledge?

10    A.    No.  It was verified with the HR department.

11    Q.    Did you verify it with HR?

12    A.    Yes, I did.

13    Q.    How so?

14    A.    I -- you know, I call the new HR -- there was a new

15    person replacing Shelley, and also I called -- to do more

16    verification, I called Ronald who had been with the company for

17    a long time.  Ronald, who is a HR head -- sorry, a supply chain

18    head.

19    Q.    Only one other thing directly here that I'm going to ask

20    you about, and that's -- 15 is, "At the time of her promotion,

21    Ms. Hung had ten years of experience in managing and training

22    employees at Solaris, worked out of its California office for 14

23    years, and will continue to work in person with her supervision

24    and other managers in California after her promotion to senior

25    manager."
```

1          So I just want -- I just want to clarify:  That is all

2   information that came from human resources, not from your own

3   recollection or records?

4   **A.**     Correct.

5   **Q.**     Okay.

6          MR. ERLICH:  That's all I have, Your Honor.

7              <u>CROSS-EXAMINATION OF DAVID CHIN-BING</u>

8   <u>BY MS. GATLING</u>:

9   **Q.**     Good afternoon, Mr. Chin.

10  **A.**     Good afternoon.

11  **Q.**     Mr. Chin, when you worked as CEO of Solaris, how many

12  employees did you have reporting to you?

13  **A.**     Approximately 6- to 700 employees.

14  **Q.**     And when you worked at Solaris, can you tell me:  How

15  would procurement relate to product development?

16  **A.**     Uh, you had to deal with costs, so any costs-related

17  issues, it's -- I think a procurement department plays a big

18  role on that.

19         And I want to add something as well.  I think in my

20  restructure role, 90 percent is -- procurement is about cost

21  saving, but at that timing, 90 percent of cost saving is somehow

22  supply chain really, so which is regarding inventory, trucking,

23  all the logistic costs.

24  **Q.**     Okay.  And I'd like to show you -- if I could get you to

25  look at Defendant's Exhibit 13, which has been admitted, and if

```
 1    you could turn to tab 13.
 2    A.      Okay.
 3    Q.      Are you familiar with this document?
 4    A.      Yes, absolutely.
 5    Q.      What document is this?
 6    A.      It's an employee's handbook.
 7    Q.      Okay.  Were you familiar with the fact that Solaris had
 8    an EEO policy in its employee handbook?
 9    A.      Absolutely.
10    Q.      And tell me about Solaris' EEO policy?
11    A.      You know, it's a very fundamental nondiscriminatory
12    policy.  People -- employees should not be discriminated
13    according to their race, color of their skins, country of
14    origins, you know, so on and so forth.
15    Q.      Okay.  And you had training on this policy?
16    A.      Yes, absolutely.
17    Q.      Okay.  And I want to talk to you about the senior
18    procurement management position.  Tell me:  Why was this
19    position created?
20    A.      Uh, because -- the main reason I was assigned to Solaris,
21    I need to turn the company around, so restructuring has become a
22    big part of my assignment.
23            So just to give you a little bit of histories, prior to
24    my arrival, I think Solaris has exist 10 to 15 years.  They
25    never have been profitable, so they need to send someone
```

1    experienced, going in to assess and monitor and make some

2    changes.  So that become a very important -- I played an

3    important role in that timeframe.

4    **Q.**    Okay.  And then I know you said you wanted it to be

5    profitable, but then why did you create the senior procurement

6    management position?

7    **A.**    It is a new positions (phonetic).  I -- I -- I don't

8    think procurement should be stand-alone, because in the FMCG

9    world -- which the fast moving customer goods -- you know, they

10   are the big part of operation.  They are not the traditional

11   buying of a pan, a book from Staples.  They are the integral

12   part of our operations because they deal with every cost

13   savings.  So I decide to integrate procurement as -- under the

14   supply chain department, yes.

15   **Q.**    Okay.  So I'd like you to look at Plaintiff's Exhibit PP.

16         THE COURT:  How does that deal with -- you said you wanted

17   to integrate it under the supply chain.  How does that deal with

18   the proper development piece?  Is that normally under the supply

19   chain product development?

20         THE WITNESS:  Yes, because at that time, you know, we are

21   not very competitive, so product development is also a big part

22   of my role.  So, any product development has to do with cost,

23   which is packaging cost, material costs.  At that time it's --

24   for example --

25         THE COURT:  No, I understand that piece because you

1    testified to that earlier.

2         THE WITNESS:  Yeah.

3         THE COURT:  I'm asking:  How does product development fit

4    in with that, to the supply chain?

5         THE WITNESS:  I apologize.  Sorry.  I didn't clarify.  I

6    apologize.  So I need someone to know the product -- can I give

7    you a little background?

8         THE COURT:  Sure.

9         THE WITNESS:  That year has been the worst and the best

10   time in my career.  To share with you, because as a businessman

11   to go through COVID, it's a nightmare.  So, for example, we

12   are -- we buy the material from overseas.  The container cost,

13   the shipping costs become 500 percent.  Okay?  There is a lot of

14   logistics truckers.  We can't find any truckers to deliver.

15   Everything is just -- have no one.  So I had to make some

16   desperate decisions.

17        So at that time, I don't have time to find someone to

18   train.  I need to find someone who knows procurement, know the

19   product, know the operation, and act immediately because there

20   are lots of costs associated with it.

21        So, again, product deal with -- and at that time, we -- we

22   have several projects for new product.  I believe tissue --

23   sorry.  I can give a little detail.  Tissue is almost mostly

24   1- or 2-plies.  At that time, in order for us to compete with the

25   big players like Kimberly-Clark, we are developing the tissue

*189*

1    with 3- or 4-ply, so stronger, you know, better quality.

2         And there are many development project in place.  I had to

3    implement.  It was a target setup by the headquarters.  So I need

4    someone know the operation, know the product really well, and as

5    well as to cut the costs.  I think cutting the costs become a

6    very important objective during that time.

7    BY MS. GATLING:

8    **Q.**    Okay.  Mr. Chin, if you would look at Plaintiff's Exhibit

9    PP, it should be the last one in the binder.

10   **A.**    Yes.

11   **Q.**    Do you recognize this document?

12   **A.**    Yes, I have.

13   **Q.**    Okay.  And what is this document?

14   **A.**    This is just a public announcement to the -- all

15   employees that Ms. Chan is no longer with the company and with a

16   new role of Camil Hung.

17   **Q.**    And when you were talking about the restructuring that

18   you wanted to do, was this an announcement about the

19   restructuring that you were talking about?

20   **A.**    Yes, that's part of restructuring.

21   **Q.**    Okay.  And this restructuring, did it affect employees

22   other than Ms. Hung?

23   **A.**    I mean, aside from this, I make very much changes, so if

24   I can share it.  Are you talking about this letter or just what

25   kind of changes have I --

1    **Q.**    What changes you made during the restructuring.

2    **A.**    I made many changes.  So, for example, I -- I -- I change

3    the sales help for both retails and away from home.  I hire a

4    marketing head stationed in California office.  I restructured a

5    finance accounting department.  And also I hired a new mail head

6    for Mercury Paper, who -- which is located in Virginia.

7    **Q.**    Okay.

8    **A.**    And I also promoted a new mail head in California.  So he

9    was a engineer, and I just promoted him.

10   **Q.**    Okay.  So, I know as a part of this restructuring -- and

11   looking at Exhibit PP -- this restructuring affected Ron Iswono;

12   is that correct?

13   **A.**    Correct.

14   **Q.**    And to your knowledge, what is Ron Iswono's race?

15   **A.**    Asian.

16   **Q.**    Okay.  It also affected John Kinsey; is that correct?

17   **A.**    Correct.

18   **Q.**    What is John Iswono's -- I'm sorry, John Kinsey's race?

19   **A.**    White.

20   **Q.**    Okay.  Do you know Ron Iswono's nation- -- what country

21   he's from?

22   **A.**    He's from Indonesia.

23   **Q.**    Okay.  Do you know where John Kinsey's from?

24   **A.**    No.

25   **Q.**    Okay.  But you weren't considering anyone's race in

1    determining how to restructure the company?

2    **A.**     Those were absolutely irrelevant.

3         Can I add something?  The mail head I hired for Mercury

4    is What.  The mail head for Riverside, California is

5    African-American.  Both sales heads for retail away from home

6    are White.  So race is absolutely irrelevant with my

7    qualifications.

8    **Q.**     Were you considering where -- what country anyone was

9    from when you were making decisions about --

10   **A.**     Absolutely not --

11   **Q.**     -- restructuring?

12   **A.**     That's irrelevant.

13   **Q.**     Okay.  And you said that you made the decision to select

14   Camil Hung for the senior procurement manager; is that correct?

15   **A.**     Correct.

16   **Q.**     Why did you select Camil Hung to be senior procurement

17   manager?

18   **A.**     Because of her qualities and her qualifications.

19   **Q.**     And what qualifications made her the best candidate to be

20   the senior procurement manager?

21   **A.**     First, I -- she is very tenured in the company.  I always

22   like to promote employees within.  I think that's a good message

23   to send to all the employees.  "Guys, I'm not trying to hire

24   someone parachute.  I like to promote someone from within."  She

25   had extensive technical knowledges with products, and also

1    because she has been working at the paper plant, so she know how

2    the machine work, how the supply chain -- she was -- she's right

3    there.

4         I believe she has a college degree.  It's a good UC

5    school.  I stated earlier she's very -- couple of projects I

6    assigned to her.  She's very detailed, very organized, very

7    punctual.  One thing bring into my mind, she's very punctual on

8    her timing, so I found she's very reliable.

9         So, during that time, it's a COVID time, I mean, I'm

10   desperate.  I need to find someone not, I think they can

11   succeed.  I need to find someone I know they can succeed, so

12   that's why I picked her.

13   Q.    Okay.  And why was it important for you to have a senior

14   procurement manager in California?

15   A.    Because supply chain's a big part of an organization.

16   They have to be -- have a strong collaboration among every other

17   department, especially sales, so -- and to do that -- supply

18   chain head, Ronald, is located in California.  I stated earlier,

19   HR head is in California.  Marketing head is in California.  Our

20   comptroller, who is the head of the financial department, is

21   located in California.  So pretty much, aside from sales, all

22   the department head, which is the senior level, are all located

23   in California.

24   Q.    And when -- did you talk to Sheila Chan about her -- you

25   know, after you selected Camil Hung, did she make any comments

1    to you about the fact that she thought you should have selected

2    Ms. Nolasco?

3    **A.**    I think she has expressed her dissatisfaction.  She was

4    not pleased.  I remember the closing statement when I had a

5    meeting with her in her office, that farewell meeting the last

6    time I spoke with her.  She mentioned some -- the last sentence

7    she says "The Asian with slanted eyes."

8    **Q.**    That's what Ms. Chan said to you?

9    **A.**    Exactly, 100 percent.  I -- and that made me very

10   uncomfortable, being a Asian, for a Asian to say that to me.  I

11   didn't say a words.  I just walk out immediately.

12   **Q.**    Okay.  And so Ms. Chan said that to you?

13   **A.**    Absolutely 100 percent.

14   **Q.**    But you never said that to her?

15   **A.**    No.

16   **Q.**    Okay.  Did you consider Ms. Hung's race when you were

17   deciding whether to select her?

18   **A.**    Absolutely irrelevant.

19   **Q.**    Did you consider Mrs. Nolasco's race when you decided --

20   **A.**    Absolutely not.

21   **Q.**    -- not to select her?

22        Did you consider where Ms. Nolasco was from when you

23   decided not to select her?

24   **A.**    No.

25        Can I add something.

1    **Q.**    Yes, absolutely.

2    **A.**    I am minority in this country, and I -- it is not easy

3    for me to succeed, and I did that.  I will never put anyone go

4    through the same experience I had.  Try to imagine a minority

5    starting in a very conservative paper environment, but I did

6    well.  So I, as a -- as a very honorable person, your country of

7    origin, your race was -- will never be an issue in my playbook.

8        MS. GATLING:  No further questions.

9            <u>REDIRECT EXAMINATION OF DAVID CHIN-BING</u>

10   <u>BY MR. ERLICH</u>:

11   **Q.**    Mr. Chin-Bing, in late February, early March of 2022, how

12   many senior procurement roles were open at Solaris?

13   **A.**    What, open?  I'm not following.

14   **Q.**    Sure.  How many positions were available at that time?

15   **A.**    In procurements or in every other --

16   **Q.**    In procurement.

17   **A.**    I -- I can't recall because there will be a sequence.

18   And let me tell you why I can't.  I can't -- I am not specific.

19   During COVID time every five days I receive someone's

20   resignation.  I mean, the stack was that high (indicating).

21   It's -- I think everyone should experience that.

22        So, pretty much I have to sign many RP requisition form

23   on a weekly basis.  Almost every five days someone resigning,

24   and someone either go to the next door, people pay a dollar

25   higher, or someone pay a 23-year old double their salary.  So, I

*195*

1    mean, there are many openings during that time, so I can't

2    pinpoint the timeframe.  I apologize.

3    **Q.**    That's fine.  But when you were in the process of

4    Ms. Hung being elevated to the senior procurement manager

5    position, do you recall if there were any other positions at

6    that level in procurement that you were filling at that time?

7    **A.**    No, not --

8    **Q.**    Just the one?

9    **A.**    Just one.

10   **Q.**    Okay.  It's -- you mentioned a moment ago that Ms. Chan

11   made this comment about slanted eyes in your -- in your last

12   conversation with her?

13   **A.**    Correct.

14   **Q.**    Having heard that, did you -- did you do any sort of

15   investigation into why she had that -- why she believed that?

16   **A.**    Why should I do that?  She's leaving the company.  And,

17   again, that's probably the last sentence I spoke with her.  I

18   don't want to create any animosity.  If she's a current

19   employee, that's a different story.  She's leaving the company,

20   and she's probably the last session I'll have with her.  I chose

21   not to create any confrontation, so I walk out the room.

22   **Q.**    Okay.  But subsequent to you walking out of the room,

23   there was no investigation of her concerns?

24   **A.**    No, because I never shared with anyone.

25        MR. ERLICH:  That's all I have.

```
 1              THE COURT:  All right.  Mr. Chin, you are excused.

 2              THE WITNESS:  Thank you.

 3              THE COURT:  Correct, he's done?

 4              MS. GATLING:  Yes.

 5              THE COURT:  And you formally rest?

 6              MR. ERLICH:  Yeah, plaintiff rests.

 7              THE COURT:  And you formally rest?

 8              MS. GATLING:  Your Honor, we'd like to move for dismissal

 9   for -- I mean, we --

10              THE COURT:  But -- okay.  Mr. Chin, you are excused.

11              THE WITNESS:  Okay.  Thank you.

12              THE COURT:  Yeah.

13              MS. GATLING:  At the end of the plaintiff's case.

14              MR. ERLICH:  Yes.  Your Honor, I think we have put

15   evidence into the record.

16              THE COURT:  Well, I think we need to let her make her

17   motion.

18              MR. ERLICH:  Oh, okay.  Sorry.  I didn't realize that.

19              MS. GATLING:  No problem.  Your Honor --

20              THE COURT:  Go ahead, Ms. Gatling, come --

21              MS. GATLING:  -- we would like to --

22              THE COURT:  -- to the podium.

23              MS. GATLING:  Okay.  Sorry.  Your Honor, we'd like to move

24   for dismissal based on the fact that we do not believe the

25   plaintiff has been able to prove on several grounds.  Plaintiff
```

1   has been fully heard on their case.  We do not think that

2   plaintiff, for one, has proved that she was the most qualified

3   candidate.  That's certainly based on the testimony that has been

4   presented here.  The testimony has shown that plaintiff did not

5   have sufficient management experience, did not have a bachelor's

6   degree, did not have the level of experience that they were

7   looking for.  The decision-makers have testified to that.

8       Additionally, plaintiff has not proven sufficient mental

9   distress to meet the standard in order to get compensatory

10  damages for mental distress.

11      Plaintiff has not proven sufficient evidence to even get

12  punitive damages.  We've shown that the company had a policy,

13  Your Honor, to prevent discrimination.  She cannot just get

14  punitive damages just by alleging discrimination.  In fact, her

15  complaint does not even allege that she would be entitled to

16  punitive damages, and so she cannot even move for punitive

17  damages or ask for punitive damages when they are not asserted in

18  her complaint, Your Honor, so we do believe that she does not

19  have a basis upon which to get punitive damages, Your Honor, to

20  the extent that she would try to request any types of punitive

21  damages.

22      We also believe that she hasn't even alleged what national

23  origin she would be seeking, Your Honor.  She continues to talk

24  about Asian, which is not, in fact, a national origin.  She

25  hasn't talked about the country which Ms. Hung allegedly would be

1    from.  She talks -- she continues to just talk about race.

2    Race --

3         THE COURT:  She doesn't have to talk about Ms. Hung's

4    national origin.  It's hers that's at issue.

5         MS. GATLING:  Hers, and, again, Your Honor, she says her

6    national origin, but she's not saying that people from a

7    different national origin.  She hasn't proven what national

8    origin Ms. Hung is from, Your Honor.  She hasn't said whether

9    Ms. Hung is from the U.S. or what national origin she's from.

10   She just continually talks about Asian.  Asian is a race, Your

11   Honor.  That's not a national origin, Your Honor.  She hasn't put

12   anything into the record to say what national origin Ms. Hung

13   would be from.  There's no evidence in the record of what

14   national origin Ms. Hung is, Your Honor.  She hasn't put any

15   evidence to show the national origin of Ms. Hung to suggest any

16   type of national origin discrimination.  So we do think that we

17   would move on that.

18        And so, Your Honor, we think that we're moving for a 52(c)

19   motion on those findings.

20        THE COURT:  Mr. Erlich.

21        MR. ERLICH:  Your Honor, I believe we've shown that,

22   according to defendant's own documentation, Ms. Nolasco was the

23   most qualified.  She does not have all of the qualifications that

24   they are saying now that the job requires, but by their own

25   Manpower request form, she had the most management experience.

1    She had the certifications.  She had the same applicability of

2    her degree as miss -- as Ms. Hung had.  The form says bachelor's

3    degree in business preferred.  It does not say a bachelor's

4    degree is required, and Ms. Nolasco has a degree in business.  It

5    is, at best, a wash in that regard.

6         She has management experience.  She had far more

7    procurement experience.  By the letter of the Manpower request

8    form, there's no doubt that Ms. Nolasco was the most qualified.

9         So I don't -- and with respect to national origin, Your

10   Honor, I just want to point out, the -- her EEOC form and her

11   complaint both reference race and national origin.  I think at

12   some point today -- and I -- my memory might be wrong, but I

13   think the fact that Ms. Hung was Taiwanese came into evidence

14   today, and I --

15        THE COURT:  I don't know if it came in today or not.  You

16   may need to look back on the testimony of Ms. Chan.  I don't

17   remember off the top of my head whether that was addressed.

18        MR. ERLICH:  Yes, Your Honor.  And I might be thinking to

19   a deposition or something like that when I'm thinking back.  I

20   know that it came out in testimony.  I don't -- I honestly don't

21   recall if it was then.

22        But -- and then with respect to punitive damages, I mean,

23   we certainly would love to have access to punitive damages, but

24   they're not in the complaint.  So, you know, we certainly think

25   that there's no prejudice caused by Ms. Nolasco seeking punitive

1    damages at this point because it wouldn't have changed anything

2    in the trial, didn't cause any delay, but --

3            THE COURT:  But --

4            MS. GATLING:  -- I'm not change -- that doesn't change the

5    fact that Ms. Nolasco wrote this complaint per se -- or pro se,

6    and didn't include punitive damages in the --

7            THE COURT:  Unless you have a case that says that a court

8    can grant punitive damages when they haven't been requested --

9            MR. ERLICH:  I don't have a case off the top of -- off the

10   top of my head, Your Honor.  And, you know, as I said, I -- it's

11   a *pro se* complaint and it's not there.  I'm not going to tell you

12   that it is.

13           But, Your Honor, I think -- I think that addresses both

14   of --

15           THE COURT:  Not the mental distress or the emotional

16   distress argument that Ms. Gatling makes.

17           MR. ERLICH:  Yes.  Your Honor, I say -- I don't know what

18   the standard is off the top of my head, but it's --

19           THE COURT:  Because it's not a stand-alone claim for

20   emotional -- intentional infliction of emotional distress,

21   correct?

22           MR. ERLICH:  That's correct, Your Honor.  Right.  To -- to

23   my -- to my knowledge, that is a damages question.  We're -- by

24   and large we're talking about liability here.  This isn't like a

25   contract case where without damages you don't have liability.

```
1   And ultimately, that's going to be your decision post-trial if
2   you have a liability finding, but I don't think it affects a Rule
3   53 motion.
4         THE COURT:  I'm denying your 50 motion.  I think there's
5   ample evidence here.  I'm not sure about this issue of punitive
6   damages, but the evidence that I've heard coming in today and
7   what I've observed in that video was compelling.  It's at least
8   enough to get beyond the stage of a Rule 50 motion.
9         I think there are two problems here, because there is
10  both -- they've offered evidence of direct discrimination, as
11  well as under the burden shifting.
12        In terms of -- and I don't know off the top of my head
13  whether or not Ms. Hung's nationality came up in the testimony
14  today.  I do know that they have offered ample evidence as to
15  race discrimination.
16        I don't want to say too much, but you've got some
17  credibility issues.  Okay?  When I look at and assess these
18  witnesses.
19        So, I was going to -- I wasn't anticipating us finishing
20  with the entire testimony today.  I need to review some things.
21  I know that there was what would be seemingly conflicting
22  testimony as to what the true qualifications for this position
23  is, but this Manpower request form speaks volumes.  The only
24  thing -- bachelor's degree is preferred.  That says management
25  experience is required, but there is no caveat for incompetent
```

1   management experience here.  A bachelor's degree is preferred.

2   The only thing that is strongly preferred on here is the five

3   years of experience in procurement.  I don't know.  There's

4   definitely enough to get beyond the Rule 50.

5           And in terms of your arguments as to the emotional piece,

6   there was testimony regarding the distress and the physical

7   manifestations of that.  So, it's enough to get beyond the Rule

8   50 stage.

9           I'm not going to be able to provide Findings of Facts at

10  this late hour, and so what I can do is offer you all the

11  opportunity to submit some proposed Findings of Facts and

12  Conclusions of Law.  I'll give you ten days, and then I will

13  issue my ruling.

14          Is there anything further?  Did you have -- did you

15  have -- were you in the position to formally rest?  Did you want

16  to put in?

17          MS. GATLING:  Yes, I can formally rest, Your Honor.  I

18  mean, I -- we'd want to move also on the issue of damages, Your

19  Honor, because she's certainly testified that she has mitigated

20  all of her damages, but --

21          THE COURT:  Okay.  You can do additional briefing as to

22  damages --

23          MS. GATLING:  Okay.

24          THE COURT:  -- within that same ten days in those proposed

25  those findings to me.

1        MS. GATLING:  Okay.

2        THE COURT:  Is ten days sufficient?

3        MS. GATLING:  Yes.  We would like to get a copy of the

4    transcript, but yes.

5        MR. ERLICH:  Your Honor, the only thing I was going to

6    mention is that I believe -- whether ten days is sufficient for

7    us, but I don't know how fast Mr. Wallace can produce a

8    transcript, because we will want to see that when putting it

9    together, if possible.

10        THE COURT:  Mr. Wallace?

11        I mean, you all can order a daily copy, but he could do it

12    on an expedited basis.

13        How long, Mr. Wallace, and I'll factor that in.

14        THE COURT REPORTER:  I'd probably say a couple of days.

15        THE COURT:  Okay.  I'll give you all 14.

16        MR. ERLICH:  Fair enough, Your Honor.

17        MS. GATLING:  Thank you, Your Honor.

18        THE COURT:  All right.  If there's nothing else, then

19    we're adjourned.

20        MS. GATLING:  Thank you, Your Honor.

21        MR. ERLICH:  Thank you, Your Honor.

22        (Proceedings adjourned at 5:05 p.m.)

23

24

25

1

2

3                         **C E R T I F I C A T E**

4

5              I, Scott L. Wallace, RDR-CRR, certify that
    the foregoing is a correct transcript from the record of
6   proceedings in the above-entitled matter.

7      /s/ Scott L. Wallace                    11/15/24
       ----------------------------        ----------------
8        **Scott L. Wallace, RDR, CRR            Date**
           **Official Court Reporter**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [1] - 54:18
**$11,000** [1] - 53:25
**$15,000** [1] - 165:19
**$5,000** [1] - 138:25
**$64,000** [2] - 42:21; 53:4
**$70,000** [3] - 42:22; 84:15, 18

## '

**'19** [1] - 134:12
**'20** [1] - 134:12
**'Ms** [2] - 106:20; 110:6

## /

**/s** [1] - 204:2

## 0

**04/03/2022** [1] - 97:21

## 1

**1** [6] - 86:19; 92:8; 110:24; 148:5; 175:24; 188:24
**1.5** [1] - 61:10
**1/2** [1] - 44:23
**10** [4] - 95:5; 168:24; 173:8; 186:24
**100** [3] - 4:14; 193:9, 13
**10:00** [1] - 1:6
**10:01** [1] - 5:2
**11** [5] - 4:11; 63:5, 19, 21; 64:7
**11/15/24** [1] - 204:2
**110,000** [1] - 138:1
**112** [1] - 3:8
**11:20** [1] - 57:7
**11:40** [1] - 57:7
**12** [6] - 1:6; 5:1; 12:20, 25; 111:17; 138:23
**12:30** [1] - 86:12
**12:50** [1] - 111:15
**12th** [1] - 60:15
**13** [14] - 4:12; 64:4, 21; 65:4, 6; 66:1, 7; 128:20; 145:9; 173:8; 181:25; 185:25; 186:1
**133** [1] - 4:15
**136** [1] - 55:5
**137** [1] - 4:16
**14** [11] - 14:21; 15:1, 6; 65:10, 20; 66:20, 22-23; 184:22; 203:15
**143** [1] - 3:9
**147** [1] - 4:17
**15** [4] - 57:5; 161:11; 184:20; 186:24
**15,000** [1] - 138:22

**1550** [2] - 1:15, 19
**16** [1] - 107:15
**16th** [2] - 183:25; 184:5
**170** [1] - 3:10
**175** [1] - 3:11
**176** [1] - 4:18
**18** [9] - 4:17; 66:12; 128:23; 147:6, 15, 18; 170:13; 173:8
**1800** [2] - 2:3, 7
**185** [1] - 3:12
**18th** [1] - 44:7
**19** [1] - 57:15
**194** [1] - 3:14
**1991** [2] - 9:13; 10:7
**1:23-cv-01631-PTG-WBP** [1] - 1:4
**1:23-cv-1631** [1] - 5:4
**1:55** [1] - 111:11
**1:59** [1] - 111:18
**1st** [2] - 143:17; 182:3

## 2

**2** [6] - 30:23; 86:10; 110:25; 146:9; 158:8; 175:25
**2-A** [1] - 99:8
**2-plies** [1] - 188:24
**20** [13] - 4:10; 59:14, 24; 60:18, 20; 61:18; 76:19; 95:5; 159:4; 161:20, 22; 164:3
**2000s** [1] - 11:15
**2004** [1] - 12:15
**2007** [1] - 12:15
**2008** [2] - 102:20; 182:3
**2009** [2] - 82:21; 182:6
**2012** [1] - 182:6
**2016** [3] - 16:2; 143:17; 170:12
**2017** [3] - 136:4; 177:7; 182:7
**2018** [20] - 7:10, 22-23; 17:5, 7; 40:24; 49:8; 57:15; 62:16, 18, 20-21, 23; 65:24; 134:7, 12, 24; 136:4, 7; 173:3
**2019** [10] - 26:23; 83:19; 134:7; 136:4, 7; 170:12, 14, 16; 171:20; 173:3
**202-630-9546** [1] - 1:17
**2020** [19] - 8:2; 23:14; 65:16, 25; 66:19, 24; 70:24; 87:22; 132:8; 134:7, 25; 157:10, 16; 170:14, 20; 173:3; 182:14
**2021** [4] - 156:13, 22; 171:20
**2022** [12] - 27:22; 32:15; 41:25; 44:15; 53:18; 55:23; 71:19; 72:24; 97:22; 98:9; 114:1; 194:11
**2023** [4] - 88:1; 113:10; 143:15; 184:6
**2024** [5] - 1:6; 5:1; 111:17; 183:25; 184:5
**209** [1] - 64:15
**21** [2] - 104:19; 162:22
**22** [5] - 4:3; 106:19; 149:22, 24
**22102** [2] - 2:4, 8
**22209** [2] - 1:16, 20
**22314-5798** [1] - 2:16

**23-year** [1] - 194:25
**24** [2] - 4:5; 97:13
**24/7** [1] - 11:25
**25** [1] - 97:13
**25,000** [1] - 138:9
**26** [3] - 106:15; 110:4; 182:7
**29** [1] - 163:14
**2:00** [2] - 86:16; 111:1

## 3

**3** [6] - 57:23; 121:5; 138:12; 156:10; 189:1
**30** [2] - 4:6; 161:16
**31** [1] - 164:3
**31st** [2] - 88:1; 184:6
**39** [1] - 4:7
**3:34** [1] - 161:13
**3:55** [1] - 161:13
**3rd** [4] - 72:23; 73:13; 97:22; 98:10

## 4

**4** [7] - 68:12; 77:16, 24-25; 78:15, 17, 21
**4-ply** [1] - 189:1
**40** [2] - 146:21; 148:13
**401** [2] - 2:15
**401(k** [1] - 150:9
**41** [1] - 107:13
**43** [1] - 144:23
**443-584-6558** [1] - 2:16
**4th** [2] - 98:9

## 5

**5** [2] - 174:11, 15
**50** [5] - 4:8; 201:4, 8; 202:4, 8
**500** [3] - 2:3, 8; 188:13
**52(c** [1] - 198:18
**53** [1] - 201:3
**57** [1] - 3:5
**59** [1] - 4:9
**5:05** [1] - 203:22

## 6

**6** [6] - 3:4; 4:9; 58:12, 25; 59:2; 185:13
**60** [1] - 4:10
**63** [1] - 4:11
**65** [1] - 4:12
**66** [1] - 4:13

## 7

**700** [3] - 1:16, 20; 185:13

**703-286-3143** [1] - 2:4
**703-286-3169** [1] - 2:9
**703-791-9087** [1] - 1:21
**703-842-8211** [1] - 2:5
**75** [2] - 53:24; 54:13
**77th** [1] - 44:9
**7th** [6] - 32:15; 41:18; 44:3, 8; 55:22

## 8

**8** [1] - 44:23
**80** [1] - 159:2
**83** [1] - 76:17
**87** [1] - 3:6
**8:00** [2] - 103:6
**8th** [1] - 44:15

## 9

**90** [2] - 185:20
**90,000** [1] - 54:13
**99** [1] - 14:5
**9th** [1] - 41:25

## A

**a.m** [4] - 1:6; 5:2; 57:7
**able** [5] - 32:6; 118:6; 156:19; 196:25; 202:9
**above-entitled** [1] - 203:25
**abs** [1] - 13:21
**Absolutely** [1] - 18:15
**absolutely** [34] - 15:9; 18:15; 21:20; 22:17; 26:19; 27:2; 31:25; 34:11; 35:5; 36:12; 49:22; 51:16; 52:22; 53:9; 55:16; 69:13; 74:12; 83:2; 84:2; 96:12; 179:9, 12; 180:1, 15; 186:4, 9, 16; 191:2, 6, 10; 193:13, 18, 20; 194:1
**accept** [1] - 159:22
**acceptable** [1] - 178:13
**accepted** [2] - 47:25; 48:2
**accepting** [1] - 136:25
**access** [2] - 131:5; 199:23
**accommodate** [1] - 111:20
**accommodating** [1] - 174:3
**accordance** [1] - 146:16
**according** [5] - 181:10, 13; 183:23; 186:13; 198:22
**accounting** [2] - 14:23; 190:5
**accurate** [8] - 7:18; 24:11; 31:24; 97:9; 99:9, 24; 100:3; 176:14
**accurately** [2] - 19:7; 24:4
**achieve** [1] - 32:9
**achieved** [1] - 14:4
**acknowledge** [1] - 70:3
**acknowledged** [1] - 65:16
**acknowledgment** [6] - 63:11;

65:22-24; 66:1
**acquired** [2] - 12:23; 13:16
**acquiring** [1] - 15:23
**act** [1] - 188:19
**Action** [2] - 1:4; 5:4
**action** [1] - 13:20
**actions** [1] - 153:13
**activities** [1] - 14:12
**activity** [2] - 12:4; 93:14
**actual** [5] - 64:15; 113:24; 135:8, 11, 14
**ad** [1] - 17:23
**add** [6] - 122:4; 149:18; 177:6; 185:19; 191:3; 193:25
**addition** [7] - 32:3; 89:7; 118:16; 138:21; 144:9; 152:1; 177:22
**additional** [7] - 10:5, 8, 10; 50:7; 138:22; 160:3; 202:21
**additionally** [1] - 197:8
**addressed** [1] - 199:17
**addresses** [1] - 200:13
**adjourned** [2] - 203:19, 22
**adjustment** [1] - 138:22
**admitted** [59] - 4:3-18; 19:22, 25; 20:2, 7, 11; 21:13, 19; 22:1-3, 18, 24; 24:10; 30:21; 39:11; 50:12; 51:9, 17; 58:24; 59:2; 60:17, 20; 63:19, 21; 65:3, 6, 20; 66:5, 7; 72:15; 78:15; 82:7; 100:18; 133:5; 137:22; 145:12; 147:18; 149:24; 155:20; 166:15; 176:8; 185:25
**admitting** [1] - 22:9
**advance** [1] - 23:6
**advantages** [2] - 102:15; 103:15
**affairs** [1] - 92:21
**affect** [2] - 94:7; 189:21
**affected** [4] - 166:25; 167:4; 190:11, 16
**affects** [1] - 201:2
**affidavit** [6] - 182:1, 19; 183:14, 25; 184:7
**affiliated** [2] - 88:9; 89:17
**affirmatively** [4] - 108:18, 25; 135:24; 136:9
**AFH** [1] - 166:23
**African** [1] - 191:5
**African-American** [1] - 191:5
**AFTERNOON** [1] - 111:17
**afternoon** [8] - 87:12; 112:4; 143:12; 161:10; 185:9
**age** [2] - 146:21; 148:13
**ago** [5] - 15:19; 30:15; 53:3; 107:8; 195:10
**Ahalt** [2] - 7:23
**ahead** [14] - 18:16; 39:3; 114:22; 116:7; 123:11; 126:6; 156:2; 160:19; 171:12-14; 172:21; 196:20
**aided** [1] - 2:18
**Alexandria** [1] - 2:16
**allege** [1] - 197:15

**alleged** [1] - 197:22
**allegedly** [1] - 197:25
**alleging** [1] - 197:14
**Allen** [2] - 164:4
**allowed** [1] - 111:22
**almost** [3] - 115:1; 188:23; 194:23
**alone** [4] - 12:22; 187:8; 200:19
**amber** [1] - 5:16
**America** [2] - 89:2, 6
**American** [5] - 2:12; 49:3; 145:25; 167:16; 191:5
**Americas** [1] - 2:11
**amount** [3] - 26:25; 32:7; 138:16
**amounts** [1] - 176:12
**ample** [2] - 201:5, 14
**analyst** [10] - 8:11; 17:9; 49:17; 58:5; 67:2, 4, 7, 12; 68:4
**ancestry** [1] - 146:21
**Andre** [18] - 18:23; 26:6; 67:17, 20; 68:9, 17; 69:15; 72:6; 75:24; 83:20
**Angelini** [2] - 2:10; 5:13
**angry** [2] - 43:12, 16
**animosity** [1] - 195:18
**Anne** [3] - 112:6; 163:14, 20
**announced** [7] - 30:7; 72:19; 75:11; 160:25; 166:17; 167:1, 4
**announcement** [3] - 166:7; 189:14, 18
**announcements** [1] - 176:3
**annual** [2] - 138:1; 176:3
**annually** [1] - 176:11
**answer** [16] - 29:25; 47:4; 66:19; 70:3; 89:16; 91:23; 94:17; 117:1; 119:9; 123:17, 21; 125:16; 126:3; 163:12; 172:19
**answer's** [1] - 104:6
**answered** [3] - 49:13; 110:12; 124:1
**anti** [1] - 148:9
**anti-discrimination** [1] - 148:9
**anticipated** [1] - 138:24
**anticipating** [1] - 201:19
**anytime** [2] - 53:14; 102:4
**anyway** [1] - 152:25
**apart** [1] - 103:9
**API's** [1] - 139:1
**apologize** [12] - 99:13; 100:14; 104:6; 106:23; 123:2, 13; 137:19; 170:8; 181:14; 188:5; 195:2
**apologized** [1] - 84:6
**apologizing** [1] - 151:9
**APP** [5] - 48:23; 89:8; 163:18
**appear** [1] - 97:9
**APPEARANCES** [2] - 1:13; 2:1
**appearances** [1] - 5:5
**appeared** [1] - 140:2
**appearing** [1] - 173:24
**applicability** [1] - 199:1
**applicable** [2] - 146:16; 148:19
**applicant** [1] - 146:17
**applicants** [2] - 97:18; 148:11

**application** [4] - 59:22; 60:9, 22
**applied** [11] - 7:11; 17:22-24; 62:6; 81:13, 15, 19; 108:13, 15; 177:14
**applies** [1] - 147:2
**apply** [2] - 7:8; 109:15
**applying** [1] - 109:18
**appointed** [2] - 32:21; 178:15
**appraisal** [7] - 134:22; 135:6, 8; 155:4, 7, 25
**appraisals** [6] - 134:24; 135:2; 172:23-25; 173:2
**appreciate** [1] - 175:25
**approach** [2] - 40:5; 76:13
**approached** [1] - 40:8
**appropriately** [1] - 147:24
**approval** [2] - 97:1; 150:14
**approvals** [1] - 150:15
**approve** [2] - 153:25; 154:3
**approved** [1] - 154:4
**April** [7] - 44:15; 53:18; 87:22; 97:22; 98:10; 183:25; 184:5
**area** [3] - 36:7; 177:7, 21
**areas** [4] - 127:13; 131:14; 150:11
**argument** [1] - 200:16
**arguments** [1] - 202:5
**Arlington** [2] - 1:16, 20
**arrival** [3] - 178:15; 183:22; 186:24
**Artificial** [1] - 85:1
**artwork** [1] - 34:20
**Asia** [4] - 2:12; 48:23; 89:10; 163:18
**Asian** [15] - 33:3; 70:20; 85:15, 18; 141:2; 169:14, 17; 170:1; 190:15; 193:7, 10; 197:24; 198:10
**aside** [3] - 103:11; 189:23; 192:21
**aspects** [1] - 23:11
**aspirations** [1] - 159:25
**ass** [1] - 56:19
**asserted** [1] - 197:17
**assess** [2] - 187:1; 201:17
**asset** [1] - 179:14
**assign** [1] - 103:6
**assigned** [2] - 186:20; 192:6
**assignment** [1] - 186:22
**assist** [1] - 105:17
**assistant** [1] - 140:24
**associated** [8] - 11:1, 14; 126:11; 137:9; 139:3; 144:20; 165:17; 188:20
**assume** [1] - 183:20
**assumed** [1] - 131:15
**at-will** [2] - 59:5; 61:21
**attached** [2] - 182:1; 183:8
**attachments** [2] - 95:8, 10
**attend** [3] - 9:10, 12; 16:17
**attended** [2] - 16:16; 61:6
**attention** [3] - 72:14; 122:6; 162:25
**attorney** [1] - 61:14
**attorney's** [1] - 123:21
**August** [6] - 8:2; 17:5; 143:17; 182:3, 7
**authority** [1] - 15:17

**availability** [1] - 57:1
**available** [4] - 86:10; 96:14; 136:14; 194:14
**avoid** [2] - 11:7; 150:18
**avoidance** [2] - 31:11; 32:2
**aware** [18] - 29:8; 41:15; 52:1; 64:17; 93:12; 99:15; 105:5; 112:15; 113:1; 120:13; 145:2; 155:2, 8; 163:5, 24; 164:21; 168:25

# B

**baby** [1] - 9:23
**bachelor** [1] - 103:1
**bachelor's** [16] - 37:22; 38:3, 12; 60:23; 62:1, 4; 103:16; 104:12; 128:23; 129:1; 197:5; 199:2; 201:24; 202:1
**background** [1] - 188:7
**bad** [3] - 34:11; 46:6
**bag** [1] - 136:5
**balance** [3] - 150:7, 10, 18
**base** [4] - 27:10; 138:22; 156:23; 159:1
**based** [18] - 28:20; 35:1; 54:25; 64:24; 69:21; 80:13; 112:23; 134:5; 141:2; 143:2; 146:17; 148:11, 17; 182:11, 15; 196:24; 197:3
**basis** [6] - 94:19; 128:4; 146:18; 194:23; 197:19; 203:12
**battery's** [1] - 171:7
**became** [5] - 18:19, 21, 23; 149:3; 170:19
**become** [9] - 10:14; 18:7; 23:15, 18; 180:19; 186:21; 187:2; 188:13; 189:5
**BEFORE** [1] - 1:11
**began** [5] - 17:7; 57:14, 19; 63:1; 182:2
**begin** [1] - 17:6
**beginning** [1] - 111:14
**belief** [2] - 38:2, 5
**below** [1] - 138:21
**bench** [2] - 5:5, 19
**BENCH** [1] - 1:11
**benefits** [6] - 137:8; 144:13-15, 19
**best** [15] - 41:6; 45:5, 15; 46:6, 13, 17; 71:23; 101:5; 160:4; 161:25; 179:16; 188:9; 191:19; 199:5
**Better** [1] - 150:17
**better** [11] - 102:12; 109:25; 111:19; 112:17; 140:7; 150:8, 10, 16-17; 153:14; 189:1
**between** [12] - 12:18; 14:6; 28:22; 47:16; 48:21; 89:17; 104:3; 158:22; 170:12, 16, 22
**beyond** [3] - 201:8; 202:4, 7
**bias** [1] - 92:19
**big** [9] - 44:20; 94:17; 119:18; 185:17; 186:22; 187:10, 21; 188:25; 192:15
**bigger** [2] - 152:16; 159:8
**bill** [1] - 144:17

**binder** [16] - 6:19, 22-23; 7:14; 23:22; 30:10; 38:14; 57:17, 25; 58:14; 92:3; 96:22; 120:19, 23; 130:18; 189:9
**binders** [1] - 120:20
**bing** [1] - 87:4
**BING** [7] - 3:6, 13-14; 87:9; 185:7; 194:9
**Bing** [22] - 29:7; 42:8; 48:15; 86:16; 87:6, 15; 92:6; 96:24; 100:20; 103:23; 105:3; 106:15; 159:18; 168:25; 169:2, 13; 174:14; 175:23; 176:10; 181:13, 19; 194:11
**Bing's** [1] - 183:13
**bit** [10] - 92:19; 110:25; 118:9; 127:12; 131:14; 144:2; 156:20; 157:12; 186:23
**black** [1] - 58:9
**bless** [1] - 154:15
**blinds** [1] - 5:22
**blown** [1] - 57:2
**Blue** [2] - 16:18; 61:6
**bonus** [5] - 139:3; 150:17; 165:17, 20; 176:3
**bonuses** [3] - 139:2, 23; 176:15, 17
**book** [2] - 154:8; 187:11
**bottom** [3] - 10:2; 92:8; 122:1
**bought** [1] - 13:10
**Boulevard** [4] - 1:15, 19; 2:3, 7
**Box** [7] - 99:8; 104:19; 128:23; 162:22; 163:14; 164:3
**box** [6] - 102:6; 119:7; 138:21; 162:11; 164:5, 7
**boxes** [2] - 33:2; 39:22
**boy** [1] - 130:19
**brand** [1] - 45:5
**brand-new** [1] - 45:5
**break** [10] - 16:8; 21:1, 10; 86:18, 21; 110:24; 111:2; 161:10, 13; 174:9
**bribe** [1] - 93:5
**bribery** [1] - 93:4
**Brief** [1] - 171:16
**brief** [4] - 87:1; 94:14; 170:4
**briefing** [1] - 202:21
**briefly** [5] - 19:7; 65:21; 170:4, 25; 175:24
**bring** [5] - 18:5; 97:25; 106:8; 149:15; 192:7
**bringing** [1] - 11:2
**broad** [1] - 133:21
**broadening** [1] - 159:25
**broader** [1] - 158:25
**brought** [4] - 27:10; 33:14; 36:22
**building** [1] - 15:25
**built** [3] - 36:18; 45:1; 56:11
**bulldozed** [1] - 13:11
**bumped** [1] - 54:13
**bunch** [1] - 56:19
**burden** [1] - 201:11
**Business** [5] - 48:24; 145:19, 23; 163:20

**business** [19] - 15:25; 16:21; 17:1; 52:6, 8; 55:14; 61:7, 12; 91:3; 103:16; 104:12; 128:24; 129:1; 142:20; 152:15; 163:19; 177:23; 199:3
**businesses** [1] - 115:4
**businessman** [1] - 188:10
**but..** [1] - 176:19
**buy** [1] - 188:12
**buyer** [54] - 8:16; 11:21; 12:15; 17:14, 23-24; 18:4, 7, 11, 14, 18-19, 21, 23; 19:6, 8, 11-12, 14-15; 23:1, 16, 18; 24:4, 15, 17, 23; 27:14, 25; 34:18; 45:5; 46:1, 11; 49:8, 19; 53:22; 54:3; 67:15, 17, 24; 68:4, 17; 70:16, 24; 71:5, 8; 118:14; 130:24; 156:4; 170:20
**buyers** [3] - 119:16; 130:15; 142:3
**buying** [1] - 187:11
**BY** [86] - 3:4, 7-10, 12-14; 6:10; 7:7; 22:25; 24:13; 30:22; 37:17; 39:2, 12; 43:20; 47:24; 50:14; 53:2; 57:11; 59:3; 60:21; 64:2, 8; 65:8; 66:9; 70:1, 15; 76:16; 77:22; 80:7; 82:1, 10; 87:11; 88:24; 89:19; 92:2; 96:1; 98:24; 100:19; 102:11; 104:7; 105:2; 106:14; 107:2; 112:3; 116:17; 124:5, 18; 126:5; 132:13; 133:6; 136:6, 19; 137:23; 141:25; 142:9; 143:11; 145:14; 147:19; 149:25; 155:22; 156:18; 157:3, 8; 158:7; 159:9; 160:18; 161:24; 162:21; 165:9; 166:16, 20; 167:24; 170:7; 171:17; 172:20; 175:22; 176:9; 181:12; 183:24; 185:8; 189:7; 194:10

## C

**California** [59] - 27:20-22; 28:14; 35:2, 9, 14, 25; 36:2, 5; 37:25; 49:3; 62:23; 67:20; 72:1, 3-4, 7, 9; 79:11; 80:13; 81:14, 20; 85:9, 11-13; 100:6-8; 102:23; 103:11, 14; 118:17, 19, 22; 122:16; 124:7; 143:4; 144:1; 147:25; 163:22; 175:5; 177:11; 178:14, 20; 184:1, 22, 24; 190:4, 8; 191:4; 192:14, 18-19, 21, 23
**Camil** [29] - 32:21; 33:15, 20-21, 23; 34:1, 19, 25; 40:24; 43:2; 45:5, 22; 46:6; 47:5; 99:12; 114:15; 119:3; 133:9; 139:7; 140:4, 12; 142:12; 161:2; 182:2; 189:16; 191:14, 16; 192:25
**Canada** [2] - 89:3, 8
**candidate** [8] - 119:3; 139:7; 140:7; 153:15; 160:4; 164:1; 191:19; 197:3
**candidates** [1] - 179:17
**cannot** [4] - 135:22; 136:11; 197:13, 16
**capabilities** [3] - 152:14, 16
**care** [2] - 9:23; 12:3
**career** [13] - 25:23; 26:2; 28:22; 38:7; 53:11, 15; 128:20; 142:6; 150:24;
159:24; 188:10
**carefully** [1] - 101:4
**carrying** [1] - 175:2
**carved** [1] - 144:14
**case** [16] - 5:4; 76:3; 87:17; 89:14; 131:11; 149:17, 19; 163:25; 173:20; 180:19; 181:7; 196:13; 197:1; 200:7, 9, 25
**categories** [1] - 64:25
**caused** [1] - 199:25
**caveat** [1] - 201:25
**ceiling** [1] - 86:23
**celebration** [1] - 55:25
**Cell** [1] - 2:16
**Central** [1] - 89:2
**central** [1] - 89:3
**CEO** [16] - 29:6; 61:23; 71:7, 15; 87:20; 98:16; 115:2, 19; 116:10; 117:14; 120:9, 11; 153:6; 154:6, 12; 185:11
**certain** [6] - 51:13; 118:7; 131:24; 140:21; 152:19; 167:2
**certainly** [6] - 15:12; 21:6; 197:3; 199:23; 202:19
**certificate** [9] - 16:21-23; 17:4; 61:7, 12; 129:16; 130:8
**certificates** [1] - 10:11
**certification** [15] - 23:5, 7-9, 12-13, 19; 36:16; 46:3; 104:8, 19; 105:15; 163:3, 7, 10
**certifications** [3] - 10:16; 11:4; 199:1
**certified** [1] - 10:15
**certify** [1] - 203:24
**chain** [15] - 48:6; 54:11; 102:8; 103:12; 115:21; 116:11; 179:23; 184:17; 185:22; 187:14, 17, 19; 188:4; 192:2, 18
**chain's** [1] - 192:15
**Chan** [82] - 6:3; 8:23; 24:17; 25:23; 26:4, 14; 27:3; 28:8, 12, 17, 24; 29:13; 30:1; 31:19; 33:6; 35:16, 19, 21; 47:11; 48:19; 68:8; 71:1, 7; 72:4, 9; 82:18; 83:6, 20; 89:20, 22, 25; 90:4, 11, 14, 22; 91:17; 92:20; 93:6, 9, 14, 17, 24; 113:16, 18-20, 22; 114:2, 12-13, 17-18; 115:12, 23; 124:9, 19; 127:23; 139:6, 24; 148:24; 149:3; 150:11, 21, 25; 151:6; 154:24; 155:2, 10; 156:12, 24; 169:7, 10; 189:15; 192:24; 193:8, 12; 195:10; 199:16
**Chan's** [33] - 8:21; 9:1; 18:17; 21:25; 24:18; 26:15, 18; 32:11; 34:9; 35:4; 40:3, 16; 47:17; 83:10; 91:8; 95:18, 23; 96:6, 13; 114:7, 16; 121:3; 125:25; 149:9, 11, 19; 150:5; 155:12, 15; 158:4
**chance** [3] - 75:3; 77:13; 109:16
**change** [20] - 8:1; 19:20; 41:12; 47:16; 111:21; 115:8; 116:7; 120:5; 132:22; 133:7, 22; 148:22; 168:20; 171:1; 190:2; 200:4
**changed** [13] - 8:2; 12:25; 13:5; 17:20;
18:9; 47:14; 100:24; 121:4; 153:5; 182:7; 200:1
**changes** [18] - 74:19; 115:11, 14, 16, 18; 119:15; 137:9; 164:11; 166:9, 17; 167:1, 4; 187:2; 189:23, 25; 190:1
**Channel** [1] - 2:12
**characteristic** [1] - 148:18
**characteristics** [3] - 146:23; 147:1; 148:18
**characterize** [1] - 176:14
**characters** [1] - 103:2
**charge** [1] - 173:9
**chart** [7] - 125:8, 14; 133:22; 152:2; 153:23; 178:1, 5
**Charter** [9] - 88:5, 9, 13, 16, 18, 21, 25; 89:11
**check** [2] - 39:22; 48:12
**checked** [3] - 6:18; 33:2; 39:22
**chemical** [1] - 102:7
**Chi** [1] - 182:2
**chief** [1] - 131:11
**child** [1] - 9:18
**childbirth** [2] - 146:20; 148:13
**children** [1] - 36:8
**CHIN** [9] - 3:6, 11, 13-14; 87:9; 175:21; 185:7; 194:9
**Chin** [41] - 29:7; 41:23; 42:8; 48:15; 71:7, 11; 83:5; 84:10, 12; 85:14; 86:16; 87:6, 15; 92:6; 96:24; 99:8; 100:20; 103:23; 105:3; 106:15; 111:2; 119:25; 159:18; 168:25; 169:2, 13; 174:10, 14; 175:2, 8, 23; 176:10; 181:13, 19; 183:13; 185:9, 11; 189:8; 194:11; 196:1, 10
**CHIN-BING** [7] - 3:6, 13-14; 87:9; 185:7; 194:9
**Chin-Bing** [22] - 29:7; 42:8; 48:15; 86:16; 87:6, 15; 92:6; 96:24; 100:20; 103:23; 105:3; 106:15; 159:18; 168:25; 169:2, 13; 174:14; 175:23; 176:10; 181:13, 19; 194:11
**Chin-Bing's** [1] - 183:13
**China** [5] - 117:25; 127:7; 152:12; 153:18; 170:12
**chooses** [1] - 80:3
**chose** [2] - 101:7; 195:20
**chosen** [4] - 73:21; 74:4; 75:4; 139:7
**Christensen** [1] - 5:16
**Christy** [7] - 37:4; 50:5; 52:1, 5; 78:9; 140:23
**chronologically** [1] - 39:14
**chuckles** [1] - 43:14
**chuckling** [1] - 43:17
**circumstances** [2] - 99:2; 111:21
**citizenship** [1] - 146:22
**Civil** [2] - 1:4; 5:4
**claim** [5] - 42:12; 43:9; 50:24; 179:7; 200:19
**claims** [2] - 40:6, 9
**clarify** [7] - 39:24; 99:1; 121:12;

168:13; 181:17; 185:1; 188:5
**clarity** [2] - 51:16; 149:18
**Clark** [1] - 188:25
**classify** [1] - 178:8
**clear** [9] - 22:12; 64:6; 85:2; 95:23; 116:9, 12; 117:8; 129:10; 162:4
**cleared** [1] - 174:24
**clearly** [3] - 140:2; 159:24
**CLERK** [1] - 5:3
**close** [3] - 38:7; 118:4; 178:10
**closed** [1] - 56:14
**closely** [2] - 27:9; 119:5
**closest** [3] - 95:1, 6; 102:1
**closing** [1] - 193:4
**CLOVER** [6] - 1:3; 3:4; 6:8; 57:10
**Clover** [34] - 5:3, 9; 6:6, 13; 7:23; 8:3; 73:18; 75:3; 90:20; 94:13; 105:3; 114:6; 118:13; 124:13, 15, 21; 125:10; 128:4; 140:2, 8, 13, 21, 23; 151:11, 17; 156:4; 158:20; 163:5, 9; 164:21; 168:7
**Clover's** [1] - 139:25
**clumps** [1] - 56:17
**co** [1] - 147:4
**co-workers** [1] - 147:4
**Coast** [7] - 100:2, 21; 162:9, 12, 16
**Colby** [2] - 58:7, 9
**cold** [1] - 118:9
**collaborating** [1] - 27:12
**collaboration** [3] - 14:6; 82:15; 192:16
**collectively** [2] - 145:23; 146:25
**college** [6] - 16:10, 15; 61:1; 128:11; 129:10; 192:4
**color** [3] - 146:19; 148:12; 186:13
**comfortable** [1] - 136:12
**coming** [6] - 51:22, 25; 52:11; 86:19; 128:11; 201:6
**comment** [2] - 121:20; 195:11
**comments** [2] - 50:7; 192:25
**commitment** [1] - 147:1
**committed** [1] - 148:8
**committee** [1] - 92:24
**common** [1] - 144:4
**communicated** [1] - 148:22
**communicates** [1] - 166:8
**communicating** [2] - 160:1; 166:9
**communications** [2] - 90:18; 162:4
**comp** [2] - 137:8
**companies** [3] - 127:14; 142:15; 144:24
**company** [97] - 10:12, 17; 11:7; 12:22; 13:2, 7, 9, 18; 17:9, 18, 21; 18:3; 26:12, 24; 27:11, 13; 28:2, 8; 29:11; 33:15; 36:9, 11, 15; 48:11; 54:9; 56:8; 61:24; 71:10; 73:14; 80:23, 25; 81:2, 4, 11; 84:23; 88:8; 89:11; 90:7, 10; 93:3; 94:17; 95:25; 98:16; 102:19; 105:7; 112:24; 115:13, 22; 116:2; 117:21, 23; 118:15; 119:2; 121:18; 122:12, 19; 126:24; 127:5, 8, 12, 18, 21; 128:10,

20-22; 129:9; 135:3; 142:6, 23; 144:17; 148:7, 16; 150:21, 25; 151:5; 158:16, 20, 25; 161:3; 162:2; 163:16, 18; 173:14; 179:15; 184:16; 186:21; 189:15; 191:1, 21; 195:16, 19; 197:12
**company's** [2] - 127:12; 144:11
**compare** [1] - 173:10
**compared** [1] - 102:15
**comparison** [1] - 138:19
**compelling** [1] - 201:7
**compensation** [1] - 144:14
**compensatory** [1] - 197:9
**compete** [1] - 188:24
**competition** [1] - 13:16
**competitive** [1] - 187:21
**competitor** [1] - 13:10
**complaint** [8] - 40:13; 141:11; 197:15, 18; 199:11, 24; 200:5, 11
**complete** [4] - 10:7; 17:4; 27:1; 134:8
**completed** [5] - 23:14; 125:24; 131:15; 165:3
**completing** [1] - 134:15
**compliant** [1] - 148:8
**complied** [8] - 7:15; 19:5; 30:13; 50:1; 106:17; 107:14; 159:15; 176:1
**complies** [1] - 106:10
**complimented** [1] - 161:2
**comply** [1] - 148:9
**components** [2] - 120:14; 152:6
**comptroller** [2] - 103:13; 192:20
**computer** [2] - 2:18; 98:1
**computer-aided** [1] - 2:18
**concentrate** [1] - 112:12
**concern** [2] - 50:18; 141:8
**concerned** [3] - 141:6; 152:17; 180:6
**concerns** [2] - 50:7; 195:23
**Conclusions** [2] - 5:24; 202:12
**conditions** [2] - 146:20; 148:13
**conducted** [7] - 50:4; 125:7, 20; 140:4; 149:9, 11; 156:5
**conducts** [1] - 149:7
**conference** [1] - 20:10
**confident** [1] - 36:4
**confidential** [2] - 73:2; 75:10
**confirm** [3] - 134:17, 20; 159:10
**conflicting** [1] - 201:21
**confront** [1] - 43:18
**confrontation** [1] - 195:21
**confronted** [2] - 42:11; 43:18
**confusion** [1] - 168:13
**congratulations** [1] - 55:25
**connected** [1] - 13:12
**conscience** [1] - 102:10
**conservative** [1] - 194:5
**consider** [16] - 56:9; 101:24; 106:21; 107:4; 108:9; 109:8; 110:7; 124:25; 125:2; 126:25; 158:13; 169:19, 22; 193:16, 19, 22
**consideration** [4] - 101:14; 118:1, 23;

141:3
**considerations** [1] - 126:2
**considered** [8] - 93:1; 102:12; 122:8; 124:22; 125:3; 141:10; 154:14
**considering** [7] - 94:6; 120:7; 127:1; 128:18; 190:25; 191:8
**construction** [1] - 44:23
**consultation** [1] - 120:9
**Cont** [1] - 2:1
**contact** [2] - 96:18; 120:4
**container** [1] - 188:12
**contention** [2] - 75:11; 106:4
**context** [3] - 15:21; 152:16; 158:24
**continually** [1] - 198:10
**continue** [4] - 123:25; 142:5; 163:7; 184:23
**CONTINUED** [2] - 3:11; 175:21
**continues** [2] - 197:23; 198:1
**contract** [2] - 200:25
**contradict** [1] - 110:14
**contributions** [1] - 81:11
**controller** [1] - 47:5
**conversation** [31] - 26:6, 11, 23; 27:3; 29:13; 32:18, 24; 33:5; 38:1; 41:17, 23-24; 42:1, 9, 23; 43:4; 83:20; 107:19; 109:24; 139:9, 14, 17, 21, 25; 140:22, 25; 141:20; 159:17; 195:12
**conversations** [6] - 26:1; 28:21; 45:24; 52:19; 91:15; 157:13
**cooperating** [1] - 5:19
**copied** [1] - 164:6
**copy** [10] - 7:19; 21:1; 57:17; 63:2, 12; 64:12; 97:9; 164:11; 203:3, 11
**core** [1] - 180:19
**Corner** [1] - 2:4
**corporate** [1] - 49:4
**Corporate** [1] - 2:11
**Correct** [1] - 190:13
**correct** [111] - 8:5; 9:6; 13:6; 17:19; 29:16; 49:18; 51:10; 53:5; 54:2; 57:20; 58:5, 7, 9; 59:5, 8; 61:2, 4, 16, 18, 21-22; 62:4, 7, 14, 17, 21, 24; 67:13, 20, 22; 68:3; 69:6; 70:16, 20, 24; 71:2, 5, 22; 72:1, 4, 7, 9, 20, 24; 73:3, 7, 11, 16, 19, 22; 74:1, 4, 11, 14-16, 18; 75:5, 8, 12, 15, 18-19, 21; 77:4, 6; 78:12, 17; 81:14; 82:19, 23-24; 83:15, 22; 84:1, 4, 8, 13, 16, 21; 85:4, 7-8, 10, 12, 15, 18; 104:14; 120:10; 125:17; 135:11, 17; 171:3; 173:17; 174:21; 176:16; 182:8; 185:4; 190:12, 16-17; 191:14; 195:13; 196:3; 200:21; 203:25
**correspondingly** [1] - 121:9
**corrugated** [1] - 159:5
**cost** [17] - 26:9; 31:8-11; 32:2; 33:14; 36:22; 102:9; 185:20; 187:12, 22-23; 188:12
**costs** [10] - 102:7; 185:16, 23; 187:23; 188:13, 20; 189:5
**costs-related** [1] - 185:16

**counsel** [4] - 123:4, 14, 19; 172:14
**Counsel** [1] - 22:6
**count** [2] - 113:1; 175:15
**countries** [3] - 10:14; 89:4, 6
**country** [7] - 14:18; 186:13; 190:20; 191:8; 194:2, 6; 197:25
**couple** [7] - 16:8; 34:25; 37:20; 46:25; 153:4; 192:5; 203:14
**course** [12] - 11:6; 23:8; 25:18; 32:22; 51:14; 52:20; 138:23; 153:23; 154:13; 164:17; 174:4, 6
**courses** [1] - 16:25
**court** [6] - 5:3; 86:22; 91:21; 156:19; 181:20; 200:7
**Court** [2] - 2:14; 204:3
**Courthouse** [1] - 2:15
**COURTROOM** [2] - 5:3; 106:10
**covered** [11] - 22:19; 145:20, 24-25; 147:23; 150:20; 158:5; 162:19
**covering** [1] - 23:11
**covers** [1] - 144:19
**COVID** [6] - 136:3, 7; 188:11; 192:9; 194:19
**CPP** [1] - 26:25
**crashed** [1] - 56:2
**create** [6] - 18:6; 69:20; 97:3; 187:5; 195:18, 21
**created** [4] - 98:18; 101:2; 121:3; 186:19
**creating** [2] - 34:19; 152:8
**credentials** [1] - 10:8
**credibility** [3] - 94:7; 183:13; 201:17
**credible** [3] - 92:19; 93:2; 183:20
**cried** [1] - 56:14
**criteria** [3] - 125:15; 141:10; 162:23
**critical** [10] - 52:25; 115:3; 117:10, 20; 118:1; 127:6, 15; 158:18; 159:3
**cross** [2] - 57:5; 143:9
**CROSS** [6] - 3:5, 9, 13; 57:10; 143:10; 185:7
**CROSS-EXAMINATION** [6] - 3:5, 9, 13; 57:10; 143:10; 185:7
**CRR** [3] - 2:14; 203:24; 204:3
**cry** [1] - 151:13
**crying** [1] - 151:9
**CTC** [1] - 61:6
**culture** [1] - 89:1
**current** [8] - 8:4; 101:25; 117:11, 15; 118:24; 138:16; 140:4; 195:18
**customer** [10] - 12:10, 12-13, 16; 13:23; 14:1, 6, 17; 15:14; 187:9
**customers** [1] - 28:4
**customs** [1] - 12:3
**cut** [1] - 189:5
**cutting** [1] - 189:5
**cycle** [1] - 144:5

# D

**daily** [3] - 94:18; 128:4; 203:11
**damages** [19] - 197:10, 12, 14, 16-17, 19, 21; 199:22; 200:1, 6, 8, 23, 25; 201:6; 202:18, 20, 22
**data** [2] - 103:14; 171:24
**Date** [1] - 204:3
**date** [7] - 44:12; 60:14; 98:1, 4-5; 139:10; 158:4
**David** [20] - 29:6; 30:8; 41:23; 42:3, 25; 43:6; 48:15; 71:7, 11; 73:6, 10, 13; 83:5; 85:14; 86:15; 87:5, 15; 99:8; 119:25; 120:13
**DAVID** [9] - 3:6, 11, 13-14; 87:9; 175:21; 185:7; 194:9
**day-to-day** [2] - 56:22; 159:4
**day/month/year** [1] - 98:3
**days** [11] - 14:11; 20:10; 55:24; 75:14; 194:19, 23; 202:12, 24; 203:2, 6, 14
**deadline** [1] - 103:4
**deal** [12] - 73:9; 94:18, 20-21; 102:4, 24; 185:16; 187:12, 16-17; 188:21
**dealing** [4] - 127:14; 158:16
**dealt** [1] - 119:13
**decide** [5] - 43:21, 24; 120:11; 179:10; 187:13
**decided** [7] - 9:20; 12:21; 16:10; 55:9; 169:23; 193:19, 23
**deciding** [7] - 127:1; 157:4, 9, 15; 158:14; 169:19; 193:17
**decision** [19] - 13:12; 29:23; 68:3, 17; 69:17; 75:21, 24-25; 92:16; 95:20; 109:25; 113:6; 120:13; 161:4; 179:24; 191:13; 197:7; 201:1
**decision-maker** [1] - 113:6
**decision-makers** [1] - 197:7
**decisions** [5] - 9:22; 56:3; 101:13; 188:16; 191:9
**declaration** [5] - 181:20, 22; 183:2, 6, 8
**declined** [1] - 84:1
**deemed** [4] - 19:22; 20:2, 7; 51:9
**defendant** [28] - 6:16; 7:9, 11; 8:7, 13, 18; 9:5, 7; 17:6, 22; 19:16; 24:16; 25:10, 24; 32:7; 35:13, 16, 20; 48:10; 53:4, 17-18; 54:1; 55:6, 9; 59:20; 87:16; 136:15
**Defendant** [2] - 1:8; 2:2
**defendant's** [10] - 25:18; 32:5; 36:6; 41:19; 53:7; 57:17, 22; 81:23; 182:1; 198:22
**Defendant's** [33] - 4:9-13, 17; 57:23; 58:11, 25; 59:22, 14; 60:18, 20; 61:17; 63:4, 18, 21; 64:4, 21; 65:4, 6, 10, 19; 66:7, 11; 68:12; 145:9; 147:6, 14, 18; 149:22; 185:25
**defendants** [1] - 55:11
**Defense** [1] - 148:16

**definite** [1] - 59:7
**definitely** [3] - 26:11; 107:5; 202:4
**degree** [24] - 16:20-23; 17:4; 37:23; 38:3; 60:24; 62:1, 4; 103:2, 16; 104:12; 128:24; 129:1; 192:4; 197:6; 199:2-4; 201:24; 202:1
**Deip** [1] - 163:15
**delay** [1] - 200:2
**delegate** [1] - 119:16
**delegating** [1] - 152:24
**delete** [1] - 164:7
**deliver** [1] - 188:14
**delivery** [1] - 14:5
**demotion** [1] - 137:10
**denying** [1] - 201:4
**Department** [2] - 10:22; 11:1
**department** [58] - 11:24; 18:19; 47:8, 13; 68:9; 74:23; 80:15, 19; 89:24; 90:2; 92:21; 94:20; 95:9; 96:11, 15-16, 21; 97:24; 98:14; 99:14, 17; 100:5; 102:14, 21; 103:13; 108:12; 114:24; 115:4, 6; 116:1; 118:24; 119:4; 125:3, 13; 126:21; 152:2, 5; 153:1, 12; 154:12; 158:20; 178:24; 179:3, 24; 182:4, 10, 18; 183:19; 184:10; 185:17; 187:14; 190:5; 192:17, 20, 22
**departmental** [2] - 27:12; 126:9
**departments** [2] - 14:4; 126:11
**departure** [3] - 90:9; 125:25; 180:21
**depiction** [1] - 24:11
**deposition** [17] - 66:11; 76:3, 5, 7, 10, 17, 24; 78:14; 106:9, 16; 107:13, 25; 110:4, 18; 171:19; 172:17; 199:19
**depressed** [1] - 179:5
**depth** [1] - 91:2
**deputy** [1] - 106:8
**DEPUTY** [1] - 106:10
**describe** [2] - 33:19; 152:8
**described** [1] - 103:25
**describes** [2] - 19:7; 24:5
**describing** [2] - 116:18, 20
**DESCRIPTION** [1] - 4:2
**description** [15] - 19:6; 24:3; 130:23; 131:1-3, 5-6, 8, 18, 20, 22; 132:2, 5
**descriptions** [3] - 131:16, 23
**deserve** [1] - 56:18
**deserves** [1] - 56:18
**design** [2] - 34:20; 129:2
**designed** [1] - 16:24
**desk** [1] - 18:13
**desperate** [2] - 188:16; 192:10
**detail** [7] - 99:15; 100:25; 118:5; 122:6; 142:17; 162:25; 188:23
**detailed** [4] - 103:3; 140:5; 162:3; 192:6
**detailing** [1] - 124:21
**details** [5] - 92:25; 101:17; 102:5, 16; 161:5
**determinate** [1] - 140:8

**determination** [1] - 105:17
**determine** [1] - 128:13
**determined** [3] - 117:12; 118:23; 179:23
**determining** [1] - 191:1
**develop** [3] - 26:12; 153:13; 155:6
**developed** [1] - 67:8
**developing** [1] - 188:25
**development** [35] - 32:22; 33:16; 34:14; 47:6; 83:14, 16-17, 19, 21; 102:4, 21; 103:20, 22; 119:4, 6, 15; 129:8; 133:12, 15, 22; 142:16, 18, 21; 151:24; 166:10; 182:4, 6; 185:15; 187:18, 21-22; 188:3; 189:2
**Development** [9] - 151:25; 152:9; 153:11, 25; 154:21, 24; 155:3, 9; 156:6
**Diep** [1] - 163:14
**difference** [2] - 104:3; 158:22
**differences** [1] - 117:3
**different** [15] - 17:10; 27:18; 37:15; 55:24; 66:3; 99:16; 113:2; 127:12; 133:20; 135:23; 147:22; 179:19; 195:19; 198:7
**differently** [7] - 15:15; 18:8; 76:9; 151:15; 183:2, 5
**difficult** [1] - 46:20
**digitization** [1] - 136:13
**digitizing** [1] - 135:5
**Din** [1] - 2:6
**dinner** [1] - 55:25
**DIRECT** [8] - 3:4, 6, 8, 11; 6:9; 87:10; 112:2; 175:21
**direct** [15] - 15:7; 25:11; 57:22; 58:11; 59:13; 64:3; 72:14; 76:17; 77:23; 81:21; 141:11; 156:22; 167:22; 179:22; 201:10
**direction** [1] - 49:7
**directly** [11] - 16:25; 28:15; 92:24; 94:16, 22, 25; 108:20; 115:19; 116:10; 178:24; 184:19
**director** [7] - 52:2; 61:24; 88:15; 89:1; 94:18; 177:22, 24
**dirty** [1] - 43:6
**disability** [2] - 146:22; 148:14
**disagree** [1] - 73:23
**disappointed** [3] - 140:13; 141:5; 179:6
**disappointment** [1] - 141:1
**disciplinary** [2] - 13:20; 144:6
**discriminate** [1] - 56:9
**discriminated** [5] - 42:19; 43:25; 55:11; 141:2; 186:12
**discrimination** [24] - 40:5; 42:13; 43:14; 50:16, 24; 64:24; 141:7; 145:2, 7; 146:16; 147:3; 148:9, 17; 179:7; 180:6, 8, 18; 197:13; 198:16; 201:10, 15
**discuss** [10] - 25:23; 86:4; 90:11, 14; 111:6; 179:7; 180:2, 4, 8, 10
**discussed** [7] - 29:6, 10; 41:11; 154:19; 164:4; 170:25

**discussing** [2] - 41:17; 139:5
**discussion** [5] - 100:4; 106:25; 120:7; 153:1, 21
**discussions** [4] - 41:18; 51:13; 91:3; 105:23
**dismissal** [2] - 196:8, 24
**dissatisfaction** [1] - 193:3
**distress** [7] - 55:19; 197:9; 200:15, 20; 202:6
**DISTRICT** [3] - 1:1, 12
**District** [1] - 2:15
**divest** [1] - 12:21
**divested** [1] - 12:22
**divisions** [1] - 89:2
**document** [109] - 7:16; 20:22; 22:14; 30:23; 31:4, 9-10, 19; 38:16; 39:3, 5, 9, 13; 50:2, 10; 51:10; 52:5; 58:2, 16, 18, 20-21; 59:16, 18; 60:6, 8, 11, 13; 63:7, 9; 64:9, 11; 65:10, 25; 66:14; 68:14, 16, 19, 25; 69:1, 3, 9, 11, 22-23; 70:5, 10; 77:19; 79:19, 25; 82:2, 4, 11, 13-14; 83:3, 5, 8-9; 92:9, 11; 96:24; 97:3, 5, 7, 10, 17, 23; 99:19; 100:21, 24; 101:3, 7; 104:22; 120:25; 121:7; 127:17; 132:19, 21, 23; 135:10; 137:7, 11; 145:15; 147:8; 148:5; 150:3; 156:6, 8; 157:22, 24; 162:8, 11; 165:2, 10; 166:4, 12, 18, 21; 167:1, 5; 168:4; 175:17; 181:17; 186:3, 5; 189:11, 13
**documentation** [8] - 122:7; 125:5, 17, 20; 126:11; 152:7; 162:25; 198:22
**documents** [9] - 98:17; 100:12; 135:23; 175:16; 176:2, 10, 14; 182:15; 183:21
**dog** [4] - 132:15, 17-18; 164:25
**dollar** [2] - 44:23; 194:24
**dollars** [1] - 56:7
**done** [16] - 46:4; 73:9; 119:4; 126:1, 20; 148:23; 151:15; 154:10; 155:7; 163:8; 170:15, 17, 22; 174:15; 175:1; 196:3
**door** [1] - 194:24
**DOT** [1] - 10:21
**dotted** [2] - 14:23; 15:2
**double** [1] - 194:25
**doubt** [2] - 94:10; 199:8
**down** [10] - 13:11; 74:25; 85:25; 97:13; 116:5; 122:1; 130:14; 133:23; 152:22
**downsizing** [1] - 144:8
**downward** [1] - 152:24
**draft** [7] - 51:10; 121:7, 14; 131:6-8; 166:12
**drafted** [1] - 121:17
**drafting** [2] - 31:5; 132:23
**drivers** [3] - 10:23; 14:3, 14
**dropped** [1] - 130:11
**drove** [3] - 12:20; 48:13
**DSI** [5] - 10:19; 12:16, 18, 23; 13:8
**due** [3] - 39:15, 17; 93:4
**Dupont** [6] - 11:16, 20-21; 12:15, 18,

21
**during** [36] - 10:12, 19; 12:25; 14:7; 25:22; 26:6, 10; 27:8; 28:13; 32:23; 42:16; 43:3; 45:13; 46:16; 51:14; 52:20; 83:19; 89:23; 90:18; 92:19; 107:23; 109:23; 126:1; 146:3; 147:11; 149:12; 150:5, 11; 151:6; 172:24; 189:6; 190:1; 192:9; 194:19; 195:1
**Dyche** [2] - 58:7, 9

**E**

**e-mail** [41] - 30:8, 14-15, 24; 31:1, 5-7, 23; 39:6, 13; 40:15; 44:3; 72:23; 73:13, 25; 74:13, 25; 75:7, 14; 76:25; 77:8, 10; 80:14, 17; 83:7; 90:16; 91:13; 92:7, 18; 94:8, 11; 95:13; 124:21, 23, 25; 125:2; 158:2, 4; 168:7, 9
**e-mails** [3] - 39:14; 91:12; 105:9
**Eagle** [2] - 11:5
**early** [8] - 11:15; 32:17; 113:25; 118:23; 127:25; 139:12; 170:14; 194:11
**earn** [2] - 53:23; 54:12
**easier** [1] - 7:3
**East** [5] - 100:2, 20; 162:8, 10, 12
**EASTERN** [1] - 1:1
**easy** [1] - 194:2
**educated** [1] - 103:1
**education** [1] - 38:8
**EEO** [9] - 40:11; 64:17, 21, 24; 141:14-16; 186:8, 10
**EEOC** [1] - 199:10
**effect** [3] - 146:3; 147:11; 164:20
**effectively** [1] - 110:17
**effects** [2] - 164:13, 17
**efficient** [2] - 115:20; 153:7
**effort** [1] - 44:23
**either** [11] - 15:24; 25:23; 26:14; 42:2; 75:22; 98:10; 100:1; 162:8, 10, 12; 194:24
**electronic** [2] - 65:11; 128:5
**electronically** [2] - 65:13; 66:23; 148:23
**elevated** [1] - 195:4
**Email** [5] - 1:17, 21; 2:5, 9, 17
**embarrassing** [1] - 56:21
**emotional** [6] - 55:19; 57:1; 200:15, 20; 202:5
**emotions** [1] - 56:5
**emphasize** [1] - 100:5
**employ** [1] - 53:8
**employed** [10] - 87:23; 113:7; 143:16, 21, 24; 144:7; 149:3, 5; 163:21; 182:13
**employee** [23] - 34:6; 66:21; 93:21; 103:5; 112:25; 132:22; 133:7; 142:5; 144:5, 20; 145:5, 20; 146:17; 147:4; 149:8, 14, 18; 155:5; 163:21; 170:25; 184:3; 186:8; 195:19
**Employee** [1] - 145:19

**employee's** [2] - 176:11; 186:6
**employees** [29] - 14:3; 15:14; 67:11; 71:21, 24-25; 93:4; 112:25; 125:12; 128:3; 129:21; 130:3; 144:6, 21; 147:10; 148:11, 20-21; 176:4; 180:4; 184:22; 185:12; 186:12; 189:15, 21; 191:22
**employer** [2] - 6:17; 146:15
**Employment** [1] - 148:2
**employment** [23] - 25:22; 41:14; 44:5; 59:5, 7, 21; 60:22; 61:21; 88:4; 90:1; 113:23; 146:4, 6, 12; 147:2, 12; 148:8, 11; 166:25; 167:3; 170:16, 23; 182:3
**encourage** [1] - 155:5
**encouraged** [1] - 84:12
**end** [10] - 44:12; 46:10; 50:6; 53:15; 113:10; 151:9; 153:5; 164:15; 170:16; 196:13
**ended** [3] - 44:15; 46:2
**engineer** [1] - 190:9
**enjoyed** [2] - 33:25; 36:7
**enjoyment** [1] - 16:9
**entered** [1] - 24:8
**entire** [2] - 49:19; 201:20
**entities** [3] - 145:20, 22; 163:17
**entitled** [2] - 197:15; 203:25
**entity** [3] - 88:10; 89:17; 146:1
**environment** [1] - 194:5
**Equal** [1] - 148:2
**equal** [5] - 146:6, 12, 15; 147:1; 148:8
**ERLICH** [158] - 3:4, 7-8, 10, 12, 14; 5:6, 9; 6:5, 10, 22, 25; 7:3, 6-7; 19:19; 20:1, 14, 21, 25; 21:5, 14, 20, 23; 22:17, 19, 23, 25; 24:7, 13; 30:18, 22; 37:13, 16-17; 38:18, 23; 39:1, 8, 12; 43:20; 47:24; 50:10, 14; 51:8, 12, 16, 19, 21, 23; 52:2, 9, 13, 17, 22, 24; 53:2; 57:3; 63:25; 65:21; 77:19; 79:18, 21, 25; 80:5; 85:24; 86:3, 8, 12, 15, 20, 24; 87:3, 5, 11; 88:24; 89:15, 19; 92:2; 96:1; 98:23; 100:11, 14, 19; 102:11; 104:7, 24; 105:1; 106:8, 11, 14; 107:2; 110:13, 16, 22; 111:25; 112:3; 116:16; 123:1; 124:5, 18; 126:5; 132:13; 133:1, 6; 136:6, 18-19; 137:19, 23; 141:25; 142:7, 9; 143:8; 147:16; 157:1; 160:10, 13, 17; 167:21; 170:4, 7; 171:9, 11, 13, 17; 172:15, 20; 173:15, 18; 174:13, 19; 175:18, 20, 22; 176:5, 9; 181:12; 183:11, 24; 185:6; 194:10; 195:25; 196:6, 14, 18; 198:21; 199:18; 200:9, 17, 22; 203:5, 16, 21
**Erlich** [9] - 1:14, 19; 5:6; 6:4; 110:12; 174:18; 183:10; 198:20
**error** [2] - 162:13; 164:6, 8
**errors** [2] - 121:21; 164:9
**especially** [3] - 150:23; 161:3; 192:17
**Esq** [5] - 1:14, 18; 2:2, 6, 10
**essentially** [2] - 121:10; 140:5
**establish** [1] - 89:15

**ethics** [1] - 103:8
**ethnicity** [8] - 39:16, 18; 78:24; 79:2; 139:13, 16, 20
**evaluation** [1] - 176:11
**evaluations** [1] - 15:8
**eventually** [5] - 56:23; 78:3; 95:21; 99:12; 119:21
**evi** [1] - 19:21
**evidence** [34] - 6:1; 19:18; 20:11; 21:6, 8, 16; 22:22; 30:19; 38:19; 39:9; 50:9, 11; 63:19; 65:20; 100:10, 16; 133:1; 137:18, 20; 145:13; 147:15; 149:24; 155:21; 166:15; 176:6; 196:15; 197:11; 198:13, 15; 199:13; 201:5, 10, 14
**exact** [1] - 20:8
**exactly** [2] - 166:2; 193:9
**EXAMINATION** [18] - 3:4-6, 8-11, 13-14; 6:9; 57:10; 87:10; 112:2; 143:10; 170:6; 175:21; 185:7; 194:9
**EXAMINATIONS** [1] - 3:3
**examined** [2] - 61:13; 172:14
**examining** [1] - 161:19
**example** [7] - 29:7; 102:6; 103:11; 178:3; 187:24; 188:11; 190:2
**exceed** [1] - 139:2
**except** [2] - 33:2; 39:22
**exception** [2] - 34:8; 91:13
**Exclusive** [1] - 2:12
**excuse** [7] - 27:18; 60:2; 79:7; 118:10; 157:5; 166:9; 172:7
**excused** [4] - 173:17, 24; 196:1, 10
**excuses** [1] - 79:7
**executed** [3] - 182:19; 183:25; 184:7
**exempt** [1] - 172:25
**exhibit** [21] - 20:6, 11, 19; 21:16, 18; 24:8; 50:15; 52:15, 24; 57:17, 22; 68:11; 95:7; 120:18, 20, 22-23; 155:23; 165:22; 175:25
**Exhibit** [93] - 4:3-18; 21:21; 22:18, 20, 24; 23:22; 24:10; 30:21; 38:13; 39:11; 49:11, 23; 50:13; 57:23; 58:12, 25; 59:2, 14; 60:18, 20; 61:18; 63:5, 19, 21; 64:4, 7, 21; 65:4, 6, 10, 20; 66:1, 7, 12, 20, 22-23; 68:12; 72:15, 22; 77:17, 24; 78:15, 17; 81:22; 83:8, 24; 92:4; 96:22; 100:18; 120:23; 128:23; 130:17; 132:15; 133:5; 137:3, 22; 145:9; 147:6, 15, 18; 149:22, 24; 155:18; 157:19; 159:13; 162:6; 164:24; 165:14, 23; 167:25; 175:23; 176:8; 185:25; 187:15; 189:8; 190:11
**exhibits** [8] - 6:19; 19:21; 20:9, 16, 22; 21:6, 11; 175:24
**EXHIBITS** [1] - 4:1
**Exhibits** [1] - 20:2
**exist** [2] - 135:2; 186:24
**existed** [1] - 96:3
**existing** [1] - 135:23
**exists** [2] - 13:9; 95:24
**exit** [18] - 50:3, 6, 20, 23; 51:1, 14;

52:20; 149:7, 9, 11, 13, 16; 150:4, 12; 151:6, 9
**exiting** [2] - 144:7; 149:14
**expanded** [1] - 167:6
**expansion** [1] - 44:21
**expect** [2] - 26:18; 161:16
**expectation** [5] - 26:20; 32:8; 168:14; 176:18
**expecting** [1] - 26:2
**expedited** [1] - 203:12
**expense** [1] - 159:2
**expensive** [1] - 144:16
**experience** [53] - 33:17; 38:8; 40:17, 21; 45:23; 103:18; 104:15; 105:4, 8, 12; 117:22; 118:15, 21; 119:3; 121:19; 122:7-11, 13; 126:22, 24-25; 127:5, 8, 19-20; 128:22; 129:3, 11-12; 130:6; 140:3, 8; 158:16, 21; 162:2; 168:15; 173:6, 11, 14; 184:21; 194:4, 21; 197:5; 198:25; 199:6; 201:25; 202:1, 3
**experienced** [1] - 187:1
**experiences** [1] - 179:18
**explain** [7] - 12:19; 68:23; 80:15; 88:12; 106:5; 124:19; 160:16
**explained** [2] - 120:5; 141:3
**explanation** [1] - 37:19
**export** [1] - 27:11
**exported** [2] - 10:13
**exporting** [1] - 10:15
**express** [1] - 140:25
**expressed** [1] - 193:3
**extensive** [4] - 91:10, 12-13; 191:25
**extent** [7] - 79:18; 80:1; 123:13; 160:10, 13; 183:13; 197:20
**external** [4] - 36:19-21; 164:2
**externally** [1] - 163:23
**eye** [1] - 118:5
**eyes** [6] - 39:23; 79:13; 80:16; 193:7; 195:11

# F

**facilities** [1] - 27:18
**facility** [7] - 12:19; 15:25; 32:4; 35:10; 48:13; 49:5
**Fact** [1] - 5:24
**fact** [20] - 58:21; 63:11; 80:12, 18, 22-23; 81:1, 10; 93:3; 113:2; 135:16; 141:2; 161:6; 186:7; 193:1; 196:24; 197:14, 24; 199:13; 200:5
**factor** [2] - 127:10; 203:13
**factors** [1] - 141:4
**Facts** [2] - 202:9, 11
**Fagel** [1] - 2:6
**fair** [6] - 45:10; 80:5; 87:5; 104:24; 110:22; 203:16
**fairly** [2] - 115:3; 144:9
**faith** [1] - 41:8
**fall** [1] - 23:20

**familiar** [6] - 70:9; 131:1-3; 186:3, 7
**family** [1] - 56:24
**fantastic** [1] - 48:8
**far** [5] - 11:13; 155:4; 175:6; 178:17; 199:6
**farewell** [2] - 90:7; 193:5
**Farnham** [61] - 37:3, 5, 18; 40:15, 25; 41:9; 48:17; 53:1; 78:7, 9, 11; 79:15, 22; 80:8, 18, 22; 81:10; 83:25; 84:7; 85:17; 86:9; 87:2; 111:25; 112:4, 6, 18; 121:24; 122:18; 123:4, 13; 124:6, 9; 125:23; 126:6; 127:23; 130:17; 132:15; 133:7; 138:6; 143:12; 145:15; 147:5, 20; 150:1; 155:23; 156:19; 157:24; 159:14; 160:19; 161:19, 25; 163:13; 165:10; 167:11; 169:7; 170:9; 172:8, 11, 21; 179:4; 180:23
**FARNHAM** [7] - 3:8-10; 112:1; 143:10; 170:6
**fast** [5] - 16:23; 42:24; 156:20; 187:9; 203:7
**fast-track** [1] - 16:23
**fault** [1] - 34:11
**Fax** [1] - 2:5
**February** [5] - 27:22; 71:18; 114:1; 139:12; 194:11
**federal** [3] - 146:25; 148:9, 19
**feedback** [1] - 182:17
**felt** [10] - 34:11; 40:4; 46:6; 56:5; 116:6; 140:7; 141:1; 160:3; 163:4
**few** [9] - 16:8; 23:19; 27:18, 24; 57:13; 161:1
**fighting** [1] - 118:9
**figure** [2] - 22:13
**filed** [1] - 20:10
**files** [2] - 95:11; 128:2
**filing** [1] - 181:20
**fill** [19] - 28:19; 29:21; 30:2; 47:1-3; 75:25; 96:10; 97:1; 99:4, 12; 117:5; 118:25; 121:11; 127:1; 134:4; 149:15; 163:25
**filled** [4] - 47:12; 95:18; 97:24; 98:14
**filling** [4] - 47:9; 135:13, 18; 168:10; 172:22; 179:20; 195:6
**final** [1] - 101:13
**finance** [2] - 144:11; 190:5
**financial** [2] - 103:13; 192:20
**findings** [2] - 198:19; 202:25
**Findings** [3] - 5:24; 202:9, 11
**fine** [9] - 37:14; 77:14; 86:24; 87:1; 131:15; 136:18; 165:8; 174:25; 195:3
**finish** [2] - 9:18; 175:4
**finished** [6] - 10:14; 16:11, 16; 17:5; 123:13; 156:23
**finishes** [2] - 123:4, 14
**finishing** [1] - 201:19
**fired** [1] - 37:23
**firing** [1] - 15:10
**firm** [1] - 5:17
**First** [1] - 108:6

**first** [27] - 5:5; 6:4; 16:9; 17:22; 26:21; 27:25; 33:13; 37:3; 38:24; 39:13; 44:21; 65:23; 78:9; 101:21; 102:18; 109:20; 117:20; 123:9; 135:21; 138:23; 140:22; 152:12; 154:9; 178:17; 180:17; 191:21
**fit** [2] - 102:12; 109:22, 25; 161:2; 188:3
**five** [18] - 9:21; 14:2; 44:16; 45:5, 9, 13; 46:8, 12; 103:18; 104:15; 105:3, 11; 129:3; 130:5; 194:19, 23; 202:2
**five-month** [1] - 9:21
**five-plus** [4] - 103:18; 104:15; 129:3
**fix** [1] - 86:22
**flew** [1] - 142:24
**flexible** [1] - 138:12
**flip** [1] - 7:5
**FMCG** [1] - 187:8
**focus** [2] - 8:25; 21:12
**folks** [3] - 28:5; 56:12; 161:1
**follow** [10] - 16:24; 90:22; 106:6; 114:23; 118:6; 122:7; 154:10; 160:1; 162:25
**follow-up** [5] - 122:7; 154:10; 160:1; 162:25
**followed** [2] - 108:12; 114:23
**following** [11] - 22:4, 8; 29:13; 42:23; 44:10; 90:24; 118:7; 136:5; 140:5; 162:4; 194:13
**FOR** [1] - 1:1
**Force** [1] - 148:16
**forecast** [1] - 174:11
**foregoing** [1] - 203:25
**foremost** [3] - 26:21; 27:25; 33:13
**forklifts** [1] - 14:14
**form** [50] - 96:25; 97:25; 98:12; 99:2, 5, 8, 11, 16, 20; 101:9; 104:10; 121:1, 8, 13-14, 16, 22; 122:12, 15; 124:6; 127:20, 22; 131:2; 133:8, 25; 134:8, 16-17, 20, 22-23; 135:13, 18; 138:10; 149:14, 20-21; 155:25; 162:13; 164:9; 171:1, 5; 172:22; 194:22; 198:25; 199:2, 8, 10; 201:23
**formal** [2] - 151:19; 152:7; 154:14; 164:20, 23
**formally** [7] - 30:1, 4; 141:22; 196:5, 7; 202:15, 17
**forms** [4] - 99:13, 15; 136:14; 153:17
**forth** [3] - 22:20; 148:6; 186:14
**forward** [2] - 105:25; 106:1
**forwarded** [5] - 30:7, 15; 72:23; 73:1; 92:8
**forwarding** [1] - 75:8
**foundation** [3] - 38:21; 47:20; 52:15
**four** [6] - 12:25; 55:24; 71:21, 24; 75:14; 85:6
**framework** [1] - 16:24
**Frank** [2] - 168:1
**frankly** [1] - 125:13
**fresh** [3] - 45:6; 79:13; 80:16
**friend** [3] - 151:1, 3

**front** [6] - 6:19; 20:18; 21:3; 104:11; 120:19; 140:20
**fully** [1] - 197:1
**function** [5] - 56:24; 79:13; 101:25; 115:22; 131:11
**functions** [2] - 102:1, 3, 24
**fundamental** [2] - 102:9; 186:11
**fundamentals** [3] - 10:10; 45:24
**funny** [2] - 33:25; 34:5
**future** [3] - 26:11; 116:5; 153:16

---

**G**

---

**gaps** [2] - 135:6; 152:19
**GATLING** [92] - 3:5, 13; 5:12, 16; 19:24; 20:5, 12, 19; 22:1, 8; 37:10; 47:19; 51:24; 52:4, 8; 57:9, 11; 58:24; 59:3; 60:17, 21; 63:18; 64:2, 8; 65:3, 7-8, 19; 66:5, 8-9; 68:24; 69:4, 7, 10, 13, 17; 70:1, 6, 15; 76:13, 15-16; 77:21; 79:20, 22, 24; 80:7; 81:24; 82:1, 7, 10; 85:20, 22; 86:11; 87:7; 89:13; 104:21; 110:10; 122:21, 24; 123:2, 6, 8, 11; 166:14; 173:19, 22; 174:22; 175:3, 7; 182:21, 25; 183:4; 185:8; 189:7; 194:8; 196:4, 8, 13, 19, 21, 23; 198:5; 200:4; 202:17, 23; 203:1, 3, 17, 20
**Gatling** [11] - 2:2; 5:12; 57:8; 66:19; 68:6; 73:23; 75:6; 80:3; 83:13; 196:20; 200:16
**Gatling's** [1] - 80:4
**GED** [2] - 16:12, 14
**gender** [1] - 146:21
**general** [2] - 7:1; 25:21
**generally** [1] - 131:10
**genetic** [2] - 146:22; 148:14
**gentleman** [3] - 93:5; 142:12, 23
**George** [3] - 142:24; 143:1, 3
**GILES** [1] - 1:11
**given** [9] - 55:8; 94:2; 109:12, 16; 133:12; 135:8; 176:13
**glad** [1] - 102:18
**Global** [8] - 88:5, 9, 16, 18, 21, 25; 89:11
**glue** [1] - 159:5
**go-to** [2] - 130:15; 164:2
**goal** [1] - 26:22
**goods** [10] - 10:14; 11:13, 24; 12:2; 14:7; 15:23; 25:20; 32:3; 156:23; 187:9
**grading** [3] - 176:12, 19
**graduate** [1] - 9:14
**grandkids** [1] - 56:25
**grant** [1] - 200:8
**graphic** [2] - 34:20; 129:2
**great** [11] - 22:23; 33:22; 36:19; 45:1; 56:12; 116:6; 120:21, 25
**grounds** [1] - 196:25
**grown** [1] - 36:8
**growth** [1] - 150:24

**guarantee** [3] - 75:18; 77:3
**Guard** [1] - 148:15
**guess** [4] - 61:7; 82:12; 104:21; 174:23
**guilty** [4] - 94:2-4, 7
**guy** [1] - 142:19
**guys** [2] - 43:6; 191:23

## H

**Hagerstown** [2] - 9:11
**hair** [2] - 56:16
**half** [3] - 12:7; 17:3; 135:4
**halfway** [1] - 174:13
**hand** [2] - 76:14; 128:5
**handbook** [19] - 63:2, 10, 12, 15; 64:12, 15, 23; 65:16, 23-24; 66:1, 15-16, 21, 24; 145:5, 21; 186:6, 8
**Handbook** [5] - 145:18; 147:9, 23; 148:7
**handle** [1] - 34:24
**handled** [1] - 14:9
**handwrite** [1] - 98:1
**handwriting** [1] - 149:20
**happy** [4] - 20:25; 26:8; 56:1; 160:6
**harassment** [2] - 148:10, 17
**hard** [8] - 9:21; 32:9; 36:14, 20; 38:1; 46:17; 56:24
**Harry** [1] - 1:14
**hazardous** [1] - 11:3
**HAZMAT** [2] - 10:25; 11:1
**head** [61] - 8:24; 19:1; 14:20; 27:5; 40:12; 47:13; 48:6; 67:22; 68:9; 72:6; 74:16, 21, 23; 89:23; 91:24; 94:20; 96:6; 103:11-13; 113:1, 21; 114:25; 115:4, 7; 116:23; 132:7, 10; 148:25; 149:1, 4; 152:2, 6; 155:10; 156:5; 160:24; 166:24; 178:4; 179:23; 184:17; 190:4, 8; 191:3; 192:18-20, 22; 199:17; 200:10, 18; 201:12
**Head** [1] - 2:11
**headaches** [1] - 56:15
**headquarters** [5] - 49:6; 152:11; 153:24; 189:3
**heads** [2] - 27:12; 191:5
**hear** [18] - 22:6; 40:2; 73:5, 10; 85:19; 88:22; 90:18; 105:22; 109:21; 112:14; 123:10; 126:7; 139:19; 141:24; 156:16; 169:13; 178:25; 183:10
**heard** [11] - 37:12; 85:14, 17; 109:15, 17; 114:9; 159:1; 180:12; 195:14; 197:1; 201:6
**hearing** [2] - 112:9, 11
**held** [9] - 12:3; 24:5; 72:11; 84:3, 5; 85:3; 112:20; 177:3, 19
**help** [3] - 46:6; 153:14; 190:3
**helped** [1] - 45:7
**hence** [1] - 133:20
**hereby** [1] - 173:23
**Herrmann** [2] - 1:18; 5:7

**herself** [2] - 140:4; 159:23
**high** [12] - 9:10, 12, 14, 18, 25; 10:7; 16:11; 106:21; 110:7; 125:11; 194:20
**high-performing** [4] - 106:21; 110:7; 125:11
**higher** [3] - 15:17; 152:2; 194:25
**highest** [1] - 26:9
**highly** [2] - 95:13; 159:6
**himself** [1] - 110:14
**hire** [5] - 128:3, 6; 148:21; 190:3; 191:23
**hired** [13] - 8:6, 9, 11; 27:25; 47:3; 53:24; 114:12; 126:23; 190:5; 191:3
**hiring** [9] - 15:10; 99:9; 101:10; 105:20; 112:22, 25; 114:17; 144:5
**histories** [1] - 186:23
**history** [1] - 152:10
**hmm** [13] - 11:17; 49:10; 70:22; 72:3; 81:24; 82:9; 128:25; 134:3; 136:8; 142:8; 148:6; 170:21; 174:8
**Hold** [1] - 122:22
**hold** [13] - 5:20; 8:12; 55:2; 68:22; 69:5; 88:25; 112:19; 122:22; 123:9; 160:11; 172:6; 183:10
**holding** [1] - 36:9
**home** [4] - 166:23; 177:24; 190:3; 191:5
**honest** [2] - 92:18; 100:25
**honestly** [2] - 173:4; 199:20
**Honor** [118] - 5:6, 12-13, 17; 6:5, 23; 19:19, 24; 20:1, 5, 21, 25; 21:5, 14; 22:1, 4, 17; 24:7; 30:18; 38:18; 39:1, 8; 50:10; 51:8, 17, 24; 52:3, 8-9, 22; 57:9; 58:24; 60:17; 63:18; 65:3, 19, 21; 66:5; 68:24; 69:4, 7, 13; 76:13; 77:19, 23; 79:18; 82:7; 85:24; 86:8, 24; 87:7; 89:13, 15; 98:23; 100:11, 15; 104:4; 106:12; 110:10, 22; 111:4, 25; 122:21; 123:12; 124:16; 125:22; 126:4; 132:3; 133:1; 136:1, 16; 137:19; 142:7; 147:14; 161:12, 17, 23; 166:14; 167:21; 170:3; 172:4, 7; 173:19, 22; 174:22; 175:7; 182:21; 183:11; 185:6; 196:8, 14, 19, 23; 197:13, 18-19, 23; 198:5, 8, 11, 14, 18, 21; 199:10, 18; 200:10, 13, 17, 22; 202:17, 19; 203:5, 16-17, 20
**honorable** [1] - 194:6
**HONORABLE** [1] - 1:11
**hope** [1] - 75:2
**hour** [1] - 202:10
**hourly** [1] - 112:24
**HR** [60] - 18:13; 39:7; 43:7; 45:7; 50:5; 51:2; 90:2; 96:20; 97:1, 24; 98:14; 99:14; 100:5; 103:12; 105:21; 106:6, 25; 107:7; 108:12, 16, 23, 25; 109:5, 14-15, 17-18, 21, 24; 110:18; 113:2; 114:25; 115:1; 131:12, 23; 132:5-7, 10; 134:5; 140:24; 141:8; 144:3; 145:4; 149:16; 151:18; 152:22; 153:18; 154:7; 155:1, 3; 179:2; 184:10, 14, 17; 192:19

**human** [20] - 36:24; 51:19, 21; 52:2; 99:14; 112:20; 128:2; 143:20; 144:12, 22, 24; 166:8; 178:24; 180:3; 182:10, 17; 183:19; 185:2
**humiliated** [2] - 56:5, 17
**Hung** [106] - 32:21; 33:9, 19-21; 34:4, 10, 13, 18-19; 35:1, 22; 40:21; 45:14, 16, 20; 46:22; 47:1-3, 7; 48:1; 78:3, 11; 79:5, 9; 96:19; 99:12; 101:11, 14; 102:12; 105:18, 25; 106:1, 3, 20; 107:4, 6, 9, 16, 22; 108:7, 13, 18, 21; 109:1, 7, 11, 18, 22; 110:6; 114:15; 119:3, 10, 20; 120:2, 4, 12; 128:13; 129:1, 4, 9, 11, 16, 21-22; 136:20; 137:1; 138:10; 159:16; 160:22; 161:2, 25; 162:23; 165:5, 11, 19; 169:16; 172:2; 173:2, 6; 177:3, 10, 14; 178:25; 182:2; 184:21; 186:22, 32; 191:14, 16; 192:25; 195:4; 197:25; 198:8, 12, 14-15; 199:2, 13
**Hung's** [22] - 46:9; 47:17; 50:7; 99:20; 127:24; 128:8; 134:6, 24; 135:17; 137:13, 16, 24; 139:5; 142:10; 165:17; 171:2; 176:20; 177:15; 193:16; 198:3; 201:13
**husband** [1] - 36:7
**hybrid** [1] - 142:14

## I

**ID** [1] - 99:23
**idea** [1] - 180:7
**identified** [7] - 22:3; 39:8; 119:3; 139:1; 163:19; 164:21
**identifies** [1] - 101:10
**identify** [18] - 7:16; 38:25; 58:2, 16; 59:16; 60:6; 63:7; 64:9; 65:10; 66:14; 68:14; 82:2; 96:24; 120:25; 132:19, 21; 156:12; 176:2
**identifying** [1] - 164:1
**identity** [1] - 146:21
**IDP** [9] - 151:25; 152:1, 9; 153:23; 154:16; 170:9, 15, 17, 22
**IDPs** [1] - 153:24
**IIPMR** [1] - 23:10
**illicit** [1] - 93:14
**imagine** [1] - 194:4
**immediate** [1] - 176:13
**immediately** [3] - 16:3; 188:19; 193:11
**impacts** [1] - 56:22
**impeach** [1] - 172:9
**impeaching** [1] - 183:1
**impeachment** [4] - 110:11; 172:5, 8; 182:22
**implement** [1] - 189:3
**implicated** [1] - 93:24
**impor** [1] - 32:1
**import** [1] - 27:11
**importance** [1] - 32:1
**important** [16] - 32:4; 44:24; 80:19;

95:14; 115:4; 117:22; 123:20; 127:9; 142:18; 158:19; 168:16; 187:2; 189:6; 192:13
  **imported** [2] - 10:13
  **importing** [2] - 10:11, 15
  **impressed** [1] - 18:4
  **improper** [5] - 110:11; 172:4, 8; 182:21, 24
  **improvement** [1] - 150:11
  **improvements** [1] - 150:13
  **in-company** [10] - 117:21; 119:2; 121:18; 122:12; 127:5, 8, 18, 21; 158:16, 20
  **in-depth** [1] - 91:2
  **in-person** [1] - 17:25
  **inaccurate** [2] - 100:23; 132:2
  **incentive** [1] - 150:17
  **incentives/bonuses** [1] - 138:13
  **inclined** [2] - 159:21; 160:5
  **include** [1] - 200:6
  **included** [2] - 115:1
  **includes** [2] - 89:3; 136:7
  **including** [10] - 10:8; 15:2; 89:6; 146:18, 23; 147:4; 148:12, 15; 150:14
  **incompetent** [1] - 201:25
  **inconsistent** [3] - 110:20; 183:12
  **incorporating** [1] - 158:25
  **increase** [4] - 84:16; 138:19; 142:4; 168:24
  **incredible** [1] - 32:7
  **independent** [4] - 69:20; 70:8, 10; 92:24
  **indicate** [4] - 63:24; 93:6; 108:17; 138:11
  **indicating)** [1] - 194:20
  **indicators** [1] - 139:1
  **indirect** [1] - 14:23
  **indiscernible** [4] - 22:5; 138:5; 152:13; 156:15
  **indiscernible}** [1] - 122:2
  **individual** [6] - 83:14, 17, 21; 116:13; 153:9; 164:3
  **Individual** [9] - 151:25; 152:9; 153:11, 25; 154:21, 24; 155:2, 9; 156:6
  **individual's** [1] - 154:16
  **individuals** [6] - 15:6; 25:5, 14; 125:9, 15
  **Indonesia** [9] - 117:24; 127:7, 15; 144:18; 154:13; 158:17; 170:14; 190:22
  **Industries** [1] - 145:25
  **inflicion** [1] - 200:20
  **inform** [2] - 29:14; 167:17
  **information** [19] - 31:7; 33:6, 17; 92:14; 93:6; 98:19; 108:17; 121:8, 13; 146:23; 148:14; 153:8; 164:19; 179:2; 182:9; 183:19; 184:8; 185:2
  **informed** [5] - 139:7; 140:21; 148:20; 149:17
  **initial** [1] - 181:2

  **initiated** [3] - 120:4; 178:23; 181:7
  **innocent** [2] - 94:1, 6
  **input** [6] - 90:17-19; 91:10; 92:18; 120:15
  **inputs** [1] - 97:12
  **Institute** [1] - 23:10
  **instruct** [1] - 149:15
  **instructions** [1] - 45:4
  **insurance** [1] - 144:19
  **integral** [1] - 187:11
  **integrate** [2] - 187:13, 17
  **Integrity** [1] - 2:11
  **Intelligence** [1] - 85:1
  **intensive** [1] - 153:21
  **intent** [2] - 37:7, 9
  **intentional** [2] - 55:16; 200:20
  **interact** [1] - 34:17
  **interaction** [2] - 95:6; 117:23
  **interactions** [1] - 117:24
  **interest** [3] - 108:6; 109:20
  **interested** [7] - 18:14; 108:10; 109:18; 120:15; 128:18; 159:22; 160:6
  **internal** [4] - 36:19, 21; 92:20; 107:1; 127:6; 163:25
  **internally** [1] - 163:23
  **International** [1] - 23:10
  **interpretation** [2] - 73:12; 74:5
  **interrupt** [1] - 123:19
  **interrupting** [1] - 123:2
  **interview** [29] - 17:25; 50:3, 6, 15, 21, 23; 51:1, 14; 52:21; 108:21, 24-25; 109:3; 119:22, 24; 149:9, 11-14, 16; 150:4, 12; 151:6, 9; 161:9
  **interviewed** [4] - 18:3; 45:7; 109:5; 159:16
  **interviewer** [1] - 113:4
  **interviews** [1] - 149:8
  **introduce** [2] - 92:13; 147:14
  **introduced** [1] - 69:2
  **introduction** [1] - 94:14
  **inventory** [2] - 11:13; 185:22
  **investigate** [1] - 141:8
  **investigation** [10] - 40:6, 9; 50:21; 92:22, 24; 93:9, 11, 25; 195:15, 23
  **investigations** [2] - 92:20; 94:9
  **invited** [1] - 153:5
  **invoked** [1] - 151:17
  **involved** [15] - 92:23; 93:7, 14, 17, 20-22; 102:7, 9; 113:1, 4; 142:16; 147:2; 151:24
  **involvement** [3] - 140:12; 142:20; 154:7
  **Inwood** [1] - 62:13
  **IPP** [1] - 164:20
  **irrelevant** [5] - 89:13; 191:2, 6, 12; 193:18
  **issue** [8] - 21:12; 50:15, 21; 194:7; 198:4; 201:5; 202:13, 18
  **issues** [2] - 185:17; 201:17

  **Iswono** [6] - 48:4; 116:14, 16, 25; 190:11
  **Iswono's** [3] - 190:14, 18, 20
  **item** [1] - 121:5
  **items** [8] - 119:14; 144:17, 20; 146:14; 150:9, 16; 162:24; 164:12
  **iterations** [1] - 153:5
  **itself** [5] - 31:20; 77:19; 80:1; 134:17; 149:21

**J**

  **Jackie** [2] - 164:4
  **James** [1] - 71:16
  **January** [1] - 9:19
  **jerlich@erlichlawoffice.com** [1] - 1:17
  **job** [43] - 11:24; 13:23; 19:6; 24:3, 19; 25:21; 26:10; 27:1; 33:1; 39:21; 41:16; 45:4; 46:2, 7, 18; 53:21, 23; 67:1; 74:24; 75:21; 84:5; 87:21; 101:25; 122:15; 130:23; 131:1-3, 5-6, 16-18, 20, 22; 132:2, 5; 144:10; 151:3; 180:3; 198:24
  **jobs** [3] - 9:22, 25; 27:2
  **jog** [1] - 69:14
  **John** [10] - 166:21-23, 25; 177:17; 190:16, 18, 23
  **joined** [2] - 17:17, 21; 102:19; 182:13
  **joining** [4] - 35:10; 129:9, 11
  **joint** [1] - 120:13
  **jointly** [1] - 120:11
  **Jones** [1] - 76:14
  **Josh** [1] - 49:12
  **Joshua** [2] - 1:14; 5:6
  **Judge** [4] - 22:2, 10; 82:8
  **JUDGE** [1] - 1:12
  **judgment** [1] - 182:2
  **judgments** [1] - 93:18
  **June** [3] - 23:14; 66:19, 24
  **jury** [1] - 6:25
  **justify** [1] - 88:15

**K**

  **Kanban** [1] - 11:13
  **Katherine** [2] - 1:18; 5:7
  **keep** [6] - 73:2; 75:10; 78:21; 80:22, 24; 110:21; 142:4; 152:18; 154:8
  **keeping** [1] - 115:9
  **kept** [2] - 131:4; 168:16
  **key** [3] - 120:14; 139:1; 141:4
  **kherrmann@erlichlawoffice.com** [1] - 1:22
  **kids** [1] - 36:8
  **Kimberly** [1] - 188:25
  **Kimberly-Clark** [1] - 188:25
  **kind** [6] - 56:14; 142:19; 161:6; 174:23;

176:18; 189:25
**Kinsey** [2] - 166:22, 25; 177:17; 190:16
**Kinsey's** [6] - 166:25; 167:3, 7, 15; 190:18, 23
**knocked** [1] - 36:17
**knowledge** [19] - 40:20; 50:20; 70:21, 23; 72:6; 82:13; 102:10, 19, 25; 127:6, 17; 129:15; 165:21; 177:21; 181:23; 183:23; 184:9; 190:14; 200:23
**knowledgeably** [1] - 45:17
**knowledges** [2] - 178:18; 191:25
**known** [4] - 49:1; 160:2, 8, 22
**knows** [3] - 126:3; 183:14; 188:18

## L

**label** [2] - 142:14, 20
**lack** [1] - 47:19
**lactation** [2] - 146:19; 148:13
**lady** [2] - 34:5; 46:17
**laid** [3] - 13:18; 16:2
**landlord** [1] - 14:10
**language** [1] - 20:8
**laptop** [1] - 16:1
**large** [3] - 13:25; 44:22; 200:24
**largely** [1] - 48:10
**last** [26] - 11:9; 13:17; 26:23; 28:21; 58:20; 75:1; 80:11; 82:12, 17; 95:7; 108:5; 116:14; 143:18; 165:23; 173:5; 174:18; 179:21; 189:9; 193:5; 195:11, 17, 20
**late** [4] - 139:11; 194:11; 202:10
**lateral** [3] - 67:25; 68:3, 18
**laughing** [1] - 43:12
**Law** [4] - 1:15, 19; 5:24; 202:12
**law** [5] - 145:2; 146:16, 25; 148:10, 19
**laws** [3] - 10:24; 147:22; 148:9
**lawsuit** [1] - 6:14
**lay** [2] - 38:21; 86:25
**lead** [3] - 75:3; 79:13; 80:20
**leadership** [2] - 150:17; 153:19
**leading** [2] - 44:21, 23
**Lean** [4] - 11:9, 11-12, 14
**learn** [13] - 11:12; 28:7; 32:13, 18, 25; 33:4, 7; 36:15; 42:8; 45:20; 102:22; 109:11; 180:17
**learned** [21] - 26:7; 27:1, 9; 28:13; 32:14, 19, 23; 33:1, 5, 17; 35:22; 39:19-21; 42:10; 71:17; 141:6
**learning** [4] - 53:6; 82:22; 150:24; 156:22
**lease** [2] - 14:9, 13
**least** [4] - 15:7; 174:14; 176:24; 201:7
**leave** [12] - 13:15; 28:8; 44:5, 14; 53:7; 54:22; 87:25; 88:2; 90:1; 113:9, 11, 13
**leaves** [1] - 115:7
**leaving** [10] - 44:12; 73:14; 90:10; 91:2; 93:3; 115:13; 116:6; 150:6;

195:16, 19
**left** [20] - 13:12; 26:18; 44:15; 45:3; 46:8; 53:18, 25; 54:43; 84:20; 90:6; 113:22, 25; 114:2, 17-18; 116:22; 139:11; 170:23; 175:10; 184:6
**Legal** [1] - 11:5
**legal** [2] - 11:6; 88:15
**Legal-Eagle** [1] - 11:5
**legal-Eagle** [1] - 11:6
**legally** [1] - 146:18
**legally-recognized** [1] - 146:18
**legitimate** [1] - 97:19
**lengthy** [1] - 140:22
**letter** [7] - 31:19, 23; 58:19; 59:4; 114:19; 189:24; 199:7
**letting** [1] - 13:17
**level** [20] - 45:17, 21-22; 46:9, 11; 94:19; 112:24; 114:24; 138:14; 140:12; 149:1; 152:2; 159:11; 178:3; 192:22; 195:6; 197:6
**levels** [1] - 152:2
**Levison** [1] - 142:24
**liability** [3] - 200:24; 201:2
**liberty** [1] - 180:4
**life** [5] - 56:22; 103:5; 144:4; 150:7, 10
**light** [2] - 5:22; 124:25
**lighting** [1] - 111:19
**lighting-wise** [1] - 111:19
**lights** [4] - 5:19, 23; 86:19
**likely** [3] - 86:16; 92:7; 163:25
**limited** [3] - 105:7; 146:18; 178:18
**line** [6] - 31:21; 76:19; 106:19; 107:15; 172:13
**line-by-line** [1] - 31:21
**lines** [2] - 14:23; 15:2
**Lingham** [4] - 37:4; 50:5; 52:1, 5
**list** [3] - 21:10; 63:23; 150:20
**listed** [1] - 171:5
**listen** [2] - 123:20, 22
**lists** [2] - 12:16; 146:14
**litigation** [1] - 55:10
**LITTLER** [2] - 2:2, 7
**live** [6] - 62:9, 12-13, 20; 178:10, 17
**lived** [8] - 35:2; 36:2; 62:6, 16, 21, 23; 85:12
**lobbying** [1] - 90:20
**local** [7] - 18:13; 45:2; 100:6; 103:9; 146:25; 148:19
**locally** [1] - 27:19
**located** [17] - 27:17; 95:4; 100:7; 103:14; 118:22; 124:7; 130:16; 143:3, 5, 24; 144:1; 163:22; 190:6; 192:18, 21
**location** [13] - 13:9; 25:12; 40:16, 19; 49:1; 100:1, 9, 20; 118:18; 143:6; 162:11, 14
**locations** [2] - 48:25; 49:4
**log** [1] - 174:8
**logical** [1] - 115:21
**logistic** [1] - 185:23

**logistics** [6] - 86:25; 115:21; 116:11; 160:24; 166:10; 188:14
**look** [36] - 7:18; 8:25; 19:7; 21:9; 30:23; 38:16; 58:20; 61:20; 64:13; 66:10, 20; 75:1; 95:11, 14; 96:22; 105:6, 8-9; 115:2, 7; 117:15; 120:22; 121:4, 17; 134:16, 22; 135:13, 20; 152:19; 175:24; 185:25; 187:15; 189:8; 199:16; 201:17
**looked** [15] - 16:7; 21:23; 66:21; 72:16; 117:9, 11, 14; 118:20; 128:6; 134:16, 19; 135:15; 158:19; 172:23
**looking** [37] - 10:7; 12:4; 22:13; 44:19; 45:10; 53:11; 59:4; 60:10, 22; 64:20; 68:16; 72:22; 74:25; 78:14, 23; 79:12; 82:11; 96:10; 99:8; 104:2; 117:21; 118:2, 12; 121:16; 122:2, 11; 125:8; 127:18; 128:8, 10; 135:21; 151:3; 152:16; 178:14; 190:11; 197:7
**looks** [16] - 19:9; 58:19; 59:19; 60:14; 63:10; 64:12; 65:11; 66:15; 72:22; 73:1, 24; 74:3; 119:8; 131:13; 158:2
**losing** [1] - 56:16
**lost** [2] - 46:14; 106:12
**love** [2] - 36:11; 199:23
**loved** [2] - 36:9; 53:9
**low** [3] - 112:16; 125:12; 171:8
**low-performing** [1] - 125:12
**luck** [1] - 91:2
**luncheon** [1] - 111:14
**lunchtime** [1] - 5:21
**Lynn** [1] - 1:18

## M

**ma'am** [38] - 51:2, 4; 57:21; 59:6, 9, 17; 61:9, 25; 62:11, 15; 63:13; 65:17; 66:25; 67:19, 23; 68:1, 19; 69:19; 70:17; 71:3, 9, 20; 72:2, 21, 25; 73:17, 20; 74:12; 75:13; 82:20; 84:2; 85:5, 16, 19; 123:20; 129:14; 173:23; 174:19
**machine** [2] - 2:18; 192:2
**machines** [1] - 133:19
**mad** [1] - 42:23
**mail** [45] - 30:8, 14-15, 24; 31:1, 5-7, 23; 39:6, 13; 40:15; 44:3; 72:23; 73:13, 25; 74:13, 25; 75:7, 14; 76:25; 77:8, 10; 80:14, 17; 83:7; 90:16; 91:13; 92:7, 18; 94:8, 11; 95:13; 124:21, 23, 25; 125:2; 158:2, 4; 168:7, 9; 190:5, 8; 191:3
**mails** [3] - 39:14; 91:12; 105:9
**main** [1] - 186:20
**maintaining** [1] - 145:5
**major** [1] - 119:18
**majority** [1] - 162:18
**maker** [1] - 113:6
**makers** [1] - 197:7
**manage** [7] - 14:19; 56:1; 70:16; 88:18; 129:21; 169:16

**managed** [5] - 13:25; 14:2; 15:18; 48:1; 130:3

**management** [40] - 29:24; 40:21; 41:19; 45:2; 79:15, 17; 118:21; 121:18; 122:8, 11-12; 126:22, 24-25; 127:5, 14, 19-20; 140:11; 150:24; 152:24; 158:17, 20; 160:2, 9, 23; 162:15; 173:10; 178:6, 8; 186:18; 187:6; 197:5; 198:25; 199:6; 201:24; 202:1

**Manager** [1] - 99:24

**manager** [96] - 12:13, 16; 13:22; 14:20; 18:1; 34:14; 35:11; 47:6, 10; 54:11; 55:3; 72:12; 74:14, 20-21; 75:23; 80:9; 85:3; 96:4; 99:9, 21; 101:10; 106:21; 110:7; 115:1; 116:25; 118:13; 121:5; 124:7; 126:17; 131:10; 133:10, 13-14, 21-24; 136:21; 137:1, 14, 17; 140:24; 142:11; 153:12; 154:4, 11-12; 157:10, 16; 158:10, 14, 23; 159:10, 12; 162:1, 15; 164:13, 17; 165:5, 11, 18; 167:18; 168:10, 13-14, 17; 169:17; 170:1; 173:7; 176:13, 22; 177:6, 14; 178:7, 13; 182:6; 184:25; 191:14, 17, 20; 192:14; 195:4

**manager's** [1] - 102:1

**managerial** [15] - 40:16; 113:3; 117:21; 118:15, 20; 140:3, 9; 149:1; 158:15; 159:11; 168:15; 172:25; 173:5; 179:17

**managers** [16] - 38:7; 67:8; 96:21; 103:10; 117:15, 23; 118:13; 119:1, 6; 152:17; 153:1, 6; 155:5; 177:16; 184:24

**managing** [4] - 61:23; 103:4; 177:20; 184:21

**manifestations** [1] - 202:7

**manner** [1] - 45:12

**Manpower** [12] - 96:25; 99:2, 5, 11, 16, 20; 101:9; 104:10; 121:1; 198:25; 199:7; 201:23

**manufacture** [1] - 159:3

**manufactured** [1] - 119:18

**Manufacturing** [3] - 11:9, 11

**manufacturing** [5] - 11:25; 15:24; 49:5; 159:2, 5

**March** [20] - 32:15; 41:18, 25; 44:3, 7-9; 55:22; 72:23; 73:13; 87:22; 98:8, 10; 113:10, 25; 139:12; 143:15; 194:11

**marital** [1] - 148:14

**mark** [2] - 140:9; 154:10

**marked** [8] - 57:23; 59:13; 64:4, 14, 21; 65:9; 66:11; 68:11

**Market** [1] - 23:10

**marketing** [6] - 142:19; 161:1; 166:23; 190:4; 192:19

**marketing/sales** [1] - 142:13

**married** [1] - 8:2

**Martinsburg** [4] - 16:18; 62:7, 9

**Maryland** [1] - 9:11

**matching** [1] - 150:8

**material** [3] - 156:23; 187:23; 188:12

**materials** [4] - 10:13; 11:2, 25; 14:14

**matter** [4] - 21:15; 137:10; 149:16; 203:25

**McLean** [1] - 2:8

**MDOS** [1] - 103:14

**mean** [33] - 15:22; 38:10; 43:11; 53:13; 55:12; 66:11; 74:21; 77:24; 79:8; 97:18; 101:1; 103:20; 110:13; 138:18; 154:17, 20; 156:24; 160:9, 23; 182:12; 183:1, 9, 21; 189:23; 192:9; 194:20; 195:1; 196:9; 199:22; 202:18; 203:11

**meaning** [1] - 114:25

**means** [3] - 144:19; 154:18; 160:16

**medical** [2] - 146:20; 148:13

**meet** [5] - 28:5; 120:14; 153:6; 162:23; 197:9

**meeting** [15] - 28:3; 30:6; 90:6-8, 11, 18; 91:1, 7; 95:3; 125:15; 153:8; 193:5

**meetings** [2] - 107:1; 150:18

**member** [2] - 26:8; 146:24

**members** [1] - 117:11

**membership** [1] - 148:15

**memorialize** [1] - 153:10

**memorialized** [3] - 151:21, 23; 153:22

**memory** [3] - 69:14; 172:10; 199:12

**MENDELSON** [2] - 2:2, 7

**mental** [4] - 146:22; 197:8, 10; 200:15

**mention** [5] - 41:9; 118:16; 150:11; 151:6; 203:6

**mentioned** [26] - 10:21, 25; 14:17; 15:19; 16:2, 11; 30:14; 40:4; 45:13; 53:3; 72:18; 84:10, 19; 108:6; 119:10; 120:9; 125:4; 129:9; 136:13; 160:8, 22; 166:11; 180:23; 193:6; 195:10

**mentions** [1] - 166:21

**Mercury** [24] - 1:6; 44:22; 48:12, 22; 49:2; 60:9; 62:6; 63:1; 64:22; 66:17; 67:12; 84:4, 12; 95:3; 131:4, 22-23; 132:7; 145:24; 146:2; 163:16; 190:6; 191:3

**mess** [1] - 151:11

**message** [1] - 191:22

**met** [6] - 18:17; 128:17, 19; 139:1; 162:24; 176:18

**microphone** [1] - 120:17

**middle** [2] - 150:24; 175:9

**midst** [1] - 111:5

**might** [15] - 52:25; 86:3; 107:11, 23; 108:24; 116:4; 117:16; 119:1; 131:13; 136:14; 153:22; 154:19; 174:14; 199:12, 18

**Mike** [11] - 142:13, 22; 143:1-3, 5; 177:17

**military** [1] - 148:15

**militia** [1] - 148:16

**mill** [6] - 100:7, 9; 102:22, 24; 178:11

**million** [2] - 44:23; 56:7

**millions** [1] - 56:7

**mind** [17] - 21:2; 100:14; 115:9; 123:4; 143:15; 145:9; 146:9; 147:5; 148:5; 149:22; 152:19; 155:18; 156:10; 158:8;

165:22; 167:25; 192:7

**minds** [1] - 116:4

**mining** [3] - 12:21; 13:10

**Mining** [1] - 13:8

**minority** [2] - 194:2, 4

**minutes** [4] - 57:5; 161:11, 17, 22

**misquote** [1] - 110:17

**misrepresented** [1] - 104:22

**miss** [5] - 51:22; 103:4; 177:10; 178:9; 199:2

**Miss** [1] - 122:22

**mistake** [1] - 44:20

**mitigated** [1] - 202:19

**mixed** [1] - 136:5

**mocked** [2] - 42:12; 43:8

**modified** [1] - 61:23

**modules** [1] - 25:19

**moment** [9] - 10:4; 15:19; 31:1; 38:16; 46:24; 53:3; 121:17; 171:8; 195:10

**Monday** [5] - 32:14; 44:3, 8-9; 55:22

**money** [5] - 32:5-7; 36:23; 41:10; 42:20; 54:19; 56:19; 138:24; 180:2

**monitor** [1] - 187:1

**monitoring** [1] - 176:12

**month** [15] - 9:21; 17:16, 20; 18:10; 23:20; 49:14, 16; 53:20, 25; 84:19, 22; 138:14, 16

**month's** [1] - 138:15

**month/day/year** [1] - 98:3

**months** [16] - 16:8, 10; 23:19; 34:25; 36:17; 38:11; 138:24; 170:13; 181:6, 8

**MORNING** [1] - 5:1

**morning** [9] - 5:6, 8, 11, 14, 18; 6:11; 32:17; 57:4; 103:6

**most** [14] - 15:12; 43:5; 112:25; 118:22; 131:22; 135:20; 144:4, 9, 16; 152:25; 197:2; 198:23, 25; 199:8

**mostly** [5] - 27:17, 19; 94:18; 113:5; 188:23

**motion** [7] - 182:1; 183:8; 196:17; 198:19; 201:3, 8

**move** [27] - 17:10; 21:6, 10, 15; 24:8; 30:19; 38:19; 39:9; 50:11; 100:10, 13, 15; 110:23; 118:18; 133:1; 137:19; 147:14; 161:6; 175:14; 176:5; 196:8, 23; 197:16; 198:17; 202:18

**moved** [8] - 14:10; 17:14; 23:1; 36:10; 47:7; 112:16; 149:5

**moving** [7] - 19:18; 21:16; 35:14; 133:9; 162:22; 187:9; 198:18

**MR** [158] - 3:4, 7-8, 10, 12, 14; 5:6, 9; 6:5, 10, 22, 25; 7:3, 6-7; 19:19; 20:1, 14, 21, 25; 21:5, 14, 20, 23; 22:17, 19, 23, 25; 24:7, 13; 30:18, 22; 37:13, 16-17; 38:18, 23; 39:1, 8, 12; 43:20; 47:24; 50:10, 14; 51:8, 12, 16, 19, 21, 23; 52:2, 9, 13, 17, 22, 24; 53:2; 57:3; 63:25; 65:21; 77:19; 79:18, 21, 25; 80:5; 85:24; 86:3, 8, 12, 15, 20, 24; 87:3, 5, 11; 88:24; 89:15, 19; 92:2;

96:1; 98:23; 100:11, 14, 19; 102:11;
104:7, 24; 105:1; 106:8, 11, 14; 107:2;
110:13, 16, 22; 111:25; 112:3; 116:16;
123:1; 124:5, 18; 126:5; 132:13; 133:1,
6; 136:6, 18-19; 137:19, 23; 141:25;
142:7, 9; 143:8; 147:16; 157:1; 160:10,
13, 17; 167:21; 170:4, 7; 171:9, 11, 13,
17; 172:15, 20; 173:15, 18; 174:13, 19;
175:18, 20, 22; 176:5, 9; 181:12;
183:11, 24; 185:6; 194:10; 195:25;
196:6, 14, 18; 198:21; 199:18; 200:9,
17, 22; 203:5, 16, 21
   **MS** [136] - 3:5, 9, 13; 5:12, 16; 19:24;
20:5, 12, 19; 22:1, 8; 37:10; 47:19;
51:24; 52:4, 8; 57:9, 11; 58:24; 59:3;
60:17, 21; 63:18; 64:2, 8; 65:3, 7-8, 19;
66:5, 8-9; 68:24; 69:4, 7, 10, 13, 17;
70:1, 6, 15; 76:13, 15-16; 77:21; 79:20,
22, 24; 80:7; 81:24; 82:1, 7, 10; 85:20,
22; 86:11; 87:7; 89:13; 104:21; 110:10;
122:21, 24; 123:2, 6-8, 11-12, 17;
124:16; 125:22; 126:4; 132:3; 136:1,
16; 143:11; 145:12, 14; 147:14, 19;
149:23, 25; 155:20, 22; 156:18; 157:3,
5, 8; 158:6; 159:9; 160:18; 161:12, 16,
19, 21, 23-24; 162:21; 165:9; 166:14,
16, 20; 167:24; 170:3; 172:4, 7, 11, 13;
173:19, 22; 174:22; 175:3, 7; 182:21,
25; 183:4; 185:8; 189:7; 194:8; 196:4,
8, 13, 19, 21, 23; 198:5; 200:4; 202:17,
23; 203:1, 3, 17, 20
   **multiple** [1] - 67:8
   **must** [4] - 20:9; 122:4; 162:22

## N

   **name** [21] - 6:11; 8:1-4; 87:14; 105:21;
112:4; 116:12, 14; 121:4; 125:14;
142:12, 15, 23; 164:4; 166:21
   **named** [4] - 89:20; 113:15, 18; 154:16
   **names** [1] - 12:25
   **naming** [2] - 164:13, 17
   **nation** [1] - 190:20
   **National** [5] - 145:18; 147:9, 23; 148:6,
15
   **national** [20] - 64:25; 146:21; 148:12;
167:15; 169:11, 22; 197:22, 24; 198:4,
6-7, 9, 11-12, 14-16; 199:9, 11
   **nationality** [1] - 201:13
   **Naval** [1] - 148:16
   **necessarily** [1] - 159:23
   **necessary** [6] - 99:3; 117:16, 20;
121:17; 126:21; 163:11
   **need** [32] - 20:16; 21:8; 32:5; 35:8;
38:3, 21; 87:7; 100:13; 103:10; 108:6;
110:21; 119:9; 123:23; 135:15, 20;
152:18, 21; 160:19; 165:7; 175:15;
179:17; 186:21, 25; 188:6, 18; 189:3;
192:10; 196:16; 199:16; 201:20
   **needed** [6] - 14:15; 15:24; 37:24;

80:15; 109:7; 119:14
   **needs** [4] - 118:5; 122:15; 155:6;
179:17
   **negatively** [1] - 40:12
   **negotiation** [1] - 14:9
   **never** [29] - 18:17; 41:11; 62:23; 68:21;
69:24; 70:14; 72:11; 77:4; 79:1; 81:13,
19; 83:14, 21; 84:3, 5; 85:3, 9, 11-14,
17; 103:4; 180:23; 186:25; 193:14;
194:3, 7; 195:24
   **new** [25] - 14:9; 27:25; 41:13; 45:5;
96:3; 116:18, 20, 22-24; 119:4, 6, 14;
138:17; 142:16, 21; 179:23; 184:14;
187:7; 188:22; 189:16; 190:5, 8
   **news** [1] - 90:2
   **next** [14] - 11:5; 12:8; 18:1; 43:19;
47:23; 53:21; 67:14; 69:25; 70:13; 86:7,
13; 98:22; 111:20; 194:24
   **nice** [7] - 104:19, 24; 105:1; 127:11;
163:2, 4, 11
   **nicknamed** [1] - 46:15
   **nightmare** [1] - 188:11
   **nighttime** [1] - 150:18
   **Noblis** [1] - 54:25
   **nobody** [1] - 56:18
   **NOLASCO** [6] - 1:3; 3:4; 6:8; 57:10
   **Nolasco** [102] - 5:3, 9; 6:6, 13; 7:8, 16;
8:4; 9:10; 19:2; 23:1, 15; 24:3, 14-15;
30:9, 14; 39:3; 43:21; 49:11; 50:2; 53:3;
57:12; 66:10; 69:18; 73:18; 76:2; 79:21,
25; 85:25; 86:4; 91:11; 92:13, 17;
94:14-16, 22; 95:2; 105:3, 11, 14;
109:3, 5; 114:6; 124:13, 15, 20, 25;
126:22; 130:5, 8, 10, 12; 140:16; 141:6,
11, 14, 16, 18, 21; 143:6; 146:1; 151:7;
154:25; 155:3, 12, 15; 156:12; 161:9;
167:17; 168:18; 169:1, 7, 10, 13, 25;
170:8, 19; 171:2; 176:15; 178:19;
179:1, 5, 11, 25; 180:5, 8, 10, 17, 25;
181:8; 193:2, 22; 198:22; 199:4, 8, 25;
200:5
   **Nolasco's** [1] - 126:17; 146:3; 147:11;
156:25; 157:10, 16; 158:13; 169:19, 22;
173:10; 193:19
   **nondiscriminatory** [1] - 186:11
   **none** [1] - 125:18
   **nonexempt** [1] - 155:24
   **nonselection** [4] - 36:25; 41:19; 53:7;
55:18
   **normally** [3] - 94:20; 175:1; 187:18
   **north** [1] - 9:11
   **North** [3] - 2:12; 89:2, 6
   **notation** [1] - 149:20
   **note** [5] - 21:17, 20; 22:14; 138:21;
168:9
   **noted** [1] - 156:24
   **nothing** [4] - 36:8; 78:23; 157:6;
203:18
   **notice** [6] - 44:6, 18; 46:8; 115:12, 23;
171:7

   **noticing** [1] - 98:2
   **notification** [1] - 152:13
   **notified** [3] - 113:25; 140:22; 179:2
   **Novak** [4] - 22:2, 10; 82:8
   **NOVEMBER** [2] - 5:1; 111:17
   **November** [3] - 1:6; 65:16; 66:24
   **Number** [1] - 68:12
   **number** [8] - 42:4, 7; 118:2; 121:21;
127:9; 128:12; 150:9; 164:12
   **numbered** [1] - 97:12
   **numbers** [2] - 32:9; 67:4

## O

   **object** [2] - 65:21; 104:21
   **objected** [9] - 20:4, 7, 18; 21:7, 18;
22:15; 38:18; 50:11; 63:22
   **objecting** [1] - 125:22
   **objection** [31] - 20:2, 5, 19; 37:10, 12;
38:21; 39:9; 47:19; 52:15; 89:13;
100:15; 110:10; 122:23; 123:23;
124:16; 132:3; 133:2; 136:1, 16;
147:16; 157:1, 7; 160:10, 12-13; 172:4,
7; 176:6; 182:21
   **objection's** [2] - 66:4; 183:17
   **objections** [7] - 20:9, 16, 22; 21:3;
22:14; 63:23; 123:22
   **objective** [3] - 101:1; 138:14; 189:6
   **observed** [1] - 201:7
   **obtain** [1] - 23:13
   **obtained** [1] - 23:12
   **obtaining** [1] - 32:3
   **obviously** [9] - 19:20; 94:10; 119:2, 5;
144:17; 154:4; 163:8; 164:6
   **occurred** [4] - 57:6; 125:9; 170:14;
180:20
   **OF** [20] - 1:1, 11; 3:4-6, 8-11, 13-14;
6:9; 57:10; 87:10; 112:2; 143:10; 170:6;
175:21; 185:7; 194:9
   **offer** [10] - 41:8; 58:19; 59:4; 141:18,
22; 168:21; 169:5; 178:23; 179:18;
202:10
   **offered** [8] - 41:4; 83:25; 84:15; 142:2;
168:18; 201:10, 14
   **offering** [3] - 84:7, 9; 168:25
   **office** [16] - 12:20; 15:25; 18:13; 28:16;
49:4; 140:23; 143:7, 24; 144:1; 148:3;
159:6; 172:25; 177:11; 184:22; 190:4;
193:5
   **Office** [2] - 1:15, 19
   **OFFICER** [1] - 6:21
   **official** [1] - 97:19
   **Official** [2] - 2:14; 204:3
   **often** [6] - 34:1, 25; 113:3; 119:15;
134:16; 164:10
   **Oklahoma** [2] - 49:2; 148:1
   **old** [2] - 9:21; 194:25
   **on-site** [2] - 15:17; 132:7
   **on-time** [1] - 14:5

**once** [12] - 16:14; 27:3; 34:25; 40:4; 55:23; 114:19, 24; 117:8; 131:12; 140:20
**One** [2] - 94:19
**one** [91] - 10:15; 11:9; 13:17; 18:2, 10, 12; 20:15; 21:12, 23-25; 22:2, 15; 25:2, 4, 7, 9; 30:16; 33:2; 35:8; 37:14, 24-25; 38:8; 39:22; 49:12, 14, 16, 24; 64:6; 68:8; 69:2; 70:8; 75:2; 79:23; 82:5; 91:12; 93:3; 96:10; 102:13; 103:7; 106:1, 3, 13; 109:24; 117:21; 118:2, 18, 24; 122:1; 127:9; 128:7; 131:25; 133:9; 134:16, 19; 136:20; 138:14-17; 141:9; 142:7; 144:16; 147:25; 148:1, 7, 149:20; 150:9, 15; 153:3; 155:1; 163:5, 10; 164:7, 11; 171:24; 177:16; 183:11, 14; 184:19; 188:15; 189:9; 192:7; 195:8; 197:2
**one-month** [1] - 138:16
**one-on-one** [1] - 109:24
**ones** [2] - 15:7; 20:4, 17; 36:21
**open** [11] - 5:22; 18:8; 90:17; 95:11; 106:6; 120:7; 159:24; 163:24; 194:12
**opened** [1] - 96:5
**opening** [3] - 5:25; 96:14; 97:20
**openings** [2] - 96:25; 195:1
**operating** [2] - 115:25
**operation** [5] - 12:1; 95:3; 187:10; 188:19; 189:4
**operations** [5] - 16:21; 17:1; 61:7; 147:3; 187:12
**opinions** [1] - 105:22
**opportunities** [1] - 150:8
**opportunity** [14] - 16:7; 18:18; 28:5; 80:20; 86:22; 115:6; 116:7; 123:23; 146:7, 13, 15; 147:2; 148:8; 202:11
**Opportunity** [1] - 148:3
**opposed** [1] - 159:7
**opposite** [1] - 13:21
**oral** [1] - 91:15
**Orange** [2] - 49:4; 184:1
**order** [13] - 9:22; 20:1, 3, 6; 23:6, 12; 87:2; 111:3, 23; 128:13; 188:24; 197:9; 203:11
**org** [5] - 125:8, 14; 133:22; 152:1; 153:23
**organization** [13] - 115:2, 7-8, 10-11, 14, 16, 25; 118:7; 119:7; 150:15; 152:17; 192:15
**organizational** [10] - 115:18; 116:12; 120:5; 125:23; 152:15; 166:9, 17; 167:1, 4; 178:1
**organizations** [1] - 144:10
**organized** [2] - 103:3; 192:6
**orientation** [2] - 146:20; 162:4
**origin** [21] - 64:25; 146:21; 148:12; 167:15; 169:11, 22; 194:7; 197:23; 198:4, 6-9, 11-12, 14-16; 199:9, 11
**original** [1] - 11:20
**originally** [1] - 8:11

**origins** [1] - 186:14
**otherwise** [3] - 20:10; 22:12; 154:13
**outcome** [1] - 94:10
**outline** [1] - 174:14
**outside** [8] - 8:12; 35:16; 79:12; 80:19; 126:24; 127:11; 155:3; 173:14
**overall** [1] - 14:19
**overhead** [1] - 5:23
**overruled** [4] - 66:4; 80:6; 172:19; 183:17
**Overruled** [1] - 136:2
**overseas** [3] - 117:25; 144:18; 188:12
**oversee** [1] - 144:5
**overview** [2] - 94:12; 120:6
**own** [9] - 9:21; 70:10; 181:23; 182:11; 183:23; 184:9; 185:2; 198:22, 24
**ownership** [2] - 13:5; 144:18
**owns** [1] - 89:11

# P

**p.m** [5] - 111:15, 18; 161:13; 203:22
**packaging** [5] - 34:19; 102:6; 119:15; 182:3; 187:23
**page** [29] - 30:23; 31:3; 58:20; 60:2, 4; 63:10; 64:13, 15, 20; 65:11; 76:17, 19; 82:12, 17; 92:8; 95:7; 106:13, 15; 107:13; 110:4; 137:8; 146:9; 148:5; 156:10; 158:8; 175:24
**Page** [2] - 3:3; 4:2
**paid** [1] - 112:24
**pallet** [1] - 102:7
**pallets** [2] - 14:15; 16:1
**pan** [1] - 187:11
**paper** [11] - 27:10; 89:1, 4; 100:9; 102:6; 153:21; 156:23; 159:1; 178:11; 192:1; 194:5
**Paper** [43] - 1:6; 2:12; 5:4, 13; 48:13, 16, 22-23; 49:2, 5, 9; 57:12, 15; 60:9; 62:6; 63:2; 64:22; 66:17; 67:12; 84:4, 12; 87:17, 19-20; 88:7; 89:10, 17, 23; 95:4; 112:7; 122:17; 145:24; 146:2; 163:18; 182:14; 184:3; 190:6
**papers** [1] - 98:7
**parachute** [1] - 191:24
**paragraph** [3] - 75:1; 146:14; 181:25
**pardon** [7] - 51:20; 113:12; 115:15; 130:2; 131:7; 132:20; 139:15; 141:15; 155:14; 173:21
**parent** [1] - 88:8
**parenthesis** [1] - 162:12
**part** [16] - 11:23; 34:20; 52:7; 82:15; 115:21; 116:3; 163:17; 170:14; 186:22; 187:10, 12, 21; 189:20; 190:10; 192:15
**particular** [5] - 117:24; 127:7; 131:3; 150:8; 160:25
**parties** [1] - 161:5
**partner** [2] - 5:7; 9:19
**parts** [1] - 177:23

**party** [1] - 183:3
**pass** [1] - 18:4
**passed** [2] - 39:15, 17
**past** [4] - 75:23; 94:21; 126:10
**path** [1] - 28:22
**PATRICIA** [1] - 1:11
**Paul** [1] - 165:24
**pause** [1] - 171:16
**pay** [5] - 9:22; 150:8; 165:19; 194:24
**paycheck** [1] - 48:12
**paying** [1] - 41:9
**payroll** [2] - 144:10, 19
**people** [24] - 13:18; 14:19, 25; 18:2; 24:25; 25:2; 42:14; 43:15; 57:2; 94:1; 95:5; 102:13; 103:5; 121:10; 152:15; 161:7; 168:16; 176:23, 25; 180:13; 186:12; 194:24; 198:6
**per** [1] - 200:5
**percent** [9] - 14:5; 159:2, 4; 168:24; 185:20; 188:13; 193:9, 13
**performance** [36] - 15:8; 25:5, 8; 26:8; 31:21; 54:19; 82:5, 11, 14; 125:10, 13; 134:1, 6, 22-24; 135:5, 8, 21, 25; 138:14, 23; 139:1; 155:4; 156:3, 25; 157:10, 17; 158:13; 164:14, 18; 165:17, 20; 171:2, 21; 172:2
**performing** [1] - 106:21; 110:7; 125:11
**period** [3] - 44:18; 59:8, 10
**permission** [1] - 42:4
**person** [33] - 17:25; 18:11; 25:3; 28:6; 32:21; 45:16; 46:2; 48:4; 51:25; 52:4; 68:2; 78:7; 105:24; 106:20; 107:3; 110:6, 19; 116:14; 118:5, 18; 123:10; 130:15; 132:6; 149:16; 152:22; 153:14; 161:25; 163:5, 10; 164:2; 184:15, 23; 194:6
**personal** [8] - 16:9; 40:20; 88:3; 103:2; 138:14; 181:23; 182:11; 184:9
**personally** [7] - 34:2, 4, 10; 92:23; 106:7; 178:16; 182:15
**persons** [1] - 147:2
**perspective** [5] - 13:3; 86:9; 94:12; 173:18; 178:1
**perusing** [1] - 31:4
**Peter** [3] - 2:10; 5:13; 165:24
**phone** [8] - 17:25; 18:1; 28:6; 42:7; 55:23; 140:25; 179:14
**phonetic)** [1] - 178:18; 187:7
**physical** [2] - 146:22; 202:6
**pick** [3] - 111:12; 175:9; 179:16
**picked** [1] - 192:12
**piece** [6] - 152:15; 164:19; 187:18, 25; 202:5
**pinpoint** [1] - 195:2
**place** [6] - 117:16; 150:21, 23; 151:1; 158:14; 189:2
**placed** [1] - 154:17
**plaintiff** [15] - 5:5, 7, 9; 6:5, 15; 87:5; 111:25; 196:6, 25; 197:2, 4, 8, 11
**Plaintiff** [2] - 1:4, 14

**PLAINTIFF'S** [3] - 6:8; 87:9; 112:1
**Plaintiff's** [39] - 4:3-8, 14-16, 18; 22:18, 24; 24:10; 30:21; 39:11; 50:13; 72:15, 22; 77:17, 24; 81:21, 23; 83:8, 24; 92:3; 100:18; 133:5; 137:22; 155:18; 157:19; 159:13; 162:6; 164:24; 165:14, 22; 167:25; 176:8; 187:15; 189:8
**plaintiff's** [8] - 6:22; 120:18, 23; 130:18; 173:18; 175:24; 196:13
**plaintiffs** [1] - 6:21
**Plan** [9] - 151:25; 152:9; 153:11; 154:1, 21, 24; 155:3, 9; 156:6
**plan** [18] - 73:15; 76:22; 77:5, 9; 83:14, 16-17, 19, 21, 23; 151:19, 24; 152:7; 153:13; 154:14; 158:2; 174:11
**planned** [1] - 28:12
**planning** [3] - 6:25; 44:5; 53:10
**plans** [2] - 53:7; 154:22
**plant** [5] - 11:25; 18:1; 133:13; 192:1
**plates** [2] - 34:21
**play** [1] - 92:16
**playbook** [1] - 194:7
**played** [1] - 187:2
**players** [1] - 188:25
**plays** [1] - 185:17
**pleased** [1] - 193:4
**PLLC** [2] - 1:15, 19
**plus** [5] - 103:18; 104:15; 129:3, 8
**Plus** [2] - 94:19
**Plus-One** [2] - 94:19
**podium** [1] - 196:22
**point** [30] - 8:3, 6; 9:7; 23:15; 25:22; 28:7; 29:14; 30:1; 36:24; 43:21; 51:8; 53:14; 73:22; 78:3; 87:16; 90:14; 94:2; 134:25; 135:16; 173:1; 178:19, 25; 182:23; 183:1, 7; 199:10, 12; 200:1
**policies** [7] - 118:7; 141:14, 16; 146:3; 147:11; 148:20
**policy** [15] - 40:11; 64:17, 21, 24; 65:2; 145:7; 146:6, 12; 148:2, 22; 186:8, 10, 12, 15; 197:12
**portfolio** [1] - 12:21
**portion** [3] - 92:7; 108:5; 168:9
**position** [232] - 8:9, 12, 20-21; 9:2; 11:22; 12:5, 8, 16; 13:13, 15; 14:20; 15:11; 17:8, 11; 18:5, 7, 14; 19:8, 11, 13; 24:5, 12, 15; 26:16; 28:18, 25; 29:4, 10; 30:2, 5; 32:11, 14, 20; 33:10; 34:9, 18; 35:4, 8, 17, 20-21; 36:15; 37:19; 40:16, 19; 41:4, 13, 20; 43:22; 45:18, 21; 46:21, 25; 47:1, 3-4, 8, 11, 18, 25; 48:2; 54:12; 55:2; 67:14, 22; 72:11, 20; 73:22; 74:11, 18; 78:4; 79:6, 10-11, 16-17; 80:9, 12; 81:13, 15, 19-20; 83:25; 84:1, 11; 85:3, 9; 87:19; 90:3, 5, 21; 91:8, 11, 19; 93:18; 95:21, 24; 96:3, 7, 10, 13; 97:18; 99:23; 101:2, 12, 15, 24; 102:13; 105:19, 25; 106:1, 4, 6; 107:4, 6, 10, 17, 22; 108:8, 11, 13, 19, 21; 109:3, 8, 12, 14, 16, 19-20, 22; 110:8; 112:19, 24; 114:3, 7-8, 16, 24-25; 115:9; 116:9, 18, 20-24; 117:8, 10; 118:16, 19, 21, 25; 119:20-22; 120:3, 6, 15; 121:2, 11; 124:6, 10, 22; 125:1; 126:17; 127:10, 18; 128:14; 129:24; 137:1; 138:16, 24; 139:8; 141:18, 21; 143:18; 148:25; 149:1; 153:15; 159:11, 22; 162:1, 14; 163:24; 165:5, 12, 18; 167:18; 168:10, 19, 21; 169:1, 14, 17; 170:1; 173:7; 176:21; 177:3, 14, 18-19; 178:3, 6-7, 14; 179:6, 20; 186:18; 187:6; 195:5; 201:22; 202:15
**position'** [1] - 106:22
**positions** [16] - 8:13, 15, 18; 17:20; 18:10; 74:20; 88:20, 23, 25; 98:18; 113:3; 143:21; 152:24; 187:7; 194:14; 195:5
**positive** [2] - 94:12; 179:12
**positively** [2] - 159:21; 160:5
**possess** [2] - 117:16; 119:1
**possibility** [4] - 35:14; 40:25; 116:5; 179:7
**possible** [4] - 119:3; 153:2, 15; 203:9
**post** [1] - 201:1
**post-trial** [1] - 201:1
**potential** [5] - 27:5; 28:4; 31:22; 138:19; 164:22
**PP** [6] - 165:23; 166:1; 187:15; 189:9; 190:11
**PPO** [1] - 138:13
**practical** [1] - 86:8
**practice** [2] - 19:20; 149:16
**precise** [1] - 139:10
**predominantly** [1] - 117:25
**prefer** [2] - 100:5; 122:7
**preferred** [10] - 104:12, 16, 19, 23; 128:24; 129:4; 199:3; 201:24; 202:1
**pregnancy** [2] - 146:19; 148:12
**prejudice** [1] - 199:25
**prepare** [6] - 27:4, 13; 52:12; 60:13; 137:11; 154:24
**prepared** [5] - 51:18, 25; 52:4; 60:10; 82:12; 153:15; 156:8; 165:2
**preparing** [1] - 155:2
**prescription** [1] - 117:5
**presented** [1] - 197:4
**president** [11] - 89:5, 7; 94:18; 105:21; 112:20; 116:11; 143:20; 144:2; 145:4; 151:18
**presidents** [1] - 94:21
**presumed** [1] - 94:1
**pretty** [9] - 42:7; 46:14; 119:8; 133:21; 136:4; 144:18; 150:20; 192:21; 194:22
**prevent** [2] - 145:2; 197:13
**previous** [4] - 66:2; 96:21; 125:19
**previously** [2] - 7:24; 112:7
**primary** [2] - 101:1; 150:9; 158:15
**principle** [1] - 55:11

**print** [2] - 34:20, 22
**private** [3] - 107:1; 142:14, 20
**pro** [2] - 200:5, 11
**proactive** [1] - 179:12
**problem** [4] - 7:5; 60:1, 3; 196:19
**problems** [1] - 201:9
**procedural** [1] - 21:15
**procedure** [2] - 22:9; 118:6
**procedures** [5] - 22:4; 118:8; 140:6; 160:1; 162:4
**proceed** [2] - 97:2; 115:5
**PROCEEDINGS** [1] - 1:11
**Proceedings** [2] - 2:18; 203:22
**proceedings** [3] - 57:6; 171:16; 203:25
**process** [31] - 40:13; 82:15; 109:15; 112:22; 114:17, 23; 118:6; 119:19; 122:6; 125:9; 141:12; 144:6, 16; 150:14; 152:8, 11; 153:5, 20; 154:19; 158:17; 159:7; 162:25; 164:10, 23; 170:9, 13, 15; 172:24; 195:3
**processes** [3] - 45:4; 170:17, 22
**processing** [1] - 103:14
**procure** [1] - 119:17
**procured** [1] - 119:14
**procurement** [160] - 8:24; 11:11, 23; 12:4; 14:12; 15:19-21, 23; 18:20; 19:1; 23:6-8, 11; 24:20; 25:19; 26:9; 27:5; 29:15; 30:6; 32:3, 8; 33:17; 34:15; 35:10; 38:10; 45:23; 46:1; 47:7, 10, 25; 55:3; 67:22; 68:9; 72:6; 74:16, 21, 23; 75:12, 23; 78:4; 79:13; 80:20; 89:24; 95:8; 96:4, 7, 11, 15-16; 99:17; 101:12; 102:1, 14; 103:19, 22; 104:8, 16, 18, 23; 105:4, 8, 11, 14, 18, 25; 106:22; 107:10, 17; 110:8; 113:21; 115:19; 116:2, 11, 13, 20-23; 117:11; 118:24; 119:5, 11-12, 19, 21; 121:6; 122:8; 124:7; 125:14; 126:16; 127:2; 129:4, 11-12, 16-17, 24; 130:6, 8; 131:12; 133:10; 136:21, 25; 137:14, 17; 142:10; 148:25; 149:1, 4; 155:10; 156:5; 157:9, 16; 158:10, 14, 23, 25; 159:7, 10, 24; 162:1, 14; 163:3; 165:5, 11, 18; 166:10; 167:18; 169:17; 170:1; 173:7; 177:14; 178:4, 13; 185:15, 17, 20; 186:18; 187:5, 8, 13; 188:18; 191:14, 16, 20; 192:14; 194:12, 16; 195:4, 6; 199:7; 202:3
**Procurement** [2] - 23:10; 99:24
**procurements** [1] - 194:15
**produce** [1] - 203:7
**produced** [2] - 2:18
**product** [35] - 32:22; 33:16; 34:13; 47:5; 102:5, 10, 21, 25; 103:20, 22; 119:4, 6, 15; 129:8; 133:12, 14, 22; 142:16, 18, 21; 166:10; 182:4; 185:15; 187:19, 21-22; 188:3, 6, 19, 21-22; 189:4
**production** [13] - 8:11; 17:9; 47:6; 49:16; 58:5; 67:2, 4, 7, 12; 68:4; 133:19

**products** [6] - 13:10; 102:22, 24; 104:2; 142:15; 191:25
**professional** [8] - 32:9; 43:5; 45:11; 104:8, 18, 23; 105:14; 163:3
**professor** [1] - 46:16
**profitable** [2] - 186:25; 187:5
**program** [2] - 16:23; 150:17
**prohibit** [1] - 146:16
**prohibited** [1] - 64:24
**prohibiting** [1] - 145:7
**prohibits** [2] - 147:3; 148:10
**project** [9] - 28:2; 44:21; 102:4, 19; 103:7; 159:8; 189:2
**projects** [5] - 94:23; 103:4; 139:1; 188:22; 192:5
**promise** [2] - 26:14
**promote** [3] - 92:17; 191:22, 24
**promoted** [7] - 70:24; 71:5, 8; 182:5; 190:8
**promotion** [23] - 12:9; 39:15; 40:25; 41:3; 50:8; 54:7, 10; 71:2; 95:16; 99:20; 137:10, 13, 16, 24; 138:1, 7; 139:4; 142:10; 144:5; 184:20, 24
**proper** [3] - 70:11; 110:10; 187:18
**proposal** [1] - 95:9
**proposed** [2] - 202:11, 24
**proposing** [1] - 154:5
**protect** [1] - 11:7
**protected** [4] - 64:25; 146:25; 147:1; 148:18
**prove** [1] - 196:25
**proved** [1] - 197:2
**proven** [5] - 94:2, 7; 197:8, 11; 198:7
**provide** [7] - 9:8; 31:7; 33:6; 37:18; 73:14; 80:19; 202:9
**provided** [6] - 9:4; 31:8; 73:24; 149:14; 167:8, 10
**providing** [4] - 73:25; 74:3; 77:9; 181:20
**public** [1] - 189:14
**pull** [1] - 126:21
**pulling** [1] - 155:18
**Pulp** [4] - 2:12; 48:23; 89:10; 163:18
**punctual** [3] - 103:8; 192:7
**punitive** [13] - 197:12, 14, 16-17, 19-20; 199:22, 25; 200:6, 8; 201:5
**purchase** [2] - 34:21
**purchasing** [7] - 74:14, 20; 158:10, 22, 24; 159:4, 7
**purely** [2] - 21:14; 86:8
**purpose** [3] - 27:23; 135:19; 153:8
**purposes** [2] - 134:15; 138:19
**pursue** [2] - 55:10, 16
**push** [1] - 131:14
**put** [22] - 91:4; 94:11; 105:24; 106:1, 3; 107:3; 121:5, 8, 13; 122:4; 134:9; 144:14, 17; 154:20; 155:6; 159:13; 194:3; 196:14; 198:11, 14; 202:16
**putting** [1] - 203:8

## Q

**quadrant** [1] - 133:25
**qualifications** [11] - 35:17; 128:14-16; 139:25; 176:20; 191:7, 18-19; 198:23; 201:22
**qualified** [5] - 101:23; 105:18; 197:2; 198:23; 199:8
**qualities** [2] - 101:16; 191:18
**quality** [1] - 189:1
**quarter** [1] - 154:9
**questioned** [1] - 177:21
**questioning** [2] - 172:8, 14
**questions** [12] - 57:13; 85:20, 22; 119:9; 131:14; 149:17; 152:25; 170:3; 173:19, 22; 183:5; 194:8
**quick** [4] - 7:18; 26:25; 42:7; 56:3
**quickly** [3] - 21:11; 63:24; 175:14
**quite** [4] - 13:21; 125:13; 127:12; 151:8

## R

**race** [29] - 64:25; 139:13, 16, 20, 22; 146:18; 148:11; 167:7, 10, 12; 169:8, 19; 180:10; 186:13; 190:14, 18, 25; 191:6; 193:16, 19; 194:7; 198:1, 10; 199:11; 201:15
**raise** [11] - 40:25; 50:15; 54:18; 71:4, 6; 84:17; 137:1; 138:2, 4, 7
**raised** [1] - 50:7
**raises** [1] - 54:14
**raising** [1] - 50:20
**rambling** [2] - 42:15
**ran** [2] - 10:22; 38:9
**rang** [1] - 42:7
**range** [2] - 42:22; 84:18
**rate** [1] - 138:22
**rating** [3] - 134:2, 9, 18
**ratings** [1] - 135:10
**raw** [2] - 10:13; 11:2
**RDR** [3] - 2:14; 203:24; 204:3
**RDR-CRR** [1] - 203:24
**reach** [6] - 50:23; 90:5; 107:6; 120:11; 179:10
**reached** [2] - 108:18; 180:5
**reacted** [1] - 136:20
**read** [16] - 5:24; 31:1; 63:14; 79:7; 80:3; 98:16; 106:23; 125:12; 148:7; 149:17; 151:2; 165:7; 166:19; 173:1
**readiness** [4] - 45:18, 21-22; 46:10
**reading** [12] - 20:8; 70:4; 79:19, 25; 81:8; 171:19, 22-23; 175:16; 181:25
**ready** [6] - 27:2; 111:1; 116:3; 152:3, 5; 153:22
**realize** [1] - 196:18
**really** [11] - 21:12; 36:8; 46:11; 56:3, 9; 118:5; 127:8; 154:8; 161:5; 185:22;

189:4
**reason** [18] - 32:25; 33:1; 39:21; 88:3; 93:1, 13; 95:12; 99:19; 100:23; 102:12; 123:25; 132:1; 133:17; 136:14; 160:3; 164:10; 178:12; 186:20
**reasonable** [1] - 19:9
**reasoning** [1] - 133:17
**reasons** [15] - 26:20; 27:24; 32:23; 37:20; 44:20; 78:12, 16, 23; 118:20; 162:5; 165:4, 10
**reassigned** [1] - 88:3
**rebuttal** [1] - 86:3
**rec** [1] - 121:10
**recalled** [1] - 70:4
**receive** [9] - 50:18; 71:6; 84:11; 128:1; 138:2, 7, 10; 176:17; 194:19
**received** [30] - 11:3; 12:9; 24:9; 30:20; 39:10; 42:2; 59:1; 60:19; 63:2, 12, 20; 64:6; 65:5, 15; 66:6, 16; 71:4; 90:2; 95:16; 96:20; 100:17; 114:19; 119:21; 133:4; 137:1, 21; 138:11; 147:17; 176:7, 15
**receiving** [5] - 32:20; 34:9; 66:18, 21; 177:13
**recently** [1] - 153:18
**receptive** [1] - 46:18
**recess** [5] - 57:4, 6; 111:10, 13
**recite** [1] - 46:16
**recognize** [9] - 39:3; 92:9; 145:15; 147:8; 150:3; 155:23; 157:22, 24; 166:4; 168:4; 189:11
**recognized** [1] - 146:18
**recognizes** [1] - 38:25
**recollection** [22] - 66:18; 68:25; 69:12, 21; 70:8, 10; 71:15, 24; 108:1; 119:25; 127:22; 171:18; 172:1, 12, 15, 18; 181:11, 14-16; 182:11; 185:3
**recommend** [12] - 30:2; 73:18; 114:2, 5; 124:10, 12, 14; 150:25; 151:3; 155:12, 15
**recommendation** [10] - 30:24; 75:17; 76:21; 77:2; 90:23; 91:4; 96:18; 151:17; 158:3
**recommendations** [2] - 90:16; 92:12
**recommended** [1] - 30:4
**recommending** [3] - 74:13; 90:20; 124:20
**record** [36] - 6:11; 21:18, 20; 22:12, 15, 18, 24; 24:10; 30:21; 31:11; 39:11; 50:13; 52:6, 8; 59:2; 60:20; 63:21; 65:6; 66:7; 87:14; 100:18; 112:5; 121:10; 123:24; 133:5; 137:22; 147:18; 149:12; 154:8; 176:8; 181:13; 196:15; 198:12; 203:25
**records** [4] - 128:6; 134:5; 135:6; 185:3
**recruited** [1] - 54:23
**recruiter** [5] - 113:4; 163:19, 24
**Recruiter** [1] - 163:14
**recruiting** [2] - 113:2; 152:18

**recycling** [1] - 28:3
**redirect** [2] - 85:23; 170:4
**REDIRECT** [4] - 3:10, 14; 170:6; 194:9
**redo** [1] - 86:19
**reduced** [1] - 112:17
**refer** [8] - 40:11, 13; 138:13; 141:14, 16; 145:18, 23; 151:24
**reference** [8] - 37:25; 65:23; 96:20; 122:12; 140:20; 150:13; 168:8; 199:11
**referenced** [2] - 115:17; 126:10
**references** [1] - 40:15
**referred** [2] - 146:25; 163:18
**referring** [1] - 10:18
**reflect** [1] - 165:10
**refresh** [6] - 68:24; 69:12; 107:25; 172:1, 12, 15
**refreshed** [1] - 172:10
**refreshes** [2] - 171:18; 172:18
**regard** [1] - 199:5
**regarded** [1] - 118:14
**regarding** [3] - 45:17; 185:22; 202:6
**regards** [1] - 28:3
**Region** [1] - 2:11
**regs** [1] - 122:2
**regular** [2] - 144:20; 170:10
**regularly** [2] - 119:11; 170:9
**rehire** [1] - 114:8
**relate** [2] - 88:14; 185:15
**related** [8] - 13:19; 16:25; 99:17, 20; 122:8; 146:20; 148:13; 185:16
**relates** [1] - 150:16
**relation** [1] - 146:12
**relations** [1] - 144:20
**relationship** [14] - 6:16; 12:18; 33:19, 22-24; 34:1; 48:7, 21; 88:6; 89:16; 95:1; 140:10
**relationships** [8] - 12:1; 36:19, 21-22; 45:1, 3; 56:11
**released** [1] - 174:2
**relevance** [2] - 182:22, 25
**relevant** [4] - 128:21; 164:8; 183:7
**reliable** [1] - 192:8
**religion** [2] - 146:19; 148:12
**relocate** [2] - 35:24; 178:20
**relocated** [2] - 14:11; 36:4
**rely** [2] - 157:10, 16
**relying** [3] - 82:25; 83:3, 9
**remember** [12] - 22:19; 23:20; 31:17; 107:12; 108:22; 132:9; 171:4; 179:14; 181:3; 193:4; 199:17
**reminder** [1] - 117:7
**remote** [2] - 14:2; 111:23
**remotely** [2] - 173:24; 174:5
**rent** [1] - 9:22
**rep** [1] - 12:10
**repeat** [8] - 49:13; 90:17; 113:17; 142:1; 156:21; 160:20; 164:15
**repetition** [1] - 162:20
**replace** [2] - 114:12

**replaced** [1] - 25:4
**replacement** [1] - 45:8
**replacements** [1] - 126:2
**replacing** [1] - 184:15
**report** [12] - 49:9, 14, 21; 88:8, 19-20; 92:24; 115:19; 116:10; 179:22
**reported** [7] - 2:18; 133:13; 142:11, 22; 143:1
**REPORTER** [8] - 22:6; 79:23; 88:22; 100:8; 116:15; 141:24; 156:16; 203:14
**Reporter** [3] - 2:14; 204:3
**reporter** [1] - 156:19
**reporter's** [1] - 91:21
**reporting** [6] - 67:17; 71:22; 116:25; 142:3; 170:12; 177:16; 185:12
**reports** [6] - 15:7; 25:11; 67:8; 131:10
**represent** [1] - 57:12
**reps** [2] - 14:1, 17
**reputation** [2] - 161:3, 7
**request** [19] - 9:7; 96:25; 99:2, 5, 11, 16, 20; 101:9; 104:10; 121:1; 132:22; 133:8; 138:22; 152:11; 171:1; 197:20; 198:25; 199:7; 201:23
**requested** [1] - 200:8
**require** [2] - 23:2; 100:6
**required** [9] - 25:15; 97:1; 99:14; 117:22; 118:21; 122:9; 150:15; 199:4; 201:25
**requirement** [1] - 35:4
**requirements** [2] - 117:10; 133:19
**requires** [1] - 198:24
**requisition** [2] - 34:21; 194:22
**requisitions** [1] - 34:24
**Research** [9] - 23:11; 53:22; 54:4, 8, 15, 20; 84:21, 24; 85:1
**reside** [1] - 153:17
**resign** [4] - 28:12; 43:21, 24
**resignation** [11] - 29:14; 39:6; 44:2; 46:9; 113:24; 114:19; 121:3; 168:8; 180:25; 181:7; 194:20
**resignations** [1] - 180:21
**resigned** [11] - 28:10, 17; 71:21, 25; 75:15; 90:2; 124:10; 149:8; 150:5; 181:3, 9
**resigning** [3] - 71:18; 90:4; 194:23
**resource** [2] - 178:24; 180:3
**resources** [16] - 36:25; 51:19, 21; 52:2; 112:20; 128:2; 143:20; 144:12, 22, 24; 166:8; 182:10, 17; 183:19; 185:2
**respect** [9] - 15:13; 16:15; 47:17; 114:16; 126:16; 137:13; 183:15; 199:9, 22
**respond** [2] - 121:21
**responded** [3] - 41:6; 168:7; 172:13
**response** [6] - 37:12; 41:5; 50:18; 131:19; 133:3; 157:23
**responses** [1] - 149:12
**responsibilities** [1] - 13:24
**responsibility** [4] - 14:8; 144:4, 13;

179:21
**responsible** [10] - 10:23; 12:1; 14:7, 12; 15:8, 10; 32:5; 34:19; 144:10; 145:4
**rest** [5] - 29:14; 196:5, 7; 202:15, 17
**restate** [3] - 124:3; 157:12; 167:2
**Reston** [1] - 54:25
**restructure** [4] - 95:24; 178:16; 185:20; 191:1
**restructured** [2] - 96:14; 190:4
**restructuring** [11] - 96:2, 9; 186:21; 189:17, 19-21; 190:1, 10-11; 191:11
**rests** [1] - 196:6
**result** [2] - 115:12; 125:2
**results** [1] - 126:14
**resume** [1] - 57:5
**retail** [4] - 177:22, 25; 191:5
**retails** [1] - 190:3
**retire** [4] - 53:11-13, 16
**retired** [3] - 113:10, 14; 143:14
**retirement** [1] - 144:8
**retiring** [1] - 143:18
**retitled** [1] - 116:12
**return** [1] - 16:3
**revenue** [1] - 28:2
**review** [49] - 24:4; 25:8; 51:3; 52:12; 82:11, 14-16; 92:14; 95:10; 98:12, 15, 20; 101:4; 115:24; 117:18; 119:1; 120:14; 124:23; 125:3-5, 7, 20; 126:11, 14, 17, 20; 127:24; 128:14; 131:13, 16, 22; 132:6; 134:6, 24; 135:21; 144:16; 152:14; 156:3, 25; 157:11, 17; 158:25; 164:14, 18; 178:5; 201:20
**reviewed** [16] - 6:2; 101:3; 126:10; 131:17, 20, 25; 132:5; 134:10; 144:18; 170:9; 171:2, 4, 20; 172:2; 182:16
**reviewing** [1] - 101:6
**reviews** [18] - 25:6; 82:5; 125:10, 21, 23; 126:8; 134:6, 8, 10; 135:11, 14, 17, 25; 136:10; 171:3, 21; 172:2
**revised** [1] - 132:9
**Rice** [1] - 71:16
**Ridge** [2] - 16:18; 61:6
**Risk** [1] - 2:11
**Riverside** [2] - 102:23; 191:4
**RMR** [1] - 2:14
**road** [1] - 116:5
**Robotic** [7] - 53:22; 54:4, 8, 15, 20; 84:24; 85:1
**Robotics** [1] - 84:21
**role** [75] - 6:14; 11:16, 18, 20; 13:22; 17:14; 18:25; 24:23; 26:18; 27:5, 14; 29:18, 21; 31:5; 32:20; 38:3; 47:10; 54:3; 55:18; 90:12, 15; 92:16; 95:18; 96:19; 97:16; 99:12; 101:11; 112:22; 114:17; 117:13, 17, 21-22; 119:6; 120:4, 8; 127:2; 128:19; 129:21; 131:16; 132:23; 140:3, 5, 7; 141:7, 22; 142:2, 14; 149:6; 154:17; 157:10, 16; 158:14, 18-19; 160:4, 6; 162:2; 168:14; 169:20, 23; 179:18; 185:18, 20; 187:3,

22; 189:16
**roles** [1] - 194:12
**Ron** [3] - 190:11, 14, 20
**Ronald** [10] - 48:4-7; 108:24; 116:14; 179:24; 184:16; 192:18
**room** [3] - 174:9; 195:21
**RP** [1] - 194:22
**RRAI** [1] - 84:23
**rule** [1] - 123:24
**Rule** [4] - 201:2, 8; 202:4, 7
**ruling** [1] - 202:13
**run** [7] - 10:6; 14:4, 15; 15:24; 32:4; 86:16
**running** [7] - 5:21; 11:13; 14:11; 116:21; 117:4, 6; 120:2
**runs** [2] - 133:20
**résumé** [29] - 7:12, 17, 19; 8:25; 9:1, 4, 7; 10:2; 11:15; 12:14; 59:19, 21; 73:25; 74:3; 95:8, 14; 105:9; 126:17, 21; 127:24; 128:1, 3, 5-6, 8, 10, 17, 21
**résumés** [1] - 128:3

## S

**salary** [12] - 41:11; 55:4; 84:17; 137:17, 25; 138:1, 15; 142:4; 168:20; 180:4; 194:25
**sales** [13] - 88:18; 89:1; 103:11; 142:19, 23; 160:24; 177:22, 24; 190:3; 191:5; 192:17, 21
**salespeople** [1] - 102:25
**SAP** [2] - 25:19
**save** [3] - 32:6; 56:6, 19
**saved** [2] - 36:23; 54:19
**saving** [2] - 185:21
**savings** [8] - 26:9; 31:9-11; 32:2; 33:14; 36:22; 187:13
**saw** [6] - 26:11; 99:17; 102:23; 131:21; 153:2, 9
**scheduling** [2] - 20:1, 3
**school** [9] - 9:10, 12, 14, 18, 25; 10:7; 16:12; 61:4; 192:5
**School** [1] - 16:18
**scope** [1] - 167:6
**Scott** [4] - 2:14; 203:24; 204:2
**scottwallace.edva@gmail.com** [1] - 2:17
**screens** [1] - 7:1
**se** [3] - 200:5, 11
**second** [15] - 30:15; 31:3; 39:14; 49:12; 64:13, 15, 20; 105:22; 106:13; 118:3, 10; 122:23; 142:7; 160:11; 171:10
**secondly** [1] - 178:18
**section** [6] - 134:1, 4, 23; 138:12; 162:22
**sections** [1] - 177:23
**sector** [2] - 12:22; 177:25
**secure** [1] - 131:5

**SECURITY** [1] - 6:21
**see** [21] - 30:9; 38:25; 44:25; 60:14; 80:24; 95:8; 97:25; 98:4; 106:18; 107:20; 120:15; 122:2, 5; 131:11; 132:8; 138:12, 15; 166:7; 171:8; 175:6; 203:8
**seeing** [1] - 173:2
**seek** [1] - 16:20
**seeking** [2] - 197:23; 199:25
**seem** [1] - 5:21
**seemingly** [1] - 201:21
**segmented** [1] - 159:6
**select** [13] - 45:7; 95:22; 157:9, 15; 158:21; 169:16, 20, 23; 191:13, 16; 193:17, 21, 23
**selected** [22] - 18:11; 33:9; 35:22; 37:19; 78:4, 8, 12, 16; 79:6, 9; 85:15, 17; 96:6; 140:14; 162:5; 165:11, 17; 167:17; 169:8, 10, 25; 173:6; 178:25; 192:25; 193:1
**selecting** [2] - 101:11; 165:4
**selection** [2] - 107:17; 140:20; 141:10
**selections** [1] - 144:15
**sell** [1] - 142:16
**send** [5] - 34:21, 23; 91:12; 186:25; 191:23
**senior** [88] - 8:16; 19:15; 23:1, 16, 18; 24:3, 15, 17, 23; 27:14; 34:18; 53:22; 54:3; 70:24; 71:5, 8; 78:4; 79:15, 17; 80:9; 89:1; 96:4; 99:21; 101:11; 102:1; 103:10; 105:18, 20, 25; 106:22; 107:10, 16; 110:8; 116:24; 118:14; 119:21; 121:5; 124:7; 126:16; 127:1; 129:24; 130:24; 133:10; 136:21, 25; 137:14, 16; 140:10; 142:10; 152:17, 23; 156:4; 157:9, 15; 158:10, 14, 23; 159:10; 162:1, 14; 165:5, 11, 18; 167:18; 168:10, 13-14; 169:16, 25; 170:19; 173:7; 177:13; 178:6, 8, 13; 184:24; 186:17; 187:5; 191:14, 16, 20; 192:13, 22; 194:12; 195:4
**Senior** [1] - 99:23
**sense** [4] - 21:9; 22:11; 174:25; 178:17
**sent** [12] - 30:8; 31:6, 9; 39:6; 73:13; 75:14; 83:5; 90:16; 91:10; 105:9; 124:21; 153:23
**sentence** [4] - 75:2; 80:11; 193:6; 195:17
**separate** [1] - 14:3
**separately** [1] - 121:25
**September** [6] - 7:10; 17:7; 57:15; 60:15; 70:24; 182:5
**sequence** [1] - 194:17
**sequencing** [1] - 140:19
**server** [1] - 10:1
**service** [10] - 12:10, 12-13, 16; 13:23; 14:1, 6, 17; 15:14; 146:24
**services** [2] - 15:24; 32:4
**Services** [1] - 2:13
**SESSION** [2] - 5:1; 111:17

**session** [1] - 195:20
**set** [6] - 79:13; 80:16; 103:9; 111:1, 12; 148:6
**setting** [1] - 55:15
**setup** [1] - 189:3
**seven** [2] - 14:1, 17
**several** [10] - 44:20; 45:23; 95:5, 8; 103:3, 15; 115:23; 121:20; 188:22; 196:25
**sex** [2] - 146:19; 148:12
**sexual** [1] - 146:20
**shakes** [1] - 91:24
**shall** [1] - 20:11
**shape** [1] - 136:4
**share** [7] - 20:25; 73:2; 102:18; 159:17, 20; 188:10; 189:24
**shared** [8] - 31:8; 128:17; 140:3; 153:18; 159:21; 164:10; 179:2; 195:24
**shareholder** [1] - 92:25
**sharing** [1] - 21:2
**Sheila** [60] - 8:21; 18:17; 24:17-19; 26:3, 6, 13; 27:9; 28:1; 31:6; 32:17; 40:3; 42:3, 6; 48:19; 68:8; 71:1, 17; 72:4, 9, 18, 23; 74:16; 75:7, 20, 25; 78:9; 82:16, 18; 83:5, 20; 89:20, 22; 113:15, 18-21; 115:12; 116:22; 118:13; 119:13, 16; 121:3; 128:5; 139:6, 11; 140:1, 21; 150:4; 156:5, 9; 163:5, 9; 164:21; 192:24
**Sheila's** [7] - 74:18, 25; 77:10; 83:1; 92:12; 158:3; 180:21
**SHELLEY** [7] - 3:8-10; 112:1; 143:10; 170:6
**Shelley** [11] - 37:3, 5; 48:17; 85:17; 105:21; 108:23; 111:25; 151:12; 179:3; 184:15
**shelley** [1] - 112:6
**shifting** [1] - 201:11
**shipping** [1] - 188:13
**shocked** [1] - 33:18
**shoes** [2] - 75:24; 76:1
**Shook** [1] - 40:12
**short** [1] - 23:12
**shorthand** [1] - 2:18
**shortly** [1] - 128:10
**show** [6] - 65:9, 15; 68:11; 76:12; 152:3; 185:24; 198:15
**showed** [1] - 69:3
**shown** [5] - 21:24; 70:7; 197:4, 12; 198:21
**shows** [2] - 138:15, 18
**shrink** [1] - 14:15
**shut** [1] - 13:10
**sic** [3] - 78:15; 91:12; 109:15
**sic]** [1] - 105:23
**side** [6] - 5:11, 22; 89:4; 140:9; 159:13; 174:14
**Sigma** [1] - 11:11
**sign** [11] - 58:21; 97:5, 16, 19, 25; 98:17, 19-20; 101:7; 194:22

225

**signature** [5] - 65:11; 97:14, 21; 98:4
**signatures** [1] - 97:13
**signed** [9] - 61:17; 63:11; 65:12; 66:23; 97:23; 98:6; 100:21; 104:11; 121:9
**significant** [2] - 159:1; 160:3
**signing** [2] - 63:14; 98:12
**similar** [2] - 126:2; 127:13
**simply** [2] - 37:13; 69:21
**sit** [1] - 152:21
**site** [3] - 15:17; 131:4; 132:7
**sited** [1] - 118:16
**sitting** [3] - 18:12; 93:13, 19
**situation** [2] - 151:11; 179:1
**situations** [1] - 34:17
**six** [1] - 138:25
**Six** [1] - 11:11
**skills** [9] - 10:3; 11:12; 27:10; 33:14; 117:16, 20; 119:2; 152:20; 162:3
**skins** [1] - 186:13
**slanted** [4] - 39:23; 193:7; 195:11
**sleep** [1] - 56:16
**slightly** [1] - 112:23
**slipped** [1] - 100:14
**slowly** [1] - 13:17
**small** [3] - 36:8; 102:8
**so..** [1] - 110:2
**Soetjahja** [12] - 18:23; 25:23; 26:14; 27:4; 67:17, 20; 68:2, 17; 69:15; 70:20; 72:7; 83:20
**Soetjahja's** [1] - 18:25
**Solaris** [80] - 1:6; 5:4, 13; 48:16, 18, 20, 22; 49:5, 9, 15, 21; 57:12, 14; 59:5, 10; 64:15, 17, 22; 71:12; 83:15, 18; 84:20; 85:3, 6; 87:17, 19-20, 23; 88:7, 10, 14; 89:17, 23; 90:1; 112:7, 19, 21; 113:7, 13, 21, 23; 114:8; 122:17; 127:18; 129:11, 13; 130:10, 13; 143:16, 19, 22, 25; 144:25; 145:7, 24; 146:6; 148:2, 25; 149:3, 7; 151:18; 154:22; 160:2; 163:16, 21; 165:19; 178:13; 182:3, 13-14; 183:22; 184:3, 22; 185:11, 14; 186:7, 20, 24; 194:12
**Solaris'** [2] - 146:12; 186:10
**solidified** [1] - 42:18
**someone** [32] - 5:14; 41:7; 49:9, 14, 21; 79:12; 80:19; 89:20; 100:6; 103:10; 113:15, 18; 114:12; 164:13, 18, 22; 166:21; 178:14; 181:7; 186:25; 188:6, 17-18; 189:4; 191:24; 192:10; 194:23
**sometime** [2] - 95:3; 113:25
**sometimes** [4] - 113:4; 131:23; 144:13
**somewhere** [2] - 116:5; 178:10
**soon** [3] - 53:14; 73:5, 10
**SOP** [3] - 25:18; 46:14, 16
**sorry** [60] - 5:16; 10:4; 11:19; 12:12; 22:6, 8; 28:7; 32:1; 34:3; 47:6; 48:9; 59:23, 25; 66:11; 77:7, 11, 24; 78:14, 19; 79:23; 81:7; 88:22; 91:25; 92:1; 100:8; 104:4, 6; 106:12; 114:9; 116:15, 19; 117:6; 118:9; 120:16; 122:24; 127:23; 132:14; 138:6; 139:12, 18; 141:24; 142:17; 156:3, 16; 164:3, 15; 167:9, 14; 170:8; 171:2; 172:7; 181:18; 184:4, 17; 188:5, 23; 190:18; 196:18, 23
**sort** [10] - 9:24; 118:3; 122:5; 125:21; 151:11; 154:13, 15; 168:20; 178:1; 195:14
**sought** [3] - 8:18; 9:1; 108:13
**sound** [1] - 184:1
**sounds** [3] - 57:16; 70:25; 73:21
**source** [1] - 103:24
**South** [2] - 89:2, 6
**south** [1] - 89:3
**Southern** [2] - 144:1; 163:22
**space** [1] - 14:9
**sparks** [1] - 70:8
**speaking** [3] - 107:9; 140:15; 160:14
**speaks** [5] - 31:20; 77:19; 80:1; 201:23
**special** [1] - 23:2
**specialist** [1] - 182:4
**specific** [6] - 78:16; 118:12, 19; 127:5; 133:7; 194:18
**specifically** [2] - 114:16; 171:4
**specifics** [1] - 128:9
**specified** [1] - 127:21
**specify** [1] - 168:16
**speculating** [1] - 151:16
**speculation** [9] - 37:10; 47:19; 124:16; 132:3; 136:1, 16; 157:1; 160:14
**spend** [3] - 32:6; 56:24; 57:1
**spent** [3] - 10:19; 28:14; 36:6
**spoken** [1] - 120:1
**spreadsheet** [5] - 134:9, 21; 135:10, 12, 15
**Square** [1] - 2:15
**stack** [1] - 194:20
**staff** [5] - 118:22; 131:23; 142:3; 150:16; 163:6
**stage** [3] - 109:24; 201:8; 202:8
**stand** [8] - 12:22; 20:11; 63:24; 174:11; 175:8; 187:8; 200:19
**stand-alone** [4] - 12:22; 187:8; 200:19
**standard** [3] - 144:20; 197:9; 200:18
**standing** [1] - 174:9
**standpoint** [1] - 154:7
**stands** [2] - 89:9; 166:23
**Staples** [1] - 187:11
**start** [7] - 10:9; 45:25; 55:12; 100:12; 112:16; 131:9
**started** [12] - 11:21; 13:17; 17:9; 42:15; 49:8; 56:16; 58:4; 84:19; 114:18; 152:12, 22
**starting** [4] - 92:8; 106:19; 107:15; 194:5
**starts** [3] - 11:15; 76:19; 152:22
**state** [10] - 6:11; 87:14; 90:17; 112:4; 122:1; 146:25; 148:19; 150:21, 25;
175:3
**statement** [4] - 82:17, 21; 183:3; 193:4
**statements** [3] - 5:25; 52:19; 183:12
**States** [5] - 2:15; 14:1; 100:1; 162:8, 12
**states** [2] - 59:4; 121:4
**STATES** [2] - 1:1, 12
**stationed** [2] - 102:22; 190:4
**stationery** [1] - 89:5
**status** [10] - 132:22; 133:7; 146:22, 24; 148:14; 164:2; 170:25
**stay** [6] - 44:18; 53:10, 14, 16; 81:3; 84:12
**stayed** [2] - 44:16, 20
**staying** [3] - 13:18; 44:16
**step** [5] - 21:8; 46:24; 82:15; 85:25; 174:17
**still** [14] - 13:9; 18:14; 38:21; 45:6; 46:13; 52:15; 54:20; 62:9; 87:23; 104:11; 111:5; 113:7; 133:23; 139:18
**stopping** [1] - 174:11
**story** [2] - 56:4; 195:19
**straight** [3] - 6:1; 89:16; 157:14
**straightaway** [1] - 127:25
**Strasburg** [11] - 25:13; 27:17, 19; 35:10; 45:2; 48:13; 49:1; 57:19; 143:5; 178:10
**strength** [2] - 102:8; 160:1
**strengths** [1] - 153:9
**stress** [1] - 56:13
**strike** [4] - 8:22; 15:14; 69:25; 70:3
**strong** [4] - 26:8; 33:23; 140:6; 192:16
**stronger** [1] - 189:1
**strongly** [2] - 104:16; 129:4; 202:2
**structurally** [1] - 47:16
**structure** [4] - 88:12; 115:8; 120:6; 163:16
**structured** [1] - 117:9
**struggling** [1] - 46:17
**stuck** [1] - 172:19
**stuff** [1] - 159:5
**subject** [3] - 16:25; 86:2; 176:12
**submission** [1] - 168:8
**submit** [1] - 202:11
**submitted** [1] - 44:1
**subsequent** [2] - 179:10; 195:22
**subsequently** [2] - 17:10; 115:12
**substantial** [1] - 102:15
**substantive** [1] - 41:13
**succeed** [4] - 90:21; 192:11; 194:3
**succeeding** [1] - 140:7
**success** [3] - 127:10, 15; 158:18
**successful** [3] - 117:17; 118:5; 127:8
**successfully** [1] - 118:25
**succession** [5] - 151:19, 24; 152:6; 154:22
**successor** [23] - 26:3, 13, 15; 35:7; 38:6; 82:22; 83:1, 4, 6, 10; 91:9; 152:5; 153:9; 154:16, 20; 155:13, 16; 156:12,

23; 164:14, 18, 20, 22

**successors** [5] - 151:25; 152:1, 3; 153:2, 13

**sudden** [1] - 56:2

**suffer** [1] - 45:3

**sufficient** [5] - 197:5, 8, 11; 203:2, 6

**suggest** [1] - 198:15

**suggests** [1] - 75:4

**Suite** [4] - 1:16, 20; 2:3, 8

**summary** [1] - 182:1

**super** [1] - 153:21

**superior** [4] - 24:17; 27:9; 33:5; 36:17

**supervise** [7] - 24:23, 25; 67:11; 130:10-12; 176:23

**supervised** [2] - 24:16; 25:1

**supervising** [2] - 25:14; 41:7

**supervision** [1] - 184:23

**supervisor** [14] - 18:22; 41:4; 58:7; 71:1; 83:25; 84:3, 7; 130:15; 141:22; 142:2; 177:15; 179:18; 182:5

**supervisor's** [1] - 155:24

**supervisors** [2] - 147:4; 176:13

**supervisory** [4] - 168:19, 21; 169:1; 179:19

**supplement** [5] - 147:9, 20-22, 25

**supplied** [2] - 67:8; 181:22

**suppliers** [2] - 34:22

**supplies** [1] - 159:6

**supply** [17] - 7:12; 48:6; 54:11; 103:12; 115:21; 116:11; 179:23; 182:5; 184:17; 185:22; 187:14, 17-18; 188:4; 192:2, 15, 17

**support** [3] - 56:15; 137:8; 169:5

**supportive** [1] - 140:1

**suppose** [1] - 86:3

**supposed** [1] - 86:9

**surprised** [3] - 33:9, 12

**sustained** [3] - 110:23; 136:17; 157:6

**Sustained** [6] - 37:15; 89:18; 104:25; 124:17; 132:4; 157:2

**sworn** [1] - 76:6

**SWORN** [3] - 6:8; 87:9; 112:1

**system** [3] - 25:19; 111:1; 133:23

**systems** [1] - 56:15

## T

**tab** [4] - 7:14; 19:2; 30:9; 186:1

**table** [2] - 5:8, 15

**Taiwanese** [1] - 199:13

**talks** [2] - 198:1, 10

**target** [1] - 189:3

**taught** [1] - 25:20

**TBU** [2] - 48:24; 146:15

**teach** [4] - 43:2; 46:1, 13, 17

**team** [29] - 13:25; 26:8; 27:25; 29:15, 23; 30:6; 55:25; 72:19; 75:3, 12; 80:20; 115:19; 117:11-13; 118:12; 126:20; 127:7, 14; 133:13; 150:17; 160:2, 9, 23;

**teams** [1] - 113:2

**Technical** [1] - 16:18

**technical** [19] - 61:4; 72:11; 106:21; 110:7; 133:10, 14, 18, 21, 23-24; 176:22; 177:6, 20-21; 178:18; 182:7; 191:25

**technically** [3] - 76:25; 176:22; 177:20

**telemarketing** [1] - 10:1

**ten** [8] - 20:10; 110:24; 129:8; 184:21; 202:12, 24; 203:2, 6

**ten-plus** [1] - 129:8

**tended** [1] - 159:6

**tenure** [7] - 47:17; 89:23; 102:20; 105:7; 134:1; 136:3

**tenured** [1] - 191:21

**term** [7] - 39:24; 40:1-3; 133:21

**terminated** [3] - 59:10; 93:4, 9

**termination** [2] - 13:19; 144:7

**terms** [10] - 102:25; 103:2; 104:2; 118:1, 23; 119:8; 140:10; 168:20; 201:12; 202:5

**terrible** [1] - 56:15

**testified** [17] - 43:8; 51:25; 69:8; 98:25; 125:23; 143:14; 148:24; 149:7; 159:16; 165:16; 183:2, 4, 15; 188:1; 197:7; 202:19

**testify** [3] - 51:14; 52:18; 123:8

**testifying** [3] - 52:3; 76:9; 123:14

**testimony** [22] - 6:3; 86:5; 107:25; 110:17; 111:2, 6, 22-23; 123:25; 172:18; 173:24; 174:23; 175:9; 180:12; 197:3; 199:16, 20; 201:13, 20, 22; 202:6

**testing** [1] - 146:23

**text** [1] - 42:2

**then-CEO** [1] - 29:6

**Thereupon** [3] - 57:6; 111:14; 161:13

**they've** [1] - 201:10

**thick** [1] - 44:24

**thinking** [3] - 74:10; 199:18

**third** [2] - 118:3; 161:4

**three** [19] - 12:7; 14:11; 26:23; 27:8; 28:21; 35:7; 36:17; 38:6, 11; 48:25; 122:5; 130:4; 138:24; 145:22; 162:24; 163:17; 181:6, 8

**three-and-a-half** [1] - 12:7

**threw** [1] - 37:20

**throughout** [2] - 31:19; 119:7

**throw** [1] - 43:14

**thrown** [1] - 46:18

**ticked** [1] - 119:7

**Tiffany** [2] - 2:6; 5:12

**timeframe** [4] - 138:25; 181:4; 187:3; 195:2

**timeframes** [1] - 172:24

**timing** [3] - 140:19; 185:21; 192:8

**Tissue** [7] - 48:24; 49:3; 145:19, 23, 25; 163:20

**tissue** [5] - 34:23; 102:6; 188:22, 25

**title** [13] - 24:19; 41:12; 47:14; 84:3, 5, 7, 9; 99:23; 116:24; 125:8; 133:12; 182:7

**titled** [2] - 116:22; 133:13

**today** [15] - 5:19; 11:8; 13:8; 56:4; 93:13, 19; 173:25; 174:12; 183:16; 199:12, 14-15; 201:6, 14, 20

**together** [5] - 33:24; 98:7; 105:20; 118:4; 203:9

**tolerate** [1] - 148:17

**toll** [2] - 56:10, 20

**TOLLIVER** [1] - 1:11

**tomorrow** [1] - 1:11

**took** [13] - 11:6; 12:3; 16:8; 17:3; 36:14, 16; 56:9; 76:2, 5; 93:5; 95:21; 99:12; 117:15

**top** [6] - 6:18; 7:23; 92:7; 119:7; 132:10; 133:25; 168:9; 199:17; 200:9, 18; 201:12

**top-right** [1] - 133:25

**Total** [1] - 2:12

**touched** [1] - 98:25

**towards** [3] - 26:22, 24; 50:6

**track** [3] - 16:23; 20:16; 159:23

**tracker** [2] - 31:9

**tracking** [3] - 134:9; 135:12; 167:2

**tracks** [1] - 20:22

**traditional** [1] - 187:10

**trail** [1] - 158:2

**trailed** [1] - 164:15

**train** [8] - 25:15, 17; 28:1; 43:2; 45:4, 6; 46:13; 188:18

**trained** [4] - 25:18; 45:16; 55:13

**Training** [2] - 11:5

**training** [17] - 10:3, 5, 8, 10, 21, 25; 11:1; 23:2, 4; 27:4, 7; 45:14, 20; 150:16; 184:21; 186:15

**trainings** [2] - 11:3; 150:19

**trajectory** [4] - 25:24; 26:2; 38:7

**transcribe** [1] - 156:19

**transcript** [8] - 2:18; 106:9, 16; 110:4; 171:19; 203:4, 8, 25

**TRANSCRIPT** [1] - 1:11

**transcription** [1] - 2:18

**transfer** [6] - 67:24; 68:3, 18; 137:9; 144:6

**transferring** [1] - 133:9

**transition** [7] - 73:15; 76:22; 77:5, 9; 106:12; 158:2

**Transportation** [1] - 10:22

**transportation** [1] - 11:2

**trash** [1] - 56:20

**travel** [6] - 27:14, 16, 19; 28:1; 36:7; 111:22

**traveled** [2] - 16:8; 27:19

**treat** [1] - 56:8

**treated** [2] - 56:6, 19

**trial** [4] - 5:5, 19; 200:2; 201:1

**TRIAL** [1] - 1:11

tried [4] - 45:4; 56:14; 92:12; 109:25
trigger [3] - 142:21; 152:21; 154:11
trip [3] - 27:23; 36:6
trouble [2] - 112:9, 11
truck [2] - 10:23; 14:2
truckers [2] - 188:14
trucking [2] - 102:9; 185:22
trucks [1] - 14:14
true [5] - 97:9; 99:5; 153:15; 182:20; 201:22
trust [1] - 75:2
truth [1] - 76:6
Try [1] - 194:4
try [7] - 42:22; 45:25; 84:17; 99:4; 150:18; 163:7; 197:20
trying [13] - 22:13; 46:11; 68:24; 89:15; 91:21; 108:22; 139:19; 160:25; 172:9, 15; 179:12; 191:23
TSE [44] - 3:9; 123:3, 7, 12, 17; 124:16; 125:22; 126:4; 132:3; 136:1, 16; 143:11; 145:12, 14; 147:14, 19; 149:23, 25; 155:20, 22; 156:18; 157:3, 5, 8; 158:6; 159:9; 160:18; 161:12, 16, 19, 21, 23-24; 162:21; 165:9; 166:16, 20; 167:24; 170:3; 172:4, 7, 11, 13
Tse [3] - 2:6; 5:12; 122:24
ttse@littler.com [1] - 2:9
TUESDAY [1] - 5:1
Tunnelling [1] - 13:8
turn [23] - 7:14; 19:2; 23:22; 30:9; 38:13; 49:11, 23; 63:4; 92:3; 106:15; 107:13; 110:3; 130:17; 132:15; 137:3; 142:22; 157:19; 162:6; 164:24; 165:14; 175:23; 186:1, 21
turned [1] - 54:18
turning [10] - 145:9; 146:9; 147:5; 148:5; 149:22; 156:10; 158:8; 165:22; 167:25; 176:20
turnover [1] - 132:8
twice [2] - 55:6, 9
two [34] - 9:22, 25; 14:3; 19:12; 25:1; 39:14; 44:6; 49:3; 71:25; 72:2; 122:5; 134:16, 19; 142:3; 152:6; 157:12; 160:25; 174:20; 176:14, 24; 177:16, 19, 23; 181:6, 8; 183:11, 14; 201:9
type [3] - 51:1; 180:18; 198:16
typed [1] - 149:19
types [1] - 197:20
typical [1] - 144:9
typically [9] - 23:9; 34:23; 116:1; 122:4, 17; 131:12; 132:7; 152:21; 153:17
Tysons [3] - 2:3, 7

## U

U.S [6] - 89:3; 145:22; 163:20; 167:16; 198:9
UC [1] - 192:4

ultimately [9] - 32:11; 95:16, 18-19; 101:13; 114:7, 12; 117:18; 201:1
Um-hmm [1] - 128:25
um-hmm [2] - 11:17; 49:10; 70:22; 72:3; 81:24; 82:9; 134:3; 136:8; 142:8; 148:6; 170:21; 174:8
umbrella [1] - 116:13
unaware [1] - 180:20
unclear [2] - 65:22; 66:3
uncomfortable [1] - 193:10
under [17] - 34:17; 48:25; 92:6, 20; 94:9; 98:4; 116:13; 142:19; 144:11; 145:20; 162:11, 22; 187:13, 17-18; 201:11
Underground [2] - 10:20; 12:17
underneath [1] - 97:21
understood [4] - 63:25; 98:2; 113:15; 123:18
unemployed [1] - 53:19
unexpected [1] - 135:7
unfortunately [1] - 179:16
unhappy [1] - 179:1
uniformed [1] - 146:24
Unit [3] - 48:24; 145:19
unit [1] - 163:19
UNITED [2] - 1:1, 12
United [5] - 2:15; 14:1; 100:1; 162:8, 12
unlawful [1] - 147:3
unless [3] - 81:6, 8; 200:7
unobjected [8] - 19:22; 21:15, 17, 21; 22:20; 24:7; 30:18; 51:9
unresponsive [1] - 123:18
up [40] - 5:20; 6:18; 9:13; 10:4; 12:3; 14:11; 44:12, 15, 17; 46:2; 51:1; 63:24; 86:23; 90:22; 99:4; 106:6; 108:12; 111:1, 12; 112:16; 118:6; 122:7; 126:13, 21; 136:3; 139:13, 16, 20; 140:5; 152:6; 154:10; 159:2; 160:1; 162:25; 175:10; 181:19; 201:13
update [1] - 128:3
upon-hire [2] - 128:3, 6
upset [7] - 32:22; 42:11, 16; 43:4; 56:11; 151:8, 17
USA [2] - 145:18; 146:15
USTB [1] - 122:17
UTBU [1] - 166:7
UTBU-wide [1] - 166:7
UTI [1] - 163:17

## V

VA [5] - 1:16, 20; 2:4, 8, 16
vacancies [1] - 99:4
vacancy [4] - 99:6; 101:1; 115:3; 121:3
vacant [1] - 99:4
vacation [1] - 36:6
validate [2] - 179:13; 183:22
valuable [1] - 81:2

value [1] - 179:13
valued [2] - 56:5; 81:11
Vanessa [1] - 2:2
varied [1] - 112:23
various [1] - 95:9
vehicles [1] - 10:23
vendors [3] - 12:2; 25:20; 28:3
vent [1] - 151:13
verdict [1] - 94:11
verification [1] - 184:16
verified [2] - 67:7; 184:10
verify [3] - 67:4; 183:18; 184:11
versa [1] - 123:7
versus [1] - 5:3
veteran [1] - 146:23
vetted [1] - 29:24
vice [12] - 89:5; 94:18, 21; 105:21; 112:20; 116:11; 123:7; 143:20; 144:2; 145:4; 151:18
Victor [2] - 24:1; 130:20
video [1] - 201:7
videotape [1] - 6:3
view [2] - 74:22; 75:6
viewed [5] - 49:6; 127:9; 158:18; 159:6
VIRGINIA [1] - 1:1
Virginia [28] - 16:19; 25:13; 48:14; 55:1; 57:19; 62:7, 9, 14, 16, 20; 95:4; 118:17; 130:16; 141:23; 142:2; 143:3, 5; 147:10, 20-21, 25; 148:3, 10, 16; 178:10, 12; 190:6
vis-à-vis [1] - 119:14
visually [1] - 152:3
vividly [1] - 179:14
volume [1] - 112:16
volumes [1] - 201:23
VP [3] - 99:14; 141:7; 142:22

## W

wait [1] - 123:14
walk [2] - 193:11; 195:21
walking [1] - 195:22
Wallace [7] - 2:14; 203:7, 10, 13, 24; 204:2
wandered [1] - 120:16
wants [1] - 149:18
warehouse [17] - 10:23; 12:10, 12, 16; 13:22; 14:2, 6-7, 10-11, 13, 15, 19; 15:13, 16, 18
warrant [1] - 152:24
wash [1] - 199:5
waste [1] - 86:18
water [1] - 118:10
ways [2] - 25:17; 137:10
weaknesses [1] - 153:10
Wednesday [1] - 41:25
week [3] - 28:13; 36:6; 44:10
weekly [1] - 194:23
weeks [7] - 44:7, 16; 45:5, 9, 13; 46:8,

12

**weeks'** [1] - 44:6
**welcome** [1] - 175:23
**well-known** [3] - 160:2, 8, 22
**well-regarded** [1] - 118:14
**West** [13] - 16:19; 62:7, 9, 14, 16, 20; 100:2, 21; 162:9, 12, 16
**White** [4] - 42:14; 43:15; 180:12; 191:6
**white** [2] - 167:12; 190:19
**whoever's** [1] - 123:9
**whole** [6] - 13:9; 14:8; 91:1; 115:7; 163:17; 178:5
**why's** [1] - 147:21
**wide** [1] - 166:7
**willing** [2] - 35:24; 178:20
**Wills** [4] - 142:13; 177:17, 19; 178:9
**Wills'** [1] - 177:18
**Wilson** [2] - 1:15, 19
**window** [1] - 142:24
**wise** [1] - 111:19
**wishing** [1] - 91:1
**witness** [15] - 6:4; 51:7, 22; 52:11; 86:7, 13-14; 106:9; 111:3, 13, 20; 123:9; 161:15; 173:16; 174:18
**Witness** [8] - 7:15; 19:5; 30:13; 50:1; 106:17; 107:14; 159:15; 176:1
**WITNESS** [57] - 6:8; 24:11; 43:10, 12; 47:22; 51:2, 4; 69:19, 23; 70:12, 14; 81:25; 85:21; 86:1, 6; 87:9; 88:23; 91:25; 95:23; 98:18, 21; 100:9; 102:4; 103:24; 104:1, 4, 6; 106:25; 111:4, 7, 9; 112:1; 124:2; 132:6, 12; 136:3; 158:24; 171:7, 15; 174:1, 3, 5, 7; 175:11, 13; 180:19, 24; 181:3, 6, 10; 183:18; 187:20; 188:2, 5, 9; 196:2, 11
**witnesses** [3] - 22:9; 174:22; 201:18
**word** [2] - 56:1; 139:19
**words** [3] - 43:5; 75:9; 193:11
**work-life** [2] - 150:7, 10
**work-like** [1] - 150:18
**workers** [1] - 147:4
**workhorse** [1] - 56:6
**workings** [1] - 127:7
**world** [3] - 56:2; 178:16; 187:9
**worst** [1] - 188:9
**wrap** [2] - 14:16; 181:19
**write** [3] - 131:8; 165:4
**writes** [1] - 126:13
**writing** [2] - 91:4; 98:1
**written** [8] - 82:18; 83:12, 21, 23; 91:15; 125:5; 131:12; 181:17
**wrote** [4] - 45:4; 168:7; 200:5

# Y

**year** [16] - 9:19; 17:3; 23:9; 36:17; 54:5; 71:13; 82:22; 115:24; 125:24; 135:4, 8; 156:14, 22; 171:24; 188:9
**yearly** [1] - 125:20

**years** [34] - 12:7, 20, 25; 19:12; 26:23; 27:8; 28:21; 35:7; 37:24; 38:6; 61:10; 85:6; 103:18; 104:15; 105:3, 11; 122:10; 125:19; 128:12, 20; 129:3, 5, 8; 130:5; 144:23; 152:4; 170:13; 171:5; 173:3, 9; 184:21, 23; 186:24; 202:3
**ygatling@littler.com** [1] - 2:5
**Yvette** [2] - 2:2; 5:12